|  |  |
|---|---|
| A CERTIFIED TRUE COPY<br>ATTEST<br>By Denise Morgan-Stone on Jan 05, 2009<br><br>FOR THE UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>**Dec 16, 2008**<br><br>FILED<br>CLERK'S OFFICE |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PROCESSED EGG PRODUCTS ANTIRUST LITIGATION

MDL No. 2002

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On December 2, 2008, the Panel transferred one civil action to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Gene E.K. Pratter.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Pratter.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 2, 2008, and, with the consent of that court, assigned to the Honorable Gene E.K. Pratter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

|  |  |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>**Jan 05, 2009**<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*[signature]*<br>Jeffery N. Lüthi<br>Clerk of the Panel |

IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION

MDL No. 2002

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **MINNESOTA** | | | |
| MN | 0 | 08-5970 | SensoryEffects Flavor Co., etc. v. United Egg Producers, Inc., et al. |
| MN | 0 | 08-6030 | Adam Properties, Inc. v. Michael Foods, Inc., et al. |
| MN | 0 | 08-6036 | Sicilian Chefs, Inc., etc. v. Michael Foods, Inc., et al. |
| MN | 0 | 08-6239 | Zeqiri Corp., etc. v. Golden Oval Eggs, LLC |
| **NEW JERSEY** | | | |
| NJ | 2 | 08-5104 | Oasis Foods Co. v. Michael Foods, Inc., et al. |