**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS : | |
| ANTITRUST LITIGATION : | MDL No. 2002 |
|  : | 08-md-02002 |
|  : | |
| THIS DOCUMENT APPLIES TO: : | |
| All Indirect Purchaser Actions : | |

## STIPULATION

It is hereby stipulated and agreed, by and between counsel for Plaintiffs in the Indirect Purchaser actions and the Moving Defendants[1] that:

1.   The allegations contained in the Consolidated Amended Complaint filed on February 27, 2009 supersede the allegations contained in each of the complaints previously filed on behalf of Indirect Purchaser Plaintiffs in the actions transferred to the Court by the Judicial Panel on Multidistrict Litigation, all related actions originally filed in this Court or transferred or removed to this Court, and any "tag along" actions transferred to this court by the Judicial Panel on Multidistrict Litigation.  A list of the previously-filed complaints affected by this stipulation is attached as Exhibit A.

2.   Indirect Purchaser Plaintiffs have voluntarily dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the following defendants: Taylor Egg Products, Inc.; Siegel Egg Co., Inc.; Newburg Egg Corp.; Deb-El Foods, Inc.; Sonstegard Foods Co.; Pilgrim's Pride Corp.; and Golden Oval Eggs LLC.

---

[1] Moving Defendants include Cal-Maine Foods, Inc., Michael Foods, Inc., Papetti's Hygrade Egg Products, Inc., Land O'Lakes Inc., Moark LLP, Norco Ranch, Inc., Rose Acre Farms, Inc., National Foods Corporation, Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, L.P., Hillandale Farms East, Inc., Hillandale Farms, Inc., Ohio Fresh Eggs, LLC, Daybreak Foods, Inc., Midwest Poultry Services, L.P., NuCal Foods, Inc., R.W. Sauder, Inc., United Egg Producers, Inc., United Egg Association, and United States Egg Marketers, Inc.

3. Liaison Counsel for the Indirect Purchaser Plaintiffs represents that he has authority from counsel for each of the Indirect Purchaser Plaintiffs to enter into this Stipulation.

Dated: April 28, 2009   /s/ Krishna B. Narine
Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE P.C.
2600 Philmont Ave.
Suite 324
Huntingdon Valley, PA 19006
Tel: 215-914-2460
Fax: 215-914-2462
knarine@kbnlaw.com
**Liaison Counsel for Indirect Purchaser Plaintiffs**

Dated: April 28, 2009   /s/ Carrie M. Anderson
Carrie M. Anderson
WEIL, GOTSHAL & MANGES
1300 Eye Street, NW
Washington, DC 20005
Tel: 202-682-7000
Fax: 202-857-0940
carrie.anderson@weil.com
**Counsel for Defendant Michael Foods, Inc. on behalf of Moving Defendants**

It is **SO ORDERED.**

BY THE COURT:

Dated:_____   _____
Gene E.K. Pratter
United States District Judge

## Exhibit A

*Adam Properties, Inc. v. Michael Foods, Inc. et al.*, CV-08-06030 (D. Minn)

*Williams et al v. United Egg Producers, Inc. et al.*, CV-08-05431 (E.D. Pa.)

*Zeqiri Corp v. Golden Oval Eggs, et al.*, CV-08-06239 (D. Minn.)

*Pilar M. De Castro et al v. Cal-Maine Foods, Inc. et al.*, CV-09-00101 (E.D. Pa.)