## CERTIFICATE OF SERVICE

I hereby certify that on this day 28th day of April 2009 the foregoing *Stipulation* was filed with the Clerk of the Court, per the Local Rules and will be available for viewing and downloading vie the CM/ECF system and the CM/ECF system will send notification of such filing to all attorneys of record. On this date, the *Stipulation* was also served, via electronic mail, on the below-listed Liaison Council for Defendants and Indirect Purchaser Plaintiffs:

| | |
|---|---|
| Jan P. Levine Esq, | Steven A. Asher |
| **PEPPER HAMILTON LLP** | **WEINSTEIN KITCHENOFF & ASHER LLC** |
| 300 Two Logan Suare | |
| 18th & Arch Streets | 1845 Walnut Street, Suite 1100 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| (215) 981-4714 | (215) 545-7200 |
| (215) 981-4750 (fax) | (215) 545-6535 |
| levinej@pepperlaw.com | asher@wka-law.com |
| **Defendant's Liaison Counsel** | **Interim Co-Lead Counsel and Liaison Counsel for Direct Purchaser Plaintiffs** |

/s/ Krishna B. Narine
Krishna B. Narine
**LAW OFFICE OF KRISHNA B. NARINE, P.C.**
2600 Philmont Ave.
Suite 324
Huntingdon Valley, PA  19006
Telephone:    (215) 914-2460
Facsimile:    (215) 914-2462
E-mail:          knarine@kbnlaw.com

**Interim Co-Lead Counsel and Liaison Counsel for Indirect Purchaser Plaintiffs**