IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>08-md-02002 |
| THIS DOCUMENT RELATES TO: All Actions | Judge Gene E. K. Prater |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Christopher Hapka, Samuel W. Braver, and Wendelynne J. Newton of the firm of Buchanan Ingersoll & Rooney, P.C., on behalf of defendants Hillandale Farms, Inc., Hillandale Farms East, Inc., and Hillandale-Gettysburg, L.P., in the above-captioned matter.

Respectfully submitted,

Date: April 29, 2009

/s/ Christopher Hapka
Christopher Hapka, Esq. (204397)
chris.hapka@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, Fourteenth Floor
Philadelphia, PA 19103-2985
Telephone: (215) 665-8700
Facsimile: (215) 665-8760

Wendelynne Newton, Esq. (35163)
wendelynne.newton@bipc.com
Samuel Braver, Esq. (19682)
samuel.braver@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
chris.hapka@bipc.com
Telephone: (412) 562-8800
Facsimile: (412) 562-1041

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Entry of Appearance on behalf of Defendant Hillandale Farms of PA, Inc. was filed on this 29th day of April, 2009, via ECF, and via first class mail, postage pre-paid as follows:

| | |
|---|---|
| ROBERT M. ADAMS<br>PHILLIPS NIZER<br>COURT PLAZA NORTH<br>25 MAIN STREET<br>HACKENSACK, NJ 07601<br><br>STANLEY D. BERNSTEIN<br>BERNSTEIN, LIEBHARD LLP.<br>10 EAST 40TH STREET<br>NEW YORK, NY 10016<br><br>MEGAN R. BROWNE<br>BARLEY SNYDER LLC<br>126 EAST KING ST.<br>LANCASTER, PA 17602-2893<br><br>ROBERT C. CONE<br>TUGGLE DUGGINS & MESCHAN PA<br>POBOX 2888<br>GREENSBORO, NC 27402<br><br>LISA M. CUIFOLO<br>BALLARD SPAHR ANDREWS & INGERSOLL, L.L.P.<br>PLAZA 1000 - SUITE 500<br>MAIN STREET<br>VOORHEES, NJ 08043<br><br>CRAIG S DAVIS<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 WASHINGTON AVE S STE 2200<br>MINNEAPOLIS, MN 55401-2179<br><br>Gwendolyn R. Giblin<br>GOLD BENNETT CERA & SIDENER<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105-2835<br><br>RANDY D. GORDON<br>GARDERE WYNNE SEWELL LLP<br>1601 ELM ST. STE 3000<br>DALLAS, TX 75201<br><br>Andrea Hertzfeld<br>HAUSFELD LLP<br>1700 K Street, 6th Floor<br>Washington, DC 20006 | John R. Malkinson<br>MALKINSON & HALPERN<br>223 West Jackson Blvd., Suite 1010<br>Chicago, IL 60606<br><br>ANDREW MORGANTI<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA<br>NEW YORK, NY 10119-0165<br><br>Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br><br>PAUL NOVAK<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA<br>NEW YORK, NY 10119-0165<br><br>WILLIAM Z. PENTELOVITCH<br>MASLON, EDELMAN, BORMAN & BRAND<br>90 SOUTH SEVENTH STREET<br>3300 WELLS FARGO CENTER<br>MINNEAPOLIS, MN 55402-4140<br><br>LISA J. RODRIGUEZ<br>TRUJILLO, RODRIGUEZ & RICHARDS<br>258 East King Highway East<br>Haddonfield, NJ 08033<br><br>PETER SAFIRSTEIN<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA<br>NEW YORK, NY 10119-0165<br><br>HALEY N SCHAFFER<br>MASLON EDELMAN BORMAN & BRAND, LLP<br>90 S 7TH ST STE 3300<br>MPLS, MN 55402<br><br>DANA STATSKY SMITH<br>BERNSTEIN LIEBHARD<br>10 EAST 40th STREET<br>NEW YORK, NY 10016 |

| | |
|---|---|
| **ANNA M HORNING NYGREN**<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 WASHINGTON AVENUE<br>SUITE 2200<br>MINNEAPOLIS, MN 55401-2179<br><br>**MARK A JACOBSON**<br>LINDQUIST & VENNUM PLLP<br>80 S 8TH ST STE 4200<br>MPLS, MN 55402<br><br>**CHARLES HARLEY JOHNSON**<br>JOHNSON & ASSOC<br>2599 MISSISSIPPI ST.<br>NEW BRIGHTON, MN 55112<br><br>**VERONICA S. LEWIS**<br>VINSON & ELKINS<br>TRAMMELL CROW CTR STE 3700<br>2001 ROSS AVE<br>DALLAS, TX 75201-2975<br><br>**MICHAEL B. MACKENZIE**<br>EIMER STAHL KLEVORN & SOLBERG LLP<br>224 SOUTH MICHIGAN AVENUE<br>SUITE 1100<br>Chicago, IL 60606 | **CAMERON J. TARIO**<br>CHARLES H. JOHNSON & ASSOCIATES<br>2599 MISSISSIPPI STREET<br>NEW BRIGHTON, MN 55112<br><br>**KENT M. WILLIAMS**<br>GIEBEL, GILBERT & KOHL<br>1300 GODWARD ST. NE<br>MINNEAPOLIS, MN 55413 |

s/ Christopher Hapka
Christopher Hapka, Esq.