## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Motion to Dismiss the Consolidated Class Action Complaints on behalf of defendants Hillandale Farms of PA, Inc., Hillandale Farms, Inc., and Hillandale Farms East, Inc., was filed on this 29th day of April, 2009, via the court's ECF system, and thereby served on all parties of record registered with the ECF system.  Copies were also served via first class mail, postage pre-paid as follows:

| | |
|---|---|
| **ROBERT M. ADAMS**<br>PHILLIPS NIZER<br>COURT PLAZA NORTH<br>25 MAIN STREET<br>HACKENSACK, NJ 07601 | **JOHN R. MALKINSON**<br>MALKINSON & HALPERN<br>223 West Jackson Blvd., Suite 1010<br>Chicago, IL  60606 |
| **STANLEY D. BERNSTEIN**<br>BERNSTEIN, LIEBHARD  LLP.<br>10 EAST 40TH STREET<br>NEW YORK, NY 10016 | **ANDREW MORGANTI**<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA<br>NEW YORK, NY 10119-0165 |
| **MEGAN R. BROWNE**<br>BARLEY SNYDER LLC<br>126 EAST KING ST.<br>LANCASTER, PA 17602-2893 | **STEPHEN R. NEUWIRTH**<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY  10010 |
| **ROBERT C. CONE**<br>TUGGLE DUGGINS & MESCHAN PA<br>POBOX 2888<br>GREENSBORO, NC 27402 | **PAUL NOVAK**<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA<br>NEW YORK, NY 10119-0165 |
| **LISA M. CUIFOLO**<br>BALLARD SPAHR ANDREWS & INGERSOLL, L.L.P.<br>PLAZA 1000 – SUITE 500<br>MAIN STREET<br>VOORHEES, NJ 08043 | **WILLIAM Z. PENTELOVITCH**<br>MASLON, EDELMAN, BORMAN & BRAND<br>90 SOUTH SEVENTH STREET<br>3300 WELLS FARGO CENTER<br>MINNEAPOLIS, MN 55402-4140 |
| **CRAIG S DAVIS**<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 WASHINGTON AVE S STE 2200<br>MINNEAPOLIS, MN 55401-2179 | **LISA J. RODRIGUEZ**<br>TRUJILLO, RODRIGUEZ & RICHARDS<br>258 East King Highway East<br>Haddonfield, NJ  08033 |
| **GWENDOLYN R. GIBLIN**<br>GOLD BENNETT CERA & SIDENER<br>595 Market Street, Suite 2300<br>San Francisco, CA  94105-2835 | **PETER SAFIRSTEIN**<br>MILBERG LLP<br>ONE PENNSYLVANIA PLAZA<br>NEW YORK, NY 10119-0165 |
| **RANDY D. GORDON**<br>GARDERE WYNNE SEWELL LLP<br>1601 ELM ST. STE 3000<br>DALLAS, TX 75201 | **HALEY N SCHAFFER**<br>MASLON EDELMAN BORMAN & BRAND, LLP<br>90 S 7TH ST STE 3300<br>MPLS, MN 55402 |

| | |
|---|---|
| **ANDREA HERTZFELD**<br>HAUSFELD LLP<br>1700 K Street, 6th Floor<br>Washington, DC  20006<br><br>**ANNA M HORNING NYGREN**<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 WASHINGTON AVENUE<br>SUITE 2200<br>MINNEAPOLIS, MN 55401-2179<br><br>**MARK A JACOBSON**<br>LINDQUIST & VENNUM PLLP<br>80 S 8TH ST STE 4200<br>MPLS, MN 55402<br><br>**CHARLES HARLEY JOHNSON**<br>JOHNSON & ASSOC<br>2599 MISSISSIPPI ST.<br>NEW BRIGHTON, MN 55112<br><br>**VERONICA S. LEWIS**<br>VINSON & ELKINS<br>TRAMMELL CROW CTR STE 3700<br>2001 ROSS AVE<br>DALLAS, TX 75201-2975<br><br>**MICHAEL B. MACKENZIE**<br>EIMER STAHL KLEVORN & SOLBERG LLP<br>224 SOUTH MICHIGAN AVENUE<br>SUITE 1100<br>Chicago, IL  60606 | **DANA STATSKY SMITH**<br>BERNSTEIN LIEBHARD<br>10 EAST 40th STREET<br>NEW YORK, NY 10016<br><br>**CAMERON J. TARIO**<br>CHARLES H. JOHNSON & ASSOCIATES<br>2599 MISSISSIPPI STREET<br>NEW BRIGHTON, MN 55112<br><br>**KENT M. WILLIAMS**<br>GIEBEL, GILBERT & KOHL<br>1300 GODWARD ST. NE<br>MINNEAPOLIS, MN  55413 |

s/ Christopher Hapka<br>
Christopher Hapka, Esq.