UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : <br> : <br> :     MDL No. 2002 <br> :     08-md-02002 |
| THIS DOCUMENT RELATES TO: <br> Civil Action No. 08-cv-5174 (GP) (E.D. Pa.) | : <br> : <br> : <br> : |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Julius Silvert, Inc. ("Julius Silvert"), hereby voluntarily dismisses the case captioned *Julius Silvert, Inc. v .Golden Oval Eggs LLC, et al.,* No. 08-cv-5174 (GP) (E.D. Pa.).  Plaintiff files this notice to make clear that Docket No. 08-cv-5174 should be administratively closed.  This dismissal is without prejudice and shall not affect the rights of Julius Silvert to participate as a member of any certified class in the ongoing consolidated action (MDL No. 2002, E.D. Pa. No. 08-md-02002).  Plaintiff has not previously dismissed an action in federal or state court which includes the same claim.

Dated: June 19, 2009

/s/ Warren Rubin
WARREN RUBIN
DEBORAH R. GROSS
Law Office of Bernard M. Gross
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA  19107
Telephone: 215-561-3600
Fax: 215-561-3000

STEVENS & LEE
Charles J. Bloom
620 Freedom Business Center
Suite 200
P.O. Box 62330

King of Prussia, PA  19406
Telephone: 610-205-6001

LAW OFFICES OF LARRY S. KEISER
Larry S. Keiser
138 S. Main Street
P.O. Box 220
Wilkes-Barre, PA  18703
Telephone: 570-822-2929

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June 2009, the foregoing Notice of Voluntary Dismissal by Plaintiff Julius Silvert, Inc. was filed with the Clerk of the Court, per the Local Rules, and will be available for viewing and downloading via the CM/ECF system and the CM/ECF system will send notification of such filing to all attorneys of record.  On this date, the document was also served, via electronic mail, on (1) all counsel on the Panel Attorney Service List and (2) the below-listed Liaison Counsel for Defendants and Indirect Purchaser Plaintiffs:

| | |
|---|---|
| Jan P. Levine, Esquire<br>**PEPPER HAMILTON LLP**<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA  19103<br>(215) 981-4714<br>(215) 981-4750 (fax)<br>levinej@pepperlaw.com | Krishna B. Narine, Esquire<br>**LAW OFFICE OF KRISHNA B. NARINE**<br>2600 PHILMONT AVE<br>SUITE 324<br>HUNTINGDON VALLEY, PA 19006<br>215-914-2460<br>knarine@kbnlaw.com |
| *Defendants' Liaison Counsel* | *Indirect Purchaser Plaintiffs' Liaison Counsel* |

Date:  June 19, 2009           BY:  /s/ Mindee J. Reuben
                               **WEINSTEIN KITCHENOFF & ASHER LLC**
                               Attorney for Direct Purchaser Plaintiffs
                               And Direct Purchaser Plaintiffs' Liaison
                               Counsel