UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>08-md-02002 |
| THIS DOCUMENT APPLIES TO:  ALL INDIRECT PURCHASER ACTIONS | GENE E.K. PRATTER<br>UNITED STATES DISTRICT JUDGE |

**INDIRECT PURCHASER PLAINTIFFS' MOTION OPPOSING PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT AGREEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND DEFENDANTS MOARK, LLC, NORCO RANCH, INC., AND LAND O'LAKES, INC. (DKT. NO. 349)**

For the reasons set forth in the accompanying Memorandum in Support of Indirect Purchaser Plaintiffs' Motion Opposing Preliminary Approval of the Proposed Settlement Agreement Between Direct Purchaser Plaintiffs and Defendants Moark, LLC, Norco Ranch, Inc., and Land O'Lakes, Inc. (collectively, "Moark Defendants"), Indirect Purchaser Plaintiffs, by and through their undersigned counsel, hereby move the Court for the relief sought in the proposed Order submitted herewith.

Dated:  June 21, 2010                                          Respectfully submitted.

By:     /s/  Paul F. Novak
         Paul F. Novak

         Lauren Block
         Elizabeth McKenna
         **MILBERG LLP**
         One Pennsylvania Plaza
         New York, NY  10119
         Tel:  (212) 594-5300
         Fax:  (212) 868-1229
         pnovak@milberg.com
         lblock@milberg.com
         emckenna@milberg.com

Timothy D. Battin
Mark Schirmer
Ian Otto
**STRAUS & BOIES, LLP**
4041 University Drive, 5th Floor
Fairfax, VA  22030
Tel.:  (703) 764-8700
Fax:  (703) 764-8704
tbattin@straus-boies.com
mschirmer@straus-boies.com
iotto@straus-boies.com

Christopher Lovell
Craig Essenmacher
Victor Stewart
**LOVELL STEWART HALEBIAN LLP**
61 Broadway, Suite 501
New York, NY  10006
Tel:  (212) 608-1900
Fax:  (212) 719-4677
craigessenmacher@yahoo.com
victornj@ix.netcom.cojm

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

Krishna B. Narine
**LAW OFFICE OF KRISHNA B. NARINE, P.C.**
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel:   (215) 277-5770
Fax:  (215) 277-5771
knarine@kbnlaw.com

*Interim Co-Lead & Liaison Counsel for the Indirect Purchaser Plaintiffs*