IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : : : : | MDL No. 2002 08-md-02002 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : | |

## ORDER

AND NOW, this 24th day of June, 2010, upon consideration of the Indirect Purchaser Plaintiffs' Motion Opposing Preliminary Approval of the Proposed Settlement Agreement Between Direct Purchaser Plaintiffs and Defendants Moark, LLC, Norco Ranch, Inc., and Land O' Lakes, Inc. (Docket No. 367), and following a hearing on June 23, 2010, it is hereby ORDERED that the motion is MOOT.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The motion was resolved by the parties, on the record, at the June 23, 2010 hearing.