IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS : 
ANTITRUST LITIGATION : MDL No. 2002
: 08-md-02002
:
THIS DOCUMENT APPLIES TO: :
CIVIL ACTION No. 2:11-cv-00820 :

## DIRECT ACTION PLAINTIFF GIANT EAGLE, INC.'S STATEMENT OF AFFILIATES

Pursuant to Case Management Order No. 8, Direct Action Plaintiff Giant Eagle, Inc. states as follows:

1. Giant Eagle, Inc. ("Giant Eagle") is a Pennsylvania corporation with its principal place of business in Pittsburgh, Pennsylvania.

2. No publicly-held corporation owns any percentage of Giant Eagle's stocks.

3. Giant Eagle identifies the following affiliates:

Aetos Construction Company
Butler Refrigerated Meats, Inc.
Frederick Convenience Company
Fresh Food Manufacturing Company
Giant Eagle Markets Company
HBC Service Co.
OK Grocery Company
Tri-State Automated Storage
Giant Eagle of Delaware, Inc.
Good Nature Distributing Co.
I.C. Supermarkets, Inc.
Maryland Convenience Company

Maryland Grocery Store Company
Perx Travel I, Inc.
Phoenix Intangibles Holding Company
RFI Holding Company
Riser Foods Company
American Seaway Foods
Talon Logistics, Inc.
The Tamarkin Company
RMC/Retail Markets Company
ODC/Butler, Inc.
Chestnut Ridge Group, LLP
Eberhart Road Associates
Oxford Development Company/Moraine
Perx Travel, L.P.

Respectfully submitted,

Date: May 6, 2011

/s/*Brian C. Hill*
Bernard D. Marcus
PA ID No. 01293
Moira Cain-Mannix
PA ID No. 81131
Brian C. Hill
PA ID No. 204489
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
(412) 471-3490

Counsel for Plaintiff, Giant Eagle, Inc.