IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION <br><br> THIS DOCUMENT APPLIES TO: <br><br> All Actions | MDL Docket No. 2002 <br> 08-md-02002 (GP) |

**DIRECT ACTION PLAINTIFF PUBLIX SUPER MARKETS, INC.'S
STATEMENT OF AFFILIATES**

Pursuant to Case Management Order No. 8, Direct Action Plaintiff Publix Super Markets Inc. states as follows:

1. Publix Super Markets, Inc. ("Publix") is a corporation with its principal place of business in Lakeland, Florida.

2. No publicly-held corporation owns more than 10% of Publix's stock.

3. Publix identifies the following affiliates that may have been involved with Publix's purchases of eggs during the relevant period:

      Morning Song, LLC

Dated:  May 6, 2011           Respectfully submitted,

                                          /s/David P. Germaine
                                          Joseph M. Vanek
                                          David P. Germaine
                                          **VANEK, VICKERS & MASINI P.C.**
                                          111 South Wacker Drive, Suite 4050
                                          Telephone:  (312) 224-1500
                                          Fax:  (312) 224-1510
                                          E mails:  jvanek@vaneklaw.com
                                                           dgermaine@vaneklaw.com

Paul E. Slater
**SPERLING & SLATER**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200
Fax: (312) 641-6492
E mail: pes@sperling-law.com

Linda P. Nussbaum
**Grant & Eisenhofer P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
E mail: lnussbaum@gelaw.com

*Attorneys for Plaintiff Publix Super Markets Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff Publix Super Market Inc.'s Statement of Affiliates was served via the Electronic Case Filing System (ECF), upon the below-listed Liaison Counsel for Defendants, Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs:

Jan P. Levine, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
Tel.:  (215) 981-4714
Fax:  (215) 981-4750
Email:  levinej@pepperlaw.com
*Defendants' Liaison Counsel*

Steven A. Asher, Esq.
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA  19103
Tel.:  (215) 545-7200
Fax:  (215) 545-6536
Email:  asher@wka-law.com
*Interim Co-Lead Counsel and Liaison Counsel for Direct Purchaser Plaintiffs*

Krishna B. Narine, Esq.
LAW OFFICES OF KRISHNA B. NARINE
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA  19006
Tel.:  (215) 914-2460
Email:  knarine@kbnlaw.com
*Indirect Purchaser Plaintiffs' Liaison Counsel*

/s/David P. Germaine
David P. Germaine