IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION  THIS DOCUMENT APPLIES TO:  All Actions | MDL Docket No. 2002 08-md-02002 (GP) |

**DIRECT ACTION PLAINTIFF SUPERVALU, INC.'S
<u>STATEMENT OF AFFILIATES</u>**

Pursuant to Case Management Order No. 8, Direct Action Plaintiff Supervalu, Inc., states as follows:

1. Supervalu Inc. ("Supervalu") is a corporation with its principal place of business in Eden Prairie, Minnesota.

2. No publicly-held corporation owns more than 10% of Supervalu's stock.

3. Supervalu identifies the following affiliates that may have been involved with Supervalu's purchases of eggs during the relevant period:

> Albertson's Inc.
> New Albertson's, Inc.
> Moran Foods, Inc.
> Shoppers Food Warehouse Corp.
> F.F. Acquisition, L.L.C.
> Shop 'n Save Warehouse Foods, Inc.
> Shaws Supermarkets, Inc.
> Scott's Food Stores, Inc.
> Southstar, LLC
> Richfood, Inc.

American Stores Company
Preferred Products, Inc.
Cub Foods

Dated:  May 6, 2011                    Respectfully submitted,

/s/David P. Germaine
Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
111 South Wacker Drive, Suite 4050
Telephone:  (312) 224-1500
Fax:  (312) 224-1510
E mails:  jvanek@vaneklaw.com
              dgermaine@vaneklaw.com

Paul E. Slater
**SPERLING & SLATER**
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone:  (312) 641-3200
Fax:  (312) 641-6492
E mail:  pes@sperling-law.com

Linda P. Nussbaum
**Grant & Eisenhofer P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone:  (646) 722-8500
Fax:  (646) 722-8501
E mail: lnussbaum@gelaw.com

*Attorneys for Plaintiff Supervalu, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff Supervalu Inc.'s Statement of Affiliates was served via the Electronic Case Filing System (ECF), upon the below-listed Liaison Counsel for Defendants, Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs:

| | |
|---|---|
| Jan P. Levine, Esq.<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA  19103<br>Tel.:  (215) 981-4714<br>Fax:  (215) 981-4750<br>Email:  levinej@pepperlaw.com<br>*Defendants' Liaison Counsel* | Steven A. Asher, Esq.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA  19103<br>Tel.:  (215) 545-7200<br>Fax:  (215) 545-6536<br>Email:  asher@wka-law.com<br>*Interim Co-Lead Counsel and Liaison Counsel for Direct Purchaser Plaintiffs* |
| Krishna B. Narine, Esq.<br>LAW OFFICES OF KRISHNA B. NARINE<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA  19006<br>Tel.:  (215) 914-2460<br>Email:  knarine@kbnlaw.com<br>*Indirect Purchaser Plaintiffs' Liaison Counsel* | |

        /s/David P. Germaine
        David P. Germaine