IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>All Actions | MDL Docket No. 2002<br>08-md-02002 (GP) |

## DIRECT ACTION PLAINTIFF H.E. BUTT GROCERY COMPANY'S STATEMENT OF AFFILIATES

Pursuant to Case Management Order No. 8, Direct Action Plaintiff H.E. Butt Grocery Company, states as follows:

1. The H.E. Butt Grocery Company ("HEB") is a Texas limited partnership with its principal place of business in San Antonio, Texas.

2. No publicly-held corporation owns more than 10% of HEB's stocks.

3. HEB identifies the following affiliates:

   H-E-B
   Central Market
   HEB Grocery Company, LP

Dated:  May 6, 2011                                            Respectfully Submitted,

                       KENNY NACHWALTER, P.A.
                       Richard Alan Arnold, Esquire
                       William J. Blechman, Esquire
                       Douglas H. Patton, Esquire*
                       James Almon, Esquire
                       201 S. Biscayne Boulevard
                       Suite 1100
                       Miami, Florida 33131
                       Tel:    (305) 373-1000
                       Fax:   (305) 372-1861
                       E-mail:  wblechman@kennynachwalter.com


                       By:  */s/ William J. Blechman*
                           William J. Blechman
                          ***Counsel for Plaintiffs***


*Licensed to Practice Law in Massachusetts, Utah, District of Columbia and New York; not Licensed to Practice in Florida.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff H.E. Butt Grocery Company's Statement of Affiliates was filed electronically and served upon counsel of record via the court's ECF system.

*/s/ Douglas Patton*
Douglas Patton

405382.1