IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>All Actions | MDL Docket No. 2002<br>08-md-02002 (GP) |

## DIRECT ACTION PLAINTIFF THE KROGER CO.'S STATEMENT OF AFFILIATES

Pursuant to Case Management Order No. 8, Direct Action Plaintiff The Kroger Co., states as follows:

1. The Kroger Co. ("Kroger") is an Ohio corporation with its principal place of business in Cincinnati, Ohio.

2. No publicly-held corporation owns more than 10% of Kroger's stocks.

3. Kroger identifies the following affiliates:

   Kroger Limited Partnership I
   KRGP Inc.
   Kroger Texas L.P.
   The Kroger Co. of Michigan
   City Market
   Dillon
   Dillon Companies, Inc.
   Fred Meyer
   Fred Meyer, Inc.
   Fred Meyer Jewelers, Inc.
   FMJ, Inc.
   Fred Meyer Stores, Inc.
   Fry's
   Gerbes
   Healthy Options, Inc.
   Jay C Food Stores
   Junior Food Stores of West Florida, Inc.

    Kessel
    Kessel Food Markets, Inc.
    King Soopers
    Kwik Shop, Inc.
    Loaf 'N Jug
    Mini Mart
    Mini-Mart, Inc.
    QFC
    Quik Stop
    Quik Stop Markets, Inc.
    Food 4 Less
    Food 4 Less Holdings, Inc.
    Ralphs
    Ralphs Grocery Company
    Smith's
    Smith's Food & Drug Centers, Inc.
    Tom Thumb
    Turkey Hill
    Turkey Hill, L.P.
    THGP Co., Inc.

Dated:  May 6, 2011

Respectfully Submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire*
James Almon, Esquire
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  wblechman@kennynachwalter.com

By:   */s/ William J. Blechman*
      William J. Blechman
      **Counsel for Plaintiffs**

*Licensed to Practice Law in MA, UT, DC and NY; not Licensed to Practice in FL.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff The Kroger Co.'s Statement of Affiliates was filed electronically and served upon counsel of record via the court's ECF system.

*/s/ Douglas Patton*
Douglas Patton

405382.1