IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>All Actions | MDL Docket No. 2002<br>08-md-02002 (GP) |

### DIRECT ACTION PLAINTIFF SAFEWAY INC.'S STATEMENT OF AFFILIATES

Pursuant to Case Management Order No. 8, Direct Action Plaintiff Safeway Inc., states as follows:

1. Safeway Inc. ("Safeway") is a Delaware corporation with its principal place of business in Pleasanton, California.

2. No publicly-held corporation owns more than 10% of Safeway's stocks.

3. Safeway identifies the following affiliates:

> Safeway Food & Drug
> Carr-Gottstein Foods Co.
> Dominick's
> Dominick's Finer Foods, LLC
> Genuardi's
> Genuardi's Family Markets LP
> Randall's
> Randall's Food & Drugs LP
> Tom Thumb Food & Drugs
> Simon David
> Vons
> Vons Grocery Company
> The Vons Companies, Inc.
> Pak 'N Save Foods
> Pavilions
> Pavilions Place
> Jerseymaid Milk Products
> Extreme Value
> Extreme Value Centers

Dated:  May 6, 2011

Respectfully Submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire*
James Almon, Esquire
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:   (305) 372-1861
E-mail:  wblechman@kennynachwalter.com


By:   */s/ William J. Blechman*
           William J. Blechman
           ***Counsel for Plaintiffs***

*Licensed to Practice Law in MA, UT, DC and NY; not Licensed to Practice in FL.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff Safeway Inc.'s Statement of Affiliates was filed electronically and served upon counsel of record via the court's ECF system.

*/s/ Douglas Patton*
Douglas Patton

405373.1