IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>All Actions | MDL Docket No. 2002<br>08-md-02002 (GP) |

## DIRECT ACTION PLAINTIFF THE GREAT ATLANTIC & PACIFIC TEA COMPANY'S STATEMENT OF AFFILIATES

Pursuant to Case Management Order No. 8, Direct Action Plaintiff The Great Atlantic & Pacific Tea Company, Inc., states as follows:

1. The Great Atlantic & Pacific Tea Company, Inc. ("A&P") is a Maryland corporation with its principal place of business in Montvale, New Jersey.

2. No publicly-held corporation owns more than 10% of A&P'S stocks.

3. A&P identifies the following affiliates:

   Pathmark
   Pathmark Stores, Inc.
   Waldbaum's
   The Food Emporium
   Super Fresh
   Farmer Jack
   Sav-A-Center
   Food Basics

Dated:  May 6, 2011

Respectfully Submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire*
James Almon, Esquire
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail:  wblechman@kennynachwalter.com


By:  */s/ William J. Blechman*
      William J. Blechman
      ***Counsel for Plaintiffs***

*Licensed to Practice Law in MA, UT, DC and NY; not Licensed to Practice in FL.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff The Great Atlantic & Pacific Tea Company, Inc.'s Statement of Affiliates was filed electronically and served upon counsel of record via the court's ECF system.

*/s/ Douglas Patton*
Douglas Patton

405381.1