IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>All Actions | MDL Docket No. 2002<br>08-md-02002 (GP) |

### DIRECT ACTION PLAINTIFF HY-VEE, INC.'S STATEMENT OF AFFILIATES

Pursuant to Case Management Order No. 8, Direct Action Plaintiff Hy-Vee, Inc., states as follows:

1. Hy-Vee, Inc. ("Hy-Vee") is an Iowa corporation with its principal place of business in West Des Moines, Iowa.

2. No publicly-held corporation owns more than 10% of Hy-Vee's stocks.

3. Hy-Vee identifies the following affiliates:

   Perishable Distributors of Iowa, Ltd.

Dated: May 6, 2011                              Respectfully Submitted,

                                                        KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire*
James Almon, Esquire
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail:  wblechman@kennynachwalter.com


By: */s/ William J. Blechman*
      William J. Blechman
      ***Counsel for Plaintiffs***

*Licensed to Practice Law in MA, UT, DC and NY; not Licensed to Practice in FL.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff Hy-Vee, Inc.'s Statement of Affiliates was filed electronically and served upon counsel of record via the court's ECF system.

                                         */s/Douglas Patton*
                                         Douglas Patton

405396.1