# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>All Actions | MDL Docket No. 2002<br>08-md-02002 (GP) |

## DIRECT ACTION PLAINTIFF WALGREEN CO.'S STATEMENT OF AFFILIATES

Pursuant to Case Management Order No. 8, Direct Action Plaintiff Walgreen Co., states as follows:

1. The Walgreen Co. ("Walgreen") is an Illinois corporation with its principal place of business in Deerfield, Illinois.

2. No publicly-held corporation owns more than 10% of Walgreen's stocks.

3. Walgreen identifies the following affiliates:

   Duane Reade
   Duane Reade, Inc.

Dated: May 6, 2011                             Respectfully Submitted,

                                               KENNY NACHWALTER, P.A.
                                               Richard Alan Arnold, Esquire
                                               William J. Blechman, Esquire
                                               Douglas H. Patton, Esquire*
                                               James Almon, Esquire
                                               201 S. Biscayne Boulevard
                                               Suite 1100
                                               Miami, Florida 33131
                                               Tel:   (305) 373-1000
                                               Fax:   (305) 372-1861
                                               E-mail:  wblechman@kennynachwalter.com


                                               By:   */s/ William J. Blechman*
                                                       William J. Blechman
                                                       **Counsel for Plaintiffs**


*Licensed to Practice Law in MA, UT, DC and NY; not Licensed to Practice in FL.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2011, a true and correct copy of the foregoing Direct Action Plaintiff Walgreen Co.'s Statement of Affiliates was filed electronically and served upon counsel of record via the court's ECF system.

*/s/ Douglas Patton*
Douglas Patton

405382.1