IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : MDL No. 2002 : 08-md-02002 : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : |

## ORDER

AND NOW, this 14th day of October, 2011, upon consideration of the Defendants' Motion to Dismiss Any Claim by Direct Purchasers of an Egg Products Conspiracy (Doc. No. 235), Midwest Poultry Services, L.P.'s Joinder in Defendants' Motion to Dismiss Any Claim by Direct Purchasers of an Egg Products Conspiracy (Doc. No. 237), and the Direct Purchaser Plaintiffs' response (Doc. No. 316), the Defendants' reply (Doc. No. 297), and the parties' supplemental filings thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motions (Doc. No. 235 and 237) are DENIED without prejudice consistent with the terms of the Court's Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge