**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | :<br>:<br>: |
| _____ | : MDL No. 2002<br>: 08-md-2002<br>: |
| THIS DOCUMENT APPLIES TO<br>ALL DIRECT PURCHASER ACTIONS<br>_____ | :<br>:<br>: |

**ORDER**

AND NOW, this 19th day of October, 2011, upon consideration of Direct Purchaser Plaintiffs' Motion to Compel Production of Sparboe Documents and Other Information (doc. 511), the accompanying memorandum of law (doc. 514), any responses and replies thereto (docs. 521, 528, 535), after oral argument on September 13, 2011, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the motion is GRANTED in part and DENIED without prejudice in part.

The motion is granted with respect to the six documents at issue. Those documents, identified in the sections III.A through III.D of the accompanying Memorandum Opinion, shall be produced to Direct Purchaser Plaintiffs and/or removed from sequestration, as appropriate, within fourteen (14) days of this Order.

The motion is denied without prejudice with respect to the contested witness interviews. The parties shall revisit the information contained in the interviews, endeavor to resolve any

outstanding privilege issues left unresolved by the accompanying Memorandum Opinion, and request intervention from the Court if necessary within twenty-eight (28) days of this Order.

BY THE COURT:


 /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE