**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | :<br>:<br>: MDL No. 2002<br>: 08-md-02002<br>: |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | :<br>:<br>: |

## ORDER

AND NOW, this 30th day of November, 2011, upon consideration of the Defendants' Motion to Dismiss Direct Purchasers' Claims for Damages Prior to September 24, 2004 (Doc. No. 241), and the Direct Purchaser Plaintiffs' response (Doc. No. 317), the Defendants' reply (Doc. No. 304), and the parties' supplemental filings thereto, and for the reasons stated in the accompanying Opinion, it is hereby ORDERED that the Motion (Doc. No. 241) is GRANTED without prejudice. Plaintiffs may seek leave to file an amended complaint consistent with the terms of the Court's Opinion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge