IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : |
| | MDL No. 2002 |
| | 08-md-02002 |
| _____ | : |
| | : |
| THIS DOCUMENT APPLIES TO: ALL INDIRECT PURCHASER PLAINTIFF ACTIONS | : : : |

## ORDER

AND NOW, this 4th day of April, 2012, upon consideration of the Defendants' Motion to Dismiss the Indirect Purchaser Plaintiffs' Claims for Damages Barred by the Statutes of Limitations of Various States (Doc. No. 331), the Plaintiffs' response (Doc. No. 353) and the Defendants' reply (Doc. No. 384), and the parties' supplemental filings thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion (Doc. No. 331) is GRANTED without prejudice.

Accordingly, the following claims for damages are dismissed without prejudice:

a.   All claims for damages arising before November 17, 2004 for violation of the Arizona Antitrust Act or for unjust enrichment under Arizona common law contained in Count II.

b.   All claims for damages arising before November 13, 2004 for violation of the Cartwright Act or California's Unfair Competition Law contained in Count III.

c.   All claims for damages arising before November 17, 2005 for violation of the District of Columbia Consumer Protection Procedures Act or for unjust enrichment under District of Columbia common law contained in Count IV.

d.   All claims for damages arising before November 17, 2004 for violation of the District of Columbia Antitrust Act contained in Count IV.

e.    All claims for damages arising before December 2, 2004 for violation of the Florida Deceptive Trade Practices Act or for unjust enrichment under Florida common law contained in Count V.

f.    All claims for damages arising before February 27, 2005 for violation of the Iowa Competition Law contained in Count VI.

g.    All claims for damages arising before February 27, 2004 for unjust enrichment under Iowa common law contained in Count VI.

h.    All claims for damages arising before November 17, 2005 for violation of the Kansas Antitrust Act, or for unjust enrichment under Kansas common law contained in Count VII.

i.    All claims for damages arising before January 8, 2005 for violation of the Michigan Antitrust Reform Act contained in Count X.

j.    All claims for damages arising before November 17, 2004 for violation of the Minnesota Antitrust Law contained in Count XI.

k.    All claims arising before November 17, 2002 for unjust enrichment under Minnesota common law contained in Count XI.

l.    All claims for damages arising before February 27, 2006 for violation of the Mississippi Antitrust Act or for unjust enrichment under Mississippi common law contained in Count XII.

m.    All claims for damages arising before November 17, 2004 for violation of the Nebraska Consumer Protection Act or for unjust enrichment under Nebraska common law contained in Count XIII.

n.    All claims for damages arising before November 17, 2004 for violation of the Donnelly Act contained in Count XVI.

o.    All claims arising before November 17, 2002 for unjust enrichment under New York common law contained in Count XVI.

p.    All claims for damages arising before November 17, 2005 for unjust enrichment under North Carolina law contained in Count XVII.

q.    All claims for damages arising before November 17, 2004 for violations of the North Carolina Unfair and Deceptive Trade Practices Act contained in Count XVII.

r.      All claims for damages arising before February 27, 2005 for violation of the North Dakota Antitrust Act contained in Count XVIII.

s.      All claims for damages arising before January 8, 2005 for violation of South Dakota antitrust law contained in Count XX.

t.      All claims for damages arising before January 8, 2004 for unjust enrichment under South Dakota common law contained in Count XX.

u.      All claims for damages arising before January 8, 2006 for violation of the Tennessee Trade Practices Act or for unjust enrichment under Tennessee common law contained in Count XXI.

v.      All claims for damages arising before February 27, 2005 for unjust enrichment under Utah common law contained in Count XXII.

w.      All claims arising before December 2, 2002 for violation of the Vermont Consumer Fraud Act or for unjust enrichment under Vermont common law contained in Count XIII.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge