UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 2002 |
| THIS DOCUMENT RELATES TO:<br><br>Publix Super Markets, Inc. v. United Egg Producers, et al., No. 2:10-cv-06737 GP; and<br>Supervalu Inc. v. United Egg Producers, et al., No. 2:10-cv-06736 GP | Case No. 2:08md02002-GP<br><br>Hon. Gene E.K. Pratter |

**PLAINTIFFS, PUBLIX SUPER MARKETS, INC. AND
SUPERVALU, INC.'S NOTICE OF FILING
<u>ASSIGNMENT AND RATIFICATION AGREEMENTS</u>**

Pursuant to the Stipulation and Order Regarding Unspecified Affiliates [Dkt. 652], Plaintiffs, Publix Super Markets, Inc. and Supervalu Inc., provide notice that they have served upon defense counsel the attached Assignment and Ratification Agreements (Exhibits 1-2).

Respectfully submitted,

Dated: April 30, 2012          By:     /s/David P. Germaine
                                       Joseph M. Vanek
                                       David P. Germaine
                                       Vanek, Vickers & Masini, P.C.
                                       111 S. Wacker Drive
                                       Suite 4050
                                       Chicago, IL  60606
                                       Telephone: (312) 224-1514
                                       Facsimile: (312) 224-1510
                                       Email: jvanek@vaneklaw.com
                                              dgermaine@vaneklaw.com

# EXHIBIT 1
# FILED UNDER SEAL
# PURSUANT TO CMO #10

# EXHIBIT 2
# FILED UNDER SEAL
# PURSUANT TO
# CMO #10