IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : <br> : <br> : MDL No. 2002 <br> : 08-md-02002 <br> : |
| THIS DOCUMENT APPLIES TO: <br> WINN-DIXIE STORES, INC. v. <br> MICHAEL FOODS, INC., No. 11-cv-510 | : <br> : <br> : <br> : |

## ORDER

AND NOW, this 7th day of May, 2012, upon consideration of the Stipulation of Dismissal Without Prejudice of Claims Against United Egg Association, which is attached to this Order, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

IN THE UNITES STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : MDL No. 2002 : 08-md-02002 : : |
| THIS DOCUMENT RELATES TO No. 2:11-cv-00510-GP | : : : |

**STIPULATION ~~AND [PROPOSED] ORDER~~ OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST UNITED EGG ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiffs Winn-Dixie Stores, Inc., Roundy's Supermarkets, Inc., C&S Wholesale Grocers, Inc., and H.J. Heinz Company, L.P. (collectively, the "Winn-Dixie Plaintiffs"), against Defendant United Egg Association are dismissed without prejudice, with each party to bear its own costs.

Date: April 27, 2012

/s/ Patrick J. Ahern
Patrick J. Ahern
BAKER & McKENZIE
300 East Randolph Street
Suite 5000
Chicago, Illinois 60601
(312) 861-3735
patrick.ahern@bakermckenzie.com
*Attorney for the Winn-Dixie Plaintiffs*

STIPULATED BY:

/s/ Jan P. Levine
Jan P. Levine
Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA, 19103-2799
Phone: (215) 981-4714
Fax:   (215) 981-4750
levinej@pepperlaw.com
*Attorneys for Defendant United Egg Association*