**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS | § | |
| ANTITRUST LITIGATION | § | |
| | § | **MDL No. 2002** |
| | § | **08-md-02002** |
| _____ | § | |
| | § | |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | |
| **All Direct Purchaser Actions** | § | |

**JOINT MOTION FOR ENTRY OF**
**JUDGMENT IN FAVOR OF SPARBOE FARMS, INC.**

Pursuant to this Court's Orders and the Settlement Agreement between Direct Purchaser

Plaintiffs and Sparboe Farms, Inc. ("Sparboe"), and for the reasons detailed in the joint

supporting Memorandum, Direct Purchaser Plaintiffs and Sparboe respectfully request entry of

the judgment in favor of Sparboe Farms, Inc. pursuant to Fed. R. Civ. P. 54(b).  The parties'

[Proposed] Entry of Judgment in Favor of Sparboe Farms, Inc. is attached.

Dated: September 21, 2012

Respectfully submitted,

/s/ Steven A. Asher_____
Steven A. Asher
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200
(215) 545-6536 (fax)
asher@ska-law.com

***Interim Co-Lead Counsel and Liaison Counsel for***
***Direct Purchaser Plaintiffs***

Michael D. Hausfeld
**HAUSFELD LLP**
1700 K. Street NW, Suite 650
Washington, DC 20006
(202) 540-7200
(202) 540-7201 (fax)
mhausfeld@hausfeldllp.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

Stanley D. Bernstein
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street, 22nd Floor
New York, New York 10016
(212) 779-1414
(212) 779-3218 (fax)
bernstein@bernlieb.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

Stephen D. Susman
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, NY 10022-6828
(212) 336-8330
(212) 336-8340 (fax)
ssusman@susmangodfrey.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/ Troy J. Hutchinson
Troy J. Hutchinson
**BRIGGS AND MORGAN**
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8415
(612) 977-8650 (fax)
thutchinson@briggs.com

*Counsel for Sparboe Farms, Inc.*