IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : MDL No. 2002 : 08-md-02002 : _____ : : THIS DOCUMENT APPLIES TO: : ALL ACTIONS : |

## ORDER

AND NOW, this ___ day of October, 2012, upon consideration of the Motions to Dismiss and supporting brief filed by Defendant Sparboe Farms, Inc. (Docket Nos. 635-37, 639-42) and the Motion to Dismiss filed by Defendant Land O' Lakes, Inc. (Docket No. 646), the responses thereto (Docket Nos. 666, 674), and the Defendants' replies (Docket Nos. 677, 686), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The motions of Defendant Sparboe Farms, Inc. (Docket Nos. 635-37, 639-41) are DENIED.

2. The motion of Defendant Land O' Lakes, Inc. to Dismiss Defendant Giant Eagle's Amended Complaint (Docket No. 646) is GRANTED without prejudice as to Count I and DENIED as to Count II. Giant Eagle may seek leave to file an amended complaint.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge