IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS<br>ANTITRUST LITIGATION | :<br>:<br>: MDL No. 2002<br>: 08-md-02002<br>: |
| THIS DOCUMENT APPLIES TO:<br>ALL DIRECT PURCHASER PLAINTIFF ACTIONS | :<br>:<br>: |

## ORDER

AND NOW, this 25th day of October, 2012, upon the Court's review of the Joint Motion for Entry of Judgment submitted by the Direct Purchaser Plaintiffs and Sparboe Farms, Inc. ("Sparboe") (Docket No. 739), the Court finds that there is no just reason for delay of entry of final judgment pursuant to Fed. R. Civ. P. 54(b). Therefore, it is hereby ORDERED:

1. The claims alleged and sought in this matter by Direct Purchaser Plaintiffs against Sparboe are hereby DISMISSED with prejudice in accordance with Fed. R. Civ. P. 54(b). Final judgment is entered in favor of Sparboe and, except as explicitly provided for in the Settlement Agreement between Sparboe and the Direct Purchaser Plaintiffs, each party shall bear its own costs and attorneys' fees.

2. The Court reserves exclusive jurisdiction over the Settlement Agreement between Sparboe and Direct Purchaser Plaintiffs.

3. Liaison Counsel for Direct Purchaser Plaintiffs shall file with the Clerk of the Court a record of potential Class Members who timely excluded themselves from the class and shall provide a copy of that record to counsel for Sparboe Farms within ten (10) business days of this Order.

08-md-2002

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge

Oct. 25, 2012