IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION : : : : : | MDL No. 2002 08-md-2002 |
| THIS DOCUMENT APPLIES TO: ALL DIRECT PURCHASER PLAINTIFF ACTIONS : : : : : | |

## ORDER

AND NOW, this 9th day of November, 2012, upon the Court's review of the Joint Motion for Entry of Judgment submitted by the Direct Purchaser Plaintiffs and Defendants Moark, LLC, Norco Ranch, Inc., and Land O' Lakes, Inc. ("Moark") (Docket No. 738), the Court finds that there is no just reason for delay of entry of final judgment pursuant to Fed. R. Civ. P. 54(b). Therefore, it is hereby ORDERED:

1. The claims alleged and sought in this matter by Direct Purchaser Plaintiffs against Moark are hereby DISMISSED with prejudice in accordance with Fed. R. Civ. P. 54(b). Final judgment is entered in favor of Moark and, except as explicitly provided for in the Settlement Agreement between Moark and the Direct Purchaser Plaintiffs and the Court's concurrently filed Order on the Direct Purchaser Plaintiffs' Motion for Attorneys' Fees and Reimbursement, each party shall bear its own costs and attorneys' fees.

2. The Court reserves exclusive jurisdiction over the Settlement Agreement between Moark and the Direct Purchaser Plaintiffs.

3.      Liaison Counsel for the Direct Purchaser Plaintiffs shall file with the Clerk of the Court a record of potential Class Members who timely excluded themselves from the class and shall provide a copy of that record to counsel for Moark within ten (10) business days of this Order.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge