IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : **MDL No. 2002** : **08-md-2002** : |
| THIS DOCUMENT APPLIES TO: ALL DIRECT PURCHASER PLAINTIFF ACTIONS | : : : : |

## ORDER

AND NOW, this 9th day of November, 2012, upon consideration of the Motion submitted by Direct Purchaser Plaintiffs' counsel for reimbursement of expenses and an award of attorneys' fees (Docket No. 493), as well as the supplemental briefing and declarations submitted by Direct Purchaser Plaintiffs' counsel in support of the Motion (Docket Nos. 733-36), it is hereby ORDERED that:

1. Counsel for the Direct Purchaser Plaintiffs are awarded attorneys' fees in the amount of $7,500,000, with accrued interest.

2. Counsel for the Direct Purchaser Plaintiffs are awarded reimbursement of expenses in the amount of $434,944.79, with accrued interest.

3. Interim Co-Lead Counsel are responsible for allocating and distributing counsel fees and expenses among counsel for the Direct Purchaser Plaintiffs.

4. The Court retains jurisdiction over the Moark Settlement Agreement to include resolution of any matters which may arise related to the allocation and distribution of attorneys' fees and expenses.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge
