IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | :<br>:<br>: MDL No. 2002<br>: 08-md-2002<br>: |
| THIS DOCUMENT APPLIES TO:<br>ALL DIRECT PURCHASER ACTIONS | :<br>:<br>: |

## ORDER

AND NOW, this 14th day of December, 2012, upon consideration of the Direct Purchaser Plaintiffs' Motion for Leave to File a Third Amended Complaint (Docket Nos. 613-14) and reply in support thereof (Docket No. 628), as well as the responses thereto filed by the Hillandale Defendants (Docket Nos. 618, 629), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion is DENIED in part with prejudice with respect to the proposed claims against Hillandale East and Hillandale Farms, Inc.

2. The motion is GRANTED in part with respect to the proposed claims against Hillandale Gettysburg and Hillandale PA and the proposed allegations regarding fraudulent concealment.

3. Plaintiffs shall file a revised Third Amended Complaint consistent with this Memorandum by no later than January 4, 2013. Prior to filing the complaint, Plaintiffs shall share the revised complaint with Defendants, including providing

the Defendants with a redline copy, to confirm that the complaint comports with the Court's Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge