IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS        :
ANTITRUST LITIGATION                  :
                                   :       MDL No. 2002
                                   :       08-md-02002
                                   :

THIS DOCUMENT RELATES TO:      :
ALL ACTIONS                      :
                                   :      *12/20/1~*

## STIPULATION AND [PROPOSED] ORDER
## PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for

United Egg Producers ("UEP"), United States Eggs Marketers ("USEM"), and United Egg

Association ("UEA), and Liaison Counsel for Direct Purchaser Plaintiffs, Indirect Purchaser

Plaintiffs, and Direct Action Plaintiffs, subject to the approval of the Court and pursuant to

Federal Rule of Evidence 502(d), that:

      1.     Defendants and third parties in this multi-district litigation ("this

Litigation") are in possession of documents responsive to plaintiffs' discovery requests that UEP,

USEM, and/or UEA believe are protected from disclosure by the attorney-client privilege and/or

the work product or other protection of UEP, USEM, or UEA, or of an entity or coalition of

which UEP, USEM, or UEA has been a member or participant (collectively "UEP" hereinafter).

      2.     To save the parties and the Court time and resources that otherwise will be

expended logging documents and potentially litigating the availability of the attorney-client

privilege or work product or other protection, the parties agree that:

a.       The fact of production of a document in this Litigation may not be used by any party to argue waiver in this Litigation of UEP's attorney-client privilege or work product or other protection over any other document, information, or communication; and

b.       The fact of production of a document in this Litigation may not be used to argue waiver in any other litigation or proceeding of UEP's attorney-client privilege or work product or other protection over the document produced or any other document, information, or communication.

3.       In entering into this Stipulation, UEP does not waive any of its rights under Case Management Order No. 10 (Docket No. 50), including but not limited to Paragraph 8 and its protections regarding inadvertent production of documents, information, or communications subject to a claim of attorney-client privilege or work product or other protection.

4.       In entering into this Stipulation, no plaintiff waives its right to challenge for any other reason UEP's assertion of the attorney-client privilege or work product or other protection in this Litigation.

Dated:  December 19, 2012

/s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131-4327
Telephone: (305) 373-1000
Fax: (305) 372-1861
wblechman@kennynachwalter.com
*Direct Action Plaintiffs' Liaison Counsel*

STIPULATED BY:

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA, 19103-2799
Phone: (215) 981-4714
Fax: (215) 981-4750
levinej@pepperlaw.com
*Counsel for United Egg Producers, United States Egg Marketers, and United Egg Association*

-2-

/s/ Steven A. Asher
Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Fax: (215) 545-6535
asher@wka-law.com
*Direct Purchaser Plaintiffs' Liaison Counsel*

/s/ Krishna B. Narine
Krishna B. Narine
MEREDITH & NARINE
1521 Locust St., 8th Floor
Philadelphia, PA 19102
Phone: (215) 564-5182
Fax: (215) 569-0958
knarine@m-npartners.com
*Indirect Purchaser Plaintiffs' Liaison Counsel*

IT IS SO ORDERED.

Dated: _12/20/12_

BY THE COURT:

GENE E.K. PRATTER
United States District Judge