IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS : 
ANTITRUST LITIGATION :
: MDL No. 2002
: 08-md-2002

THIS DOCUMENT APPLIES TO: :
ALL DIRECT PURCHASER ACTIONS :

## ORDER

AND NOW, this 28th day of February, 2013, it is hereby ORDERED that the dispute between the Direct Purchaser Plaintiffs and the Defendants referenced in the Defendants' February 21, 2013 letter to the Court is referred to United States Magistrate Judge Timothy Rice.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge