IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : <br> : <br> :    MDL No. 2002 <br> :    08-md-02002 <br> : |
| THIS DOCUMENT APPLIES TO: ALL INDIRECT PURCHASER PLAINTIFF ACTIONS | : <br> : <br> : <br> : |

### ORDER

AND NOW, this 19th day of March, 2013, upon consideration of the Defendants' Motion to Partially Dismiss the Indirect Purchaser Plaintiffs' Fourth Amended Complaint (Docket No. 800), as well as the briefing related to the Motion (Docket Nos. 729, 750, 756), it is hereby ORDERED that the Motion is GRANTED and that all claims for damages brought by the Indirect Purchaser Plaintiffs that arose before the following dates are dismissed with prejudice:

1. November 17, 2004 for violations of the Arizona Antitrust Act (Ariz. Rev. Stat. § 44-1401 *et seq.*);

2. November 17, 2005 for unjust enrichment under Arizona common law;

3. November 13, 2004 for violations of the California Cartwright Act (Cal. Bus. & Prof. Code § 16720 *et seq.*) and California's Unfair Competition Law (Cal. Bus. Prof. Code § 17200 *et seq.*);

4. November 13, 2006 for unjust enrichment under California common law;

5. November 17, 2005 for violations of the District of Columbia Consumer Protection Procedures Act (D.C. Code § 28-3901 *et seq.*) or for unjust enrichment under District of Columbia common law;

6. November 17, 2004 for violations of the District of Columbia Antitrust Act (D.C. Code § 28-4501 *et seq.*);

7. December 2, 2004 for violations of the Florida Deceptive Trade Practice Act (Fla. Stat. Ann. § 501.201 *et seq.*) and for unjust enrichment under Florida common law;

8. December 2, 2004 for violations of the Iowa Competition Law (Iowa Code § 553.1 *et seq.*);

9. December 2, 2003 for unjust enrichment under Iowa common law;

10. November 17, 2005 for violations of the Kansas Restraint of Trade Act (Kan. Stat. Ann. § 50-101 *et seq.*) and for unjust enrichment under Kansas common law;

11. January 8, 2005 for violations of the Massachusetts Consumer Protection Act (Mass. Gen. Laws Ann. Ch. 93A, § 2 *et seq.*);

12. January 8, 2006 for unjust enrichment under Massachusetts common law;

13. December 2, 2004 for violations of the Michigan Antitrust Reform Act (Mich. Comp. Laws § 445.771 *et seq.*);

14. November 17, 2004 for violations of the Minnesota Antitrust Law of 1971 (Minn. Stat. § 325D.49 *et seq.*);

15. November 17, 2002 for unjust enrichment under Minnesota common law;

16. December 2, 2005 for violations of the Mississippi Antitrust Act (Miss. Code Ann. § 75-21-1 *et seq.*) and for unjust enrichment under Mississippi common law;

17. November 17, 2004 for violations of the Nebraska Consumer Protection Act (Neb. Rev. Stat. § 59-1601 *et seq.*) and for unjust enrichment under Nebraska common law;

18. December 2, 2004 for violations of the Nevada Unfair Trade Practices Act (Nev. Rev. Stat. Ann. § 598A.010 *et seq.*) and for unjust enrichment under Nevada common law;

19. December 2, 2004 for violations of the New Mexico Antitrust Act (N.M. Stat. Ann. § 57-1-1 *et seq.*), for violations of the New Mexico Unfair Practice Act (N.M. Stat. Ann. § 57-12-1 *et seq.*), and for unjust enrichment under New Mexico common law;

20. November 17, 2004 for violations of the Donnelly Act (N.Y. Gen. Bus. Law § 340 *et seq.*);

21. November 17, 2004 for violations of the North Carolina Unfair and Deceptive Trade Practices Act (N.C. Gen. Stat. §§ 75-1 *et seq.* and 75-1.1 *et seq.*);

22. November 17, 2005 for unjust enrichment under North Carolina common law;

23. December 2, 2004 for violations of the North Dakota Antitrust Act (N.D. Cent. Code § 51-08.1-01 *et seq.*);

24. December 2, 2004 for violations of South Dakota antitrust law (S.D. Codified Laws § 37-1-3.1 *et seq.*);

25. December 2, 2002 for unjust enrichment under South Dakota common law;

26. December 2, 2005 for violations of the Tennessee Trade Practices Act (Tenn. Code Ann. § 47-25-101 *et seq.*) and for unjust enrichment under Tennessee common law;

27. May 1, 2006 for violations of Utah antitrust law (Utah Code Ann. § 76-10-911 *et seq.*);

28. December 2, 2002 for violations of the Vermont Consumer Fraud Act (9 Vt. Stat. Ann. § 2451 *et seq.*) and for unjust enrichment under Vermont common law;

29. December 2, 2004 for violations of the West Virginia Antitrust Act (W. Va. Code § 47-18-1 *et seq.*);

30. December 2, 2002 for violations of the Wisconsin Deceptive Trade Practices Act (Wis Stat. § 133.01 *et seq.*) and for unjust enrichment under Wisconsin common law.

BY THE COURT:

*/s/ Gene E.K. Pratter*

GENE E.K. PRATTER
United States District Judge