UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | MDL Docket No. 2002<br>08-md-02002 |

### DIRECT PURCHASER PLAINTIFFS' MOTION
### TO PAY COSTS OF SETTLEMENT ADMINISTRATION

Pursuant to the Settlement Agreement between the Direct Purchaser Plaintiffs ("Plaintiffs") and Defendants Moark, LLC, Norco Ranch, Inc., and Land O'Lakes, Inc. (collectively, "Moark") ("Moark Settlement Agreement") (Doc. Nos. 465-3, 699-700), this Court's Orders of August 16, 2012 (Doc. No. 727) and November 9, 2012 (Doc. No. 761), and for the reasons set forth in Plaintiffs' Memorandum of Support of this Motion, Plaintiffs hereby request that the Court approve a distribution of $234,823.00 from the Settlement Fund to the Court-approved claims administrator, Garden City Group ("GCG"), for fees and expenses incurred in connection with the administration of the Moark Settlement Agreement.

A proposed Order is attached hereto.

DATED: May 29, 2013             Respectfully submitted,

/s/     Steven A. Asher
Steven A. Asher
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200
(215) 545-6536 (fax)
asher@wka-law.com
*Interim Co-Plaintiffs and Liaison Counsel for Direct Purchaser Plaintiffs*


Michael D. Hausfeld
**HAUSFELD LLP**
1700 K Street NW
Suite 650
Washington, DC  20006
(202) 540-7200
(202) 540-7201 (fax)
mhausfeld@hausfeldllp.com
*Interim Co-Plaintiffs for Direct Purchaser Plaintiffs*

Stanley D. Bernstein
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street, 22nd Floor
New York, New York 10016
(212) 779-1414
(212) 779-3218 (fax)
bernstein@bernlieb.com
*Interim Co-Plaintiffs for Direct Purchaser Plaintiffs*

Stephen D. Susman
**SUSMAN GODFREY LLP**
654 Madison Avenue, 5th Floor
New York, NY 10065-8404
(212) 336-8330
(212) 336-8340 (fax)
ssusman @susmangodfrey.com
*Interim Co-Plaintiffs for Direct Purchaser Plaintiffs*