# EXHIBIT B



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/21/2010 | 09754 |
| PERIOD START | THROUGH DATE |
| 02/04/2010 | 10/15/2010 |

Ronald Aranoff, Esq.
Bernstein Liebhard LLP
10 East 40th Street, 22nd Floor
New York, NY   10016

| **Project Name: In re Processed Egg Products Antitrust Litigation** | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Notice Dissemination** <br> Printing of 8 pg. POC, 6 pg. Moark Notice and 4 pg. Sparboe Notice | 13,250 | $0.91 | $12,057.50 |
| Summary Notice Media Publications <br>    The Wall Street Journal <br>    PR Newswire Press Release <br>    Various Trade Magazines | | | $238,452.00 |
| Enter name and address records into database (electronic) | 13,624 | $0.065 | $885.56 |
| Enter name and address records into database (hard copy) | 212 | $0.45 | $95.40 |
| Remails | 80 | $0.50 | $40.00 |
| **Imaging, Document Management & Storage** <br> Sort Mail | 2,464 | $0.45 | $1,108.80 |
| Prep Mail | 4.4 Hrs. | | $242.00 |
| Scan Mail (per img.) | 1,506 | $0.12 | $180.72 |
| Process undeliverables | 2,392 | $0.25 | $598.00 |
| Document Storage - Paper (per box/per month) | 2 | $1.50 | $3.00 |
| Document Storage - Electronic (per img./record per month) | 44,586 | $0.008 | $356.68 |
| **Claim Validation** <br> Handle & process exclusions | 1.2 Hrs. | | $180.00 |
| **Contact Services** <br> Standard set-up and design | | | $2,500.00 |

# INVOICE



| Project Name: In re Processed Egg Products Antitrust Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| IVR (per minute) | 229.50 | $0.32 | $73.44 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 24 | $0.95 | $22.80 |
| Monthly maintenance charge | 2 | $100.00 | $200.00 |
| Management of call center | 5.7 Hrs. | | $1,050.00 |
| Handling of class member communications | 26.8 Hrs. | | $2,833.50 |
| **Website Services** Standard set-up & design | | | $3,500.00 |
| Monthly maintenance charge | 2 | $200.00 | $400.00 |
| Website updates | 0.4 Hrs. | | $38.00 |
| **Project Management** | 393.7 Hrs. | | $61,597.50 |
| **Systems Support** | 26.0 Hrs. | | $5,231.00 |
| **Quality Assurance** | 58.4 Hrs. | | $5,799.50 |
| **Total Fees** | | | **$337,445.40** |
| **Total Project Expenses (See Exhibit A)** | | | $8,650.40 |
| **Grand Total** | | | **$346,095.80** |
| **Total Due Moark Settlement** | | | **$173,047.90** |



| **Project Name: In re Processed Egg Products Antitrust Litigation** | |
|---|---:|
| Description | Amount |
| **Project Expenses** | |
| For the period: February 04, 2010 through October 15, 2010 | |
| Address Search | $20.83 |
| Tax Consulting | $187.50 |
| Postage | $6,754.37 |
| Stationery & Supplies | $48.72 |
| FedEx, Messenger & Shipping | $160.95 |
| PACER Charges | $89.60 |
| P. O. Box Rental / Renewal | $1,020.00 |
| Copy Charges | $110.00 |
| Telephone Line Charges | $6.88 |
| Domain Registration | $251.55 |
| **Total** | **$8,650.40** |

**Please Remit To :**

The Garden City Group, Inc.  
105 Maxess Road  
Melville, NY 11747 - 3836

-Or-

The Garden City Group, Inc.  
Operating A/C  
Signature Bank  
1225 Franklin Avenue  
Garden City, NY 11530

ABA # - 026013576  
A/C # - 1500237410  
Tax ID # - 11-3235454  
Swift Code - SIGNUS33