# EXHIBIT C



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 03/26/2013 | 14322 |
| PERIOD START | THROUGH DATE |
| 08/01/2011 | 03/15/2013 |

Ronald Aranoff, Esq.
Bernstein Liebhard LLP
10 East 40th Street, 22nd Floor
New York NY 10016

| Project Name: In re Processed Egg Products Antitrust Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of 2 pg. Notice | 14,000 | $0.14 | $1,960.00 |
| Enter name and address records into database (electronic) | 113 | $0.065 | $7.35 |
| Enter name and address records into database (hard copy) | 243 | $0.45 | $109.35 |
| Remails | 83 | $0.50 | $41.50 |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 1,000 | $0.45 | $450.00 |
| Prep Mail | 13.9 Hrs. | | $764.50 |
| Scan Mail (per img.) | 1,247 | $0.12 | $149.64 |
| Process undeliverables | 865 | $0.25 | $216.25 |
| Document Storage - Paper (per box/per month) | 361 | $1.50 | $541.50 |
| Document Storage - Electronic (per img./record per month) | 1,326,616 | $0.008 | $10,612.93 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 28.8 Hrs. | | $3,360.00 |
| Additional processing for non-conforming claims | 29.4 Hrs. | | $3,900.00 |
| Handle & process exclusions | 1.4 Hrs. | | $147.00 |
| **Contact Services** | | | |
| IVR (per minute) | 829.70 | $0.32 | $265.50 |

# INVOICE



| Project Name: In re Processed Egg Products Antitrust Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 204 | $0.95 | $193.80 |
| Monthly maintenance charge | 19 | $100.00 | $1,900.00 |
| Management of call center | 9.5 Hrs. | | $1,267.50 |
| Handling of class member communications | 94.5 Hrs. | | $11,273.40 |
| **Website Services** | | | |
| Monthly maintenance charge | 19 | $200.00 | $3,800.00 |
| Website updates | 4.2 Hrs. | | $525.00 |
| **Distribution Services** | | | |
| Prepare & file annual tax return | 2 | $2,500.00 | $5,000.00 |
| **Project Management** | 177.4 Hrs. | | $25,619.50 |
| **Systems Support** | 69.5 Hrs. | | $9,193.00 |
| **Quality Assurance** | 100.9 Hrs. | | $11,362.50 |
| **Total Fees** | | | $92,660.22 |
| **Project Expense Total (See Exhibit A)** | | | $10,397.02 |
| **Subtotal** | | | $103,057.24 |
| **Estimate to Complete (See Exhibit B)** | | | $57,764.29 |
| **Total** | | | $160,821.53 |
| Outstanding Balance on Inv#11160 | | | $74,001.47 |
| **Grand Total Due Moark Settlement** | | | $234,823.00 |



# EXHIBIT A

| Project Name: In re Processed Egg Products Antitrust Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses**<br>For the period: August 01, 2011 through March 15, 2013 | |
| NCOA address Search | $70.23 |
| Tax Consulting | $1,610.00 |
| Postage | $6,002.23 |
| Stationery & Supplies | $102.70 |
| FedEx, Messenger & Shipping | $228.42 |
| PACER Charges | $44.36 |
| P. O. Box Rental / Renewal | $2,215.00 |
| Copy Charges | $104.70 |
| Telephone Charges | $19.38 |
| **Total** | **$10,397.02** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168781
Tax ID # - 11-3235454
Swift Code - SIGNUS33



# EXHIBIT B

**IN RE PROCESSED EGG PRODUCTS ANTITRUST LITIGATION**
**ESTIMATE OF FEES AND EXPENSES FOR DISTRIBUTION**
**AS OF MARCH 16, 2013**

| | | |
|---|---|---:|
| I. | **Check Distribution- Fees** | |
| | Print Checks   695@ $1.25 | $868.75 |
| | Project Management | $5,000.00 |
| | Quality Assurance | $5,000.00 |
| | Systems Support | $5,000.00 |
| | Mailroom Services | $1,000.00 |
| | Banking Services | $2,500.00 |
| | *Subtotal of Check Distribution Fees* | $19,368.75 |
| | | |
| | **Check Distribution- Expenses** | |
| | Postage | $319.70 |
| | *Subtotal of Check Distribution Expenses* | $319.70 |
| | | |
| | *Subtotal of Check Distribution Fees & Expenses* | **$19,688.45** |
| | | |
| II. | **Post-Distribution Work- Fees (Assumes 9 months)** | |
| | Reissue Checks 48 @ $1.95 | $93.60 |
| | | |
| | In-bound Claimant Correspondence | |
| | ~Monthly Maintenance Charge ($100/month) | $900.00 |
| | ~IVR Minutes 657.27 @ $0.32 per minute/per month for 9 months | $210.30 |
| | ~Live Operator Minutes 3,300 @ $0.95 per minute | $3,135.00 |
| | ~Handle escalated incoming calls, emails & written correspondence (Standard Hourly Rates) | $2,500.00 |
| |  Class Member Communications | $7,974.90 |
| | | |
| | Project Management | $4,000.00 |
| | Quality Assurance | $3,500.00 |
| | Systems Support | $2,000.00 |
| | Banking Services | $1,000.00 |
| | Mailroom | $1,500.00 |
| | *Subtotal of Post-Distribution Work Fees* | $26,813.80 |
| | | |
| | **Post-Distribution Work- Expenses** | |
| | Postage | $22.08 |
| | FedEx, Copies, Line Charges | $300.00 |
| | *Subtotal of Post-Distribution Work Expenses* | $322.08 |
| | | |
| | *Subtotal of Post-Distribution Work Fees & Expenses* | $27,135.88 |
| | | |
| III. | **Ancillary Services- Fees** | |
| | OFAC Search Charge | $150.00 |
| | Preparation and filing of Taxes (2013 & 2014)) | $5,000.00 |
| | Paper Storage, 19 boxes @ $1.50 per box per month for 9 months | $256.50 |
| | Electronic Storage- 75,337   @ $0.008 per image/record per month for 9 months | $5,424.21 |
| | *Subtotal of Ancillary Fees* | $10,830.71 |
| | | |
| | **Ancillary Services- Expenses** | |
| | Disposal of files (19 boxes) | $109.25 |
| | *Subtotal of Ancillary Expenses* | $109.25 |
| | | |
| | *Subtotal of Ancillary Fees & Expenses* | **$10,939.96** |
| | | |
| | **GRAND TOTAL FEES AND EXPENSES:** | **$57,764.29** |