# EXHIBIT D



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/05/2011 | 11160 |
| PERIOD START | THROUGH DATE |
| 10/16/2010 | 07/31/2011 |

Ronald Aranoff, Esq.
Bernstein Liebhard LLP
10 East 40th Street, 22nd Floor
New York, NY 10016

| Project Name: In re Processed Egg Products Antitrust Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Notice Dissemination** | | | |
| Enter name and address records into database (electronic) | 2,716 | $0.065 | $176.54 |
| Enter name and address records into database (hard copy) | 719 | $0.45 | $323.55 |
| Remails | 7 | $0.50 | $3.50 |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 1,179 | $0.45 | $530.55 |
| Prep Mail | 92.5 Hrs. | | $5,087.50 |
| Scan Mail (per img.) | 50,718 | $0.12 | $6,086.16 |
| Process undeliverables | 33 | $0.25 | $8.25 |
| Document Storage - Paper (per box/per month) | 133 | $1.50 | $199.50 |
| Document Storage - Electronic (per img./record per month) | 549,036 | $0.008 | $4,392.29 |
| **Claim validation** | | | |
| Handle & process exclusions | 21.6 Hrs. | | $2,920.00 |
| **Contact Services** | | | |
| IVR (per minute) | 693.70 | $0.32 | $221.98 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 378 | $0.95 | $359.10 |

# INVOICE



| Project Name: In re Processed Egg Products Antitrust Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| Monthly maintenance charge | 10 | $100.00 | $1,000.00 |
| Management of call center | 2.3 Hrs. | | $240.00 |
| Handling of class member communications | 92.5 Hrs. | | $10,925.50 |
| **Website Services** | | | |
| Monthly maintenance charge | 10 | $200.00 | $2,000.00 |
| Website updates | 1.6 Hrs. | | $196.00 |
| **Distribution Services** | | | |
| Prepare & file annual tax return | 1 | $2,500.00 | $2,500.00 |
| **Project Management** | 122.9 Hrs. | | $16,560.50 |
| **Systems Support** | 40.5 Hrs. | | $8,118.50 |
| **Quality Assurance** | 165.1 Hrs. | | $18,491.50 |
| **Total Fees** | | | **$80,340.92** |
| **Total Project Expenses (See Exhibit A)** | | | $1,036.32 |
| **Subtotal** | | | **$81,377.24** |
| Less Credit due for Previously Billed Media Charges | | | $(23,129.30) |
| **Invoice Total** | | | **$58,247.94** |
| **Subtotal Due Moark Settlement** | | | **$29,123.97** |
| **Claim Validation** | | | $43,218.50 |
| Process Claims/deficiency responses | 421.0 Hrs. | | |
| Additional processing for non-conforming claims | 11.2 Hrs. | | $1,659.00 |
| **Grand Total Due Moark Settlement** | | | **$74,001.47** |



# EXHIBIT A

| **Project Name: In re Processed Egg Products Antitrust Litigation** | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: October 16, 2010 through July 31, 2011 | |
| Tax Consulting | $202.50 |
| Postage | $151.18 |
| Stationery & Supplies | $20.80 |
| PACER Charges | $48.40 |
| P. O. Box Rental / Renewal | $510.00 |
| Copy Charges | $79.40 |
| Telephone Line Charges | $24.04 |
| **Total** | **$1,036.32** |

**Please Remit To :**

The Garden City Group, Inc.  
1985 Marcus Avenue, Suite 200  
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.  
Operating A/C  
Signature Bank  
1225 Franklin Avenue  
Garden City, NY 11530

ABA # - 026013576  
A/C # - 1501168234  
Tax ID # - 11-3235454  
Swift Code - SIGNUS33