IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : MDL No. 2002 : 08-md-2002 : : |
| THIS DOCUMENT APPLIES TO: ALL DIRECT PURCHASER ACTIONS | : : : |

## ORDER

AND NOW, this 2nd day of July, 2013, having considered Direct Purchaser Plaintiffs' Motion to Pay Costs of Settlement Administration (Docket No. 823), to which no objections have been filed, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that $234,823.00 of the Moark Settlement Fund shall be distributed to the Garden City Group for the payment of costs associated with settlement administration.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge