IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS     :
ANTITRUST LITIGATION     :
    :       **MDL No. 2002**
    :       **08-md-2002**
_____:
    :
THIS DOCUMENT APPLIES TO:     :
ALL DIRECT PURCHASER PLAINTIFFS     :
AND SPARBOE FARMS, INC.     :

## ORDER

AND NOW, this _____ day of July, 2013, for the reasons stated in the accompanying

Memorandum, it is hereby ORDERED that Sparboe Farms, Inc. shall have no obligation to

reimburse Direct Purchaser Plaintiffs for the costs associated with the preparation and

dissemination of the notice of the parties' class settlement.


BY THE COURT:


GENE E.K. PRATTER
United States District Judge