IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : <br> : <br> : MDL No. 2002 <br> : 08-md-2002 <br> : |
| THIS DOCUMENT APPLIES TO: <br> ALL DIRECT PURCHASER PLAINTIFF AND <br> DIRECT ACTION PLAINTIFF ACTIONS | : <br> : <br> : <br> : |

### ORDER

AND NOW, this 23rd day of August, 2013, upon consideration of the Defendants' Omnibus Motion to Dismiss the Direct Purchaser Plaintiffs' and Direct Action Plaintiffs' Claims for Damages Barred by the Statute of Limitations (Docket No. 805), it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. With respect to Defendant Weaver Bros., the Court dismisses with prejudice Plaintiff Giant Eagle's claims for damages arising before December 17, 2006. With respect to Defendant Sparboe Farms, Inc., the Court dismisses with prejudice the Direct Action Plaintiffs' claims for damages arising before January 30, 2005. Additionally, the Court dismisses with prejudice the remaining claims for damages brought by the Direct Purchaser Plaintiffs and Direct Action Plaintiffs that arose before September 24, 2004.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge