UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS | : | MDL No. 2002 |
| ANTITRUST LITIGATION | : | Case No: 08-md-02002 |
| | : | |
| | : | |
| THIS DOCUMENT APPLIES TO | : | |
| ALL DIRECT PURCHASER ACTIONS | : | |
| | : | |

DIRECT PURCHASER PLAINTIFFS' MOTION FOR:
(1) PRELIMINARY APPROVAL OF THE SECOND AMENDMENT TO THE SPARBOE SETTLEMENT AGREEMENT,
AND
(2) APPROVAL OF NOTICE PLAN FOR THE PROPOSED SETTLEMENTS WITH MIDWEST POULTRY SERVICES, LP, NATIONAL FOOD CORPORATION, UNITED EGG PRODUCERS AND UNITED STATES EGG MARKETERS, AND THE PROPOSED SECOND SPARBOE AMENDMENT

Direct Purchaser Plaintiffs ("Plaintiffs") move this Court for an Order (1) preliminarily approving the proposed Second Amendment to the Sparboe Settlement Agreement; and (2) approving a Notice Plan, including the form and content of the Notice, for the Proposed Second Sparboe Amendment and the Settlement Agreements with Defendants Midwest Poultry Services, LP, National Food Corporation, United Egg Producers and United States Egg Marketers, that provides for direct mail notice, publication notice, a website and a toll-free information line. In support of this Motion, Plaintiffs rely on their Memorandum in Support of the Motion and supporting Exhibits. A proposed Order is attached as Exhibit C to the Memorandum in Support.

1

Dated: June 19, 2014                             Respectfully submitted,

/s/     Steven A. Asher

Steven A. Asher
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200
(215) 545-6536 (fax)
asher@wka-law.com
*Interim Co-Lead Counsel and Liaison Counsel for Direct Purchaser Plaintiffs*

Michael D. Hausfeld
**HAUSFELD LLP**
1700 K Street NW
Suite 650
Washington, DC  20006
(202) 540-7200
(202) 540-7201 (fax)
mhausfeld@hausfeldllp.com
*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

Stanley D. Bernstein
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414
(212) 779-3218 (fax)
bernstein@bernlieb.com
*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

Stephen D. Susman
**SUSMAN GODFREY LLP**
654 Madison Avenue, 5th Floor
New York, NY 10065-8404
(212) 336-8330
(212) 336-8340 (fax)
ssusman @susmangodfrey.com

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

2