## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS | : | |
| ANTITRUST LITIGATION | : | MULTIDISTRICT LITIGATION |
| | : | |
| | : | |
| *THIS DOCUMENT APPLIES TO ALL* | : | No. 08-md-2002 |
| *DIRECT PURCHASER ACTIONS* | : | |

## O R D E R

**AND NOW**, this 10th day of October, 2014, upon consideration of the Direct Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees and for Reimbursement of Expenses (Docket No. 999), as well as the supporting Memorandum and exhibits, and the Amended Declaration of Mindee J. Reuben in Support of the Direct Purchaser Plaintiffs' Motion for an Award of Attorneys' Fees and For Reimbursement of Expenses (Docket No. 1046), and following the September 4, 2014 hearing on the Motion, **the Court hereby ORDERS that—**

1. Counsel for the Direct Purchaser Plaintiffs are awarded attorneys' fees in the amount of $8,400,000, with accrued interest.

2. Counsel for the Direct Purchaser Plaintiffs are awarded reimbursement of expenses in the amount of $1,043,551.07, with accrued interest.

3. Interim Co-Lead Counsel are responsible for allocating and distributing attorneys' fees and expenses among counsel for the Direct Purchaser Plaintiffs.

4. The Court retains jurisdiction over the Cal-Maine Settlement Agreement to include resolution of any matters which may arise related to the allocation and distribution of attorneys' fees and expenses.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

1