## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  PROCESSED EGG PRODUCTS   :
ANTITRUST LITIGATION             :    **MDL No. 2002**
_____   :    **08-md-2002**
                                      :
**THIS DOCUMENT APPLIES TO:**     :
**All Actions**                          :


## <u>ORDER</u>

**AND NOW**, this 17th day of November, 2014, upon consideration of "Indirect Purchaser Plaintiffs' Objections to Part of September 11, 2014 Order" (Doc. No. 1066), "Direct Action Plaintiffs' Objections to September 12, 2014 Order" (Doc. No. 1067), and "UEP's and USEM's Objections to Part of the Court's September 11, 2014 Order" (Doc. No. 1068), the Court **hereby ORDERS and DECREES that:**

- Indirect Purchaser Plaintiffs' Objections are **OVERRULED**;

- Direct Action Plaintiffs' Objections are **OVERRULED**;

- UEP and USEM's Objections are **SUSTAINED** to the extent set forth in today's Memorandum that accompanies this Order.

The Court AFFIRMS IN PART and VACATES IN PART Judge Rice's September 11, 2014 Order, and remands the dispute for further proceedings consistent with the Memorandum that accompanies this Order.


BY THE COURT:


<u>S/Gene E.K. Pratter</u>
GENE E.K. PRATTER
United States District Judge

1