



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS
ANTITRUST LITIGATION

**MULTIDISTRICT
LITIGATION**

FILED
NOV 24 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

***THIS DOCUMENT APPLIES TO:***
ALL DIRECT PURCHASER ACTIONS

No. 08-md-2002

## O R D E R

**AND NOW**, this 21st day of November, 2014, following today's lengthy phone conference, **it is HEREBY ORDERED that the oral argument** regarding Defendants' Motion to Exclude the Opinions and Testimony of Gordon Rausser, Ph.D., (Doc. No. 1031), **is scheduled for 9:30 AM on Tuesday, December 9, 2014,** in Courtroom 10B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106. Defendants' Reply is due by December 3, 2014. Plaintiffs may file a Surreply, limited to ten pages, by December 5, 2014.

Further, a **phone conference** discussing the status of issues pertaining to the upcoming Oral Argument **will be held on December 1, 2014, at 3:30 PM.**

The **hearing regarding Class Certification scheduled for December 9-11, 2014, is hereby rescheduled for a date to be set by the Court.**

11-25-14
emailed
to liaison

BY THE COURT:

GENE E.K. PRATTER
United States District Judge