IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | : : | No. 08-md-2002 |

ORDER

**AND NOW**, this 26th day of January, 2015, upon consideration of Defendants' Motion to Exclude the Opinions and Testimony of Gordon Rausser, Ph.D. (Doc. No. 1031), it is **hereby ORDERED** that the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1