

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : | MULTIDISTRICT LITIGATION |
| THIS DOCUMENT APPLIES TO: ALL DIRECT PURCHASER ACTIONS | : : | No. 08-md-2002 |

**FILED**
JAN 30 2015
MICHAEL E. KUNZ, Clerk
By_____ _Dep. Clerk

O R D E R

AND NOW, this 30th day of January, 2015, the Court **hereby ORDERS** that a hearing regarding class certification of the proposed class of direct purchasers will be held on March 10 and 11, 2015, beginning at 9:30 AM each day, in Courtroom 10B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

BY THE COURT:

GENE E. K. PRATTER
United States District Judge