UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No. 08-md-2002 |
| THIS DOCUMENT APPLIES TO:<br><br>2:14-cv-06640 | |

### JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

**WHEREAS**, Plaintiff Marsh Supermarkets, LLC ("Plaintiff") filed a Complaint on November 18, 2014 against Defendants Cal-Maine Foods, Inc., Michael Foods, Inc., Ohio Fresh Eggs, LLC, R.W. Sauder, Inc., Rose Acre Farms, Inc., United States Egg Marketers, Inc., and United Egg Producers, Inc. (the "Litigation").

**WHEREAS**, Michael Foods, Inc., Ohio Fresh Eggs, LLC, R.W. Sauder, Inc., Rose Acre Farms, Inc., United States Egg Marketers, Inc., and United Egg Producers, Inc. filed responses to the Complaint on January 20, 2015.

**WHEREAS**, as of the date on which this stipulation was entered, six defendants remained in this Litigation: Michael Foods, Inc., Ohio Fresh Eggs, LLC, R.W. Sauder, Inc., Rose Acre Farms, Inc., United States Egg Marketers, Inc., and United Egg Producers, Inc. (the "Remaining Defendants").

**WHEREAS**, Plaintiff now seeks to dismiss voluntarily its claims against the Remaining Defendants and join the putative direct purchaser class action. Plaintiff has agreed that it will not refile an individual action against any of the Remaining Defendants.

1

**NOW THEREFORE**, the parties hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiff voluntarily dismisses its claims against Michael Foods, Inc., Ohio Fresh Eggs, LLC, R.W. Sauder, Inc., Rose Acre Farms, Inc., United States Egg Marketers, Inc., and United Egg Producers, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. This dismissal is *with prejudice* with respect to Plaintiff refiling an individual action against Michael Foods, Inc., Ohio Fresh Eggs, LLC, R.W. Sauder, Inc., Rose Acre Farms, Inc., United States Egg Marketers, Inc., and United Egg Producers, Inc., or acting as a direct purchaser class representative.

3. This dismissal is *without prejudice* with respect to Plaintiff joining the putative direct purchaser class action as a class member.

4. Each party will bear its own costs, expenses and attorneys' fees relating to this Litigation.

Dated: April 8, 2015

/s/ *Brian C. Hill*
Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
MARCUS & SHAPIRA LLP
One Oxford Center, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
(412) 471-3490
*Counsel for Plaintiff Marsh Supermarkets LLC*

Dated: April 8, 2015

/s/ *Carrie Mahan Anderson*
Carrie Mahan Anderson
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
-*and*-
William L. Greene
Douglas R. Boettge
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612)335-1500
Facsimile: (612) 335-1657
*Counsel for Defendant Michael Foods, Inc.*

2

Dated: April 8, 2015         /s/ Joseph M. Callow, Jr.
                             Joseph M. Callow, Jr.
                             KEATING MUETHING & KLEKAMP PLL
                             One East Fourth St.
                             Suite 1400
                             Cincinnati, Ohio 45202
                             Phone: (513) 579-6419
                             Fax: (513) 579-6457
                             *Counsel for Defendant Ohio Fresh Eggs, LLC*

Dated: April 8, 2015         /s/ Christine C. Levin
                             Joseph A. Tate
                             Christine C. Levin
                             DECHERT LLP
                             Cira Centre
                             2929 Arch Street
                             Philadelphia, PA 19104
                             Tel: 215-994-2421
                             Fax: 215-994-2222
                             *Counsel for Defendant R.W. Sauder, Inc.*

Dated: April 8, 2015         /s/ Donald M. Barnes
                             Donald M. Barnes
                             John C. Monica, Jr.
                             PORTER, WRIGHT, MORRIS & ARTHUR, LLP
                             1900 K Street, NW, Suite 1110
                             Washington, DC 20006
                             Telephone: (202) 778-3056
                             Facsimile: (202) 778-3063
                             *Counsel for Defendant Rose Acre Farms, Inc.*

Dated: April 8, 2015         /s/ Jan P. Levine
                             Jan P. Levine
                             Robin P. Sumner
                             PEPPER HAMILTON LLP
                             3000 Two Logan Square
                             Eighteenth and Arch Streets
                             Philadelphia, PA 19103
                             Phone: (215) 981-4000
                             Fax: (215) 981-4750
                             *Counsel for Defendants United Egg Producers,
                             Inc., and United States Egg Marketers, Inc.*

**IT IS SO ORDERED.**

Dated: _April 10, 2015_

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge