IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : <br> : <br> : MULTIDISTRICT LITIGATION <br> : <br> : No. 08-md-2002 <br> : |
| *THIS DOCUMENT APPLIES TO ALL DIRECT PURCHASER ACTIONS* | : <br> : |

## ORDER

**AND NOW**, this 12th day of May, 2015, upon consideration of the April 27, 2015 letters from Mindee J. Reuben, Esquire, and William L. Greene, Esquire, describing their respective positions on a discovery dispute between Direct Purchaser Plaintiffs and Defendant Michael Foods, as well as the supplemental submissions from each party (dated May 11, 2015), and following the May 8, 2015 telephone conference regarding the dispute, the Court **hereby ORDERS that** Direct Purchaser Plaintiffs are permitted to file a formal discovery motion related to this dispute pursuant Case Management Order 18 (Doc. No. 656) by **May 19, 2015**.[1] Defendant Michael Foods may respond by **May 26, 2015**.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

---

[1] The Court has reviewed the portions of Michael Foods's offered affidavits that Direct Purchaser Plaintiffs contend warrant additional depositions of the affiants. The affidavits do not, on their face, appear to present new information that Direct Purchaser Plaintiffs could not have explored during fact discovery. However, recognizing that context determines whether information is new or old, foreseeable or unforeseeable, the Court will allow Direct Purchaser Plaintiffs to further elaborate on their position by filing a formal discovery motion as well as a seven-page brief in support of their motion pursuant Case Management Order 18. Defendant Michael Foods will also be limited to seven pages in response.