# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : MDL No. 2002 : 08-md-02002 |
| THIS DOCUMENT APPLIES TO: All Direct Purchaser Class Actions | : : : |

## CERTIFICATE OF SERVICE

      I hereby certify that Direct Purchaser Plaintiffs' Motion for Final Approval of the Class Action Settlements Between Plaintiffs and (1) Defendant NuCal Foods, Inc. and (2) Defendants Hillandale Farms of Pa., Inc. and Hillandale-Gettysburg, L.P. were served upon the below-listed Liaison Counsel for Defendants, Indirect Purchaser Plaintiffs, and Direct Action Plaintiffs via electronic mail and this Court's ECF service:

### Liaison Counsel

| | |
|---|---|
| Jan P. Levine, Esquire<br>**PEPPER HAMILTON LLP**<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4714<br>(215) 981-4750 (fax)<br>levinej@pepperlaw.com<br><br>*Defendants' Liaison Counsel* | Krishna B. Narine, Esquire<br>**MEREDITH & NARINE, LLC**<br>100 S. Broad Street<br>Suite 905<br>Philadelphia, PA 19110<br>(215) 564-5182<br>(215) 569-0958<br>knarine@m-npartners.com<br><br>*Indirect Purchaser Plaintiffs' Liaison Counsel* |

William J. Blechman, Esquire
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-373-1000
Facsimile: 305-372-1861
wblechman@kennynachwalter.com

*Direct Action Plaintiffs' Liaison Counsel*

Date: June 1, 2015                            BY:  /s/ Mindee J. Reuben
                                                                      Mindee J. Reuben