IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS
ANTITRUST LITIGATION

MDL No. 2002
2:08-md-02002

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## MOTION OF DEFENDANT MICHAEL FOODS, INC. FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS AGAINST MICHAEL FOODS IN ALL ACTIONS

Defendant Michael Foods, Inc., by and through its counsel, hereby moves the Court for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment and dismissing, with prejudice, all claims against Michael Foods under all of the Complaints in the respective actions. This motion encompasses all Direct Purchaser Plaintiff (DPP), Direct Action Plaintiff (DAP) and Indirect Purchaser Plaintiff (IPP) cases.

The motion is based on the Memorandum in Support of Defendant Michael Foods, Inc.'s Motion for Summary Judgment (and the exhibits listed therein), Michael Foods' Statement of Undisputed Facts (and the testimony, documents and other evidence cited therein), and the files, records and proceedings in this matter.

Because the allegations in the respective cases regarding Michael Foods' alleged participation in a conspiracy to violate the antitrust laws are substantively identical and the relevant evidence is the same for all of the actions, Michael Foods is supporting its motion for summary judgment in all of the actions with a single memorandum of law and statement of undisputed facts.

Pursuant to Local Rule 7.1(f), Michael Foods, Inc. requests that the Court schedule oral argument on this motion.

Dated: July 2, 2015

*/s/*

William L. Greene
Douglas R. Boettge
Sharon R. Markowitz
Ruth S. Shnider
Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612)335-1500
Facsimile: (612) 335-1657
william.greene@stinsonleonard.com
douglas.boettge@ stinsonleonard.com
sharon.markowitz@stinsonleonard.com
ruth.shnider@stinsonleonard.com

Russell J. Keller
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-2336
Facsimile: (816) 412-1218
russell.keller@stinsonleonard.com

Carrie Mahan Anderson
Weil, Gotshal & Manges LLP
1300 Eye Street NW
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.anderson@weil.com

***Attorneys for Defendant Michael Foods, Inc.***