IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | ) ) ) ) ) | MDL NO. 2002 08-md-02002 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | ) ) ) ) | **ORAL ARGUMENT REQUESTED** |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT R.W. SAUDER, INC.

For the reasons set forth in the accompanying Memorandum and supporting exhibits, which are being filed under seal, Defendant R.W. Sauder, Inc. hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment dismissing all Plaintiffs' claims.

Dated: July 2, 2015

Respectfully submitted,

s/ Christine C. Levin
Joseph A. Tate (04952)
Christine C. Levin (37807)
Jennings F. Durand (200779)
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: 215-994-4000
joseph.tate@dechert.com
christine.levin@dechert.com
jennings.durand@dechert.com

*Attorneys for Defendant R.W. Sauder, Inc.*

1

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT OF DEFENDANT R.W. SAUDER, INC.** was served on all counsel of record by operation of the Court's Electronic Case Filing System.  Also on July 2, 2015, a supporting Memorandum and exhibits thereto were filed under seal, and copies of the Memorandum and exhibits were served upon all counsel of record via email to designated liaison counsel.

    s/ Christine C. Levin
Joseph A. Tate (04952)
Christine C. Levin (37807)
Jennings F. Durand (200779)
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: 215-994-4000
joseph.tate@dechert.com
christine.levin@dechert.com
jennings.durand@dechert.com

*Attorneys for Defendant R.W. Sauder, Inc.*