UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PROCESSED EGG PRODUCTS ANTITRUST LITIGATION : | MDL No. 2002 |
| : | 08-md-02002 |
| THIS DOCUMENT APPLIES TO: : | |
| All Indirect Purchaser Actions : | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT III
OF THE FIFTH AMENDED COMPLAINT (CLAIMS UNDER CALIFORNIA LAW)**

For the reasons set forth in the accompanying *Memorandum in Support of Defendants' Motion for Summary Judgment on Count III of the Fifth Amended Complaint (Claims Under California Law)*, the undersigned Defendants, by and through their counsel, hereby move the Court for an Order entering judgment in their favor and against Plaintiffs on Count III (Claims Under California Law) of the Fifth Amended Complaint (Dkt. #866). The *Memorandum* and its exhibits are being filed under seal. A proposed order is attached to this motion as **Exhibit A**.

Pursuant to Local Rule of Civil Procedure 7.1, Defendants request oral argument on this Motion.

Dated:  July 2, 2015

/s/ *Veronica Smith Lewis*
Veronica Smith Lewis
Brian E. Robison
Jason C. McKenney
Olivia A. Adendorff
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave, Suite 1100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 698-3400

Robin Locke Nagele
POST & SCHELL, P.C.
Four Penn Center, 14th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone:  (215) 587-1155
Facsimile:  (215) 587-1444

*Counsel for Defendant Cal-Maine Foods, Inc.*

/s/ *Carrie Mahan Anderson*
Carrie Mahan Anderson
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street NW
Washington, DC  20005
Telephone: (202) 682-7000
carrie.anderson@weil.com

William L. Greene
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
Telephone:  (612)335-1500
william.greene@stinsonleonard.com

*Counsel for Defendant Michael Foods, Inc.*

/s/ *Jan P. Levine*
Jan P. Levine
Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets

Respectfully submitted,

/s/ *Nathan P. Eimer*
Nathan P. Eimer
Vanessa G. Jacobsen
Arin C. Aragona
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel:  (312) 660-7600
Fax:  (312) 692-1718
neimer@eimerstahl.com

*Counsel for Defendants Moark, LLC and Norco Ranch, Inc.*

/s/ *Donald M. Barnes*
Donald M. Barnes
John C. Monica, Jr.
Jay L. Levine
Molly S. Crabtree
PORTER, WRIGHT, MORRIS & ARTHUR, LLP
1900 K Street, NW, Suite 1110
Washington, DC 20006-1110
Telephone: (202) 778-3056
Facsimile: (202) 778-3063
dbarnes@porterwright.com

*Counsel for Defendant Rose Acre Farms, Inc.*

/s/ *Joseph M. Callow, Jr.*
Joseph M. Callow, Jr.
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6400
jcallow@kmklaw.com

*Counsel for Defendant Ohio Fresh Eggs, LLC*

/s/ *Christine C. Levin*
Joseph A. Tate
Christine C. Levin
Carolyn E. Budzinski
Dechert LLP

| | |
|---|---|
| Philadelphia, PA  19103 | 2929 Arch Street |
| Telephone: (215) 981-4000 | Philadelphia, PA 19104 |
| Facsimile: (215) 981-4750 | Telephone: (215) 994-4000 |
| levinej@pepperlaw.com | joseph.tate@dechert.com |
| sumnerr@pepperlaw.com | christine.levin@dechert.com |

*Counsel for Defendants United Egg Producers, Inc. and United States Egg Marketers, Inc.*   *Counsel for Defendant R.W. Sauder, Inc.*

## **CERTIFICATE OF SERVICE**

I, Nathan P. Eimer, an attorney, hereby certify that on July 2, 2015, a true and correct copy of **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT III OF THE FIFTH AMENDED COMPLAINT (CLAIMS UNDER CALIFORNIA LAW)** was filed with the Clerk of the Court, per the Local Rules, and will be available for viewing and downloading via the CM/ECF system and the CM/ECF system will send notification of such filing to all attorneys of record.

Dated: July 2, 2015                                        By:   */s/ Nathan P. Eimer*
                                                                          Nathan P. Eimer