UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE PROCESSED EGG PRODUCTS** | : | |
| **ANTITRUST LITIGATION** | : | MDL No. 2002 |
| | : | 08-md-02002 |
| | : | |
| **THIS DOCUMENT APPLIES TO:** | : | |
| All Indirect Purchaser Actions | : | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT XIV OF THE FIFTH AMENDED COMPLAINT (CLAIMS UNDER NEW YORK LAW)

For the reasons set forth in the accompanying *Memorandum in Support of Defendants' Motion for Summary Judgment on Count XIV of the Fifth Amended Complaint (Claims Under New York Law)*, the undersigned Defendants, by and through their counsel, hereby move the Court for an Order entering judgment in their favor and against Plaintiffs on Count XIV (Claims Under New York Law) of the Fifth Amended Complaint (Dkt. #866). A proposed order is attached to this motion as **Exhibit A**.

Pursuant to Local Rule of Civil Procedure 7.1, Defendants request oral argument on this Motion.

Dated:  July 2, 2015	Respectfully submitted,

/s/ *Veronica Smith Lewis*	/s/ *Nathan P. Eimer*
Veronica Smith Lewis	Nathan P. Eimer
Brian E. Robison	Vanessa G. Jacobsen
Jason C. McKenney	Arin C. Aragona
Olivia A. Adendorff	EIMER STAHL LLP
GIBSON, DUNN & CRUTCHER LLP	224 South Michigan Avenue, Suite 1100
2100 McKinney Ave, Suite 1100	Chicago, IL 60604
Dallas, TX 75201	Tel:  (312) 660-7600
Telephone:  (214) 698-3100	Fax:  (312) 692-1718
Facsimile:  (214) 698-3400	neimer@eimerstahl.com

Robin Locke Nagele	*Counsel for Defendants Moark, LLC and Norco Ranch, Inc.*
POST & SCHELL, P.C.
Four Penn Center, 14th Floor
1600 John F. Kennedy Blvd.	/s/ *Donald M. Barnes*
Philadelphia, PA 19103	Donald M. Barnes
Telephone:  (215) 587-1155	John C. Monica, Jr.
Facsimile:  (215) 587-1444	Jay L. Levine
	Molly S. Crabtree
*Counsel for Defendant Cal-Maine Foods, Inc.*	PORTER, WRIGHT, MORRIS & ARTHUR, LLP
	1900 K Street, NW, Suite 1110
/s/ *Carrie Mahan Anderson*	Washington, DC 20006-1110
Carrie Mahan Anderson	Telephone: (202) 778-3056
WEIL, GOTSHAL & MANGES LLP	Facsimile: (202) 778-3063
1300 Eye Street NW	dbarnes@porterwright.com
Washington, DC  20005
Telephone: (202) 682-7000	*Counsel for Defendant Rose Acre Farms, Inc.*
carrie.anderson@weil.com

William L. Greene	/s/ *Joseph M. Callow, Jr.*
STINSON LEONARD STREET LLP	Joseph M. Callow, Jr.
150 South Fifth Street, Suite 2300	KEATING MUETHING & KLEKAMP PLL
Minneapolis, MN  55402	One East Fourth Street, Suite 1400
Telephone:  (612)335-1500	Cincinnati, OH 45202
william.greene@stinsonleonard.com	Telephone: (513) 579-6400
	jcallow@kmklaw.com
*Counsel for Defendant Michael Foods, Inc.*
	*Counsel for Defendant Ohio Fresh Eggs, LLC*
/s/ *Jan P. Levine*
Jan P. Levine	/s/ *Christine C. Levin*
Robin P. Sumner	Joseph A. Tate
PEPPER HAMILTON LLP	Christine C. Levin
3000 Two Logan Square	Carolyn E. Budzinski
18th and Arch Streets	Dechert LLP

2

| | |
|---|---|
| Philadelphia, PA  19103<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>levinej@pepperlaw.com<br>sumnerr@pepperlaw.com | 2929 Arch Street<br>Philadelphia, PA 19104<br>Telephone: (215) 994-4000<br>joseph.tate@dechert.com<br>christine.levin@dechert.com |
| *Counsel for Defendants United Egg Producers, Inc. and United States Egg Marketers, Inc.* | *Counsel for Defendant R.W. Sauder, Inc.* |