IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br>*All Actions* | MDL Docket No. 2002<br>08-md-02002 |

## ROSE ACRE FARMS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant Rose Acre Farms, Inc. ("Rose Acre"), by and through its attorneys, moves the Court for entry of an order granting summary judgment to Rose Acre. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum of law and statement of facts, as well as the associated exhibits.

Dated:  July 2, 2015                             Respectfully Submitted,


                                                          /s/ Don Barnes
                                                 Donald M. Barnes
                                                 John C. Monica, Jr.
                                                 Jay L. Levine
                                                 Molly S. Crabtree
                                                 PORTER, WRIGHT, MORRIS &
                                                 ARTHUR, LLP
                                                 1900 K Street, NW, Suite 1110
                                                 Washington, DC 20006-1110
                                                 Telephone: (202) 778-3056
                                                 Facsimile: (202) 778-3063
                                                 dbarnes@porterwright.com

                                                 *Counsel for Defendant Rose Acre Farms, Inc.*