IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PROCESSED EGG PRODUCTS : 
ANTITRUST LITIGATION :
: MULTIDISTRICT LITIGATION
:
: No. 08-md-2002
THIS DOCUMENT APPLIES TO :
INDIRECT PURCHASER ACTIONS :

FILED
SEP 1 8 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 18th day of September, 2015, upon consideration Indirect Purchaser Plaintiffs' Motion for Class Certification (Doc. No. 1042), it is **hereby ORDERED** that the Motion for Class Certification is **DENIED**. Indirect Purchaser Plaintiffs may renew their Motion for Class Certification as to their proposed Rule 23(b)(2) class seeking an injunction under federal law **by October 23, 2015.** Should Plaintiffs file such a renewed motion, Defendants may file a response by **November 20, 2015.** Any reply from Plaintiffs will be due by **December 11, 2015.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge

1