**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: PROCESSED EGG PRODUCTS** | : | |
| **ANTITRUST LITIGATION** | : | |
| | : | **MDL No. 2002** |
| | : | **08-md-02002** |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| **All Indirect Purchaser Actions** | : | |

## INDIRECT PURCHASER PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Indirect Purchaser Plaintiffs

("Plaintiffs") hereby move this Court for an Order certifying this action as a class action.

Plaintiffs respectfully request that the Court certify the following Injunction Class in this action:

INJUNCTION CLASS

> All individuals and entities in the United States that, during the Class Period from
> October 1, 2006 through the present, purchased brown or white shell eggs[1] from a
> retailer for their own use and not for resale and that intend to purchase shell eggs
> in the future. Specifically excluded from this class are Defendants' subsidiaries
> and affiliates, as well as individuals and entities whose only purchases of shell
> eggs are purchases of "specialty" shell eggs (such as "organic," "free range," or
> "cage free") or hatching eggs, which are used by poultry breeders to produce
> breeder stock or growing stock for laying hens or meat.

Each Plaintiff meets all the requirements for appointment as Class Representative of the

Injunctive Class. Accordingly, Plaintiffs move for an order appointing following individuals and

entities as class representatives:

| Residence | Class Rep |
|---|---|
| Arizona | Nathan Levi Esquerra |
| Arizona | Scott Friedson |
| California | Morris Clement |

---

[1] "Shell eggs" are defined as eggs produced from caged birds that are sold in the shell.

| Residence | Class Rep |
|---|---|
| California | Jessica Swift |
| California | Pilar M. De Castro & Co, Inc. |
| Florida | Jeanne Rice |
| Florida | Joan Gibbons |
| Iowa | Julia McGuire |
| Kansas | Donn Camlin |
| Kansas | Thomas Williams |
| Massachusetts | Patricia Flynn |
| Massachusetts | Elizabeth Priest |
| Michigan | Martin Gojcaj |
| Michigan | Thomas Roth |
| Minnesota | Sharon Defren |
| Mississippi | Leanne Hardin |
| Nebraska | Dustin Crenshaw |
| Nebraska | John Anthony Spracklin |
| Nevada | Rachelle L. Hagendorf |
| Nevada | Charles Shoten |
| New York | Thomas McManus |
| New York | Mark Moynahan |
| North Carolina | Lynsey Allen |
| North Carolina | Amy Fairchild |
| South Dakota | Rhonda McGrath |
| Tennessee | James Anderson |
| Tennessee | Glenna Sue King |
| Utah | Michael Dobson |
| Vermont | Sandra Drown |
| West Virginia | Lester Skinner |
| Wisconsin | Robert Nelson |
| Wisconsin | Jason Oldenburg |

In addition, Plaintiffs move for an order appointing the law firms of Lovell Stewart Halebian LLP, Meredith & Narine, Milberg LLP and Straus & Boies, LLP as Co-Lead Class Counsel.

This motion is supported by (1) the accompanying memorandum of law, and all exhibits attached thereto and/or referenced therein; and (2) the Declaration of Krishna B. Narine and all exhibits attached thereto and/or referenced therein; and (4) such other evidence and argument as may be presented at or before the hearing of this motion.

2

Plaintiffs respectfully request that this Court grant this motion for class certification, appoint plaintiffs as class representatives, and appoint the undersigned as class counsel.

Dated:  October 23, 2015

Respectfully submitted,

/s/ *Krishna B. Narine*
Krishna B. Narine
**MEREDITH & NARINE**
100 S. Broad Street, Suite 905
Philadelphia, PA 19110
Tel:  (215) 564-5182
Fax: (267) 687-1628
knarine@m-npartners.com

*Interim Co-Lead and Liaison Counsel for the Indirect Purchaser Plaintiffs*

Paul F. Novak
Elizabeth McKenna
Charles Slidders
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY  10119
Tel: (212) 594-5300
Fax: (212) 868-1229
pnovak@milberg.com
emckenna@milberg.com
cslidders@milberg.com

Timothy D. Battin
Mark J. Schirmer
**STRAUS & BOIES, LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
tbattin@straus-boies.com
mschirmer@straus-boies.com

Christopher Lovell
Craig Essenmacher
**LOVELL STEWART HALEBIAN LLP**
500 Fifth Avenue, Floor 58
New York, NY 10110
Tel: (212) 608-1900
Fax: (212) 719-4667
clovell@lshllp.com
craigessenmacher@yahoo.com

*Interim Co-Lead Counsel for the Indirect*
*Purchaser Plaintiffs*