IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : <br> : <br> : **MULTIDISTRICT LITIGATION** <br> : <br> : **No. 08-md-2002** |
| *THIS DOCUMENT APPLIES TO* <br> *INDIRECT PURCHASER ACTIONS* | : <br> : |

### AMENDED ORDER[1]

**AND NOW**, this 10th day of November, 2015, upon consideration Indirect Purchaser Plaintiffs' Motion for Class Certification (Doc. No. 1042), it is **hereby ORDERED** that the Motion for Class Certification is **DENIED**. Indirect Purchaser Plaintiffs may renew their Motion for Class Certification as to their proposed Rule 23(b)(2) class seeking an injunction under federal law **by October 23, 2015.** Should Plaintiffs file such a renewed motion, Defendants may file a response by **November 20, 2015.** Any reply from Plaintiffs will be due by **December 11, 2015.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge

---

[1] This Amended Order accompanies the Amended Memorandum filed on this date. No substantive changes were made to that Memorandum or this Order, and therefore no changes were made to the deadlines set forth in the original September 18, 2015 Order.

1