IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : |
| *THIS DOCUMENT APPLIES TO:* ALL INDIRECT PURCHASER ACTIONS | : : No. 08-md-2002 |

## O R D E R

**AND NOW**, this 9th day of November, 2015, the Court, in consideration of the Indirect Purchaser Plaintiffs and the Defendants National Food Corporation, NuCal Foods, Inc., Midwest Poultry Services, LP, Hillandale Farms of Pa., Inc., and Hillandale-Gettysburg, L.P.'s Joint Proposal to Stay Preliminary Approval of Settlement Agreements Pending Appeal of the IPP Class Certification Decision (Doc. No. 1329), it is hereby **ORDERED** that the Joint Motion to Stay Preliminary Approval of Settlement Agreements Pending Appeal of IPP Class Certification Decision (Doc. No. 1329) is **GRANTED** and the motions pending before this Court to preliminarily approve settlement agreements between individual defendants National Food Corporation, NuCal Foods, Inc., Midwest Poultry Services, LP, Hillandale Farms of Pa., Inc., and Hillandale-Gettysburg, L.P. and the proposed IPP classes (Doc. Nos. 1055, 1056, 1084, 1150, 1151) are **STAYED**.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge