IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : <br> : <br> :    MULTIDISTRICT LITIGATION <br> : <br> :    No. 08-md-2002 <br> : |
| THIS DOCUMENT APPLIES TO DIRECT PURCHASER ACTIONS | : <br> : |

### AMENDED ORDER[1]

**AND NOW**, this 10th day of November, 2015, upon consideration Direct Purchaser Plaintiffs' Motion for Class Certification (Doc. No. 978), it is **hereby ORDERED** that the Motion for Class Certification is **DENIED IN PART** and **GRANTED IN PART**.

With regard to the Direct Purchaser Plaintiffs' Egg Products Subclass, the Motion for Class Certification is **DENIED**.

With regards to the Direct Purchaser Plaintiffs' Shell Egg Subclass, the Motion for Class Certification is **DENIED without prejudice** with respect to the proposed class period of "September 24, 2004 to present," but is **GRANTED** in all other respects. The Court instructs the parties to submit supplemental briefing addressing the appropriate cutoff date for the Direct Purchaser Plaintiffs' Shell Eggs Subclass. Plaintiffs and Defendants shall file simultaneous briefing, not to exceed 10 pages, addressing this issue by **October 16, 2015**.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

---

[1] This Amended Order accompanies the Amended Memorandum filed on this date. No substantive changes were made to that Memorandum or this Order, and therefore no changes were made to the deadlines set forth in the original September 18, 2015 Order.

1