# A GUIDE TO Econometrics

*Fourth Edition*

Peter Kennedy



# 3 THE CLASSICAL LINEAR REGRESSION MODEL

## 3.1 TEXTBOOKS AS CATALOGS

In chapter 2 we learned that many of the estimating criteria held in high regard by econometricians (such as best unbiasedness and minimum mean square error) are characteristics of an estimator's sampling distribution. These characteristics cannot be determined unless a set of repeated samples can be taken or hypothesized; to take or hypothesize these repeated samples, knowledge of the way in which the observations are generated is necessary. Unfortunately, an estimator does not have the same characteristics for all ways in which the observations can be generated. This means that in some estimating situations a particular estimator has desirable properties but in other estimating situations it does *not* have desirable properties. Because there is no "superestimator" having desirable properties in all situations, for each estimating problem (i.e., for each different way in which the observations can be generated) the econometrician must determine anew which estimator is preferred. An econometrics textbook can be characterized as a catalog of which estimators are most desirable in what estimating situations. Thus, a researcher facing a particular estimating problem simply turns to the catalog to determine which estimator is most appropriate for him or her to employ in that situation. The purpose of this chapter is to explain how this catalog is structured.

The cataloging process described above is centered around a standard estimating situation referred to as the *classical linear regression model* (CLR model). It happens that in this standard situation the OLS estimator is considered the optimal estimator. This model consists of five assumptions concerning the way in which the data are generated. By changing these assumptions in one way or another, different estimating situations are created, in many of which the OLS estimator is no longer considered to be the optimal estimator. Most econometric problems can be characterized as situations in which one (or more) of these five assumptions is violated in a particular way. The catalog works in a straightforward way: the estimating situation is modeled in the general mold of the CLR model and then the researcher pinpoints the way in which this situation differs from the standard situation as described by the CLR model (i.e., finds out which



assumption of the CLR model is violated in this problem); he or she then turns to the textbook (catalog) to see whether the OLS estimator retains its desirable properties, and if not what alternative estimator should be used. Because econometricians often are not certain of whether the estimating situation they face is one in which an assumption of the CLR model is violated, the catalog also includes a listing of techniques useful in testing whether or not the CLR model assumptions are violated.

## 3.2 THE FIVE ASSUMPTIONS

The CLR model consists of five basic assumptions about the way in which the observations are generated.

(1) The *first assumption* of the CLR model is that the dependent variable can be calculated as a linear function of a specific set of independent variables, plus a disturbance term. The unknown coefficients of this linear function form the vector β and are assumed to be constants. Several violations of this assumption, called specification errors, are discussed in chapter 6:

(a) *wrong regressors* – the omission of relevant independent variables or the inclusion of irrelevant independent variables;
(b) *nonlinearity* – when the relationship between the dependent and independent variables is not linear;
(c) *changing parameters* – when the parameters (β) do not remain constant during the period in which data were collected.

(2) The *second assumption* of the CLR model is that the expected value of the disturbance term is zero; i.e., the mean of the distribution from which the disturbance term is drawn is zero. Violation of this assumption leads to the *biased intercept* problem, discussed in chapter 7.

(3) The *third assumption* of the CLR model is that the disturbance terms all have the same variance and are not correlated with one another. Two major econometric problems, as discussed in chapter 8, are associated with violations of this assumption:

(a) *heteroskedasticity* – when the disturbances do not all have the same variance;
(b) *autocorrelated errors* – when the disturbances are correlated with one another.

(4) The *fourth assumption* of the CLR model is that the observations on the independent variable can be considered fixed in repeated samples; i.e., it is possible to repeat the sample with the same independent variable values. Three important econometric problems, discussed in chapters 9 and 10, correspond to violations of this assumption:

(a) *errors in variables* – errors in measuring the independent variables;
(b) *autoregression* – using a lagged value of the dependent variable as an independent variable;
(c) *simultaneous equation estimation* – situations in which the dependent variables are determined by the simultaneous interaction of several relationships.

(5) The *fifth assumption* of the CLR model is that the number of observations is greater than the number of independent variables and that there are no exact linear relationships between the independent variables. Although this is viewed as an assumption for the general case, for a specific case it can easily be checked, so that it need not be assumed. The problem of *multicollinearity* (two or more independent variables being approximately linearly related in the sample data) is associated with this assumption. This is discussed in chapter 11.

All this is summarized in table 3.1, which presents these five assumptions of the CLR model, shows the appearance they take when dressed in mathematical notation, and lists the econometric problems most closely associated with violations of these assumptions. Later chapters in this book comment on the meaning and significance of these assumptions, note implications of their violation for the OLS estimator, discuss ways of determining whether or not they are violated, and suggest new estimators appropriate to situations in which one of these assumptions must be replaced by an alternative assumption. Before we move on to this, however, more must be said about the character of the OLS estimator in the context of the CLR model, because of the central role it plays in the econometrician's "catalog."

## 3.3 THE OLS ESTIMATOR IN THE CLR MODEL

The central role of the OLS estimator in the econometrician's catalog is that of a standard against which all other estimators are compared. The reason for this is that the OLS estimator is extraordinarily popular. This popularity stems from the fact that, in the context of the CLR model, the OLS estimator has a large number of desirable properties, making it the overwhelming choice for the "optimal" estimator when the estimating problem is accurately characterized by the CLR model. This is best illustrated by looking at the eight criteria listed in chapter 2 and determining how the OLS estimator rates on these criteria in the context of the CLR model.

(1) *Computational cost* Because of the popularity of the OLS estimator, many packaged computer routines exist, and for simple cases hand-held calculators can be used to perform the required calculations quickly. (Some hand-held calculators have OLS estimation built in.) Whenever the functional form being estimated is linear, as it is in the CLR model, the OLS estimator involves very little computational cost.

**Table 3.1** The assumptions of the CLR model

| | Mathematical expression | | | |
|---|---|---|---|---|
| *Assumption* | *Bivariate* | *Multivariate* | *Violations* | *Chapter in which discussed* |
| (1) Dependent variable a linear function of a specific set of independent variables, plus a disturbance | $y_t = \beta_0 + \beta_1 x_t + \varepsilon_t$, $t = 1, \ldots, T$ | $Y = X\beta + \varepsilon$ | Wrong regressors<br>Nonlinearity<br>Changing parameters | 6 |
| (2) Expected value of disturbance term is zero | $E\varepsilon_t = 0$, for all $t$ | $E\varepsilon = 0$ | Biased intercept | 7 |
| (3) Disturbances have uniform variance and are uncorrelated | $E\varepsilon_t\varepsilon_r = 0, t \neq r$<br>$= \sigma^2, t = r$ | $E\varepsilon\varepsilon' = \sigma^2 I$ | Heteroskedasticity<br>Autocorrelated errors | 8 |
| (4) Observations on independent variables can be considered fixed in repeated samples | $x_t$ fixed in repeated samples | $X$ fixed in repeated samples | Errors in variables<br>Autoregression<br>Simultaneous equations | 9<br><br>10 |
| (5) No exact linear relationships between independent variables and more observations than independent variables | $\sum_{t=1}^{T} (x_t - \bar{x})^2 \neq 0$ | Rank of $X = K \leqslant T$ | Perfect multicollinearity | 11 |

The mathematical terminology is explained in the technical notes to this section. The notation is as follows: $Y$ is a vector of observations on the dependent variable; $X$ is a matrix of observations on the independent variables; $\varepsilon$ is a vector of disturbances; $\sigma^2$ is the variance of the disturbances; $I$ is the identity matrix; $K$ is the number of independent variables; $T$ is the number of observations.

# 6

# VIOLATING ASSUMPTION ONE: WRONG REGRESSORS, NONLINEARITIES, AND PARAMETER INCONSTANCY

## 6.1 INTRODUCTION

The first assumption of the CLR model states that the conditional expectation of the dependent variable is an unchanging linear function of known independent variables. It is usually referred to as the "model specification." Chapter 5 discussed in general terms the question of how to go about finding a model specification that is in accord, or "congruent," with the data. The purpose of this chapter is to be more specific on this issue, examining the three major ways in which this first assumption can be violated. First is the case in which the specified set of independent variables omits relevant variables or includes irrelevant variables. Second is the case of a nonlinear functional form. And third is the case in which the parameters do not remain constant.

## 6.2 INCORRECT SET OF INDEPENDENT VARIABLES

The consequences of using an incorrect set of independent variables fall into two categories. Intuitive explanations for these results are given in the general notes to this section.

(1) *Omission of a relevant independent variable*

(a) In general, the OLS estimator of the coefficients of the remaining variables is biased. If by luck (or experimental design, should the researcher be fortunate enough to have control over the data) the observations on the omitted variable(s) are uncorrelated in the sample with the observations on the other independent variables (i.e., if the



omitted variable is orthogonal to the included variables), the slope coefficient estimator will be unbiased; the intercept estimator will retain its bias unless the mean of the observations on the omitted variable is zero.

(b) The variance–covariance matrix of $\beta^{OLS}$ becomes smaller (unless the omitted variable is orthogonal to the included variables, in which case it remains unchanged). This result, in conjunction with the bias noted in (a) above, implies that omitting a relevant variable can either raise or lower an estimator's MSE, depending on the relative magnitudes of the variance reduction and the bias.

(c) The estimator of the (now smaller) variance–covariance matrix of $\beta^{OLS}$ is biased upward, because the estimator of $\sigma^2$, the variance of the error term, is biased upward. This causes inferences concerning these parameters to be inaccurate. This is the case even if the omitted variable is orthogonal to the others.

(2) *Inclusion of an irrelevant variable*

(a) $\beta^{OLS}$ and the estimator of its variance–covariance matrix remain unbiased.

(b) Unless the irrelevant variable is orthogonal to the other independent variables, the variance–covariance matrix $\beta^{OLS}$ becomes larger; the OLS estimator is not as efficient. Thus in this case the MSE of the estimator is unequivocally raised.

At first glance a strategy of "throwing in everything but the kitchen sink as regressors" seems to be a good way of avoiding bias. This creates what is sometimes referred to as the "kitchen sink" dilemma – omitted variables, and the bias they cause, will be avoided, but the irrelevant variables that will inevitably be present will cause high variances.

There is no easy way out of this dilemma. The first and foremost ingredient in a search for the correct set of explanatory variables is economic theory. If economic theory cannot defend the use of a variable as an explanatory variable, it should not be included in the set of potential independent variables. Such theorizing should take place *before* any empirical testing of the appropriateness of potential independent variables; this guards against the adoption of an independent variable just because it happens to "explain" a significant portion of the variation in the dependent variable in the particular sample at hand. Unfortunately, there is a limit to the information that economic theory can provide in this respect. For example, economic theory can suggest that lagged values of an explanatory variable should be included, but will seldom suggest how many such variables should be included. Because of this, economic theory must be supplemented by some additional mechanism for determining the correct set of explanatory variables.

According to the TTT methodology discussed in chapter 5, this should be done by including more variables than thought necessary and then "testing