FOURTH EDITION

# INTRODUCTION TO ECONOMETRICS

G.S. Maddala & Kajal Lahiri

This edition first published 2009
Copyright © 2009 Kameswari Maddala
Published by John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex, PO19 8SQ, England
Tel: (+44) 1243 779777

*Registered office*
John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex, PO19 8SQ, United Kingdom

For details of our global editorial offices, for customer services and for information about how to apply for permission to reuse the copyright material in this book please see our website at www.wiley.com.

The right of the author to be identified as the author of this work has been asserted in accordance with the Copyright, Designs and Patents Act 1988.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, except as permitted by the UK Copyright, Designs and Patents Act 1988, without the prior permission of the publisher.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names and product names used in this book are trade names, service marks, trademarks or registered trademarks of their respective owners. The publisher is not associated with any product or vendor mentioned in this book. This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold on the understanding that the publisher is not engaged in rendering professional services. If professional advice or other expert assistance is required, the services of a competent professional should be sought.

*Library of Congress Cataloging-in-Publication Data*

Maddala, G.S.
Introduction to econometrics / G.S. Maddala and Kajal Lahiri. – 4th ed.
p. cm.
Includes bibliographical references and index.
ISBN 978-0-470-01512-4 (pbk.)
1. Econometrics. I. Lahiri, Kajal. II. Title.
HB139.M353 2009
330.01'5195–dc22

2009015942

A catalogue record for this book is available from the British Library.

Set in 10/12pt Goudy by Aptara Inc., New Delhi, India.
Printed in Great Britain by Bell and Bain, Glasgow.

Con

Foreword
Preface to
Part I In
CHAPTER
What is Ec
What is in
1.1 Wha
1.2 Econ
1.3 The
1.4 Wha
Summary a
References
CHAPTER
Statistical E
What is in t
2.1 Intro
2.2 Proba
Addi
Cond
Bayes
Sumn
2.3 Rand
Joint,
Illustr
2.4 The r
The n
Relat
2.5 Classi
2.6 Prope
Unbia
Efficie
Consi
Other

Note that the coefficient of log $P_C$ is now negative and the income elasticity has dropped considerably (from 0.73 to 0.26) and is not significant.

Of course, in this case the variable $P_I$ should have been included in the first place rather than as an afterthought. The deletion of log $Y$ from the last equation will not change the signs of any of the other coefficients by Leamer's rule. The resulting equation is

$$\log \text{Tea} = \underset{(1.39)}{1.85} + \underset{(0.13)}{0.20} \log P_B - \underset{(0.39)}{2.10} \log P_C + \underset{(0.42)}{1.56} \log P_I$$

Now log $P_C$ and log $P_I$ are both significant and have the correct signs.

## 4.11 Tests for Stability

When we estimate a multiple regression equation and use it for predictions at future points of time, we assume that the parameters are constant over the entire time period of estimation and prediction. To test this hypothesis of parameter constancy (or stability), some tests have been proposed. These tests can be described as:

1. Analysis of variance tests.
2. Predictive tests.

### The Analysis of Variance Test

Suppose that we have two independent sets of data with sample sizes $n_1$ and $n_2$, respectively. The regression equation is

$$y = \alpha_1 + \beta_{11}x_1 + \beta_{12}x_2 + \cdots + \beta_{1k}x_k + u \quad \text{for the first set}$$
$$y = \alpha_2 + \beta_{21}x_1 + \beta_{22}x_2 + \cdots + \beta_{2k}x_k + u \quad \text{for the second set}$$

For the $\beta$s, the first subscript denotes the data set and the second subscript denotes the variable. A test for stability of the parameters between the populations that generated the two data sets is a test of the hypothesis

$$H_0 : \beta_{11} = \beta_{21},\ \beta_{12} = \beta_{22},\ \ldots,\ \beta_{1k} = \beta_{2k}, \alpha_1 = \alpha_2$$

If this hypothesis is true, we can estimate a single equation for the data set obtained by pooling the two data sets.

The $F$-test we use is the $F$-test described in Section 4.8 based on URSS and RRSS. To get the unrestricted residual sum of squares, we estimate the regression model for each of the data sets separately.

as measures of the household's true income. The estimated equations he gets are

$$\log D_i = \underset{(1.1)}{6.2} + \underset{(0.21)}{0.85} \log Y_i - \underset{(0.13)}{0.67} \log P_i \qquad R^2 = 0.15$$

and

$$\log D_i = \underset{(1.0)}{5.2} + \underset{(0.18)}{1.1} \log E_i - \underset{(0.16)}{0.45} \log P_i \qquad R^2 = 0.18$$

The $R^2$ has increased with the use of $E_i$, suggesting that $E_i$ is a better proxy than $Y_i$ for "true income."

## Data Selection Search

Often, in econometric work we have different data sets from which we can estimate the same relationship. A question often arises as to whether we can pool the different data sets and get more efficient estimates of the parameters. In Section 4.6 we gave some examples where the data sets referred to prewar and postwar years. There we found significant differences in the coefficients between the two periods, which suggested that the data should not be pooled. This is an example of a data selection search.

## Post-Data Model Construction

This is what Leamer calls the "Sherlock Holmes" inference. In response to a question by Dr Watson about the likely perpetrators of the crime, Sherlock Holmes replied: "No data yet. . . . It is a capital mistake to theorize before you have all the evidence. It biases the judgments." According to the traditional statistical theory, on the other hand, it is a "capital mistake to view the facts before you have all the theories. It biases the judgments." Any theory that is postulated after looking at a particular data set cannot be tested using the same data set, because doing so would amount to double counting. On the other hand, Sherlock Holmes would argue that the set of viable alternative hypotheses is immense and the set of hypotheses formulated before the data set is observed can be incomplete. There is always the risk that the data favor some unspecified hypothesis. Hence the data evidence is used to construct a set of "empirically relevant" hypotheses, thereby reducing the cost of formulating a comprehensive set of hypotheses and the risk of not identifying the "best" hypothesis.

In almost all econometric work, investigators do something similar to what Sherlock Holmes does. They formulate some hypotheses, then observe that the coefficients of some variables have wrong signs or implausible magnitudes, or that the residuals have a peculiar pattern. Then they introduce more explanatory variables or impose some constraints on the parameters. A question arises as to whether this type of Sherlock Holmes inference can be brought within the scope of statistical inference.

Leamer's answer to this is that we have to view this new "data-instigated hypothesis" as something that was in the back of our mind all the time. We did not consider it explicitly because we thought it to be unimportant, but now we change our mind after observing the data. Suppose that the model we want to consider is $y = \beta x + \gamma z + u$. Initially, we consider $z$ to be uncorrelated with $x$ or that $\gamma$ is negligibly small. So we start with the model $y = \beta x + u$. If the resulting estimate of $\beta$ has the wrong sign or the pattern of estimated residuals is peculiar, we change our mind and observe $z$. If the problem is viewed in this form of a decision problem, Leamer argues that we can attach the appropriate standard errors to the coefficients when the model $y = \beta x + \gamma z + u$ is estimated.