# Econometrics

## Legal, Practical, and Technical Issues

Second Edition

SECTION OF ANTITRUST LAW
Promoting Competition Protecting Consumers

AMERICAN BAR ASSOCIATION
Defending Liberty Pursuing Justice

This volume should be officially cited as:

ABA SECTION OF ANTITRUST LAW,
ECONOMETRICS, SECOND EDITION (2014)

Cover design by ABA Publishing.

The materials contained herein represent the opinions of the authors and editors and should not be construed to be the views or opinions of the law firms or companies with whom such persons are in partnership with, associated with, or employed by, nor of the American Bar Association or the Section of Antitrust Law unless adopted pursuant to the bylaws of the Association.

Nothing contained in this book is to be considered as the rendering of legal advice for specific cases, and readers are responsible for obtaining such advice from their own legal counsel. This book and any forms and agreements herein are intended for educational and informational purposes only.

© 2014 American Bar Association. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher. For permission contact the ABA Copyrights & Contracts Department, copyright@americanbar.org or via fax at (312) 988-6030, or complete the online form at http://www.americanbar.org/utility/reprint.html.

Printed in the United States of America.

18 17 16 15 14 5 4 3 2 1

ISBN: 978-1-61438-935-4
Library of Congress Catalog Number: 2014933353

Discounts are available for books ordered in bulk. Special consideration is given to state bars, CLE programs, and other bar-related organizations. Inquire at Book Publishing, ABA Publishing, American Bar Association, 321 N. Clark Street, Chicago, Illinois 60654-7598.

B
C.
Ch
Fo
A.
B.

- Rather than analyze aggregate data on the price-per-minute charged by a mobile phone operator, it may be more useful to differentiate household minutes from business minutes and within each of these categories, to obtain and analyze the price-per-minute for customers on basic plans and the customers on high usage plans separately.
- Although it may be interesting to analyze data on the average price of newspaper advertisements, it may be more useful to collect and analyze the price of classified advertisements and the price of display advertisements separately.

Although aggregation can be an important issue for different types of data, it has particular implications for the use of scanner data to estimate demand elasticities. Products in the scanner data may be sold through different channels, and customers who purchase through different channels (supermarkets, grocery stores, large merchandise, and convenience stores) may have different demand elasticities. Aggregating data across different channels may mask such differences. Aggregation across different product sizes and packages may also raise estimation issues.

Scanner data also may be aggregated over time. But this may hide important changes in prices and transactions over time. For example, weekly data may provide more precise estimates of demand elasticities because grocery stores tend to change prices weekly, but an analysis of weekly data may lead to an overestimate of the elasticities of demand if consumers respond to lower prices by stocking up when prices fall.

Using aggregate data in a single econometric model can be problematic when there are different competitive dynamics for different subsets of the data. For example, in challenging Staples' proposed acquisition of Office Depot, the Federal Trade Commission (FTC) pooled all the Staples stores into a single model. However, Staples' economic experts argued that this was not appropriate based on a statistical test that revealed that the coefficients on the variables of interest were different depending upon the location of the store.[15]

---

15. Jerry A. Hausman & Gregory K. Leonard, Documents Versus Econometrics in *Staples*, *available at* http://www.nera.com/nera-files/PUB_Staples_963.pdf.

on values of the dependent
ed results. As an example,
del that specifies income as
ry variables. If the sample
viduals with income below
ased results. The problem
lgorithm does not account
ed on income being below
ferred to as a *truncated*

ng data is one in which the
ored data, while the sample
llected on the dependent
endent variable is censored
ose data are collected on
occur if income is reported
observations with income
it the threshold.
as the Tobit model, are
ion models and censored
e a model contain missing
the observations that are
tinct in any way from the
e evaluated by calculating
cted by missing data and
sample as whole. If the set
ears to be unique, or if the
relevant portion of the
mploying more advanced
data.

r more of the variables in
error. In specifying the
imes that the variables of
ple used to estimate the

CTORY ECONOMETRICS: A

model. As discussed above, the error term in a multiple regression model accounts for unobserved factors that affect the dependent variable. If the dependent variable is measured with error, the measurement error will be absorbed by the error term and the usual properties of OLS estimators continue to hold. However, the implications are more serious if one or more of the independent variables are measured with error.

When one of the independent variables is measured with error, the error term in the regression model will be correlated with the independent variables. This correlation between the error term and the variables included in the model violates one of the assumptions of the OLS regression model and, as a result, parameter estimates will be biased. The measurement error bias is similar in nature to the omitted-variable bias discussed above. Furthermore, even when only one variable is measured with error, all parameter estimates will be biased.

A bias in an estimator that tends toward zero is referred to as *attenuation bias*. As a result of attenuation bias, the OLS parameter estimate on a variable with measurement error may show no effect when in fact that variable, properly measured, does have an effect on the dependent variable.[41]

### *5. Improper Aggregation of the Data*

In many cases, the data available to estimate regression models are aggregated in at least some dimension from the raw data generated from individual economic behavior. Examples include aggregating a variable over some time dimension, such as taking daily stock prices instead of tick-by-tick stock prices; aggregating across individuals, such as taking total household income instead of incomes for each member of the household; and aggregating across products, such as taking the average price across all package sizes of Cheerios instead of prices for individual SKUs which vary by size of package.

In many cases, data are aggregated across multiple dimensions. Scanner data used to estimate demand models often are aggregated across products, across geography, and across time. A data point often used in such models represents the price and quantity for a product

41. Measurement error can be an important issue in many applications. However, more advanced econometric methods, such as instrumental variables estimators, can be used to address the problem.

aggregated across SKUs, across retail outlets in a particular city, and across days during a particular week.

Estimating regression models using aggregated data typically requires certain assumptions to be satisfied. When working with aggregated data, a researcher should investigate whether such assumptions are likely to be valid, and if not, what the consequences would be for estimates of key parameters. For certain products, one might expect differences in the elasticity of demand across some of the dimensions over which data have been aggregated. Aggregating data across time, for example, could affect estimates of the elasticity of demand if consumers' behavior and responses to price changes reflects inventory behavior.

### E. Conclusions

Specifying and estimating a multiple regression model are just the first steps in a statistical analysis of an economic question. Interpreting the results and evaluating their meaning in the context of other market information requires careful consideration of the statistical results, the quality of the data, and potential confounding factors in the regression model. This chapter provided an overview of how to interpret results from an econometric regression analysis, and the kinds of problems that can arise if proper precautions are not taken. The discussion addressed common issues that arise in specifying multiple regression models and highlights statistical tests and procedures that can be used to evaluate the robustness and reliability of parameter estimates from standard regression models.

PRESENTATION (

This chapter discusses
analyses in antitrust litig
econometric results typical
certainly important, carefu
litigation. This chapter bro
of expert reports and the de
are included with litigation
In presenting econome
balance between technica
crucial. The reader or audi
convinced that the analysis
an expert. But including t
the technical detail in the p
the results or their importan
The chapter begins by
econometric analyses may
be taken into account with
guidelines are then prov
analyses, as well as po
presentation of these resul
well as in the context of tri
specific examples througho

A. Knowing Your Audie

Understanding the targ
the expert's report and tes
the expert to frame her re
econometric analysis at the
target audience, however, o
it is important to understan
in the audience.

### *1. Before-During Approach*

The before-during approach identifies the effect of the alleged conduct by using data from a period before the alleged conduct in combination with data from the period when the alleged conduct occurred.[28] Comparing the values of the dependent variable in the before period to the values it took on in the during period may serve to identify the effect of the alleged conduct.[29] In making this comparison, however, it is critical to account for any significant differences in other economic factors between the before and during periods.[30]

a. "Dummy Variable" Models Versus "Prediction" Models

For simplicity of exposition, assume that the best explanatory variable available for capturing the potentially anticompetitive effects is a dummy variable representing the time period when the alleged anticompetitive acts took place.[31] This variable will be one during that

28. *See* van Dijk & Verboven, *supra* note 1, at 2335-36.
29. *Id.* The before period may be considered the control period and the during period the treatment period. See the discussion in part A of this chapter.
30. *See* van Dijk & Verboven, *supra* note 1, at 2335-36.
31. Depending on the nature of the antitrust allegations, the theory of causation, and specific facts of the case, variables other than a dummy may better measure the anticompetitive behavior in estimating damages. *See* Philip Johnson & Armen Markosyan, *Regression Techniques for Estimating Overcharges Using Market Concentration Data*, 12 ECON. COMM. NEWSL. 7 (2012). Assume, for example, prices can only increase when existing customer contracts expire over time. The impact of the alleged conspiracy would not increase prices to all customers immediately, so average price increases related to the alleged conspiracy would be expected to trend upward over time. There could be several ways to model this effect other than using a simple dummy variable for the alleged conspiracy period, depending on the available data. *Id.* Under certain circumstances, one simple method to create a variable to approximate the conspiracy might be a "time trend" beginning at the period of the alleged conspiracy, with the value "1" in the first observation (e.g., a month) of the conspiracy period, "2" in the second, "3" in the third, etc. If average prices were the appropriate dependent variable, then the coefficient on this trend variable would be interpreted as the average monthly price increase due to the conspiracy. The

period a
factors
period,
factors
Wi
during
price, c
techniq
estimat
during
factors
variabl

32.

33.

:s the effect of the alleged :fore the alleged conduct in when the alleged conduct pendent variable in the before ; period may serve to identify ng this comparison, however, differences in other economic ds.[30]

ediction" Models

: that the best explanatory ally anticompetitive effects is e period when the alleged iable will be one during that

ıt 2335-36.
the control period and the during ssion in part A of this chapter.
ıt 2335-36.
rust allegations, the theory of , variables other than a dummy behavior in estimating damages. 'an, *Regression Techniques for Concentration Data*, 12 ECON. cample, prices can only increase : over time. The impact of the ase prices to all customers :elated to the alleged conspiracy :r time. There could be several ıg a simple dummy variable for on the available data. *Id*. Under :thod to create a variable to "time trend" beginning at the :h the value "1" in the first iracy period, "2" in the second, were the appropriate dependent d variable would be interpreted : due to the conspiracy. The

period and zero at other times. Assuming prices relate to other economic factors in the during period in the same way as they did in the before period, prices can be expressed of as an equation of these other economic factors plus the dummy variable.[32]

With data on prices and other economic factors in the before and during periods available, one can estimate the relationship between the price, other economic factors, and the dummy variable, using regression techniques. The coefficient on the dummy variable represents the estimated impact of the alleged anticompetitive conduct on prices in the during period while taking into account the impact of other economic factors on price. Because of the crucial role played by the dummy variable, this type of model is often called a *dummy variable model*.[33]

---

overcharge in any month during the conspiracy would be the corresponding time trend value multiplied by that coefficient. However, care must be used with this and any approach for creating a variable that measures the impact of an alleged anticompetitive act. For example, at some point all contracts will have been renegotiated, so it would be inappropriate to continue to predict price increases beyond a certain number of observations.

32. Specifically focusing on a reduced form model, one can account for the differences, if any, between the way price was determined in the during period (for example, with alleged price-fixing) and the way price was determined in the before period (without price-fixing). Suppose that the reduced form equation for price in the before period and the during period can be represented by a single equation that applies to both periods (See Chapter 5 for a discussion of reduced form models). Further, suppose that the price-fixing conspirators set price by adding a fixed amount "$\Delta$" to the price that would have prevailed otherwise. The "overcharge" resulting from the price-fixing conspiracy would then simply be $\Delta$. The reduced form equation for price would then be:
$$P_t = \alpha + \beta_1 x_{1t} + \beta_2 x_{2t} ... + \beta_n x_{nt} + \Delta A_t + v_t$$
where $\alpha$ is an intercept term, $x_{1t}, x_{2t} ..., x_{nt}$ are a full set of exogenous explanatory variables (identified by any relevant economic analysis), $\beta_1$, $\beta_2$ ..., $\beta_n$ are the estimated coefficients capturing the partial impact of these variables on the price $P_t$, $A_t$ is a dummy or indicator variable that takes the value of one if the time period t is in the during period and the value of zero if the time period t is in the before period, and $v_t$ is the error term.

33. *See* Daniel L. Rubinfeld, *Econometrics in the Courtroom*, 85 COLUM. L. REV. 1048 (1985); James F. Nieberding, *Estimating Overcharges in*

This model assumes that the relationships between price and the predetermined variables that represent other economic factors are the same in both the before and during periods. This assumption may not always be valid. For example, price-fixing conspirators may react differently to changes in supply and demand factors than they would have had they not been conspiring.[34] Thus, it may be important to test whether prices relate differently to the supply and demand factors in the during period than they did in the before period. In more technical terms, it can be important to test whether there has been a significant shift in the relationship between the exogenous variables and the dependent variable of interest.[35] Statistical tests of whether the additional restrictions inherent in the dummy variable model are appropriate can be performed by including *interaction* terms in the equation; this is equivalent to testing whether the parameters of the model differ between the before and during period.[36] If the hypothesis that the coefficients of the regression have not changed is rejected, then this test suggests that the underlying assumption of the dummy variable model is inconsistent with the data.

An alternative to the dummy variable model is the *prediction model*.[37] The prediction model assumes the relationships between prices and other economic factors would have been the same in the during period but for the anticompetitive acts as they were in the before period. The first step in implementing a prediction model is to estimate the relationship between prices and other economic factors using data from the before period. One can then predict what the prices would have been in the during period but for the alleged anticompetitive conduct based on the estimated relationship in the before period.[38] Finally, the differences

---

*Antitrust Cases Using a Reduced-Form Approach: Methods and Issues*, 9 J. APPLIED ECON., 361, 367-69 (2006). See Appendix and Glossary.

34. For example, Rosa M. Abrantes-Metz, Luke M. Froeb & Christopher T. Taylor, *A Variance Screen for Collusion*, 24 INT'L J. INDUS. ORG. 467 (2006) shows that the relationship between prices and costs during a collusive period may be very different from the relationship during a competitive period.

35. *See* GREENE, *supra* note 27, at 287-93.

36. *Id.*

37. *See* G.S. MADDALA, INTRODUCTION TO ECONOMETRICS 5 (3d ed. 2001), § 4.7; Nieberding, *supra* note 33, at 367-69.

38. Let $x_{1t}$ , $x_{2t}$ ..., $x_{nt}$ denote the values of the exogenous variables in the during period and $\alpha$ , $\theta_1$ , $\theta_2$ ..., $\theta_n$ are the coefficients for these



between the actual
provide a measu
anticompetitive cor
As noted abo
between the variab
would have been t
they were in the
conditions, howev
assume there was
factors and the pric
alleged anticompe
market) and the pr
Under these cond
period may not ac
or other anticomp
tested where poss
points in the data.4
In addition, th
to predict back ("t
backcast is above
suggest the price-
prices than the pr
would be consiste
behavior in the
between the actua
the basis for calcu

variables esti
"predicted" 
$\hat{P}_t = \alpha + \theta_1$
39. In this way,
limitations
However, ur
not assume t
across the be
40. A dummy v
fit turning 
turning poin
WOOLDRIDG
41. Of course, t
as the foreca

onships between price and the
other economic factors are the
iods. This assumption may not
fixing conspirators may react
mand factors than they would
us, it may be important to test
pply and demand factors in the
period. In more technical terms,
as been a significant shift in the
bles and the dependent variable
ler the additional restrictions
e appropriate can be performed
equation; this is equivalent to
odel differ between the before
that the coefficients of the
then this test suggests that the
able model is inconsistent with

ible model is the *prediction*
e relationships between prices
been the same in the during
they were in the before period.
tion model is to estimate the
nomic factors using data from
hat the prices would have been
icompetitive conduct based on
eriod.[38] Finally, the differences

---

*Approach: Methods and Issues*, 9
ee Appendix and Glossary.
Luke M. Froeb & Christopher T.
n, 24 INT'L J. INDUS. ORG. 467
ween prices and costs during a
from the relationship during a

ECONOMETRICS 5 (3d ed. 2001),
69.
the exogenous variables in the
are the coefficients for these



between the actual and the predicted but-for prices in the during period provide a measurement of the overcharge due to the alleged anticompetitive conduct.

As noted above, the prediction model assumes the relationships between the variable of interest (e.g., price) and other economic factors would have been the same in the during period in the but-for world as they were in the before period in the actual world. Under certain conditions, however, this assumption may not be valid. For example, assume there was a change in the relationship between other economic factors and the price in the during period that had nothing to do with the alleged anticompetitive conduct (e.g., entry or exit of firms from the market) and the prediction model does not take that change into account. Under these conditions, estimates using data solely from the before period may not accurately predict pricing but for an alleged conspiracy or other anticompetitive act.[39] Moreover, a prediction model should be tested where possible to check whether it accurately predicts turning points in the data.[40]

In addition, the model also may be fit to the during period and used to predict back ("backcast") into the before period. To the extent that the backcast is above the actual prices in the before period, that would suggest the price-setting process in the during period produced higher prices than the price-setting process in the before period. This finding would be consistent with the proposition that the alleged anticompetitive behavior in the during period increased prices, and the difference between the actual and predicted prices in the before period could form the basis for calculating an overcharge and damages.[41]

---

variables estimated based only on data from the before period. Then the "predicted" price for time t of the during period, $\hat{P}_t$, can be written as: $\hat{P}_t = \alpha + \theta_1 x_{1t} + \theta_2 x_{2t} \ldots + \theta_n x_{nt}$.

39. In this way, the prediction model may suffer from some of the same limitations related to the dummy variable model discussed above. However, unlike the dummy variable model, the prediction model does not assume that the coefficients for the exogenous variables are the same across the before and during periods in the actual world.

40. A dummy variable model can suffer from a similar problem of failing to fit turning points well, and thus incorrectly attributing to the conduct turning points that may have nothing to do with the alleged conduct. *See* WOOLDRIDGE, *supra* note 6, at 61-62.

41. Of course, the backcast model suffers from some of the same limitations as the forecast model.

### 2. *Before-During-After Models*

The previous section discussed before-during models that assume there is a single unaffected period (the before period). Sometimes, data might exist on several unaffected periods. For example, data may exist not only for the before period, but also for an after period. With more than one unaffected period, the question arises as to whether one should combine the two unaffected periods and, if not, then which of the two unaffected periods should be compared to the affected period.[42]

The before and after periods should be combined, if appropriate, since that will result in a larger sample and more precise estimation.[43] It is appropriate to combine them if the parameters of the reduced form equation are the same across the two periods.[44] The difficult decision arises when this test rejects combining the two periods into a single model and one must choose which unaffected period is the better basis of comparison for the affected period, assuming both are truly unaffected.

Before addressing how to decide which unaffected period to use, first consider why two unaffected periods might exhibit different relationships between the dependent variable and the explanatory variables. There are economic models of competition that suggest that periods of more intense competition ("price wars") will alternate with periods of less intense competition.[45] These models suggest that the relationship between price and the explanatory variables may change over time with the intensity of competition. In this case, a before period that was dominated by more intense competition might look different than an after period that was dominated by less intense competition, even though both periods were unaffected by the anticompetitive conduct at issue.[46] Alternatively, there may have been substantial differences in market conditions between the two periods (e.g., there may have been

---

42. *See* van Dijk & Verboven, *supra* note 1, at 2336. Of course, it is important to ensure that the supposedly unaffected periods really are unaffected.

43. *See* MADDALA, *supra* note 37, at 69, 270; A.H. STUDENMUND, USING ECONOMETRICS: A PRACTICAL GUIDE 71 (5th ed. 2006).

44. *See* Appendix and Glossary, and TAKESHI AMEMIYA, ADVANCED ECONOMETRICS 399-402 (1985).

45. *See, e.g.*, Jerry Green & Robert Porter, *Noncooperative Collusion Under Imperfect Price Information*, 52 ECONOMETRICA 87 (1984).

46. *Id.*

coefficient on costs represents
it is the price increase in dollars
) However, there may be good
o believe that the relationship
better measured in percentage
nore appropriate to regress the
riable costs (The coefficient on
wer to the following question:
ed by a one percentage increase
mine which functional form is
54

of the dynamics is important.
led by industry knowledge and
n help identify the appropriate

ometric error term also must be
opriate to use estimates of the
tions from the assumption of
or terms. Only with correct
tical inference be valid. The
rrors can be determined based
n general such tests should be

mages models to use can be of
typically will provide the most
ion. However, the explanatory
need to reflect the important
of the market, and in some

n the logarithm of variable costs,
a one percentage increase in costs
onential transformation of *a*. For
s approximately equal to *a* (for
*xp(a) 1 = 5.13 percent*) but the
n zero (for example, when *a = 50*

ssary for further discussion.
ssary for further discussion.



instances estimating the underlying structural model will be a superior approach.[67]

The decision regarding which damages approach to employ also will depend on the available data and the nature of the market. Are there sufficient data to implement a before-during or before-during-after model? Is there a good benchmark? Can a difference-in-differences approach be used? In general, if reliable data are available from outside of the period of that alleged anticompetitive act, then techniques that take advantage of those data will likely be the most reliable.[68]

Deciding whether to use a dummy variable or prediction model can also be important. Is there evidence that the dummy variable technique is unreliable due to substantial changes in the model coefficients due to the alleged illegal act? Will the prediction model yield reliable results? Again, there are statistical tests that can help determine if one approach is clearly superior to another.[69] Because neither approach likely is perfect, in the absence of strong statistical test results favoring one or the other, it may make sense to use both approaches and see if they yield similar results.

Once the econometric model is specified and estimated, another series of statistical tests and checks can be performed on the reliability and robustness of the estimates.[70] The starting place is typically examining the sign and statistical significance of the coefficients. If, for example, the coefficient on cost in a price regression is negative and statistically significantly different from zero, this would cast doubt on the reliability of the model, since we would normally expect cost to have a positive effect on price. When performing this sort of check, however, one must take care that there is a clear interpretation to the coefficients; there may not be one in a reduced-form model, for instance.[71]

When there is reason to question a model's specification, a variety of specification tests can and should be employed. For example, a model may impose potentially questionable restrictions on the coefficients, such as that the coefficients are the same during two time periods. Specifically, an econometric model of pricing at the customer level might assume that all customers have the same coefficients on the cost and demand variables. However, there may be reason to think that

67. *See* Chapter 5.
68. *See* Chapter 5 and the Appendix and Glossary for further discussion.
69. *See* Chapters 5 and 6 for additional discussion.
70. *See* Chapters 5 and 6 for additional discussion.
71. *See* Baker & Rubinfeld, *supra* note 5, at 392.

customers have different responses to cost and demand conditions, so there could be different coefficients on the explanatory variables across customers, including the variable measuring damages. In this case, it may be necessary to estimate the model for different groups of customers, or otherwise to employ a more complex model that takes these differences into account.[72] Similarly, a time series model might assume that the coefficients are the same over the course of the entire time period, but there may be evidence that the structure of the model changed at some point in time. A Chow test (or a more sophisticated test for structural breaks) can be used to test whether such a change occurred.[73] If so, the appropriate model needs to adequately control for such a change.

There may also be reason to question the crucial assumption that the error term of the regression is uncorrelated with the explanatory variables (which leads to endogeneity bias). This assumption often can be tested using a form of the Hausman specification test. For example, if there is concern that an explanatory variable might be endogenous (which would bias OLS regression results), then the Hausman specification test comparing the OLS results to the IV results can be used to check for this problem.[74] If such a problem is found to exist, then more complex econometric techniques can be used to correct for the bias.[75]

Finally, virtually any regression model eventually will fail one or more tests if enough tests and specifications are run, even if nothing is wrong with the model. However, failure of a test should be taken seriously, and a model should be rejected when it fails a test of a critical assumption, or if it fails a large number of the specification tests to which it is subjected.[76]

---

72. *See, e.g.*, John H. Johnson & Gregory K. Leonard, *Economics and the Rigorous Analysis of Class Certification in Antitrust Cases*, 3 J. COMP. L. & ECON. 341, 351-52 (2007).

73. The Chow test is a statistical and econometric test of whether the coefficients in two linear regressions on different data sets are equal. *See* Gregory C. Chow, *Tests of Equality Between Sets of Coefficients in Two Linear Regressions*, 28 ECONOMETRICA 591 (1960).

74. *See* Jerry A. Hausman, *Specification Tests in Econometrics*, 46 ECONOMETRICA 1251 (1978).

75. *See* WOOLDRIDGE, *supra* note 6, at 167-180.

76. *See* KENNEDY, *supra* note 19, at 76-79.