# ECONOMETRIC MODELS and ECONOMIC FORECASTS

FOURTH EDITION

Robert S. Pindyck
Daniel L. Rubinfeld

Irwin/McGraw-Hill
A Division of The McGraw-Hill Companies

ECONOMETRIC MODELS AND ECONOMIC FORECASTS

Copyright © 1998, 1991, 1981, 1976 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

This book is printed on acid-free paper.
4 5 6 7 8 9 0 DOC DOC 9 0 9 8 7

P/N 050208-0
Part of ISBN 0-07-913292-8

Publisher: Gary Burke
Sponsoring editor: Lucille H. Sutton
Project manager: Ira C. Roberts
Production supervisors: Leroy A. Young and Scott M. Hamilton
Design manager: Charles A. Carson
Compositor: Ruttle, Shaw & Wetherill, Inc.
Typeface: 10/12 Times Roman
Printer: R. R. Donnelley & Sons Company

**Library of Congress Cataloging-in-Publication Data**

Pindyck, Robert S.
Econometric models and economic forecasts / Robert S. Pindyck, Daniel L. Rubinfeld. — 4th ed.
p. cm.
Includes index.
ISBN 0-07-050208-0
1. Economic forecasting—Econometric models. 2. Econometrics.
I. Rubinfeld, Daniel L. II. Title.
HB3730.P54 1997
330'.01'5195—dc21 97-10357
CIP

http://www.mhhe.com

ROBERT S. PINDYCK is
Sloan School of Manag
Professor Pindyck joine
1971. He has also been a
and is a Research Assoc
is coauthor, with Danie
edition.

DANIEL L. RUBINFELD
Economics at the Unive
ceived a Ph.D. in 1972 fr
ley College, and the Univ
Bureau of Economic Re
ioral Sciences and The
the *International Review c*

Case 2:08-md-02002-GEKP Document 1366-5 Filed 01/06/16 Page 3 of 3

estimates can be obtained by combining all the data so that one large pooled regression is run with $NT$ observations. In this most elementary pooling technique there will be $NT - 2$ degrees of freedom (since estimation of the two parameters uses up 2 degrees of freedom).

### 9.4.2 Fixed-Effects Model

The difficulty with the least-squares pooling procedure is that the assumption of constant intercept and slope may be unreasonable. The obvious generalization is to introduce dummy variables that allow the intercept term to vary over time and over cross-section units. If the slopes varied as well, each separate cross-section regression would involve a distinct model and pooling would be inappropriate.[25] We write the *fixed-effects model* as follows:

$$Y_{it} = \alpha + \beta X_{it} + \gamma_2 W_{2t} + \gamma_3 W_{3t} + \cdots + \gamma_N W_{Nt} + \delta_2 Z_{i2} + \delta_3 Z_{i3} + \cdots + \delta_T Z_{iT} + \varepsilon_{it} \tag{9.29}$$

where

$$W_{it} = \begin{cases} 1 & \text{for } i\text{th individual, } i = 2, \ldots, N \\ 0 & \text{otherwise} \end{cases}$$

$$Z_{it} = \begin{cases} 1 & \text{for } t\text{th time period, } t = 2, \ldots, T \\ 0 & \text{otherwise} \end{cases}$$

We have added $(N - 1) + (T - 1)$ dummy variables to the model and have omitted the remaining two, since their addition would result in perfect collinearity among the explanatory variables. If this model were estimated using ordinary least squares, unbiased and consistent estimates of all parameters (including the slope $\beta$) would be obtained. A total of $NT - 2 - (N - 1) - (T - 1)$, or $NT - N - T$, degrees of freedom would be involved. The dummy-variable coefficients would measure the change in the cross-section and time-series intercepts (with respect to the first individual in the first period of time). To see this, we can eliminate the dummy variables and rewrite the model associated with each of the $NT$ observations:

$$Y_{11} = \alpha + \beta X_{11} + \varepsilon_{11}$$
$$Y_{12} = (\alpha + \delta_2) + \beta X_{12} + \varepsilon_{12}$$
$$\cdots\cdots\cdots\cdots\cdots\cdots\cdots\cdots$$

[25] Allowance for random variation in slope parameters is made in the random coefficients model literature. See, for example, W. H. Greene, *Econometric Analysis* (New York: Macmillan, 1990), Section 16.4.