# Chapter 16
# To Pool or Not to Pool?

Badi H. Baltagi, Georges Bresson and Alain Pirotte

## 16.1 Introduction

For panel data studies with large $N$ and small $T$, it is usual to pool the observations, assuming homogeneity of the slope coefficients. The latter is a testable assumption which is quite often rejected. Moreover, with the increasing time dimension of panel data sets, some researchers including Robertson and Symons (1992), Pesaran and Smith (1995), and Pesaran, Smith and Im (1996) have questioned the poolability of the data across heterogeneous units. Instead, they argue in favor of heterogeneous estimates that can be combined to obtain homogeneous estimates if the need arises. Maddala, Trost, Li and Joutz (1997) on the other hand argue that the heterogeneous time series estimates yield inaccurate estimates and even wrong signs for the coefficients, while the panel data estimates are not valid when one rejects the hypothesis of homogeneity of the coefficients. If one is after reliable coefficient estimates, Maddala, Trost, Li and Joutz (1997) argue in favor of shrinkage estimators that shrink the heterogeneous estimators towards the pooled homogeneous estimator. Proponents of the homogeneous panel estimators have acknowledged the potential heterogeneity among the cross-sectional units, but have assumed that the efficiency

Badi H. Baltagi
Center for Policy Research, 426 Eggers Hall, Syracuse University, Syracuse, NY 13244-1020, USA, e-mail: bbaltagi@maxwell.syr.edu

Georges Bresson
ERMES (UMR 7181, CNRS), Université Paris II and TEPP (FR 3126, CNRS), Institute for Labor Studies and Public Policies, 12, place du Panthéon, 75230 Paris Cedex 05, France, e-mail: bresson01@aol.com

Alain Pirotte
ERMES (UMR 7181, CNRS), Université Paris II and TEPP (FR 3126, CNRS), Institute for Labor Studies and Public Policies, 12, place du Panthéon, 75230 Paris Cedex 05, France, e-mail: apirotte@aol.com

* We dedicate this chapter to the memory of G.S. Maddala who wrote the original chapter with W. Hu.

L. Mátyás, P. Sevestre (eds.), *The Econometrics of Panel Data*,

© Springer-Verlag Berlin Heidelberg 2008

gains from pooling outweighed these costs; see Hsiao (2003) on the benefits of panels. Clearly, in panel data sets with $T$ very small, traditional homogeneous panel estimators would appear the only viable alternative. But as $T$ reaches 50 years of post-war annual data, the choice no longer seems clear-cut.

In the context of dynamic demand for gasoline across 18 OECD countries over the period 1960–1990, Baltagi and Griffin (1997) argued for pooling the data as the best approach for obtaining reliable price and income elasticities. They also pointed out that pure cross-section studies cannot control for unobservable country effects, whereas pure time-series studies cannot control for unobservable oil shocks or behavioral changes occurring over time. Baltagi and Griffin (1997) compared the homogeneous and heterogeneous estimates in the context of gasoline demand based on the plausibility of the price and income elasticities as well as the speed of adjustment path to the long-run equilibrium. They found considerable variability in the parameter estimates among the heterogeneous estimators, some giving implausible estimates, while the homogeneous estimators gave similar plausible short-run estimates that differed only in estimating the long-run effects. Baltagi and Griffin (1997) also compared the forecast performance of these homogeneous and heterogeneous estimators over 1, 5, and 10 years horizon. Their findings show that the homogeneous estimators outperformed their heterogeneous counterparts based on mean squared forecast error. This result was replicated using a panel data set of 21 French regions over the period 1973–1998 by Baltagi, Bresson, Griffin and Pirotte (2003). Unlike the international OECD gasoline data set, the focus on the inter-regional differences in gasoline prices and income within France posed a different type of data set for the heterogeneity versus homogeneity debate. The variation in these prices and income were much smaller than international price and income differentials. This in turn reduces the efficiency gains from pooling and favors the heterogeneous estimators, especially given the differences between the Paris region and the rural areas of France. Baltagi, Bresson, Griffin and Pirotte (2003) showed that the time series estimates for each region are highly variable, unstable, and offer the worst out-of-sample forecasts. Despite the fact that the shrinkage estimators proposed by Maddala, Trost, Li and Joutz (1997) outperformed these individual heterogeneous estimates, they still had a wide range and were outperformed by the homogeneous estimators in out-of-sample forecasts. In addition, Baltagi, Griffin and Xiong (2000) carried out this comparison for a dynamic demand for cigarettes across 46 U.S. states over 30 years (1963–1992). Once again the homogeneous panel data estimators beat the heterogeneous and shrinkage type estimators in RMSE performance for out-of-sample forecasts. In another application, Driver, Imai, Temple and Urga (2004) utilize the Confederation of British Industry's (CBI) survey data to measure the impact of uncertainty on U.K. investment authorizations. The panel consists of 48 industries observed over 85 quarters 1978(Q1) to 1999(Q1). The uncertainty measure is based on the dispersion of beliefs across survey respondents about the general business situation in their industry. Following Baltagi and Griffin (1997) and Pesaran and Smith (1995), this paper questions the poolability of this data across different industries. The heterogeneous estimators considered are OLS and 2SLS at the industry level, as well as the unrestricted SUR estimation method. Fixed effects, random effects, pooled 2SLS, and restricted SUR are the homogeneous estimators considered.

Case 2:08-md-02002-GEKP Document 1366-6 Filed 01/06/16 Page 3 of 30



The panel estimates find that uncertainty has a negative, non-negligible effect on investment, while the heterogeneous estimates vary considerably across industries. Forecast performance for 12 out-of-sample quarters 1996(Q2) to 1999(Q1) are compared. The pooled homogeneous estimators outperform their heterogeneous counterparts in terms of RMSE.

Maddala, Trost, Li and Joutz (1997) applied classical, empirical Bayes and Bayesian procedures to the problem of estimating short-run and long-run elasticities of residential demand for electricity and natural gas in the U.S. for 49 states over 21 years (1970–1990). Since the elasticity estimates for each state were the ultimate goal of their study they were faced with three alternatives. The first is to use individual time series regressions for each state. These gave bad results, were hard to interpret, and had several wrong signs. The second option was to pool the data and use panel data estimators. Although the pooled estimates gave the right signs and were more reasonable, Maddala, Trost, Li and Joutz (1997) argued that these estimates were not valid because the hypothesis of homogeneity of the coefficients was rejected. The third option, which they recommended, was to allow for some (but not complete) heterogeneity or (homogeneity). This approach lead them to their preferred shrinkage estimator which gave them more reasonable parameter estimates. In a follow-up study, Baltagi, Bresson and Pirotte (2002) reconsidered the two U.S. panel data sets on residential electricity and natural-gas demand used by Maddala, Trost, Li and Joutz (1997) and compared the out-of-sample forecast performance of the homogeneous, heterogeneous, and shrinkage estimators. Once again the results show that when the data is used to estimate heterogeneous models across states, individual estimates offer the worst out-of-sample forecasts. Despite the fact that shrinkage estimators outperform these individual estimates, they are outperformed by simple homogeneous panel data estimates in out-of-sample forecasts. Admittedly, there are additional case studies using U.S. data, but they do add to the evidence that simplicity and parsimony in model estimation offered by the homogeneous estimators yield better forecasts than the more parameter consuming heterogeneous estimators.

Proponents of the heterogeneous estimators include Pesaran and Smith (1995) and Pesaran, Shin and Smith (1999), who advocate abandoning the pooled approach altogether because of the inherent parameter heterogeneity, relying instead upon the average response from individual regressions. In fact, an earlier paper by Robertson and Symons (1992) studied the properties of some panel data estimators when the regression coefficients vary across individuals, i.e., they are heterogeneous but are assumed homogeneous in estimation. This was done for both stationary and nonstationary regressors. The basic conclusion was that severe biases can occur in dynamic estimation even for relatively small parameter variation. Using an empirical example of a real wage equation for a panel of 13 OECD countries observed over the period 1958–1986, Robertson and Symons (1992) show that parameter homogeneity across countries is rejected and the true relationship appears dynamic. Imposing false equality restriction biases the coefficient of the lagged wage upwards and the coefficient of the capital-labor ratio downwards.

Pesaran and Smith (1995) consider the problem of estimating a dynamic panel data model when the parameters are individually heterogeneous and illustrate their results by estimating industry-specific U.K. labor demand functions. In this case the model is given by

$$y_{it} = \lambda_i y_{i,t-1} + \beta_i x_{it} + u_{it} \quad i = 1,\ldots,N \quad t = 1,\ldots,T \tag{16.1}$$

where $\lambda_i$ is i.i.d. $(\lambda, \sigma^2_\lambda)$ and $\beta_i$ is i.i.d. $(\beta, \sigma^2_\beta)$. Further $\lambda_i$ and $\beta_i$ are independent of $y_{is}$, $x_{is}$, and $u_{is}$ for all $s$. The objective in this case is to obtain consistent estimates of the mean values of $\lambda_i$ and $\beta_i$. Pesaran and Smith (1995) present four different estimation procedures:

(1) aggregate time-series regressions of group averages;
(2) cross-section regressions of averages over time;
(3) pooled regressions allowing for fixed or random intercepts;
(4) separate regressions for each group, where coefficients estimates are averaged over these groups.

They show that when $T$ is small (even if $N$ is large), all the procedures yield inconsistent estimators. The difficulty in obtaining consistent estimates for $\lambda$ and $\beta$ can be explained by rewriting the above equation as

$$y_{it} = \lambda y_{i,t-1} + \beta x_{it} + v_{it} \tag{16.2}$$

where $v_{it} = u_{it} + (\lambda_i - \lambda)y_{i,t-1} + (\beta_i - \beta)x_{it}$. By continuous substitution of $y_{i,t-s}$ it is easy to see that $v_{it}$ is correlated with all present and past values of $y_{i,t-1-s}$ and $x_{i,t-s}$ for $s \geqslant 0$. The fact that $v_{it}$ is correlated with the regressors renders the OLS estimator inconsistent, and the fact that $v_{it}$ is correlated with $(y_{i,t-1-s}, x_{i,t-s})$ for $s > 0$ rules out the possibility of choosing any lagged value of $y_{it}$ and $x_{it}$ as legitimate instruments. When both $N$ and $T$ are large, Pesaran and Smith (1995) show that the cross-section regression procedure will yield consistent estimates of the mean values of $\lambda$ and $\beta$. Intuitively, when $T$ is large, the individual parameters $\lambda_i$ and $\beta_i$ can be consistently estimated using $T$ observations of each individual $i$, say $\widehat{\lambda}_i$ and $\widehat{\beta}_i$; then, averaging these individual estimators, $\sum_{i=1}^{N} \widehat{\lambda}_i/N$ and $\sum_{i=1}^{N} \widehat{\beta}_i/N$, will lead to consistent estimators of the mean values of $\lambda$ and $\beta$.

Hsiao and Tahmiscioglu (1997) use a panel of 561 U.S. firms over the period 1971–1992 to study the influence of financial constraints on company investment. They find substantial differences across firms in terms of their investment behavior. When a homogeneous pooled model is assumed, the impact of liquidity on firm investment is seriously underestimated. The authors recommend a mixed fixed and random coefficients framework based on the recursive predictive density criteria.

Pesaran, Smith and Im (1996) investigated the small sample properties of various estimators of the long-run coefficients for a dynamic heterogeneous panel data model using Monte Carlo experiments. Their findings indicate that the mean group estimator performs reasonably well for large $T$. However, when $T$ is small, the mean group estimator could be seriously biased, particularly when $N$ is large relative to $T$. Pesaran, Shin and Smith (1999) examine the effectiveness of alternative bias-correction procedures in reducing the small sample bias of these estimators using Monte Carlo experiments. An interesting finding is that when the coefficient of the lagged dependent variable is greater than or equal to 0.8, none of the bias correction procedures seem to work. Hsiao, Pesaran and Tahmiscioglu (1999) suggest a

Bayesian approach for estimating the mean parameters of a dynamic heterogeneous panel data model. The coefficients are assumed to be normally distributed across cross-sectional units and the Bayes estimator is implemented using Markov Chain Monte Carlo methods. Hsiao, Pesaran and Tahmiscioglu (1999) argue that Bayesian methods can be a viable alternative in the estimation of mean coefficients in dynamic panel data models even when the initial observations are treated as fixed constants. They establish the asymptotic equivalence of this Bayes estimator and the mean group estimator proposed by Pesaran and Smith (1995). The asymptotics are carried out for both $N$ and $T \to \infty$ with $\sqrt{N}/T \to 0$. Monte Carlo experiments show that this Bayes estimator has better sampling properties than other estimators for both small and moderate size $T$. Hsiao, Pesaran and Tahmiscioglu (1999) also caution against the use of the mean group estimator unless $T$ is sufficiently large relative to $N$. The bias in the mean coefficient of the lagged dependent variable appears to be serious when $T$ is small and the true value of this coefficient is larger than 0.6. Hsiao, Pesaran and Tahmiscioglu (1999) apply their methods to estimate the $q$ investment model using a panel of 273 U.S. firms over the period 1972–1993.

Depending on the extent of cross-sectional heterogeneity in the parameters, researchers may prefer these heterogeneous estimators to the traditional pooled homogeneous parameter estimators. In fact, Hsiao, Pesaran and Tahmiscioglu (1999) argued that there is not clarity in the literature about the appropriate estimation technique for dynamic panel data models, especially when the time series is short. They suggested a hierarchical Bayes approach to the estimation of such models using Markov Chain Monte Carlo methods (via Gibbs sampling).

By now, it is well known that pooling in the presence of parameter heterogeneity can produce misleading results. So, it is important to know if the pooling assumption is justified. Section 16.2 describes tests for poolability and Stein-rule methods. This is illustrated for a Tobin $q$ investment application based on Hsiao and Tahmiscioglu (1997). Section 16.3 presents several heterogeneous estimators based on the sampling approach, the averaging approach and the Bayesian approach. Section 16.4 revisits the comparison of the out of sample forecast performance of the homogeneous and heterogeneous estimators in the context of the Tobin $q$ application.

## 16.2 Tests for Poolability, Pretesting and Stein-Rule Methods

### *16.2.1 Tests for Poolability*

The question of whether to pool the data or not naturally arises with panel data. The restricted model is the pooled model:

$$y_{it} = \alpha + X_{it}\beta + u_{it},\ i = 1,\ldots,N,\ t = 1,\ldots,T \qquad (16.3)$$

which utilizes a one-way error component model for the disturbances:

$$u_{it} = \mu_i + v_{it} \tag{16.4}$$

where $\mu_i$ denotes the unobservable individual specific effect and $v_{it}$ denotes the remainder disturbance. In vector form, (16.3) can be written as:

$$y = \alpha e_{NT} + X\beta + u = Z\theta + u \tag{16.5}$$

where $y$ is $(NT \times 1)$, $X$ is $(NT \times (k-1))$, $Z = [e_{NT}, X]$, $\theta' = (\alpha, \beta')$, $e_{NT}$ is a vector of ones of dimension $NT$, and $u$ is $(NT \times 1)$. Equation (16.4) can be written as:

$$u = Z_\mu \mu + v \tag{16.6}$$

where

$$Z_\mu = I_N \otimes e_T,\ \mu' = (\mu_1, \ldots, \mu_N) \text{ and } v \sim \text{i.i.d.}\left(0, \sigma_v^2 I_{NT}\right).$$

$I_N$ is an identity matrix of dimension $N$, $e_T$ is a vector of ones of dimension $T$, and $\otimes$ denotes the Kronecker product. If the $\mu_i$ are assumed to be fixed parameters, the model is called the fixed effects model. If the $\mu_i$ are assumed to be random (i.e., $\mu_i \sim$ i.i.d. $\left(0, \sigma_\mu^2\right)$), the model is called the random effects model.

This pooled model represents a behavioral equation with the same parameters across individuals and over time. The unrestricted model, however, is the same behavioral equation but with different parameters across individuals and/or time. The question of whether to pool or not to pool boils down to the question of whether the parameters vary across individuals and/or over time. In what follows, we study the tests of poolability of the data for the case of pooling across individuals keeping in mind that the other case of pooling over time can be obtained in a similar fashion.

For the unrestricted model, we have a regression equation for each individual given by:

$$y_i = Z_i\theta_i + u_i,\ i = 1, \ldots, N \tag{16.7}$$

where $y_i$ is $(T \times 1)$, $Z_i = [e_T, X_i]$, $X_i$ is $(T \times k-1)$, $\theta_i' = (\alpha_i, \beta_i')$, and $u_i$ is $(T \times 1)$. So, $\theta_i$ is different for every individual equation. We want to test the hypothesis

$$H_0 : \theta_i = \theta, \forall i.$$

So, under $H_0$, we can write the restricted model as: $y = Z\theta + u$. The unrestricted model can also be written as:

$$y = Z^*\theta^* + u = \begin{pmatrix} Z_1 & 0 & \cdots & 0 \\ 0 & Z_2 & \cdots & 0 \\ \vdots & & \ddots & \vdots \\ 0 & 0 & \cdots & Z_N \end{pmatrix} \begin{pmatrix} \theta_1 \\ \theta_2 \\ \vdots \\ \theta_N \end{pmatrix} + \begin{pmatrix} u_1 \\ u_2 \\ \vdots \\ u_N \end{pmatrix} \tag{16.8}$$

where $Z = Z^*I^*$ with $I^* = (e_N \otimes I_k)$, $e_N$ is a vector of ones of dimension $N$, and $I_k$ is an identity matrix of dimension $k$.

#### 16.2.1.1 Test for Poolability Under $u \sim N\left(0, \sigma_u^2 I_{NT}\right)$

We suppose that the disturbance $u$ follows an normal distribution of zero mean and constant variance $\sigma_u^2 I_{NT}$, $\left(\text{i.e., } \mu_i = 0, \sigma_\mu^2 = 0\right)$. There is no individual specific effect. Then, the minimum variance unbiased (MVU) estimator for $\theta$ is the OLS estimator:

$$\widehat{\theta}_{\text{OLS}} = \widehat{\theta}_{\text{MLE}} = \left(Z'Z\right)^{-1} Z'y$$

and therefore

$$y = Z\widehat{\theta}_{\text{OLS}} + \widehat{u}_{\text{OLS}}.$$

Similarly, the MVU for $\theta_i$ is given by:

$$\widehat{\theta}_{i,\text{OLS}} = \widehat{\theta}_{i,\text{MLE}} = \left(Z_i'Z_i\right)^{-1} Z_i'y_i$$

and therefore

$$y_i = Z_i\widehat{\theta}_{i,\text{OLS}} + \widehat{u}_{i,\text{OLS}}.$$

Under $H_0$, the following test statistic:

$$F_{\text{obs}} = \frac{\left(\widehat{u}_{\text{OLS}}'\widehat{u}_{\text{OLS}} - \sum_{i=1}^{N} \widehat{u}_{i,\text{OLS}}'\widehat{u}_{i,\text{OLS}}\right) / (N-1)k}{\left(\sum_{i=1}^{N} \widehat{u}_{i,\text{OLS}}'\widehat{u}_{i,\text{OLS}}\right) / N(T-k)} \tag{16.9}$$

is distributed as $F\left((N-1)k, N(T-k)\right)$. Hence, the critical region for this test is defined as:

$$\left\{F_{\text{obs}} > F\left((N-1)k, N(T-k) : \alpha_0\right)\right\}$$

where $\alpha_0$ denotes the significance level of the test. This is exactly the Chow test extended to the case of $N$ linear regressions. Therefore, if an economist has reason to believe that assumption $u \sim N\left(0, \sigma_u^2 I_{NT}\right)$ is true, and wants to pool his data across individuals, then it is recommended that he test for the poolability of the data using the Chow test given in (16.9). For an extension of the Chow test for poolability to a non-parametric panel data model that is robust to functional form misspecification, see Baltagi, Hidalgo, and Li (1996).

The problem with the Chow test is that $\Omega \neq \sigma_u^2 I_{NT}$. In fact, for the one-way error component model

$$\begin{aligned} \Omega = E\left[uu'\right] &= Z_\mu E\left[\mu\mu'\right] Z_\mu' + E\left[\nu\nu'\right] \\ &= \sigma_\mu^2 \left(I_N \otimes J_T\right) + \sigma_\nu^2 \left(I_N \otimes I_T\right) \end{aligned} \tag{16.10}$$

where $J_T = e_T e_T'$. Therefore, even if we assume normality on the disturbances, the Chow statistic will not have the $F$-distribution described above. However, a generalized Chow test which takes into account the general form of $\Omega$ will be the right test to perform. This is taken up in the next section.

#### 16.2.1.2 Test for Poolability Under the General Assumption $u \sim N(0, \Omega)$

All we need to do is transform our model (under both the null and alternative hypothesis) such that the transformed disturbances have a variance of $\sigma_u^2 I_{NT}$, then apply the Chow test on the transformed model. Given $\Omega = \sigma_u^2 \Sigma$, we premultiply the restricted model by $\Sigma^{-1/2}$ and call $\Sigma^{-1/2} y = \widetilde{y}$. Hence:

$$\widetilde{y} = \widetilde{Z}\theta + \widetilde{u}$$

with $E[\widetilde{u}\widetilde{u}'] = \Sigma^{-1/2} E[uu'] \Sigma^{-1/2'} = \sigma_u^2 I_{NT}$. Similarly, we premultiply the unrestricted model (16.8) by $\Sigma^{-1/2}$ and call $\Sigma^{-1/2} Z^* = \widetilde{Z}^*$. Therefore,

$$\widetilde{y} = \widetilde{Z}^* \theta^* + \widetilde{u}$$

with $E[\widetilde{u}\widetilde{u}'] = \sigma_u^2 I_{NT}$. At this stage, we can test $H_0 : \theta_i = \theta$ for every $i = 1, 2, \ldots, N$, simply by using the Chow test only now on the transformed models. Under $H_0$, the following test statistic:

$$\widetilde{F}_{\text{obs}} = \frac{y'\left[\Sigma^{-1}\left(Z^*\left(Z^{*\prime}\Sigma^{-1}Z^*\right)^{-1}Z^{*\prime} - Z\left(Z'\Sigma^{-1}Z\right)^{-1}Z'\right)\Sigma^{-1}\right]y/(N-1)k}{\left(y'\Sigma^{-1}y - y'\Sigma^{-1}Z^*\left(Z^{*\prime}\Sigma^{-1}Z^*\right)^{-1}Z^{*\prime}\Sigma^{-1}y\right)/N(T-k)} \quad (16.11)$$

is distributed as $F((N-1)k, N(T-k))$. It is important to emphasize that (16.11) is operational only when $\Sigma$ is known. This test is a special application of a general test for linear restrictions described by Roy in 1957 and used by Zellner in 1962 to test for aggregation bias in a set of seemingly unrelated regressions. In case $\Sigma$ is unknown, we replace $\Sigma$ in (16.11) by a consistent estimator (say $\widehat{\Sigma}$) and call the resulting test statistic $\widehat{\widetilde{F}}_{\text{obs}}$.

One of the main motivations behind pooling a time series of cross-sections is to widen our database in order to get better and more reliable estimates of the parameters of our model. Using the Chow test, the question of whether "to pool or not to pool" is reduced to a test of the validity of the null hypothesis $H_0 : \theta_i = \theta$ for all $i$. Imposing these restrictions (true or false) will reduce the variance of the pooled estimator, but may introduce bias if these restrictions are false. Baltagi (2005, pp. 54–58) discusses three mean squared error criteria suggested by Wallace (1972) for $\Omega = \sigma_u^2 I_{NT}$ and by McElroy (1977) for $\Omega = \sigma_u^2 \Sigma$. These MSE criteria do not test $H_0$, but rather help us choose on pragmatic grounds between the restricted pooled model and the unrestricted heterogeneous model. Using Monte Carlo experiments, Baltagi (1981) shows that the Chow test performs poorly, rejecting poolability when true under a random error component model whenever the variance components are large. Weaker MSE criteria reduced the frequency of type I error committed by the Chow test. However, the weaker MSE criteria performance was still poor compared to the Roy–Zellner test or the extensions of these weaker MSE criteria for a general $\Omega$.

Recently, Bun (2004) focused on testing the poolability hypothesis across cross-section units assuming constant coefficients over time. In particular, this testing applies to panel data with a limited number of cross-section units, like countries or states observed over a long time period, i.e., with $T$ larger than $N$. Bun (2004) uses Monte Carlo experiments to examine the actual size of various asymptotic procedures for testing the poolability hypothesis. Dynamic regression models as well as nonspherical disturbances are considered. Results show that the classical asymptotic tests have poor finite sample performance, while their bootstrapped counterparts lead to more accurate inference. An empirical example is given using panel data on GDP growth and unemployment rates in 14 OECD countries over the period 1966–1990. For this data set, it is shown that the classical asymptotic tests reject poolability while their bootstrap counterparts do not.

### *16.2.2 Pretesting and Stein-Rule Methods*

Choosing a pooled estimator if we do not reject $H_0: \theta_i = \theta$ for all $i$, and the heterogeneous estimator if we reject $H_0$ leads to a pretest estimator.[1] This brings into question the appropriate level of significance to use with this preliminary test. In fact, the practice is to use significance levels much higher than 5%; see Maddala and Hu (1996).

Another problem with the pretesting procedure is that its sampling distribution is complicated; see Judge and Bock (1978). Also, these pretest estimators are dominated by Stein-rule estimators under quadratic loss function. Using a wilderness recreation demand model, Ziemer and Wetzstein (1983) show that a Stein-rule estimator gives better forecast risk performance than the pooled ($\widehat{\theta}_{\text{OLS}}$) or individual estimators ($\widehat{\theta}_{i,\text{OLS}}$). The Stein-rule estimator is given by:

$$\widehat{\theta}_i^S = \left(\frac{c}{F_{\text{obs}}}\right)\widehat{\theta}_{\text{OLS}} + \left(1 - \frac{c}{F_{\text{obs}}}\right)\widehat{\theta}_{i,\text{OLS}}. \tag{16.12}$$

The optimal value of the constant $c$ suggested by Judge and Bock (1978) is:

$$c = \frac{(N-1)k-2}{N(T-k)+2}.$$

Note that $\widehat{\theta}_i^S$ shrinks $\widehat{\theta}_{i,\text{OLS}}$ towards the pooled estimator $\widehat{\theta}_{\text{OLS}}$ explaining why this estimator is often called Stein-rule shrinkage estimator. When $N$ is large, the factor $c$ is roughly $k/(T-k)$. If, in addition, the number of explanatory variables $k$ is small relative to the number of time periods $T$, $c$ will be small and, for a given $F_{\text{obs}}$, the shrinkage factor towards the pooled estimator $(c/F_{\text{obs}})$ will be small. The

[1] Hsiao and Pesaran (2007) present several Hausman type tests for slope heterogeneity based on the mean group estimator proposed by Pesaran, Shin and Smith (1999) (see the Sect. 16.3.1).

Case 2:08-md-02002-GEKP Document 1366-6 Filed 01/06/16 Page 10 of 30



Bayesian and empirical Bayesian methods (discussed later) imply shrinking towards a weighted mean of the $\widehat{\theta}_i$ and not the pooled estimator $\widehat{\theta}$.

### 16.2.3 Example

We illustrate the tests of poolability and the Stein-rule method using a simple dynamic version of the classical Tobin $q$ investment model studied by Hsiao and Tahmiscioglu (1997):

$$\left(\frac{I}{K}\right)_{it} = \alpha_i + \beta_{1i}\left(\frac{I}{K}\right)_{it-1} + \beta_{2i}q_{it} + u_{it} \qquad (16.13)$$

or in vector form

$$y_{it} = Z_{it}\theta_i + u_{it}$$

where $I_{it}$ denotes investment expenditures by firm $i$ during period $t$, $K_{it}$ is the replacement value of the capital stock, and $q_{it}$ is Tobin's $q$ of the firm. Tobin's $q$ theory relates investment to marginal $q$, which is the ratio of the market value of new investment goods to their replacement cost. Thus, investment will be an increasing function of marginal $q$. Because marginal $q$ is unobservable, it is common in empirical work to substitute it with average or Tobin's $q$. If a firm has unexploited profit opportunities, then an increase of its capital stock price of 1 unit will increase its market value by more than one unit ($q > 1$). Firms can be expected to increase investment until marginal $q$ equals 1. On the other hand, if a firm has already more than adequate capital, then an increase in capital stock by one unit will increase its market value by less than one unit ($q < 1$). $\beta_{1i}$ is the investment inertia of firm $i$ and $(1 - \beta_{1i})$ is the speed of adjustment. The panel data set used in this study contains 337 U.S. firms over 17 years (1982–1998).[2] Hsiao, Pesaran and Tahmiscioglu (1999) argued that the troubling findings of large estimates often obtained for the adjustment cost parameters and the implied slow speeds of adjustment of the capital stock to its equilibrium value may be due, at least partly, to the use of inappropriate estimation techniques when there is significant heterogeneity in firm investment responses to the $q$ variable. The restricted model is:

$$\left(\frac{I}{K}\right)_{it} = \alpha + \beta_1\left(\frac{I}{K}\right)_{it-1} + \beta_2 q_{it} + u_{it} \qquad (16.14)$$

or in vector form

$$y_{it} = Z_{it}\theta + u_{it}.$$

---

[2] This was kindly provided by Cheng Hsiao and A. Kamil Tashmiscioglu. This is not exactly the same data set as the one used by Hsiao, Pesaran and Tahmiscioglu (1999) which contains 273 firms over the 20 years (1973–1992). For a detailed description of these variables, see Hsiao and Tahmiscioglu (1997).

**Table 16.1** Tests of poolability for the Tobin $q$ investment model[3] $N = 337$, $T = 16$

| | OLS | LSDV | FGLS |
|---|---|---|---|
| $\alpha$ | 0.0872 (25.695) | — | 0.0926 (2.585) |
| $\beta_1$ | 0.4469 (39.138) | 0.2777 (22.136) | 0.3252 (26.929) |
| $\beta_2$ | 0.0079 (18.829) | 0.0157 (23.180) | 0.0123 (21.838) |
| Chow test (intercept and slopes) | | $2.6026 \sim F(1008,4381)$ | |
| Chow test (slopes only) | | $2.4234 \sim F(672,4718)$ | |
| Roy–Zellner test | | $1.5796 \sim F(1008,4381)$ | |
| Stein-rule shrinkage factor | | 0.9118 | |

We want first to check whether coefficients are constant or not across firms, that is if $H_0 : \theta_i = \theta$ for all $i$.

Table 16.1 shows that the Chow test for poolability across firms gives an observed $F$-statistic of 2.6026 which is distributed as $F(1008,4718)$ under $H_0 : \theta_i = \theta$ for $i = 1,\ldots,N$. There are 1008 restrictions and the test rejects poolability across firms for all the coefficients. One can test for poolability of slopes only, allowing for varying intercepts. The restricted model is the within regression with firm dummies (LSDV). The observed $F$-statistic of 2.4234 is distributed as $F(672,4718)$ under $H_0 : \beta_{ji} = \beta_j$ for $j = 1,2$ and $i = 1,\ldots,N$. This again is significant at the 5% level and rejects the poolability of the slopes across firms. The Roy–Zellner test for poolability across firms, allowing for one-way error component disturbances, yields an observed $F$-value of 1.5796 and is distributed as $F(1008,4381)$ under $H_0 : \theta_i = \theta$ for $i = 1,\ldots,N$. This still rejects poolability across firms even after allowing for one-way error component disturbances. The Stein-rule shrinkage factor is 91.18%, so the Stein-rule estimator $\widehat{\theta}_i^S$ is a linear combination of 8.82% weight on the pooled estimator $\widehat{\theta}_{\mathrm{OLS}}$ and 91.18% on the heterogeneous estimator $\widehat{\theta}_{i,\mathrm{OLS}}$.

## 16.3 Heterogeneous Estimators

When the data do not support the hypothesis of fixed coefficients, it would seem reasonable to allow for variations in the parameters across cross-sectional units. For the $i$th individual, a single-equation model can be written as:

$$y_i = Z_i\theta_i + u_i, \; i = 1,\ldots,N \tag{16.15}$$

that is:

$$y_i \sim N(Z_i\theta_i, \Omega_i) \tag{16.16}$$

[3] $t$-Statistics are in parentheses.

with $\Omega_i = E[u_i u_i'] = \sigma_i^2 I_T$. If all the parameters are treated as fixed and different for cross-sectional units, there will be $Nk$ parameters with only $NT$ observations. Obviously, there is no way we can obtain any meaningful estimates of $\theta_i$, especially when $k$ is closed to $T$. Alternatively, each regression coefficient can be viewed as a random variable with a probability distribution. The random coefficients specification reduces the number of parameters to be estimated substantially, while still allowing the coefficients to differ from unit to unit and/or from time to time. $\theta_i$ are assumed to be independently normally distributed with mean $\overline{\theta}$ and covariance $\Delta$ (with $\mathrm{Cov}(\theta_i, \theta_j) = 0$, $i \neq j$):

$$\theta_i = \overline{\theta} + \varepsilon_i, \ \theta_i \sim N\left(\overline{\theta}, \Delta\right). \tag{16.17}$$

Substituting $\theta_i = \overline{\theta} + \varepsilon_i$ into (16.15) yields:

$$y_i = Z_i \overline{\theta} + v_i \tag{16.18}$$

where $v_i = Z_i \varepsilon_i + u_i$. This leads us to the Swamy (1970) model.

Stacking all $NT$ observations, we have:

$$y = Z\overline{\theta} + v \tag{16.19}$$

where $v = Z^* \varepsilon + u$. The covariance matrix for the composite disturbance term $v$ is bloc-diagonal, and is defined by

$$V[v] = \Sigma = \mathrm{diag}(\Sigma_1, \ldots, \Sigma_N)$$

where

$$\Sigma_i = Z_i \Delta Z_i' + \sigma_i^2 I_T.$$

The best linear unbiased estimator of $\overline{\theta}$ for (16.19) is the GLS estimator:

$$\widehat{\overline{\theta}}_{\mathrm{GLS}} = \sum_{i=1}^{N} \Theta_i \widehat{\theta}_{i,\mathrm{OLS}} \tag{16.20}$$

where

$$\widehat{\theta}_{i,\mathrm{OLS}} = \left(Z_i' Z_i\right)^{-1} Z_i' y_i \tag{16.21}$$

and

$$\Theta_i = \left(\sum_{i=1}^{N} \left[\Delta + \sigma_i^2 \left(Z_i' Z_i\right)^{-1}\right]^{-1}\right)^{-1} \left[\Delta + \sigma_i^2 \left(Z_i' Z_i\right)^{-1}\right]^{-1}. \tag{16.22}$$

The covariance matrix for the GLS estimator is:

$$V\left[\widehat{\overline{\theta}}_{\mathrm{GLS}}\right] = \left(\sum_{i=1}^{N} \left[\Delta + \sigma_i^2 \left(Z_i' Z_i\right)^{-1}\right]^{-1}\right)^{-1}. \tag{16.23}$$

Case 2:08-md-02002-GEKP Document 1366-6 Filed 01/06/16 Page 13 of 30



Swamy proposed to use the least-squares estimators $\widehat{\theta}_i$ and their residuals $\widehat{r}_i\left(=y_i-Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right)$ to obtain unbiased estimators of $\sigma_i^2$ and $\Delta$ (see Hsiao and Pesaran (2007)). Swamy (1970) provides an asymptotic normal and efficient estimator of the mean coefficients. Pesaran and Smith (1995), and Pesaran, Shin and Smith (1999) advocate alternative estimators which they call respectively the Mean Group estimator and the Pooled Mean Group estimator.

### 16.3.1 Averaging Estimators

The Mean Group estimator is obtained by estimating the coefficients of each cross-section separately by OLS and then taking an arithmetic average:

$$\widetilde{\overline{\theta}}=\frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_{i,\mathrm{OLS}}. \tag{16.24}$$

When $T\to\infty$, $\widehat{\theta}_{i,\mathrm{OLS}}\to\theta_i$ and (16.24) will be consistent when $N$ also goes to infinity. This estimator has obviously only asymptotic justification. However, it would be interesting to have some idea about its performance in finite sample, particularly as compared to Bayesian type estimators.

Pesaran, Shin and Smith (1999) proposed an estimator called the Pooled Mean Group estimator which constrains the long-run coefficients to be the same among individuals. Suppose that we want to estimate an ADL model:

$$y_{it}=Z_{it}\theta_i+u_{it}=\sum_{j=1}^{p}\lambda_{ij}y_{i,t-j}+\sum_{j=0}^{q}\delta'_{ij}x_{i,t-j}+\gamma'_i d_t+u_{it} \tag{16.25}$$

where $x_{it}$ is a $(k\times 1)$ vector of explanatory variables and $d_t$ is a $(s\times 1)$ vector of observations on fixed regressors such as intercept and time trends or variables that vary only over time. We can re-parametrize (16.25):

$$\Delta y_{it}=\phi_i y_{i,t-1}+\beta'_i x_{it}+\sum_{j=1}^{p-1}\lambda^*_{ij}\Delta y_{i,t-j}+\sum_{j=0}^{q-1}\delta^{*\prime}_{ij}\Delta x_{i,t-j}+\gamma'_i d_t+u_{it} \tag{16.26}$$

where

$$\phi_i=-\left(1-\sum_{j=1}^{p}\lambda_{ij}\right),\ \beta_i=\sum_{j=0}^{q}\delta_{ij},\ \lambda^*_{ij}=-\sum_{m=j+1}^{p}\lambda_{im}\text{ and }\delta^*_{ij}=-\sum_{m=j+1}^{q}\delta_{im}.$$

If we stack the time series observations for each group, the error-correction model (16.26) becomes:

$$\underset{(T,1)}{\Delta y_i} = \phi_i \underset{(T,1)}{y_{i,-1}} + \beta_i' \underset{(T,k)}{X_i} + \sum_{j=1}^{p-1} \lambda_{ij}^* \underset{(T,1)}{\Delta y_{i,-j}} + \sum_{j=0}^{q-1} \delta_{ij}^{*\prime} \underset{(T,k)}{\Delta X_{i,-j}} + \gamma_i' D_t + \varepsilon_i \tag{16.27}$$

where $y_i = (y_{i1}, \dots, y_{iT})'$, $X_i = (x_{i1}, \dots, x_{iT})'$, and $D_t = (d_1, \dots, d_T)'$. If $\phi_i < 0$, there exists a long-run relationship between $y_{it}$ and $x_{it}$ defined by:

$$y_{it} = \left(-\frac{\beta_i'}{\phi_i}\right) x_{it} + v_{it} \ , \forall i. \tag{16.28}$$

Pesaran, Shin and Smith (1999) constrain the long-run coefficients on $X_i$ defined by $\omega_i = (-\beta_i/\phi_i)$ to be the same across individuals or across groups of individuals:

$$\omega_i = \omega \ , \forall i. \tag{16.29}$$

So, the ECM can be written more compactly as:

$$\Delta y_i = \phi_i \xi_i(\theta) + W_i \kappa_i + u_i \tag{16.30}$$

where the error correction component is:

$$\xi_i(\theta) = y_{i,-1} - X_i \omega$$

and

$$W_i = \left(\Delta y_{i,-1}, \dots, \Delta y_{i,-p+1}, \Delta X_i, \Delta X_{i,-1}, \dots, \Delta X_{i,-q-1}, D\right)$$
$$\kappa_i = \left(\lambda_{i1}^*, \lambda_{i2}^*, \dots, \lambda_{ip-1}^*, \delta_{i0}^{*\prime}, \delta_{i1}^{*\prime}, \dots, \delta_{iq-1}^{*\prime}, \gamma_i'\right)'.$$

If the disturbances are normally distributed, the ML estimation of the long-run coefficients $\omega$ and the individual-specific error-correction coefficients $\phi_i$ are obtained by maximizing the concentrated likelihood (see Pesaran, Shin and Smith (1999)).

### *16.3.2 Bayesian Framework*

The underlying probability interpretation for a Bayesian is a subjective one, referring to a personal degree of belief. The rules of probability calculus are used to examine how prior beliefs are transformed to posterior beliefs by incorporating data information.[4] Here we only consider cases where the model parameter vector $\theta$ is of finite dimension. A Bayesian then focuses on the inference of $\theta$ (treated as a random variable) conditional on $y$ and the underlying model $M$, summarized in the posterior density $p\left(\overline{\theta}|y,M\right)$. The observations in $y$ define a mapping from the prior

[4] See Chib (2001).

$p\left(\overline{\theta}\right)$ into $p\left(\overline{\theta}|y,M\right)$. The posterior distribution of $\overline{\theta}$ can be derived by expressing the likelihood function conditional on the initial values $y_{i0}$ and combining it with the prior distribution of $\overline{\theta}$:

$$p\left(\overline{\theta}|y,y_{i0}\right) \propto p\left(y|\overline{\theta}\right) p\left(\overline{\theta}\right).$$

Lindley and Smith (1972) proposed a three-stage hierarchy. The joint density function of the data $y$ is such that:

$$y \sim N\left(Z^{*}\theta,\Omega\right) \text{ where } \Omega = E\left[uu'\right]$$

is indexed by a $k$-vector $\theta$ of unknown parameters assumed to be normally distributed

$$\theta \sim N\left(\overline{\theta},\Delta\right).$$

The third stage of the hierarchy corresponds to the prior distribution of $\overline{\theta}$

$$\overline{\theta} \sim N\left(\varphi,\Psi\right).$$

Using the properties of the multivariate normal distribution, we can define the conditional density of $y$ given $\overline{\theta}$. If $y \sim N\left(Z^{*}\theta,\Omega\right)$ and $\theta \sim N\left(\overline{\theta},\Delta\right)$, then the marginal distribution of $y$ conditional on $\overline{\theta}$ is

$$y \sim N\left(Z^{*}\overline{\theta},\Sigma\right)$$

where $\Sigma = \Omega + Z^{*}\Delta\, Z^{*\prime}$. Combining this with the prior distribution of $\overline{\theta}$ yields to the posterior density of $\overline{\theta}$. Then, the posterior density is proportional to:

$$p\left(\overline{\theta}|y,y_{i0}\right) \propto \exp\left(-\frac{1}{2}\left(y-Z^{*}\overline{\theta}\right)'\Sigma^{-1}\left(y-Z^{*}\overline{\theta}\right) - \frac{1}{2}\left(\overline{\theta}-\varphi\right)'\Psi^{-1}\left(\overline{\theta}-\varphi\right)\right).$$

Assuming prior ignorance at the third stage of the hierarchy (i.e., $\Psi^{-1} = 0$) yields to the following posterior distribution of $\overline{\theta}$ :

$$\overline{\theta} \sim N\left(\left(Z^{*\prime}\Sigma^{-1}Z^{*}\right)^{-1} Z^{*\prime}\Sigma^{-1}y, \left(Z^{*\prime}\Sigma^{-1}Z^{*}\right)^{-1}\right)$$

From a frequentist point of view and in order to estimate $\theta, \overline{\theta}, \sigma_i^2$ and $\Delta$, we must theoretically maximize the following log likelihood (see Maddala, Trost, Li and Joutz (1997)):

$$\mathrm{Log}\,L\left(\theta,\overline{\theta},\sigma_i^2,\Delta \mid y,Z^*\right) = Cst - \frac{T}{2}\sum_{i=1}^{N}\mathrm{Log}\,\sigma_i^2 - \frac{N}{2}\mathrm{Log}\,|\Delta|$$
$$-\frac{1}{2}\sum_{i=1}^{N}\frac{1}{\sigma_i^2}\left(y_i - Z_i\theta_i\right)'\left(y_i - Z_i\theta_i\right)$$
$$-\frac{1}{2}\sum_{i=1}^{N}\left(\theta_i-\overline{\theta}\right)'\Delta^{-1}\left(\theta_i-\overline{\theta}\right)$$

we get

$$\widehat{\sigma}_i^2 = \frac{1}{T}\left(y_i - Z_i\theta_i\right)'\left(y_i - Z_i\theta_i\right)$$
$$\widehat{\Delta} = \frac{1}{N}\sum_{i=1}^{N}\left(\theta_i-\overline{\theta}\right)\left(\theta_i-\overline{\theta}\right)'$$
$$\widehat{\overline{\theta}} = \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_i$$

and

$$\widehat{\theta}_i = \left[\widehat{\Delta}^{-1} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\right]^{-1}\left[\widehat{\Delta}^{-1}\widehat{\overline{\theta}} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right]$$

which is the same as

$$\widehat{\theta}_i = \widehat{\overline{\theta}} + \widehat{\Delta}\,Z_i'\left[Z_i\widehat{\Delta}\,Z_i' + \widehat{\sigma}_i^2 I_T\right]^{-1}\left[y_i - Z_i\widehat{\overline{\theta}}\right]$$

For estimating Maximum Likelihood parameters $\widehat{\theta}_i$, $\widehat{\Delta}$ and $\widehat{\sigma}_i^2$, we must run a first step and use the OLS estimator for each individual.

The traditional approach to estimating regression coefficients with panel data is a dichotomy of either estimating $\theta_i$ from the data on the $i$th cross-section unit or from the pooled sample. The general solution that emerges from the Bayesian approach is to shrink each individual $\theta_i$ from the $i$th cross-section towards a common estimate $\overline{\theta}$.

We suppose that

$$\theta_i \sim N\left(\overline{\theta},\Delta\right).$$

This statement defines the prior distribution of $\theta_i$. The parameters $\overline{\theta}$ and $\Delta$ are unknown, then we must make some assumptions. After this, we can obtain the posterior distribution of $\theta_i$. If $\overline{\theta}$, $\sigma_i^2$ and $\Delta$ were known, then the posterior distribution of $\theta_i$ is given by:

$$\widehat{\theta}_i^* = \left[\Delta^{-1} + \frac{1}{\sigma_i^2}Z_i'Z_i\right]^{-1}\left[\Delta^{-1}\overline{\theta} + \frac{1}{\sigma_i^2}Z_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right]$$

and its variance:

$$V\left[\widehat{\theta}_i^*\right] = \left[\Delta^{-1} + \frac{1}{\sigma_i^2} Z_i' Z_i\right]^{-1}$$

where $\widehat{\theta}_{i,\mathrm{OLS}}$ is the OLS estimator of $\theta_i$. The posterior distribution mean of $\overline{\theta}$ is defined by:

$$\widehat{\overline{\theta}}^* = \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_i^*.$$

Lindley and Smith (1972) have shown that prior distributions for nuisance parameters (including the variance–covariance matrix of the hyperparameters like $\overline{\theta}$) lead to integrals which cannot be all expressed in closed form. They suggest an approximation which consists of using the mode of the posterior distribution rather than the mean.[5] The former empirical Bayes estimator has been followed by other empirical Bayes methods such as iterative Bayes and empirical iterative Bayes estimators (see Maddala, Trost, Li and Joutz (1997) and Table 16.2).

A more flexible tool is the rejection sampling method discussed in Gelfand and Smith (1990, 1992) when the only requirement is that the maximum value of sampling density $\underset{\theta}{\mathrm{Max}}\ p(y|\theta,M)$ be finite. Hence, if we can draw from the prior $p(\theta)$, we can generate drawings from the posterior $p(\theta|y,M)$ simply by rejection. Markov Chain Monte Carlo (MCMC) simulations versions of this accept–reject algorithm have been recently proposed. As underlined by Chib (2001, 2007), these methods have revolutionized Bayesian statistics. One very popular MCMC method, introduced by Gelfand and Smith (1990), is called the Gibbs sampling method. Therefore, a full Bayesian implementation of the model is now feasible using sampling-based approaches to calculate marginal densities. Using Gibbs sampling, Hsiao, Pesaran and Tahmiscioglu (1999) have proposed the "Hierarchical Bayes" estimator.

#### 16.3.2.1 Iterative Bayes Estimator

In general, $\sigma_i^2$ are $\Delta$ unknown parameters. Then we must make some prior assumptions about these parameters. Smith (1973) proposed for $\Delta^{-1}$ a conjugate Wishart distribution and for $\sigma_i^2$ some independent inverse $\chi^2$ distributions (see the Sect. 16.3.2.4). Instead of the mean of the distribution, he used the posterior mode of the distribution:

$$\widehat{\sigma}_i^2 = \frac{1}{T+\varsigma_i+2}\left[\varsigma_i\lambda_i + \left(y_i - Z_i\widehat{\theta}_i^*\right)'\left(y_i - Z_i\widehat{\theta}_i^*\right)\right] \qquad (16.31)$$

and

$$\widehat{\Delta}^* = \frac{1}{N-k-2+\delta}\left[R + \sum_{i=1}^{N}\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)'\right] \qquad (16.32)$$

[5] This approximation is likely to be good only if the samples are fairly large and the resulting posterior distributions approximatively normal.

where $\varsigma_i$, $\lambda_i$ , $\delta$, and $R$ are hyperparameters of the prior distribution. Smith (1973) proposes to approximate these hyperparameters by using $\varsigma_i = 0$, $\delta = 1$ and $R$ is a diagonal matrix with small positive entries ($= 0.001$). The estimators are:

$$\widehat{\sigma}_i^2 = \frac{1}{T+2}\left(y_i - Z_i\widehat{\theta}_i^*\right)'\left(y_i - Z_i\widehat{\theta}_i^*\right) \tag{16.33}$$

$$\widehat{\Delta}^* = \frac{1}{N-k-1}\left[R + \sum_{i=1}^{N}\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)'\right] \tag{16.34}$$

$$\widehat{\theta}_i^* = \left[\widehat{\Delta}^{*-1} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\right]^{-1}\left[\widehat{\Delta}^{*-1}\widehat{\overline{\theta}}^* + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right] \tag{16.35}$$

and

$$\widehat{\overline{\theta}}^* = \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_i^*. \tag{16.36}$$

The equations (16.33) to (16.36) must be estimated by iterative procedure. The initial iteration use OLS estimates.

#### 16.3.2.2 Empirical Bayes Estimator

This estimator has been proposed by Smith (1973). It is a quite different as empirical Bayes's estimator proposed by Rao (1975). It is defined as:

$$\widehat{\overline{\theta}}^* = \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_{i,\mathrm{OLS}}$$

$$\widehat{\sigma}_i^2 = \frac{1}{T-k}\left(y_i'y_i - y_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right)$$

$$\widehat{\Delta}^* = \frac{1}{N-1}\left[\sum_{i=1}^{N}\left(\widehat{\theta}_{i,\mathrm{OLS}} - \widehat{\overline{\theta}}^*\right)\left(\widehat{\theta}_{i,\mathrm{OLS}} - \widehat{\overline{\theta}}^*\right)'\right]$$

and

$$\widehat{\theta}_i^* = \left[\widehat{\Delta}^{*-1} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\right]^{-1}\left[\widehat{\Delta}^{*-1}\widehat{\overline{\theta}}^* + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right].$$

This estimator is based on OLS estimates. The estimators of $\widehat{\sigma}_i^2$ and $\widehat{\Delta}^*$ are unbiased if $Z_i$ contains only exogenous variables.

#### 16.3.2.3 Empirical Iterative Bayes Estimator

This estimator was proposed by Maddala, Trost, Li and Joutz (1997). The parameters $\widehat{\sigma}_i^2$ and $\widehat{\Delta}^*$ are estimated by:

$$\widehat{\sigma}_i^2 = \frac{1}{T-k}\left(y_i - Z_i\widehat{\theta}_i^*\right)'\left(y_i - Z_i\widehat{\theta}_i^*\right)$$

and

$$\widehat{\Delta}^* = \frac{1}{N-1}\left[R + \sum_{i=1}^{N}\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)'\right];$$

then we can compute

$$\widehat{\theta}_i^* = \left[\widehat{\Delta}^{*-1} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\right]^{-1}\left[\widehat{\Delta}^{*-1}\widehat{\overline{\theta}}^* + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right]$$

and

$$V\left[\widehat{\theta}_i^*\right] = \left[\widehat{\Delta}^{*-1} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\right]^{-1}.$$

For the first iteration, we use the OLS estimates. Maddala, Trost, Li and Joutz (1997) argue that the iterative process for estimating $\Delta$ and $\overline{\theta}$ will yield to more efficient estimates of these parameters.

#### 16.3.2.4 Hierarchical Bayes Estimator

We have previously seen that Lindley and Smith (1972) have proposed a three-stage hierarchy. The first stage of the hierarchy corresponds to the joint density function of the data $y$ such that:

$$y \sim N(Z^*\theta, \Omega)$$

where $\Omega = E[uu']$. The second stage of the hierarchy is defined as

$$\theta \sim N\left(\overline{\theta}, \Delta\right)$$

and the third stage of the hierarchy corresponds to the prior distribution of $\overline{\theta}$ :

$$\overline{\theta} \sim N(\varphi, \Psi).$$

So, the marginal distribution of $y$ conditional on $\overline{\theta}$ is

$$y \sim N\left(Z^*\overline{\theta}, \Sigma\right)$$

where $\Sigma = \Omega + Z^*\Delta Z^{*\prime}$. Assuming prior ignorance at the third stage of the hierarchy (i.e., $\Psi^{-1} = 0$) yields to the following posterior distribution of $\overline{\theta}$ :

$$\overline{\theta} \sim N\left(\left(Z^{*\prime}\Sigma^{-1}Z^*\right)^{-1}Z^{*\prime}\Sigma^{-1}y, \left(Z^{*\prime}\Sigma^{-1}Z^*\right)^{-1}\right)$$

$$\overline{\theta} \sim N\left(\overline{\theta}^*, V^*\right):$$

Case 2:08-md-02002-GEKP Document 1366-6 Filed 01/06/16 Page 20 of 30



**Table 16.2** Shrinkage estimators

| | Estimators of $\sigma_i^2$ |
|---|---|
| Swamy | $\frac{1}{T-k}\left(y_i - Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right)'\left(y_i - Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right)$ |
| ML | $\frac{1}{T}\left(y_i - Z_i\widehat{\theta}_i\right)'\left(y_i - Z_i\widehat{\theta}_i\right)$ |
| Iterative Bayes | $\frac{1}{T+2}\left(y_i - Z_i\widehat{\theta}_i^*\right)'\left(y_i - Z_i\widehat{\theta}_i^*\right)$ |
| Empirical Bayes | $\frac{1}{T-k}\left(y_i'y_i - y_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right)$ |
| Empirical Iterative Bayes | $\frac{1}{T-k}\left(y_i - Z_i\widehat{\theta}_i^*\right)'\left(y_i - Z_i\widehat{\theta}_i^*\right)$ |
| | Estimators of $\Delta$ |
| Swamy | $\widehat{\Delta} = \frac{1}{N-1}\sum_{i=1}^{N}\left(\widehat{\theta}_{i,\mathrm{OLS}} - \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_{i,\mathrm{OLS}}\right)\left(\widehat{\theta}_{i,\mathrm{OLS}} - \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_{i,\mathrm{OLS}}\right)' - \frac{1}{N}\sum_{i=1}^{N}\widehat{\sigma}_i^2\left(Z_i'Z_i\right)^{-1}$ |
| ML | $\widehat{\Delta} = \frac{1}{N}\sum_{i=1}^{N}\left(\widehat{\theta}_i - \widehat{\overline{\theta}}\right)'\left(\widehat{\theta}_i - \widehat{\overline{\theta}}\right)$ |
| Iterative Bayes | $\widehat{\Delta}^* = \frac{1}{N-k-1}\left[R + \sum_{i=1}^{N}\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)'\right]$ |
| Empirical Bayes | $\widehat{\Delta}^* = \frac{1}{N-1}\left[\sum_{i=1}^{N}\left(\widehat{\theta}_{i,\mathrm{OLS}} - \widehat{\overline{\theta}}^*\right)\left(\widehat{\theta}_{i,\mathrm{OLS}} - \widehat{\overline{\theta}}^*\right)'\right]$ |
| Empirical Iterative Bayes | $\widehat{\Delta}^* = \frac{1}{N-1}\left[R + \sum_{i=1}^{N}\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)\left(\widehat{\theta}_i^* - \widehat{\overline{\theta}}^*\right)'\right]$ |
| | Estimators of $\theta_i$ |
| Swamy | No estimator |
| ML | $\widehat{\theta}_i = \left[\widehat{\Delta}^{-1} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\right]^{-1}\left[\widehat{\Delta}^{-1}\widehat{\overline{\theta}} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right]$ |
| Bayes | $\widehat{\theta}_i^* = \left[\widehat{\Delta}^{*-1} + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\right]^{-1}\left[\widehat{\Delta}^{*-1}\widehat{\overline{\theta}}^* + \frac{1}{\widehat{\sigma}_i^2}Z_i'Z_i\widehat{\theta}_{i,\mathrm{OLS}}\right]$ |
| | Estimators of $\overline{\theta}$ |
| Swamy | $\widehat{\overline{\theta}} = \sum_{i=1}^{N}\Theta_i\widehat{\theta}_{i,\mathrm{OLS}}$ |
| Empirical Bayes | $\widehat{\overline{\theta}}^* = \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_{i,\mathrm{OLS}}$ |
| Others | $\widehat{\overline{\theta}}^*$ (and $\widehat{\overline{\theta}}$) $= \frac{1}{N}\sum_{i=1}^{N}\widehat{\theta}_i^*$ |

Following (16.20), (16.21), and (16.22), we get:

$$\overline{\theta}^* = \sum_{i=1}^{N}\Theta_i\widehat{\theta}_{i,\mathrm{OLS}} \tag{16.37}$$

where

$$\Theta_i = \left(\sum_{i=1}^{N}\left[\Delta + \sigma_i^2\left(Z_i'Z_i\right)^{-1}\right]^{-1}\right)^{-1}\left[\Delta + \sigma_i^2\left(Z_i'Z_i\right)^{-1}\right]^{-1}$$

The posterior mean $\overline{\theta}^*$ is a weighted average of the least squares estimates of individuals units and can be used as a point estimate of $\overline{\theta}$. In practice, the variance components $\Delta$ and $\sigma_i^2$ in (16.37) are unknown. The proposed solution of Lindley and Smith was an approximation that consists of using the mode of the posterior distribution rather than the mean. The proposed solution was labelled the empirical Bayes estimator. Normally, the marginal posterior densities of the parameters of interest can be obtained by integrating out the hyperparameters from the joint posterior density:

$$p(\theta|y) = \int p\left(\theta|\overline{\theta},y\right) p\left(\overline{\theta}|y\right) \mathrm{d}\overline{\theta}.$$

The required integration poses an insurmountable challenge and closed-form analytic solutions cannot be obtained. Nevertheless, a full Bayesian implementation of the model is now feasible as a result of recent advances in sampling-based approaches to calculate marginal densities. The Gibbs sampling algorithm has been used successfully by Hsiao, Pesaran and Tahmiscioglu (1999).[6]

The Gibbs sampler is an iterative Markov Chain Monte Carlo (MCMC) method which only requires the knowledge of the full conditional densities of the parameter vector; see Chib (2001, 2007).

Starting from some arbitrary initial values, say $\theta^{(0)} = \left(\theta_1^{(0)}, \theta_2^{(0)}, \ldots, \theta_k^{(0)}\right)$ for a parameter vector $\theta = (\theta_1, \theta_2, \ldots, \theta_k)$, it samples (generates) alternately from the conditional density of each component of the parameter vector conditional on the values of other components sampled in the last iteration $M$. The vectors $\left(\theta^{(1)}, \theta^{(2)}, \ldots, \theta^{(M)}\right)$ will form a Markov Chain with transition probability from stage $\theta'$ to the next one $\theta$ being:

$$H\left(\theta', \theta\right) = p\left(\theta_1|\theta_2', \theta_3', \ldots, \theta_k', y\right) p\left(\theta_2|\theta_1, \theta_3', \ldots, \theta_k', y\right) \ldots p\left(\theta_k|\theta_1, \ldots, \theta_{k-1}, y\right).$$

As the number of iterations $M \to \infty$, the samples values can be regarded as drawing from the true joint and marginal posterior densities. In order to implement Gibbs sampling, we need to specify the prior distribution of the hyperparameters. They are assumed to be independent and distributed as:

$$p\left(\Delta^{-1}, \Sigma\right) = W_k\left(\Delta^{-1}|(\rho R)^{-1}, \rho\right) \prod_{i=1}^{N} \sigma_i^{-2}$$

where $W_k$ represents the Wishart distribution[7] with scale matrix $(\rho R)$ and degrees of freedom $\rho$. With this structure, the joint density of all the parameters may be written as:

[6] See also Hsiao (2003).

[7] A random symmetric positive definite $(k,k)$ matrix $A$ is said to follow a Wishart distribution $W_k(A|u, v)$ if the density of $A$ is given by:

$$\frac{|A|^{(v-k-1)/2}}{|u|^{v/2}} \exp\left\{-\frac{1}{2} tr\left(u^{-1}A\right)\right\}$$

See Koop (2003).

Case 2:08-md-02002-GEKP Document 1366-6 Filed 01/06/16 Page 22 of 30



$$p\left(\theta_i,\overline{\theta},\Delta,\sigma_i^2|y,y_{i0}\right) \propto \prod_{i=1}^{N}\sigma_i^{-T}\exp\left[-\frac{1}{2}\sum_{i=1}^{N}\sigma_i^{-2}\left(y_i-Z_i\theta_i\right)'\left(y_i-Z_i\theta_i\right)\right]$$
$$\times|\Delta|^{-\frac{N}{2}}\exp\left[-\frac{1}{2}\sum_{i=1}^{N}\left(\theta_i-\overline{\theta}\right)'\Delta^{-1}\left(\theta_i-\overline{\theta}\right)\right]$$
$$\times|\Psi|^{-\frac{1}{2}}\exp\left[-\frac{1}{2}\left(\overline{\theta}-\varphi\right)'\Psi^{-1}\left(\overline{\theta}-\varphi\right)\right]$$
$$\times|\Delta|^{-\frac{1}{2}(\rho-k-1)}\exp\left[-\frac{1}{2}tr\left(\rho R\right)\Delta^{-1}\right]$$
$$\times\prod_{i=1}^{N}\sigma_i^{-2}.$$

The first line of the above formula corresponds to the standard likelihood function and the others represent the prior information. The relevant conditional distributions that are needed to implement the Gibbs sampler in this case are obtained from the joint posterior density:

$$p\left(\theta_i|y,\overline{\theta},\Delta^{-1},\sigma_1^2,\ldots,\sigma_N^2\right) = N\left[A_i\left(\sigma_i^{-2}Z_i'y_i+\Delta^{-1}\overline{\theta}\right),A_i\right]$$
$$p\left(\overline{\theta}|y,\theta_1,\ldots,\theta_N,\Delta^{-1},\sigma_1^2,\ldots,\sigma_N^2\right) = N\left[B\left(N\Delta^{-1}\widetilde{\theta}+\Psi^{-1}\varphi\right),B\right]$$
$$p\left(\Delta^{-1}|y,\theta_1,\ldots,\theta_N,\overline{\theta},\sigma_1^2,\ldots,\sigma_N^2\right) = W_k\left[\left(\sum_{i=1}^{N}\left(\theta_i-\overline{\theta}\right)\left(\theta_i-\overline{\theta}\right)'+\rho R\right)^{-1},\rho+N\right]$$
$$p\left(\sigma_i^2|y,\theta_1,\ldots,\theta_N,\overline{\theta},\Delta^{-1}\right) = \mathrm{IG}\left[T/2,\left(\left(y_i-Z_i\theta_i\right)'\left(y_i-Z_i\theta_i\right)\right)/2\right]$$

where

$$A_i=\left(\sigma_i^{-2}Z_i'Z_i+\Delta^{-1}\right)^{-1},B=\left(N\Delta^{-1}+\Psi^{-1}\right)^{-1},\widetilde{\theta}=\frac{1}{N}\sum_{i=1}^{N}\theta_i$$

for $i=1,\ldots,N$ and IG denotes the inverse gamma distribution. These values sampled after some initial number of iterations can be used to construct estimates of the parameters of interest. Hsiao, Pesaran and Tahmiscioglu (1999) call the estimator of $\overline{\theta}$ obtained using Gibbs sampling the "hierarchical Bayes" estimator.

### *16.3.3 An Example*

Following Hsiao, Pesaran and Tahmiscioglu (1999), Baltagi, Bresson and Pirotte (2004) considered the simple dynamic version of the classical Tobin $q$ investment model (16.13). The panel data set used in this study contains 337 U.S. firms over

17 years (1982–1998). The estimation results are given in Table 16.3. We first give the results of 9 homogeneous panel data estimators. These include OLS, which ignores the individual effects; the Within estimator, which allows for fixed individual effects; and FGLS, which assumes that individual effects are random. Hsiao, Pesaran and Tahmiscioglu (1999) report the fixed effects estimates for a subset of

**Table 16.3** Estimates of the $q$ investment model

| Model type | Intercept | $(I/K)_{i,t-1}$ | $q_{i,t}$ |
|---|---|---|---|
| OLS | 0.086 | 0.464 | 0.007 |
| | (24.528) | (38.718) | (17.445) |
| Within | ---- | 0.287 | 0.015 |
| | | (21.565) | (21.921) |
| FGLS | 0.092 | 0.339 | 0.011 |
| | (18.823) | (26.612) | (20.363) |
| 2SLS | 0.087 | 0.457 | 0.007 |
| | (17.646) | (21.017) | (16.737) |
| Within-2SLS | ---- | 0.163 | 0.016 |
| | | (5.429) | (22.176) |
| 2SLS–KR | 0.083 | 0.453 | 0.008 |
| | (15.990) | (21.072) | (16.020) |
| FD2SLS | ---- | 0.296 | 0.026 |
| | | (10.047) | (21.407) |
| FD2SLS–KR | ---- | 0.313 | 0.022 |
| | | (16.419) | (20.648) |
| FDGMM | ---- | 0.347 | 0.022 |
| | | (37.978) | (29.833) |
| Heterogeneous estimators | | | |
| Average OLS | 0.019 | 0.277 | 0.042 |
| | (2.557) | (20.254) | (17.011) |
| Swamy | 0.041 | 0.327 | 0.028 |
| | (4.915) | (20.357) | (9.655) |
| Average ML | 0.050 | 0.313 | 0.026 |
| | (20.483) | (55.947) | (34.101) |
| Average 2SLS | 0.017 | 0.280 | 0.042 |
| | (0.981) | (5.694) | (11.972) |
| Average empirical Bayes | 0.037 | 0.297 | 0.032 |
| | (8.148) | (29.185) | (24.557) |
| Average iterative empirical Bayes | 0.054 | 0.332 | 0.023 |
| | (25.059) | (57.470) | (34.983) |
| Average iterative Bayes | 0.055 | 0.342 | 0.022 |
| | (32.123) | (71.069) | (39.124) |
| Hierarchical Bayes | 0.063 | 0.423 | 0.014 |
| | (15.080) | (26.496) | (12.490) |
| Pooled mean group | 0.039 | 0.374 | 0.022 |
| | (10.197) | (20.613) | (34.416) |

*Note:* Numbers in parentheses denote $t$-statistics.

273 firms over a longer time period 1973–1992. The estimate of the $q$ coefficient is 0.009 compared to 0.015 for our sample. The corresponding estimates of the coefficient of lagged $(I/K)$ are 0.295 and 0.287, respectively. The pooled OLS estimates yield a lower $q$ coefficient estimate of 0.007 and a higher coefficient of lagged $(I/K)$ of 0.464. The FGLS estimates lie in between the OLS and Within estimates.

Since our model is dynamic, we also focus on pooled estimators employing two-stage least squares (2SLS) using as instruments the exogenous variables and their lagged values. These 2SLS estimates were pretty close to OLS, while the Within 2SLS estimates yielded a lower estimate of the coefficient of lagged $(I/K)$ than that of Within. In addition, we report the first-difference 2SLS (FD2SLS) estimator proposed by Anderson and Hsiao (1982) in which fixed or random individual effects are eliminated and predetermined variables are used as instruments. This yielded an even higher estimate of the $q$ coefficient (0.026) than 2SLS but a lower estimate of the coefficient of lagged $(I/K)$ of 0.296. Keane and Runkle (1992) (hereafter denoted by KR) suggest a modification of the 2SLS estimator that allows for any arbitrary type of serial correlation in the remainder error term. We refer to this estimator as 2SLS–KR. Still another variant of this estimator allows for any arbitrary form of serial correlation in the first differenced model. This is denoted as the FD2SLS–KR estimator. The 2SLS–KR estimates are close to those of 2SLS, while the FD2SLS–KR estimates are close to those of FD2SLS. Finally, following Arellano and Bond (1991), we used a generalized method of moments (GMM) estimator on the first-difference specification (FDGMM) with instruments in levels. This incorporates more orthogonality conditions than are usually used by the Anderson and Hsiao (1982) estimator as well as a general robust variance–covariance matrix specification allowed by GMM. This yielded estimates close to those of FD2SLS.

For the heterogeneous estimators of Table 16.3, we first compute individual OLS and 2SLS regressions. The average OLS and 2SLS estimates of the $q$ coefficient are around 0.042, while the estimates of the coefficient of lagged $(I/K)$ are around 0.28. These are higher for Tobin's $q$ coefficient estimate and lower for the estimate of the coefficient of lagged $(I/K)$ than the mean group estimator obtained by Hsiao, Pesaran and Tahmiscioglu (1999). The latter were 0.037 and 0.323, respectively. We also computed the Swamy (1970) random coefficient regression estimator which is a weighted average of the individual least squares estimates where the weights are inversely proportional to their variance–covariance matrices. This yielded a lower $q$ coefficient estimate of 0.026 than average OLS and a higher estimate of the coefficient of lagged $(I/K)$ of 0.327. From the individual Maximum Likelihood estimators, based on the normality assumption, several shrinkage estimators have been proposed in the literature including the empirical Bayes estimator, the iterative Bayes estimator, and the iterative empirical Bayes estimator. The average ML estimates are close to those of Swamy. The average empirical Bayes estimate of the $q$ coefficient is 0.032 while that of average iterative empirical Bayes and average iterative Bayes are 0.023 and 0.022, respectively. Next, we compute the Hsiao, Pesaran and Tahmiscioglu (1999) hierarchical Bayes estimates. This yields a $q$ coefficient estimate of 0.014 compared to 0.0174 for the different sample used by

Hsiao, Pesaran and Tahmiscioglu (1999). The corresponding estimates of the coefficient of lagged $(I/K)$ are 0.423 and 0.431, respectively. Normal densities for lagged $(I/K)$ and $q$ coefficients are drawn. Finally, we compute the Pesaran, Shin and Smith (1999) Pooled Mean Group estimator. This estimator constrains the long-run coefficients to be identical but allows the short-run coefficients and error variances to differ across individuals. Long-run coefficients and individual-specific error correction coefficients are estimated using Maximum Likelihood. These ML estimates are referred to as pooled mean group estimators in order to highlight the pooling effect of the homogeneity restrictions on the estimates of the long-run coefficients and the fact that averages across individuals are used to obtain individual-wide mean estimates of the error-correction coefficients and the other short-run parameters of the model. This yields a $q$ coefficient estimate of 0.022 and a lagged $(I/K)$ coefficient estimate of 0.374.

## 16.4 Comments on the Predictive Approach

In some problems, it is interesting to predict one or more post-sample observations on a given individual over several periods. In the Bayesian context, the problem of prediction is solved by calculation of the predictive density.

### *16.4.1 From the Post-sample Predictive Density...*

A fundamental goal in any statistical analysis is to predict a set of future observations at time $(T+\tau)$, say $Y_{T+\tau}$, given the observed data $Y_T$ and the underlying model $M$. Forecasting in the Bayesian context is done through the calculation of the prediction density defined as the distribution $Y_{T+\tau}$ conditioned on $(Y_T, M)$ but marginalized over the parameters $\theta$. The post-sample predictive density is defined as (see Hsiao and Tahmiscioglu (1997)):

$$p(Y_{T+\tau}|Y_T, M) = \int p(Y_{T+\tau}|Y_T, M, \theta)\, p(\theta|Y_T, M)\, \mathrm{d}\theta$$

where $p(Y_{T+\tau}|Y_T, M, \theta)$ is the conditional density of $Y_{T+\tau}$ given $(Y_T, M, \theta)$ and the marginalization is with respect to the posterior density $p(\theta|Y_T, M)$ of $\theta$. Thus, when interested in forecasting future values $Y_{T+\tau}$, one uses the posterior distribution $p(\theta|Y_T, M)$ to integrate out the parameters and gets the predictive density where $p(Y_{T+\tau}|Y_T, \theta, M)$ is obtained from the sampling model. The Bayesian approach naturally gives rise to predictive densities where all parameters are integrated out, making it a perfect tool for forecasting. Of course, all this comes at a cost, which is typically of a computational nature. In general, the predictive density is not available in closed form. An analytical solution to the computational problem is provided by summarizing prior information through restrictions to natural-conjugate prior

densities (see Zellner (1971)). A natural-conjugate prior shares the functional form of the likelihood. When it belongs to exponential families, this leads to posterior densities of the same form. But now, a full Bayesian implementation of the model is now feasible using sampling-based approaches to calculate marginal densities. Using Gibbs sampling, Hsiao, Pesaran and Tahmiscioglu (1999) have proposed the "hierarchical Bayes" estimator. For individual $i$, if we want to predict $y$ at time $T+1$, say $y_{i,T+1}$, we should use the conditional density $p(y_{i,T+1}|Y_T)$ where $Y_T$ includes all observed data $(y_{i,1},\ldots,y_{i,T})$ as well as the data on explanatory variables $\left(Z'_{i,1},\ldots,Z'_{i,T},Z'_{i,T+1}\right)'$ where $Z'_{i,T+1}$ is the $k$-vector of future explanatory variables $\left(1,y_{i,T},X'_{i,T+1}\right)'$.[8]

Consequently, for the first step-ahead forecast, the predictive density is defined as:

$$p(y_{i,T-1}|Y_{i,T}) = \int p(y_{i,T+1}|Y_{i,T},\theta)\, p(\theta|Y_{i,T})\,\mathrm{d}\theta$$

$$\sim N\left(E(y_{i,T-1}|Y_{i,T});V(y_{i,T+1}|Y_{i,T})\right)\,,\ Y'_{i,T} \equiv (y'_i \vdots y_{i,T+1})'.$$

So, the expected future value $\widehat{y}_{i,T+1}$ is the mean of draws from the normal distribution. Using the properties of the multivariate normal distribution, we define the conditional density of $y_{i,T+2}$ given the observed data and the parameters, and so on. So, differences—between forecast values at time $T+\tau$—for several Bayes estimators (Empirical Bayes, Iterative Bayes, Empirical Iterative Bayes and Hierarchical Bayes) come from the differences in the estimation of $\left(\overline{\theta},\Delta,\sigma_i^2\right)$.

### *16.4.2 ...to the Good Forecast Performance of the Hierarchical Bayes Estimator: An Example*

Let us consider our simple dynamic version of the classical Tobin $q$ investment model (16.13). For prediction comparison, Baltagi, Bresson and Pirotte (2004) have estimated the model using the observations from 1982 to 1993 and have reserved the last 5 years for obtaining forecasts (1994–1998). Table 16.4 gives a comparison of various predictors using the RMSE criterion for the $q$ investment model. Because of the ability of an estimator to characterize long-run as well as short-run responses is at issue, the average RMSE is calculated across the 337 firms at different forecast horizons. Specifically, each model was applied to each firm, and out-of-sample forecasts for 5 years were calculated. The relative forecast rankings are reported in Table 16.4 after 1 and 5 years. The overall average ranking for the full 5 year period is also reported. A comparison of heterogeneous versus homogeneous estimators reveals some interesting patterns. The average OLS, average 2SLS, and the pooled mean group estimators perform poorly, ranking always in the bottom of Table 16.4 no matter what forecast horizon we look at. The Swamy random coefficients

[8] For more details, see Chib (2005).

**Table 16.4** Comparison of forecast performance of the $q$ investment model

| | 1st year | | 5th year | | Five-year average | |
|---|---|---|---|---|---|---|
| Ranking | Estimator | RMSE[1] | Estimator | RMSE[1] | Estimator | RMSE[1] |
| 1. | Hierarchical Bayes | 6.6781 | OLS | 10.0769 | Hierarchical Bayes | 8.5307 |
| 2. | Individual ML | 6.9151 | 2SLS–KR | 10.0825 | FGLS | 8.8064 |
| 3. | Iterative Bayes | 6.9651 | 2SLS | 10.0915 | Iterative empirical Bayes | 8.8069 |
| 4. | Iterative empirical Bayes | 7.0024 | Hierarchical Bayes | 10.1428 | Iterative Bayes | 8.8464 |
| 5. | FGLS | 7.0722 | FGLS | 10.1968 | OLS | 8.8957 |
| 6. | Empirical Bayes | 7.0805 | Iterative empirical Bayes | 10.4385 | 2SLS–KR | 8.9089 |
| 7. | OLS | 7.1541 | Iterative Bayes | 10.6349 | 2SLS | 8.9239 |
| 8. | 2SLS–KR | 7.1773 | Within | 10.9203 | Individual ML | 8.9909 |
| 9. | 2SLS | 7.1970 | Within-2SLS | 10.9614 | Empirical Bayes | 9.2750 |
| 10. | FD2SLS | 7.4861 | Individual ML | 10.9756 | Within | 9.2786 |
| 11. | FD2SLS–KR | 7.5008 | Empirical Bayes | 11.4226 | Within-2SLS | 9.4586 |
| 12. | Within | 7.5030 | FD2SLS–KR | 11.9677 | FD2SLS–KR | 9.9345 |
| 13. | FDGMM | 7.6695 | FD2SLS | 12.0473 | FD2SLS | 9.9486 |
| 14. | Individual OLS | 7.7484 | FDGMM | 12.5747 | FDGMM | 10.2930 |
| 15. | Within-2SLS | 7.8644 | Individual OLS | 13.6907 | Individual OLS | 10.6765 |
| 16. | Individual 2SLS | 8.5933 | Swamy | 16.1467 | Swamy | 14.0715 |
| 17. | Swamy | 11.9773 | Average OLS | 19.833 | Individual 2SLS | 14.1792 |
| 18. | Pooled mean group | 12.9823 | Average 2SLS | 21.8026 | Average OLS | 17.2825 |
| 19. | Average OLS | 14.9043 | Individual 2SLS | 21.8941 | Pooled mean group | 17.4408 |
| 20. | Average 2SLS | 15.5311 | Pooled mean group | 22.0320 | Average 2SLS | 18.6442 |

[1]RMSE $\times 10^{-2}$

estimator did not perform well either, having a rank of 17 or 16 depending on the forecast horizon. The weak forecast performance of the average and the Swamy estimators relative to the homogeneous estimators arises because of the parameter-instability problem of the individual firm regressions. The shrinkage iterative Bayes and iterative empirical Bayes estimators perform well, ranking 3, 4 in the first year, 7, 6 in the 5th year, and 4, 3 for the 5 year average. The overall RMSE forecast rankings offer a strong endorsement for the iterative shrinkage estimators. However, this good performance is closely matched by some of the homogeneous estimators: FGLS, OLS, 2SLS–KR and 2SLS. These rank 5, 7, 8, 9 in the first year, 5, 1, 2, 3 in the 5th year, and 2, 5, 6, 7 for the 5 year average. Hsiao, Pesaran and Tahmiscioglu (1999) also compared the out-of-sample forecasts for their sample using the fixed effects, the mean group, the corrected mean group, average empirical Bayes, and hierarchical Bayes for a 5 year horizon. The hierarchical Bayes estimator was found to perform the best for 1-to-5 year forecasts using the RMSE criterion. For our sample, our results confirm Hsiao, Pesaran and Tahmiscioglu (1999) conclusions. The hierarchical Bayes estimators ranks 1 for the first year, 4 for the 5th year, and 1 for the 5 year average. Its forecast performance is better than all other heterogeneous estimators and is better than usual homogeneous estimators (OLS, FGLS, 2SLS, ...) for the first year and for the 5 year average.

Baltagi, Bresson and Pirotte, (2004) reconsider the Tobin $q$ investment model studied by Hsiao, Pesaran and Tahmiscioglu, (1999) using a panel of 337 U.S. firms over the period 1982–1998. It contrasts the out-of-sample forecast performance of 9 homogeneous panel data estimators and 11 heterogeneous and shrinkage Bayes estimators over a 5 year horizon. Results show that the average heterogeneous estimators perform the worst in terms of mean squared error, while the hierarchical Bayes estimator suggested by Hsiao, Pesaran and Tahmiscioglu (1999) performs the best. Homogeneous panel estimators and iterative Bayes estimators are a close second.

## 16.5 Conclusion

Although the performance of various estimators and their corresponding forecasts may vary in ranking from one empirical example to another (see Baltagi (1997)), Baltagi, Griffin and Xiong (2000), Baltagi, Bresson, Griffin and Pirotte (2003) and Baltagi, Bresson and Pirotte (2002, 2004), the consistent finding in all these studies is that homogeneous panel data estimators perform well in forecast performance mostly due to their simplicity, their parsimonious representation, and the stability of the parameter estimates. Average heterogeneous estimators perform badly due to parameter estimate instability caused by the estimation of several parameters with short time series. Shrinkage estimators did well for some applications, especially iterative Bayes and iterative empirical Bayes. For the Tobin $q$ example, the hierarchical Bayes estimator performs very well and gives in mean the best forecasts.

## References

Anderson, T.W. and C. Hsiao, 1982, Formulation and estimation of dynamic models using panel data, Journal of Econometrics 18, 47–82.

Arellano, M. and S. Bond, 1991, Some tests of specification for panel data: Monte Carlo evidence and an application to employment equations, Review of Economic Studies 58, 277–297.

Baltagi, B., 1981, Pooling: An experimental study of alternative testing and estimation procedures in a two-way error components model, Journal of Econometrics 17, 21–49.

Baltagi, B., 2005, Econometric Analysis of Panel Data, Wiley, Chichester.

Baltagi, B.H. and J.M. Griffin, 1997, Pooled estimators vs. their heterogeneous counterparts in the context of dynamic demand for gasoline, Journal of Econometrics 77, 303–327.

Baltagi, B.H., J. Hidalgo, and Q. Li, 1996, A non-parametric test for poolability using panel data, Journal of Econometrics 75, 345–367.

Baltagi, B.H., J.M. Griffin, and W. Xiong, 2000, To pool or not to pool: Homogeneous versus heterogeneous estimators applied to cigarette demand, Review of Economics and Statistics 82, 117–126.

Baltagi, B.H., G. Bresson, and A. Pirotte, 2002, Comparison of forecast performance for homogeneous, heterogeneous and shrinkage estimators: Some empirical evidence from US electricity and natural-gas consumption, Economics Letters 76, 375–382.

Baltagi, B.H., G. Bresson, J.H. Griffin, and A. Pirotte, 2003, Homogeneous, heterogeneous or shrinkage estimators? Some empirical evidence from french regional gasoline consumption, Empirical Economics 28, 795–811.

Baltagi, B.H., G. Bresson, and A. Pirotte, 2004, Tobin *q*: Forecast performance for hierarchical Bayes, heterogeneous and homogeneous panel data estimators, Empirical Economics 29, 107–113.

Bun, M., 2004, Testing poolability in a system of dynamic regressions with nonspherical disturbances, Empirical Economics 29, 89–106.

Chib, S., 2001, Markov chain Monte Carlo methods: Computation and inference, in Handbook of Econometrics, J. Heckman and E. Leamer, eds., vol. 5, Chap. 57, North-Holland, Amsterdam, 3570–3649.

Chib, S., 2007, Panel data modeling and inference: A bayesian primer, in The Econometrics of Panel Data: Fundamentals and Recent Developments in Theory and Practice, L. Màtyàs and P. Sevestre, eds., Chap. 14, Kluwer Academic Publishers, Dordrecht (forthcoming).

Driver, C., K. Imai, P. Temple, and A. Urga, 2004, The effect of uncertainty on UK investment authorisation: Homogeneous vs. heterogeneous estimators, Empirical Economics 29, 115–128.

Gelfand, A.E. and A.F.M. Smith, 1990, Sampling-based approaches to marginal densities, Journal of the American Statistical Association 46, 84–88.

Gelfand, A.E. and A.F.M. Smith, 1992, Bayesian statistics without tears: A sampling–resampling perspective, American Statistician 46, 84–88.

Hsiao, C., 2003, Analysis of Panel Data, Second Edition, Cambridge University Press, Cambridge.

Hsiao, C. and H.M. Pesaran, 2007, Random coefficient panel data models, in The Econometrics of Panel Data: Fundamentals and Recent Developments in Theory and Practice, L. Màtyàs and P. Sevestre, eds., Chap. 5, Kluwer Academic Publishers, Dordrecht (forthcoming).

Hsiao, C. and A.K. Tahmiscioglu, 1997, A panel analysis of liquidity constraints and firm investment, Journal of the American Statistical Association 92, 455–465.

Hsiao, C., M.H. Pesaran, and A.K. Tahmiscioglu, 1999, Bayes estimation of short-run coefficients in dynamic panel data models, in Analysis of Panels and Limited Dependent Variable Models, C. Hsiao, K. Lahiri, L.-F. Lee, and M.H. Pesaran, eds., Cambridge University Press, Cambridge, 268–296.

Judge, G.G. and M.E. Bock, 1978, The Statistical Implications of Pre-Test and Stein-Rule Estimators in Econometrics, North-Holland, Amsterdam.

Keane, M.P. and D.E. Runkle, 1992, On the estimation of panel-data models with serial correlation when instruments are not strictly exogenous, Journal of Business and Economic Statistics 10, 1–9.

Koop, G., 2003, Bayesian Econometrics, Wiley, Chichester.

Lindley, D.V. and A.F.M. Smith, 1972, Bayes estimates for the linear model, Journal of the Royal Statistical Society B, 34, 1–41.

Maddala, G.S., R.P. Trost, H. Li, and F. Joutz, 1997, Estimation of short-run and long-run elasticities of energy demand from panel data using shrinkage estimators, Journal of Business and Economic Statistics 15, 90–100.

Maddala, G.S. and W. Hu, 1996, The pooling problem, in The Econometrics of Panel Data: A Handbook of Theory with Applications, L. Màtyàs and P. Sevestre, eds., Kluwer Academic Publishers, Dordrecht, 307–322.

McElroy, M.B., 1977, Weaker MSE criteria and tests for linear restrictions in regression models with non-spherical disturbances, Journal of Econometrics 6, 389–394.

Pesaran, M.H. and R. Smith, 1995, Estimating long-run relationships from dynamic heterogenous panels, Journal of Econometrics 68, 79–113.

Pesaran, M.H. and Z. Zhao, 1999, Bias reduction in estimating long-run relationships from dynamic heterogeneous panels, in Analysis of Panels and Limited Dependent Variable Models, C. Hsiao, K. Lahiri, L.-F. Lee and M.H. Pesaran, eds., Cambridge University Press, Cambridge, 297–322.

Pesaran, M.H., R. Smith, and K.S. Im, 1996, Dynamic linear models for heterogenous panels, in The Econometrics of Panel Data: A Handbook of Theory with Applications, L. Màtyàs and P. Sevestre, eds., Kluwer Academic Publishers, Dordrecht, 145–195.

Pesaran, M.H., Y. Shin, and R. Smith, 1999, Pooled mean group estimation of dynamic heterogeneous panels, Journal of the American Statistical Association 94, 621–634.

Rao, C.R., 1975, Simultaneous estimation of parameters in different linear models and applications to biometric problems, Biometrics 31, 545–554.

Robertson, D. and J. Symons, 1992, Some strange properties of panel data estimators, Journal of Applied Econometrics 7, 175–189.

Roy, S.N., 1957, Some Aspects of Multivariate Analysis, Wiley, New York.

Smith, A.F.M., 1973, A general bayesian linear model, Journal of the Royal Statistical Society B, 35, 67–75.

Swamy, P.A.V.B., 1970, Efficient inference in a random coefficient regression model, Econometrica 38, 311–323.

Wallace, T.D., 1972, Weaker criteria and tests for linear restrictions in regression, Econometrica 40, 689–698.

Zellner, A., 1962, An efficient method of estimating seemingly unrelated regressions and tests for aggregation bias, Journal of the American Statistical Association 57, 348–368.

Zellner, A., 1971, An Introduction to Bayesian Inference in Econometrics, Wiley, New York.

Ziemer, R.F. and M.E. Wetzstein, 1983, A Stein-rule method for pooling data, Economics Letters 11, 137–143.