# Estimation of Short-Run and Long-Run Elasticities of Energy Demand From Panel Data Using Shrinkage Estimators

**G. S. MADDALA**
Department of Economics, The Ohio State University, Columbus, OH 43210-1172

**Robert P. TROST**
Department of Economics, The George Washington University, Washington, DC 20052

**Hongyi LI**
Department of Management, The Chinese University of Hong Kong, Shatin N.T., Hong Kong

**Frederick JOUTZ**
Department of Economics, The George Washington University, Washington, DC 20052

This article discusses the problem of obtaining short-run and long-run elasticities of energy demand for each of 49 states in the United States using data for 21 years. Estimation using the time series data by each state gave several wrong signs for the coefficients. Estimation using pooled data was not valid because the hypothesis of homogeneity of the coefficients was rejected. Shrinkage estimators gave more reasonable results. The article presents in a unified framework the classical, empirical Bayes, and Bayes approaches for deriving these estimators.

KEY WORDS: Bayesian shrinkage estimator; Random-coefficient model; Stein-rule estimator.

In the analysis of panel data, it is customary to pool the observations, with or without individual-specific dummies. These dummy variables are assumed to be fixed (fixed-effects models) or random (random-effects or variance-components models). In these models the slope coefficients are assumed to be equal. The homogeneity of the slope coefficients is often an unreasonable assumption, and one can allow for cross-sectional heterogeneity and/or heterogeneity over time. A commonly used model to allow for cross-sectional heterogeneity is the random-coefficient model, in which the parameters are assumed to come from a common distribution. A commonly used model to allow for heterogeneity over time is the time-varying parameter model, which can be estimated by state-space methods. In any case, one needs to impose some structure on the coefficients if one allows for parameter heterogeneity.

In this article we will concentrate on cross-sectional heterogeneity only. The article considers several shrinkage-type estimators and illustrates their use in the estimation of short-run and long-run price and income elasticities of residential demand for electricity and natural gas in the United States based on a panel data on 49 states over 21 years (1970–1990). Robertson and Symons (1992) and Pesaran and Smith (1995) discussed the biases that are likely to occur in the estimation of long-run elasticities if parameter heterogeneity is ignored and the data are pooled. They assumed a random-coefficient model and were interested in the mean of the coefficients. The focus of this article is on the estimation of the individual parameters for each cross-section under parameter heterogeneity of the form considered by these authors. The framework used is the random-coefficient model, and even if interest centers on the mean of the coefficients, it will be pointed out that there are some problems with the use of two-step procedures in the general least squares (GLS) estimation, a procedure that is most commonly used. Moreover, an iterative procedure will be suggested and illustrated with the empirical example.

Because a review of the estimation of energy-demand models can be found in the book by Berndt (1991), we will not elaborate on the derivation of the demand model estimated. The model we use is a standard dynamic linear regression (DLR) model derived by taking account of error-correction and partial-adjustment mechanisms. For a review of these, see Nickell (1985) and Alogoskoufis and Smith (1991).

## 1. ALTERNATIVE ESTIMATION METHODS FOR THE ESTIMATION OF THE INDIVIDUAL HETEROGENEOUS PARAMETERS

Consider the linear model

$$y_i \sim N(X_i\beta_i, \sigma_i^2 I), \qquad i = 1, 2, \ldots, N, \tag{1}$$

where $y_i$ is a $T \times 1$ vector, $X_i$ is a $T \times k$ matrix of observations for the $i$th cross-section, and $\beta_i$ is a $k \times 1$ vector of parameters. Unlike pure cross-section data, panel data allow us to take care of the dynamic structure. We will, therefore, assume that $X_i$ include lagged values of $y_i$. This

© 1997 American Statistical Association
Journal of Business & Economic Statistics
January 1997, Vol. 15, No. 1



Copyright © 2001 All Rights Reserved

creates problems when we consider the random-coefficient model later. In this case the assumption of strict exogeneity of $X_i$ is no longer valid, and the results we discuss are valid only asymptotically under the usual regularity conditions assumed in dynamic regression models.

With panel data, however, there is the question of whether to pool the data and obtain a single estimate from the whole sample or to estimate the equations separately for each cross-section. The implicit assumption in both the fixed-effects and random-effects models for pooling the data is that the slope coefficients are all the same for all the cross-section units. This may not be a tenable assumption. In practice, the null hypothesis of constancy of slope parameters across the different cross-section units is often rejected. This implies that the equations should be estimated separately for each cross-section rather than obtaining an overall pooled estimate.

The problem with the two usual estimation methods of either pooling the data or obtaining separate estimates for each cross-section is that both are based on extreme assumptions. If the data are pooled, it is assumed that the parameters are all the same. If separate estimates are obtained for each cross-section, it is assumed that the parameters are all different in each cross-section. The truth probably lies somewhere in between. The parameters are not exactly the same, but there is some similarity between them. One way of allowing for the similarity is to assume that the parameters all come from a joint distribution with a common mean and a nonzero covariance matrix. It will be shown later that the resulting parameter estimates will be a weighted average of the overall pooled estimate and the separate time series estimates based on each cross-section. Thus, each cross-section estimate is "shrunk" toward the overall pooled estimate.

The idea of shrinkage occurs frequently in the literature on prediction (e.g., see Copas 1983; Rao 1987). Rubin (1980) also provided evidence on better predictions with shrinkage estimators [although Scott (1980) in her discussion of the article, disputed their usefulness]. He applied an empirical Bayes technique for law-school validation studies. The studies are primarily concerned with the prediction of first-year grades in law school from the LSAT score and undergraduate grade-point average. Traditionally, a separate admitting equation is estimated for each law school by the method of least squares by using data for students who attended that school in recent years. These least squares estimates can fluctuate wildly from year to year. The study by Rubin argued that the estimation of the admitting equations by the empirical Bayes methods provides more stable estimates and better predictions.

A shrinkage estimator sometimes suggested is the so-called Stein-rule estimator defined by

$$\tilde{\beta}_i = \left(1 - \frac{c}{F}\right)\hat{\beta}_i + \frac{c}{F}\,\hat{\beta}_p, \tag{2}$$

where $\hat{\beta}_i$ is the ordinary least squares (OLS) estimator and $\hat{\beta}_p$ is the estimator from the pooled regression. $F$ is the test statistic to test the null hypothesis

$$\beta_1 = \beta_2 = \cdots = \beta_N = \beta. \tag{3}$$

Under the null hypothesis (3), $F$ has an $F$ distribution with degrees of freedom $(N-1)k$ and $N(T-k)$, where $k$ is the dimension of $\beta$. The optimal value of the constant $c$ suggested by Judge and Bock (1978, pp. 190–198) is

$$c = \frac{(N-1)k - 2}{NT - Nk + 2}. \tag{4}$$

This rule has, however, been derived for the case of strictly exogenous $X$'s. Zeimer and Wetzstein (1983) applied the Stein-rule estimator to a wilderness-demand model and argued that the Stein rule gives better forecasts than the pooled or the individual cross-section estimators. The Stein rule shrinks the estimators $\hat{\beta}_i$ toward the pooled estimator $\hat{\beta}_p$. The factor $c$ in (4) is roughly $k/(T-k)$ for large $n$. Thus, the higher the number of explanatory variables $k$ relative to $T$, the smaller will be the shrinkage factor $(1 - c/F)$ for given $F$.

### 1.1 The Random-Coefficient Model

For ease of exposition, in the following presentation we will assume that $X_i$ does not include lagged dependent variables. In the presence of lagged dependent variables, the results hold only asymptotically.

In the random-coefficient model

$$y_i = X_i\beta_i + u_i, \tag{5}$$

we assume that

$$\beta_i \sim IN(\mu, \Sigma). \tag{6}$$

We can write this as

$$\beta_i = \mu + v_i, \tag{7}$$

where $v_i \sim N(0, \Sigma)$.

In the classical random-coefficient model, Equations (5) and (7) imply that

$$y_i = X_i\mu + w_i, \tag{8}$$

where $w_i \sim IN(0, \Omega_i)$ with $\Omega_i = (X_i\Sigma X_i' + \sigma_i^2 I)$. Assuming that the $u_i$ are independent across the $N$ equations, we get the GLS estimator $\mu^*$ of $\mu$ as

$$\mu^* = \left(\sum_{i=1}^{N} X_i'\Omega_i^{-1}X_i\right)^{-1}\left(\sum_{i=1}^{N} X_i'\Omega_i^{-1}y_i\right).$$

Using the matrix identity

$$(A + BDB')^{-1} = A^{-1} - A^{-1}B(B'A^{-1}B + D^{-1})^{-1}B'A^{-1}$$

(see Rao 1973, p. 33) to decompose $\Omega_i$, Swamy (1970) showed that

$$\mu^* = \sum_{i=1}^{N} W_i\hat{\beta}_i,$$

Copyright © 2001 All Rights Reserved

where $\hat{\beta}_i = (X_i'X_i)^{-1}X_i'y_i$ is the OLS estimator of $\beta_i$ and

$$W_i = \left(\sum_{j=1}^{N} P_j^{-1}\right)^{-1} P_i^{-1} \tag{9}$$

with

$$P_i = (\sigma_i^2(X_i'X_i)^{-1} + \Sigma). \tag{10}$$

Two obstacles in applying the GLS procedure are the unknown parameters $\Sigma$ and $\sigma_i^2$ in $\Omega$. Swamy (1970) proposed a two-step procedure that uses the least squares estimators $\hat{\beta}_i$ of $\beta_i$ and the least squares residuals to obtain unbiased estimators of $\Sigma$ and $\sigma_i^2$. Of course, in dynamic models with lagged dependent variables, the unbiasedness property does not hold. We have to appeal to the consistency property. These estimators were also used by Rao (1975) in the empirical Bayes procedure. The Swamy (1970) method for estimating $\Sigma$ and $\sigma_i^2$ is

$$\hat{\Sigma} = \frac{1}{N-1}\sum_i \left(\hat{\beta}_i - \frac{1}{N}\sum_{i=1}^{N}\hat{\beta}_i\right) \times \left(\hat{\beta}_i - \frac{1}{N}\sum_{i=1}^{N}\hat{\beta}_i\right)' - \frac{1}{N}\sum_i (X_i'X_i)^{-1}\hat{\sigma}_i^2, \tag{11}$$

where $\hat{\sigma}_i^2 = [1/(T-k)](y_i - X_i\hat{\beta}_i)'(y_i - X_i\hat{\beta}_i)$ and $\hat{\beta}_i$ is the OLS estimator of $\beta_i$.

One potential problem with the estimator for $\Sigma$ is that it may not be positive definite. In this case Swamy suggests using only the first part of Equation (11) to estimate $\Sigma$. Hsiao (1986) adopted the same strategy. The suggested estimator, which is consistent in this case, is

$$\hat{\Sigma} = \frac{1}{N-1}\sum_i \left(\hat{\beta}_i - \frac{1}{N}\sum_{i=1}^{N}\hat{\beta}_i\right)\left(\hat{\beta}_i - \frac{1}{N}\sum_{i=1}^{N}\hat{\beta}_i\right)'. \tag{12}$$

In the random-coefficient model, interest centers on the mean parameters $\mu$ and $\sigma_i^2$ and the measure of heterogeneity $\Sigma$. Pesaran and Smith (1995) were concerned with the estimation of $\mu$. Mairesse and Griliches (1990) were concerned with the estimation of $\Sigma$ as well. The traditional estimator of $\mu$ from the random-coefficient model is a GLS, but because $\Omega_i$ involves the unknown parameters $\sigma_i^2$ and $\Sigma$, we substitute the estimates from Equation (11) and use the "feasible" GLS. Thus, it is a two-step GLS estimator based on an estimated covariance matrix. This procedure, as discussed later (Sec. 2) gives asymptotically efficient estimates only if there are no lagged dependent variables.

In the classical model it makes no sense to talk about obtaining estimators for the individual parameters $\beta_i$ because they are treated as random variables. Hence, inference is based entirely on the parameters $\mu, \Sigma$, and $\sigma_i^2$. One can, however, talk of predictors for the random parameters $\beta_i$. Lee and Griffiths (1978) derived the best linear unbiased predictors for $\beta_i$ based on the prior likelihood approach advocated by Edwards (1969). This amounts to estimating $\beta_i, \sigma_i^2, \mu$, and $\Sigma$ by maximizing the likelihood

$$L(\beta_i, \sigma_i^2, \mu, \Sigma|y, X) = \text{const.} - \frac{T}{2}\sum_{i=1}^{N}\ln\sigma_i^2 - \frac{1}{2}\sum_{i=1}^{N}\frac{1}{\sigma_i^2}(y_i - X_i\beta_i)'(y_i - X_i\beta_i) - \frac{N}{2}\ln|\Sigma| - \frac{1}{2}\sum_{i=1}^{N}(\beta_i - \mu)'\Sigma^{-1}(\beta_i - \mu). \tag{13}$$

The resulting estimates for $\beta_i, \sigma_i^2, \mu$, and $\Sigma$ are given as

$$\beta_i^* = \left(\frac{1}{\sigma_i^2}X_i'X_i + \Sigma^{*-1}\right)^{-1}\left(\frac{1}{\sigma_i^2}X_i'X_i\hat{\beta}_i + \Sigma^{*-1}\mu^*\right), \tag{14}$$

$$\mu^* = \frac{1}{N}\sum_{i=1}^{N}\beta_i^*, \tag{15}$$

$$\sigma_i^2 = \frac{1}{T}(y_i - X_i\beta_i^*)'(y_i - X_i\beta_i^*), \tag{16}$$

and

$$\Sigma^* = \frac{1}{N}\sum_{i=1}^{N}(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)', \tag{17}$$

where $\hat{\beta}_i$ is the OLS estimate of $\beta_i$. As will be shown next, these prior likelihood estimators are closely related to the Bayesian estimators.

### 1.2 An Iterative Bayesian Approach

In the Bayesian framework, Equation (6) specifies the prior distribution of $\beta_i$. Because this prior distribution involves the parameters $\mu$ and $\Sigma$, if they are not known priors must be specified for these hyperparameters. One can then derive the posterior distribution for the parameters $\beta_i$.

If $\mu, \sigma_i^2$, and $\Sigma$ are known, the posterior distribution of $\beta_i$ is normal with mean $\beta_i^*$ given by

$$\beta_i^* = \left(\frac{1}{\sigma_i^2}X_i'X_i + \Sigma^{-1}\right)^{-1}\left(\frac{1}{\sigma_i^2}X'X_i\hat{\beta}_i + \Sigma^{-1}\mu\right) \tag{18}$$

and variance

$$V(\beta_i^*) = \left(\frac{1}{\sigma_i^2}X_i'X_i + \Sigma^{-1}\right)^{-1},$$

where $\hat{\beta}_i$ is the OLS estimate of $\beta_i$. Note that, with lagged dependent variables, the normality of the posterior distribution of $\beta_i^*$ holds only asymptotically and under the usual regularity conditions assumed in dynamic regression models.

Assuming a noninformative prior for $\mu$, the mean of the posterior distribution of $\mu$ is $\mu^* = (1/N)\sum_{i=1}^{N}\beta_i^*$. Because in general $\sigma_i^2$ and $\Sigma$ will not be known, one needs to specify priors for these hyperparameters. Smith (1973) took the

Copyright © 2001 All Rights Reserved

conjugate Wishart distribution for $\Sigma^{-1}$ and the independent inverse $\chi^2$ distributions for the $\sigma_i^2$. He suggested using the mode of the posterior distribution. His modal estimators are

$$\hat{\sigma}_i^2 = \frac{1}{T+v_i+2}\,[v_i\lambda_i + (y_i - X_i\beta_i^*)'(y_i - X_i\beta_i^*)] \quad (19)$$

and

$$\Sigma^* = \frac{1}{N-k-2+\delta}\left[R + \sum_{i=1}^{N}(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'\right]. \quad (20)$$

As discussed by Smith (1973), $v_i$, $\lambda_i$, $R$, and $\delta$ are parameters arising from the specification of the prior distributions, and $k$ is the dimension of $\beta$. Approximations to vague priors are obtained by setting $v_i = 0, \delta = 1$, and $R$ to be a diagonal matrix with small positive entries (e.g., .001).

The estimators are then

$$\hat{\sigma}_i^2 = \frac{1}{T+2}\,(Y_i - X_i\beta_i^*)'(Y_i - X_i\beta_i^*) \quad (21)$$

and

$$\Sigma^* = \frac{1}{N-k-1}\sum_{i=1}^{N}(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'. \quad (22)$$

Equations (21) and (22) have to be solved iteratively along with the equations for $\beta^*$ and $\mu^*$ given by

$$\beta_i^* = \left(\frac{1}{\hat{\sigma}_i^2}\,X_i'X_i + \Sigma^{*-1}\right)^{-1}\left(\frac{1}{\hat{\sigma}_i^2}\,X_i'X_i\hat{\beta}_i + \Sigma^{*-1}\mu^*\right) \quad (23)$$

and

$$\mu^* = \frac{1}{N}\sum_{i=1}^{N}\beta_i^*. \quad (24)$$

Note that in Equations (21)–(24) the prior mean $\mu^*$ is an average of $\beta_i^*$, the estimate of the prior variance $\Sigma$ is obtained from deviations of $\beta_i^*$ from their average $\mu^*$, and the estimate of $\sigma_i^2$ is obtained from the residual sum of squares using $\beta_i^*$. Equations (21)–(24) have to be solved iteratively, with the initial iteration using the OLS estimator $\hat{\beta}_i$ to compute $\mu^*, \sigma_i^2$, and $\Sigma^*$. We take $\mu^*$ as the simple average of $\hat{\beta}_i, \hat{\sigma}_i^2$ as the usual estimate of $\sigma_i^2$ from the $i$th cross-section, and $\Sigma^*$ as given by Equation (12). Moreover, to improve the convergence with the iterative procedure, $\Sigma^*$ is computed as

$$\Sigma^* = \frac{1}{N-k-1}\left[R + \sum_{i=1}^{N}(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'\right], \quad (22a)$$

where $R$ is a diagonal matrix with small positive entries (e.g., .001).

Thus, as noted by Maddala (1991), many shrinkage estimators only differ on the basis of the overall estimators toward which the individual estimators are shrunk and the estimates of variances and covariance matrices. Smith (1973) showed with some matrix manipulations that the GLS estimator of $\mu$ is related to the Bayesian estimator $\beta_i^*$ by the equation

$$\mu = \frac{1}{N}\sum_{i=1}^{N}\beta_i^*, \quad (25)$$

which is the same as the Bayesian estimator and the maximum likelihood estimator (MLE) for $\mu$. Moreover, the MLE's given by Lee and Griffiths (1978) only differ from the GLS and Bayesian estimators in the divisors for $\sigma_i^2$ and $\Sigma^*$.

### 1.3 The Empirical Bayes Approach

In the empirical Bayes approach, we take Equation (18) and plug in sample-based estimates for $\mu, \sigma_i^2$, and $\Sigma$. Rao (1975) suggested estimating them by

$$\hat{\mu} = \frac{1}{N}\sum_{i=1}^{N}\hat{\beta}_i,$$

$$\hat{\sigma}_i^2 = \frac{1}{T-k}\,(y_i'y_i - y_i'X_i\hat{\beta}_i),$$

and

$$\hat{\Sigma} = \frac{1}{N-1}\sum_i(\hat{\beta}_i - \hat{\mu})(\hat{\beta}_i - \hat{\mu})' - \frac{1}{N}\sum_i(X_i'X_i)^{-1}\hat{\sigma}_i^2.$$

All of these expressions are based on the least squares estimators, $\hat{\beta}_i$. The estimators for $\sigma_i^2$ and $\Sigma$ are unbiased if $X_i$ includes exogenous variables only. As pointed out in the preceding sections, the Bayesian approach gives a different set of estimators, based on the Bayes estimators, $\beta_i^*$. Kadiyala and Oberhelman (1986) used a modification of the estimators suggested by Rao (1975). They used $\mu^*$ as an average of $\beta_i^*$ rather than $\hat{\beta}_i$ as in the Bayesian approach, but they still used the same estimator for $\Sigma$ as that suggested by Rao.

Both of these empirical estimators are two-step estimators and do not involve any iteration. One can think of the following empirical Bayes estimator, which, however, has to be computed iteratively:

$$\begin{aligned}
\mu^* &= \frac{1}{N}\sum_{i=1}^{N}\beta_i^* \\
\hat{\sigma}_i^2 &= \frac{1}{T-k}\,(y_i - X_i\beta_i^*)'(y_i - X_i\beta_i^*) \\
\hat{\Sigma} &= \frac{1}{N-1}\sum_i(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'. \quad (26)
\end{aligned}$$

These expressions differ from the ones derived by Smith (1973) and by Lee and Griffiths (1978) only in the divisors in $\hat{\sigma}_i^2$ and $\Sigma^*$. In the preceding equations, the prior mean $\mu^*$ is an average of $\beta_i^*$, the estimate of the prior variance $\Sigma^*$ is obtained from deviations of $\beta_i^*$ from their average $\mu^*$, and the estimate of $\sigma_i^2$ is obtained from the residual sum of squares using $\beta_i^*$, not the OLS estimator $\hat{\beta}_i$. The preceding equations are solved iteratively, with the initial iteration

Copyright © 2001 All Rights Reserved

using the OLS estimator $\hat{\beta}_i$ to compute $\mu^*, \sigma_i^2$, and $\Sigma^*$ as described earlier. Moreover, to improve the convergence with the iterative procedure $\Sigma^*$ is computed as

$$\Sigma^* = \frac{1}{N-1}\left[R + \sum_{i=1}^{N} (\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'\right],$$

where $R$ is a diagonal matrix as defined previously. Hu and Maddala (1994) presented some Monte Carlo evidence to suggest that the iterative procedures for the computation of $\Sigma^*$ give better estimates (in the mean squared sense) for both the overall mean $\mu$ and the heterogeneity matrix $\Sigma$ than the two-step procedures.

### 1.4 In Summary

We have discussed the classical, Bayesian, and empirical Bayesian approaches to the estimation of individual cross-section parameters. We have also discussed two-step versus iterative methods. These are summarized in a tabular form in Table 1. In Section 2, we will discuss the theoretical justification of the iterative procedure over the two-step procedure in dynamic models. To conserve space, we will present empirical results for only the Stein-rule and (the iterative) empirical Bayes estimators.

The most important points to note are the estimation of $\Sigma$, which is computed using Formula (26) and not (11) or (12), the computation of $\mu^*$ as $(1/N)\sum_{i=1}^{N}\beta_i^*$ and the computation of $\sigma_i^{2^*}$ using not least squares residuals but residuals based on $\beta_i^*$. Note that, incidentally, we get an estimator of $\mu$, which is computed in an iterative fashion, not using the two-step procedure used by Swamy (1970) and Hsiao (1986). Even if our interest centers on $\mu$, we suggest using the iterative procedure.

## 2. TWO-STEP VERSUS ITERATIVE ESTIMATORS

In Section 1, we discussed several estimators for the estimation of the overall mean $\mu$ and covariance matrix $\Sigma$ as well as the individual parameters $\beta_i$. The estimators for $\mu$ and $\beta_i$ can be classified into two categories, (1) two-step estimators based on initial consistent estimators of $\Sigma$ and $\sigma_i^2$ and (2) iterative estimators in which all the parameters $\mu, \beta_i, \Sigma$, and $\sigma_i^2$ are estimated jointly.

In the first category we have the two-step empirical Bayes estimator for $\beta_i$ and the Swamy–Hsiao estimator for $\mu$. In

*Table 1. Different Estimators for $\sigma_i^2$, $\Sigma$, $\beta_i$, and $\mu$*

| *Method* | *Estimator* | *Note* |
|---|---|---|
| | *For $\sigma_i^2$* | |
| Swamy–Hsiao and two-step empirical Bayesian | $\frac{1}{T-k}(y_i - X_i\hat{\beta}_i)'(y_i - X_i\hat{\beta}_i)$ | 1 |
| Prior likelihood | $\frac{1}{T}(y_i - X_i\beta_i^*)'(y_i - X_i\beta_i^*)$ | 2 |
| Iterative Bayesian (Smith) | $\frac{1}{T+2}(y_i - X_i\beta_i^*)'(y_i - X_i\beta_i^*)$ | |
| Empirical Bayes (iterative) | $\frac{1}{T-k}(y_i - X_i\beta_i^*)'(y_i - X_i\beta_i^*)$ | |
| | *For $\Sigma$* | |
| Swamy–Hsiao | $\hat{\Sigma}_1 = \frac{1}{N-1}\sum_i\left(\hat{\beta}_i - \frac{1}{N}\sum_{i=1}^N\hat{\beta}_i\right)\left(\hat{\beta}_i - \frac{1}{N}\sum_{i=1}^N\hat{\beta}_i\right)'$ | |
| Swamy–Rao (unbiased) | $\hat{\Sigma} = \hat{\Sigma}_1 - \frac{1}{N}\sum_i(X_i'X_i)^{-1}\hat{\sigma}_i^2$ | 3 |
| Prior likelihood | $\Sigma^* = \frac{1}{N}\sum_{i=1}^N(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'$ | |
| Iterative Bayes (Smith) | $\Sigma^* = \frac{1}{N-k-1}\sum_{i=1}^N(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'$ | |
| Iterative empirical Bayes | $\Sigma^* = \frac{1}{N-1}\sum_{i=1}^N(\beta_i^* - \mu^*)(\beta_i^* - \mu^*)'$ | |
| | *For $\beta_i$* | |
| Swamy | No estimators | |
| Stein-rule | $\tilde{\beta}_i = (1 - c/F)\hat{\beta}_i + (c/F)\hat{\beta}_p$ | 4 |
| Prior likelihood and iterative Bayes | $\beta_i^* = \left(\frac{1}{\sigma_i^{*2}}X_i'X_i + \Sigma^{*-1}\right)^{-1}\left(\frac{1}{\sigma_i^{*2}}X_i'X_i\hat{\beta}_i + \Sigma^{*-1}\mu^*\right)$ | |
| Two-step empirical Bayes | $\beta_i^* = \left(\frac{1}{\hat{\sigma}_i^2}X_i'X_i + \hat{\Sigma}^{-1}\right)^{-1}\left(\frac{1}{\hat{\sigma}_i^2}X_i'X_i\hat{\beta}_i + \hat{\Sigma}^{-1}\hat{\mu}\right)$ | |
| | *For $\mu$* | |
| Swamy | $\hat{\mu}_{GLS} = \sum_{i=1}^N W_i\hat{\beta}_i$ | 5 |
| Prior likelihood and iterative Bayes | $\mu^* = \frac{1}{N}\sum_{i=1}^N\beta_i^*$ | 6 |

NOTE: (1) $\hat{\beta}_i$ is the OLS estimator of $\beta$. (2) $\beta_i^*$ is defined later. (3) The two-step empirical Bayes method is based on these estimators of $\Sigma$. $\hat{\Sigma}_1$ is used if $\hat{\Sigma}$ is not positive definite. (4) $c = [(N-1)k - 2]/[NT - Nk + 2]$, $\hat{\beta}_p$ is the pooled estimator, and $F$ is the $F$ statistic to test equality of the coefficients. (5) $W_i = (\Sigma P_j^{-1})^{-1}P_i^{-1}$ with $P_i = [\sigma_i^2(X_i'X_i)^{-1} + \Sigma]$. We first get $\hat{\sigma}_i^2$ and $\hat{\Sigma}$ and then substitute these for $\sigma_i^2$ and $\Sigma$ in $\hat{\mu}_{GLS}$. It is thus a two-step method. (6) Because $\beta_i^*$ are computed iteratively, $\mu^*$ is an iterative estimator. If $\sigma_i^2$ and $\Sigma$ are known, then $\mu^* = \hat{\mu}_{GLS}$.

Copyright © 2001 All Rights Reserved

the second category we have the prior likelihood, iterative empirical Bayes, and iterative Bayesian (Smith) estimators.

As is evident from Equations (15) and (18), the expressions for estimation of the overall mean $\mu$ and the individual parameters $\beta_i$ involve the unknown parameters $\sigma_i^2$ and $\Sigma$. We need estimators for these parameters to implement the procedures. This is where the difference between the two-step (based on initial consistent estimators of $\sigma_i^2$ and $\Sigma$) and iterative procedures lies. Essentially, what we have here is a problem similar to that of GLS estimation with an estimated covariance matrix. As pointed out by Amemiya and Fuller (1967), Maddala (1971), and Pagan (1986), in the case that the explanatory variables $X_i$ include only exogenous variables, the two-step estimators based on any consistent estimators of parameters $\sigma_i^2$ and $\Sigma$ are as asymptotically efficient as the estimators from the joint efficient estimation of all the parameters. If the variables $X_i$ include lagged dependent variables, however, as in the case of dynamic models, the two-step estimators based on any consistent estimates of $\sigma_i^2$ and $\Sigma$ are consistent but not efficient. This suggests that even if we are interested in the estimation of the overall mean $\mu$, in the presence of lagged dependent variables, the Swamy or Hsiao estimators of $\Sigma$ do not provide efficient estimates of $\mu$. We have to use the iterative procedure suggested in Section 1. In the case, as in this article, our interest centers on the estimation of $\beta_i$, and we again should use the iterative procedures.

Many of the applications in the statistical literature, as well as the example on Grunfeld's investment function of Swamy (1970), have no lagged dependent variables. Hence, the GLS based on the Swamy or Hsiao estimator of $\Sigma$ is asymptotically efficient. This is not the case, however, with dynamic models considered by, for instance, Pesaran and Smith (1995) even though their interest was in the overall mean $\mu$. In the example to be discussed next, we have a dynamic demand model. Hence, we used the iterative procedure described in Section 1 for the estimation of $\beta_i$ as well as $\mu$.

## 3. AN EMPIRICAL EXAMPLE

There have been numerous studies on the price and income elasticities of residential natural-gas and electricity demand. Short-run price elasticity estimates of both residential natural-gas and electricity demand have ranged from −.05 to −.9, and long-run price elasticities estimates have ranged from −.2 to as high as −4.6. There is a similar diversity among short-run and long-run income elasticity estimates. For a partial review of these studies, see Al-Sahlawi (1989), Bohi (1981), Bohi and Zimmerman (1984), and Taylor (1975).

In this section we present new residential gas and electricity price and income elasticity estimates using pooled cross-section and time series data from 49 U.S. states. The state of Hawaii was excluded because we could not obtain annual weather data.

The annual state residential electricity and gas price data used in this study were obtained from *The State Energy Price and Expenditure System* of the U.S. Energy Information Administration (1993). Weather data are population-weighted heating and cooling degree days by state and were taken from the National Oceanic and Atmospheric Administration, U.S. Department of Commerce, Ashville, North Carolina. Annual state income data were drawn from the Bureau of Economic Affairs, and the annual Consumer Price Index for the United States was from CITIBASE. The sample period is from 1970 to 1990.

To estimate the short-run and long-run price and income demand elasticities for gas and electricity, we specified the following DLR(1, 1) model:

$$\begin{aligned} y_{it} &= \beta_{i0} + \beta_{i1} y_{i,t-1} + \beta_{i2} x_{1it} \\ &\quad + \beta_{i3} x_{1i,t-1} + \beta_{i4} x_{2it} + \beta_{i5} x_{2i,t-1} \\ &\quad + \beta_{i6} x_{3it} + \beta_{i7} x_{4it} + \beta_{i8} x_{5it} + u_{it}, \end{aligned} \tag{27}$$

where $i = 1, 2, 3, \ldots, 49$ (U.S. state subscript) and $t = 2, 3, \ldots, 21$ (year subscript).

The variables for the electricity regression are $y_{it}$ = ln(residential electricity per capita consumption), $x_{1it}$ = ln(real per capita personal income), $x_{2it}$ = ln(real residential electricity price), $x_{3it}$ = ln(real residential natural-gas price), $x_{4it}$ = heating degree days (HDD), and $x_{5it}$ = cooling degree days (CDD).

For the natural-gas regression, we have $y_{it}$ = ln(residential natural gas per capita consumption), $x_{1it}$ = ln(real per capita personal income), $x_{2it}$ = ln(real residential natural-gas price), and $x_{3it}$ = ln(real residential electricity price), with $x_{4it}$ and $x_{5it}$ unchanged.

From Equation (27) the following short-run and long-run elasticities can be derived for the $i$th state:

$$\begin{aligned} \text{Short-run income elasticity:} &\quad \text{SR}\eta_y = \beta_{i2} \\ \text{Long-run income elasticity:} &\quad \text{LR}\eta_y = \tfrac{\beta_{i2}+\beta_{i3}}{1-\beta_{i1}} \\ \text{Short-run price elasticity:} &\quad \text{SR}\eta_p = \beta_{i4} \\ \text{Long-run price elasticity:} &\quad \text{LR}\eta_p = \tfrac{\beta_{i4}+\beta_{i5}}{1-\beta_{i1}} \\ \text{Short-run cross-price elasticity:} &\quad \text{SR}\eta_p^c = \beta_{i6} \\ \text{Long-run cross-price elasticity:} &\quad \text{LR}\eta_p^c = \tfrac{\beta_{i6}}{1-\beta_{i1}}. \end{aligned}$$

## 4. EMPIRICAL RESULTS

We here present 10 tables of results. The separate state regression coefficients will be presented in Tables 6–9. Tables 10 and 11 will present estimates of the short- and long-run elasticities.

Tables 2–5 summarize the estimates from the five approaches discussed. In Table 2 the parameter estimates from the electricity-demand regression and $t$ statistics are presented. Column 1 contains the results from the fixed-effects model given by $y_{it} = \alpha_1 y_{i,t-1} + \alpha_2 x_{1it} + \alpha_3 x_{1i,t-1} + \alpha_4 x_{2it} + \alpha_5 x_{2i,t-1} + \alpha_6 x_{3it} + \alpha x_{4it} + \alpha_8 x_{5it} + \sum_{i=1}^{49} \delta_i + u_{it}$, and column 2 contains the pooled data model given by $y_{it} = \alpha_0 + \alpha_1 y_{i,t-1} + \alpha_2 x_{1it} + \alpha_3 x_{1i,t-1} + \alpha_4 x_{2it} + \alpha_5 x_{2i,t-1} + \alpha_6 x_{3it} + \alpha_7 x_{4it} + \alpha_8 x_{5it} + u_{it}$. The next column of Table 2 presents the average of the separate state regression estimates followed by columns with the results on the average of the Bayesian estimates and finally the average of the Stein-rule estimates.

Copyright © 2001 All Rights Reserved