Table 2. Parameter Estimate of the Electricity Regression (t values in parentheses)

| Variables | Pooled with dummies | Pooled without dummies | OLS estimator (average) | Shrinkage estimator (average) | Stein-rule estimator (average) |
|---|---|---|---|---|---|
| $y_{i,t-1}$ | .789 | .903 | .530 | .629 | .685 |
| | (49.00) | (106.03) | (22.28) | (32.12) | (47.76) |
| $x_{1it}$ | .137 | .138 | .429 | .394 | .308 |
| | (3.25) | (3.12) | (7.80) | (11.39) | (8.32) |
| $x_{1i,t-1}$ | −.013 | −.134 | −.040 | −.064 | −.079 |
| | (−.31) | (−3.08) | (−.74) | (−1.80) | (−2.16) |
| $x_{2it}$ | −.196 | −.214 | −.163 | −.158 | −.184 |
| | (−7.96) | (−8.47) | (−6.19) | (−8.37) | (−9.88) |
| $x_{2i,t-1}$ | .078 | .113 | .057 | .061 | .081 |
| | (3.15) | (4.49) | (2.16) | (2.71) | (4.30) |
| $x_{3it}$ | .035 | .028 | .017 | .023 | .022 |
| | (4.48) | (4.86) | (1.43) | (1.80) | (2.93) |
| $x_{4it}$ | .138 | .084 | .129 | .142 | .110 |
| | (3.99) | (6.97) | (3.53) | (6.77) | (5.03) |
| $x_{5it}$ | 1.319 | .398 | 1.561 | 1.069 | 1.077 |
| | (12.58) | (9.87) | (2.75) | (10.02) | (3.24) |

Table 3 contains the short- and long-run income elasticities ($SR\eta_y$ and $LR\eta_y$), price elasticities ($SR\eta_p$ and $LR\eta_p$), and cross-elasticities ($SR\eta_p^c$ and $LR\eta_p^c$) for electricity demand in the columns. The average, maximum, and minimum estimates by different methods are provided in the rows. There is less variability in the short-run elasticities compared with the long-run elasticities. The second law of demand appears to hold; the long-run elasticities are higher than the short-run elasticities except in one case. This exception appears to be due to an outlier in the $LR\eta_p$ using the state-specific regressions. The $F$ statistic testing hypothesis (3) is 1.698, and the 5% critical value for the $F$ distribution is 1. Thus, the Stein-rule estimator for the electricity regression is $\tilde{\beta}_i = .584\hat{\beta}_i + .416\hat{\beta}_p$. The constant in the regression is .706.

The average $SR\eta_y$ elasticity estimates for electricity presented in Table 3 range from .137 to .429 with the two pooled model estimates being approximately the same, .137 and .138. The separate OLS estimates are much higher and have the greatest variability ranging from −.83 to 1.328. The average of the Bayesian shrinkage estimates is .394 and the average of the Stein estimates is .308. The Bayesian shrinkage estimates have a much smaller spread than the Stein estimates, reflecting the greater weight for heterogeneity across the states in the Stein estimator.

The average $LR\eta_y$, $LR\eta_p$, and $LR\eta_p^c$ elasticities for electricity are presented in two ways. First we calculate the simple average of the elasticities for each state. Then the elasticities are calculated using the average based on the individual parameter estimates. The $LR\eta_y$ elasticity estimates range from .044 with the pooled data model to 1.58 for the OLS estimator. The separate OLS regression results have by far the greatest variability (−1.229 to 33.033) followed by the Stein estimator (−7.771 to 2.82) and the Bayesian shrinkage estimator (.486 to 1.966). The Bayesian shrinkage estimator produces a tighter and more sensible range for $LR\eta_y$ than the Stein estimator because the latter is influenced by the separate regression results that contain several negative long-run elasticities.

The adverse impact of ignoring cross-section specific effects is clear by comparing the pooled model with state intercept dummies to the pooled model without state inter-

Table 3. Short-Run and Long-Run Income and Price Elasticities of the Electricity Regression

| Approaches | $SR\eta_y$ | $LR\eta_y$ | $SR\eta_p$ | $LR\eta_p$ | $SR\eta_p^c$ | $LR\eta_p^c$ |
|---|---|---|---|---|---|---|
| Pooled w/ dummies | .137 | .584 | −.196 | −.561 | .035 | .166 |
| Pooled w/o dummies | .138 | .044 | −.214 | −1.031 | .028 | .290 |
| OLS[a] average | .429 | 1.580 | −.163 | −.375 | .017 | −.135 |
| maximum | 1.328 | 33.033 | .778 | 2.179 | .648 | .977 |
| minimum | −.830 | −1.229 | −.916 | −10.380 | −.392 | −6.454 |
| OLS[b] | .429 | .827 | −.163 | −.225 | .017 | .037 |
| Shrk[a] average | .394 | .921 | −.158 | −.239 | .023 | .054 |
| maximum | .585 | 1.966 | −.064 | .242 | .161 | .447 |
| minimum | .211 | .486 | −.281 | −.873 | −.108 | −.263 |
| Shrk[b] | .394 | .890 | −.158 | −.263 | .023 | .062 |
| Stein[a] average | .308 | .609 | −.184 | −.276 | .022 | .083 |
| maximum | .833 | 2.820 | .365 | 1.526 | .390 | 1.888 |
| minimum | −.427 | −7.771 | −.624 | −1.745 | −.217 | −.994 |
| Stein[b] | .308 | .727 | −.184 | −.329 | .022 | .069 |

[a] Calculated based on the individual elasticities for each state. The same is the case for maximum and minimum.
[b] Calculated by first taking the mean of the individual parameter estimates. Then the elasticities are calculated from this mean. The elasticities marked by [a] and [b] are the same for the short-run but not for the long-run.

Copyright © 2001 All Rights Reserved

*Table 4. Parameter Estimate of the Natural-Gas Regression (t values in parentheses)*

| Variables | Pooled with dummies | Pooled without dummies | OLS estimator (average) | Shrinkage estimator (average) | Stein-rule estimator (average) |
|---|---|---|---|---|---|
| $y_{i,t-1}$ | .628 | .983 | .173 | .499 | .440 |
| | (25.49) | (195.83) | (5.77) | (19.67) | (21.83) |
| $x_{1it}$ | .114 | .048 | .307 | .280 | .222 |
| | (1.15) | (.45) | (2.63) | (3.42) | (2.58) |
| $x_{1i,t-1}$ | −.075 | −.040 | −.583 | −.314 | −.404 |
| | (−.79) | (−.38) | (−5.31) | (−4.12) | (−4.98) |
| $x_{2it}$ | −.177 | −.164 | −.092 | −.099 | −.116 |
| | (−4.68) | (−4.13) | (−2.46) | (−3.77) | (−4.08) |
| $x_{2i,t-1}$ | .035 | .141 | −.073 | −.041 | −.003 |
| | (.92) | (3.60) | (−1.92) | (−1.43) | (−.09) |
| $x_{3it}$ | .016 | .026 | −.034 | −.001 | −.014 |
| | (.49) | (1.74) | (−.73) | (−.03) | (−.45) |
| $x_{4it}$ | .529 | .027 | .421 | .424 | .291 |
| | (6.30) | (.96) | (4.63) | (7.91) | (4.72) |
| $x_{5it}$ | −1.104 | −.079 | 1.494 | −.913 | .976 |
| | (−4.40) | (−.96) | (.42) | (−5.83) | (.41) |

cept dummies. The electricity $LR\eta_y$ elasticity of .584 from the former is closer to what economic theory would suggest than the simple pooled estimate without state intercept dummies of .044. This can be explained by the near canceling of the income estimates in the pooled model without state intercept dummies. Moreover, by ignoring heterogeneity in the intercepts, the size and explanatory power of the lagged dependent variable is greatly increased in the pooled model without state intercept dummies.

The $SR\eta_p$ are very similar across the five methods (−.158 to −.214). The separate state Bayesian shrinkage estimates are closest to the average and numerically the most inelastic (−.158) and do not contain any positive elasticities as does the Stein estimator. The range for the $LR\eta_p$ is (−.239 to −1.031), and the higher estimates are from the two pooled models. This appears due to the "imposition" of homogeneity across the states.

Table 4 summarizes the parameter estimates from the five methods using the natural-gas models. The explanatory power is provided primarily by the lagged consumption term and contemporary natural-gas price. Evidence of heterogeneity across the states is again evident by the relatively large estimate for the lagged dependent variable in the pooled model with state intercept dummies (.628) and the pooled model without state intercept dummies (.983) relative to the average from the individual state OLS estimates (.173).

Short- and long-run elasticities for the natural gas models are presented in Table 5 and organized as in Table 3. The short-run price elasticity estimates are quite stable over the different estimation approaches, ranging from −.092 to −.177. The short-run income-elasticity estimates range from .048 to .307. As with electricity demand, the long-run income and price elasticity estimates for natural-gas demand vary quite a bit over the five estimation approaches. The $LR\eta_p$ estimates range from −.239 to −1.358, and the $LR\eta_y$ estimates range from −.425 to .491.

The null hypothesis in (7) is again rejected from the $F$ statistic for the Stein-rule estimator; the statistic is 2.143 and the 5% critical value is 1. This implies that the Stein-rule estimator is given by $\tilde{\beta}_i = .671\hat{\beta}_i + .329\hat{\beta}_p$ and suggests that there is relatively greater heterogeneity in the natural-gas regression model compared with the electricity model.

One final note on the natural-gas elasticities is worth

*Table 5. Short-Run and Long-Run Income and Price Elasticities of the Natural Gas Regression*

| Approaches | $SR\eta_y$ | $LR\eta_y$ | $SR\eta_p$ | $LR\eta_p$ | $SR\eta_p^c$ | $LR\eta_p^c$ |
|---|---|---|---|---|---|---|
| Pooled w/ dummies | .114 | .104 | −.177 | −.381 | .016 | .044 |
| Pooled w/o dummies | .048 | .491 | −.164 | −1.358 | .026 | 1.558 |
| OLS[a] average | .307 | −.425 | −.092 | −.239 | −.034 | .046 |
| maximum | 3.339 | 1.847 | 1.069 | 2.198 | .783 | 5.506 |
| minimum | −2.745 | −5.132 | −1.341 | −2.454 | −.963 | −2.104 |
| OLS[b] | .307 | −.334 | −.092 | −.200 | −.034 | −.041 |
| Shrk[a] average | .280 | −.057 | −.099 | −.273 | −.001 | −.007 |
| maximum | .356 | .473 | −.060 | .085 | .083 | .151 |
| minimum | .210 | −.486 | −.150 | −.660 | −.091 | −.233 |
| Shrk[b] | .280 | −.068 | −.099 | −.280 | −.001 | −.002 |
| Stein[a] average | .222 | −.412 | −.116 | −.250 | −.014 | .057 |
| maximum | 2.255 | 1.816 | .663 | 2.127 | .534 | 5.185 |
| minimum | −1.825 | −5.020 | −.953 | −2.365 | −.637 | −2.031 |
| Stein[b] | .222 | −.326 | −.116 | −.212 | −.014 | −.025 |

[a] Calculated based on the individual elasticities for each state. The same is the case for maximum and minimum.
[b] Calculated by first taking the mean of the individual parameter estimates. Then the elasticities are calculated from this mean. The elasticities marked by [a] and [b] are the same for the short-run but not for the long-run.

Copyright © 2001 All Rights Reserved

*Table 6. OLS Estimates and t Values of Individual States (electricity regression)*

| State | $y_{i,t-1}$ | $x_{1it}$ | $x_{1i,t-1}$ | $x_{2it}$ | $x_{2i,t-1}$ | $x_{3it}$ |
|---|---|---|---|---|---|---|
| CA | .581 | .510 | −.215 | −.211 | .087 | −.036 |
| | 3.647 | 1.814 | −.918 | −2.076 | 1.367 | −1.016 |
| FL | .422 | 1.265 | −.659 | −.163 | .009 | −.073 |
| | 2.617 | 6.491 | −2.688 | −2.601 | .125 | −1.303 |
| IL | .241 | .558 | .144 | −.011 | −.051 | .019 |
| | 1.832 | 2.353 | .605 | −.090 | −.423 | .570 |
| MI | .754 | .285 | −.126 | −.040 | .012 | −.008 |
| | 6.475 | 2.404 | −1.124 | −.468 | .128 | −.452 |
| NY | .810 | .476 | −.243 | −.152 | .191 | −.053 |
| | 7.615 | 2.491 | −1.194 | −2.581 | 3.400 | −1.715 |
| OH | .637 | .437 | −.007 | −.110 | −.065 | .055 |
| | 7.022 | 2.428 | −.042 | −1.271 | −.602 | 1.613 |
| PA | .521 | .522 | .034 | −.207 | .166 | −.010 |
| | 5.632 | 2.788 | .174 | −2.686 | 2.137 | −.653 |
| TX | .688 | .091 | .028 | −.444 | .206 | .103 |
| | 3.243 | .188 | .073 | −2.955 | 1.470 | .651 |

NOTE: $t$ values are presented in the second line for each state. Coefficients for cooling and heating degree days are not reported.

*Table 8. OLS Estimates and t Values of Individual States (natural-gas regression)*

| State | $y_{i,t-1}$ | $x_{1it}$ | $x_{1i,t-1}$ | $x_{2it}$ | $x_{2i,t-1}$ | $x_{3it}$ |
|---|---|---|---|---|---|---|
| CA | −.179 | −.223 | −1.686 | .193 | −.310 | −.160 |
| | −1.009 | −.326 | −2.036 | 1.554 | −2.520 | −.908 |
| FL | .172 | 2.733 | −3.914 | −.579 | −.472 | .423 |
| | 1.183 | 3.376 | −4.470 | −2.703 | −1.399 | 2.578 |
| IL | −.512 | .947 | −.877 | .662 | −.447 | −.898 |
| | −2.905 | 2.588 | −2.513 | 4.108 | −2.728 | −4.037 |
| MI | −.023 | −.563 | .463 | .359 | −.263 | −.506 |
| | −.088 | −.990 | 1.106 | 1.282 | −.937 | −1.829 |
| NY | .023 | 1.088 | −.738 | .006 | −.128 | .012 |
| | .089 | 1.982 | −1.481 | .041 | −1.008 | .089 |
| OH | −.441 | −.136 | −.920 | −.067 | −.191 | −.025 |
| | −2.041 | −.286 | −2.345 | −.419 | −1.271 | −.111 |
| PA | −.133 | −.010 | −.410 | .103 | −.090 | −.557 |
| | −.450 | −.017 | −.793 | .645 | −.567 | −2.677 |
| TX | .599 | −.751 | −1.304 | 1.069 | −.189 | −.843 |
| | 4.700 | −.772 | −1.555 | 3.134 | −.812 | −2.807 |

NOTE: See note to Table 6.

making. The long-run income elasticity for natural gas is persistently estimated as negative with the individual OLS regressions and is nearly 0 (−.057) with the shrunken estimates. Although it seems counterintuitive that the long-run natural-gas income elasticity is smaller than the short-run natural-gas elasticity, there are several explanations for this result. First, as incomes rise, households may buy microwave ovens and will substitute away from gas cooking into microwave cooking. Second, as incomes rise, households may convert their homes to central air conditioning and households that previously used gas for heating now have the option of converting to electric heating and cooling with a heat pump. Hence, a certain subset of these households will reduce their gas consumption dramatically as incomes rise. Third, as incomes rise, households will remodel their homes. In many cases the configuration of appliances such as ranges, clothing dryers, and water heaters after remodeling are not convenient to gas lines. Again a subset of households that previously used gas for these end uses will now convert to electricity as incomes rise. Finally, natural-gas price controls had an impact on the availability of supplies. The availability of natural gas for new homes fell from 50% in 1971 to 37% in 1979 (when prices were decontrolled) and has risen to 63% in 1993. Over the same period, electricity's share of heating in new homes rose from 43% in 1971 to 57% in 1985 and then fell to 33% in 1993. In addition, the U.S. Energy Information Administration in 1987 reported that among the 2.2 million new homes that used electricity as a primary heating source, 89.3 percent of the households stated that they did not have access to natural gas in their neighborhoods. The combination of these factors can explain the income elasticity results.

Tables 6–9 present the estimates of the individual state regression coefficients with the associated $t$ statistics and Tables 10 and 11 present the corresponding price, income, and cross-price elasticities. To conserve space, only the results for the OLS and Bayesian shrinkage estimation methods are presented for the largest eight states—California, Florida, Illinois, Michigan, New York, Ohio, Pennsylvania,

*Table 7. Shrinkage Estimates and t Values of Individual States (electricity regression)*

| State | $y_{i,t-1}$ | $x_{1it}$ | $x_{1i,t-1}$ | $x_{2it}$ | $x_{2i,t-1}$ | $x_{3it}$ |
|---|---|---|---|---|---|---|
| CA | .635 | .441 | −.205 | −.208 | .090 | −.018 |
| | 12.035 | 6.022 | −3.241 | −4.450 | 1.944 | −.726 |
| FL | .647 | .585 | −.296 | −.233 | .139 | −.016 |
| | 12.760 | 8.387 | −6.103 | −5.347 | 3.090 | −.477 |
| IL | .561 | .359 | .035 | −.086 | .006 | .014 |
| | 12.572 | 4.993 | .528 | −1.553 | .117 | .476 |
| MI | .621 | .338 | −.050 | −.120 | .024 | .003 |
| | 14.291 | 5.482 | −.957 | −2.499 | .469 | .162 |
| NY | .715 | .453 | −.121 | −.136 | .167 | −.042 |
| | 20.162 | 6.369 | −2.166 | −3.699 | 4.033 | −1.536 |
| OH | .679 | .395 | −.043 | −.152 | .044 | .034 |
| | 19.903 | 6.128 | −.931 | −3.298 | .814 | 1.259 |
| PA | .679 | .476 | −.129 | −.172 | .115 | −.004 |
| | 19.702 | 7.240 | −2.452 | −3.827 | 2.830 | −.266 |
| TX | .625 | .353 | .009 | −.197 | .045 | .023 |
| | 11.576 | 3.864 | .116 | −3.223 | .591 | .429 |

NOTE: See note to Table 6.

*Table 9. Shrinkage Estimates and t Values of Individual States (natural-gas regression)*

| State | $y_{i,t-1}$ | $x_{1it}$ | $x_{1i,t-1}$ | $x_{2it}$ | $x_{2i,t-1}$ | $x_{3it}$ |
|---|---|---|---|---|---|---|
| CA | .451 | .240 | −.417 | −.128 | −.154 | .052 |
| | 11.531 | 6.998 | −7.651 | −4.485 | −4.080 | 1.349 |
| FL | .502 | .225 | −.409 | −.135 | −.115 | .018 |
| | 13.056 | 5.436 | −5.650 | −3.822 | −1.793 | .429 |
| IL | .481 | .299 | −.295 | −.078 | −.024 | .003 |
| | 13.546 | 9.473 | −6.176 | −2.757 | −.739 | .094 |
| MI | .512 | .322 | −.235 | −.067 | .029 | −.027 |
| | 14.520 | 10.533 | −5.207 | −2.352 | .920 | −.787 |
| NY | .523 | .324 | −.229 | −.074 | .040 | −.045 |
| | 16.409 | 11.847 | −6.159 | −2.792 | 1.526 | −1.518 |
| OH | .461 | .270 | −.352 | −.099 | −.073 | .030 |
| | 12.174 | 8.384 | −7.246 | −3.614 | −2.351 | .843 |
| PA | .489 | .290 | −.303 | −.090 | −.020 | −.008 |
| | 14.073 | 9.693 | −7.138 | −3.246 | −.726 | −.226 |
| TX | .480 | .268 | −.359 | −.106 | −.093 | .033 |
| | 12.880 | 7.682 | −6.459 | −3.522 | −2.215 | .837 |

NOTE: See note to Table 6.

Copyright © 2001 All Rights Reserved

*Table 10. Short-Run and Long-Run Income Elasticities ($\eta_y$), Price Elasticities ($\eta_p$), and Cross-Price Elasticities ($\eta_p^c$) of Individual States (electricity regression)*

| Estimation methods | State | $SR\eta_y$ | $LR\eta_y$ | $SR\eta_p$ | $LR\eta_p$ | $SR\eta_p^c$ | $LR\eta_p^c$ |
|---|---|---|---|---|---|---|---|
| *OLS* | | | | | | | |
| | CA | .510 | .703 | −.211 | −.297 | −.036 | −.085 |
| | FL | 1.265 | 1.048 | −.163 | −.265 | −.073 | −.125 |
| | IL | .558 | .925 | −.011 | −.082 | .019 | .025 |
| | MI | .285 | .648 | −.040 | −.117 | −.008 | −.032 |
| | NY | .476 | 1.225 | −.152 | .202 | −.053 | −.281 |
| | OH | .437 | 1.184 | −.110 | −.480 | .055 | .152 |
| | PA | .522 | 1.160 | −.207 | −.085 | −.010 | −.022 |
| | TX | .091 | .382 | −.444 | −.765 | .103 | .329 |
| *Shrinkage* | | | | | | | |
| | CA | .441 | .647 | −.208 | −.324 | −.018 | −.049 |
| | FL | .585 | .820 | −.233 | −.265 | −.016 | −.046 |
| | IL | .359 | .898 | −.086 | −.181 | .014 | .031 |
| | MI | .338 | .760 | −.120 | −.253 | .003 | .007 |
| | NY | .453 | 1.166 | −.136 | .109 | −.042 | −.147 |
| | OH | .395 | 1.096 | −.152 | −.336 | .034 | .105 |
| | PA | .476 | 1.083 | −.172 | −.176 | −.004 | −.013 |
| | TX | .353 | .965 | −.197 | −.406 | .023 | .063 |

and Texas. Detailed tables for all the 49 states as well as for the Stein-rule estimation method are available on request from us. The differences between the results from the OLS and Bayesian shrinkage methods are evident and have also been discussed earlier and hence will not be elaborated on.

## 5. CONCLUSIONS

The most common procedure used in the analysis of panel data is to pool with individual-specific dummies that are assumed to be fixed (fixed-effects model) or random (random-effects model). This procedure, however, assumes homogeneity of the slope coefficients. At the other extreme is the case of complete heterogeneity and separate estimation of cross-section coefficients $\beta_i$. An intermediate case between complete homogeneity and complete heterogeneity is the random-coefficient model. In this framework we would be interested in estimating (a) the mean $\mu$ and covariance matrix $\Sigma$ of the cross-section coefficients $\beta_i$ and (b) the coefficients $\beta_i$ themselves. In the classical framework only $\mu$ and $\Sigma$ are estimable; $\beta_i$ are not. One can talk of predictors for $\beta_i$, however.

This article presents in a unified framework different procedures for the estimation of $\beta_i$. The Bayesian approach to this problem results in shrinkage estimators that shrink the individual OLS estimator $\hat{\beta}_i$ toward the estimator of the overall mean $\mu$. Other shrinkage estimators have been suggested in the literature. For instance, the Stein-rule estimator shrinks the OLS estimator $\hat{\beta}_i$ toward the pooled estimator obtained under complete homogeneity. The estimator of $\mu$ is different from the pooled estimator.

*Table 11. Short-Run and Long-Run Income Elasticities ($\eta_y$), Price Elasticities ($\eta_p$), and Cross-Price Elasticities ($\eta_p^c$) of Individual States (electricity regression)*

| Estimation methods | State | $SR\eta_y$ | $LR\eta_y$ | $SR\eta_p$ | $LR\eta_p$ | $SR\eta_p^c$ | $LR\eta_p^c$ |
|---|---|---|---|---|---|---|---|
| *OLS* | | | | | | | |
| | CA | −.223 | −1.620 | .193 | −.099 | −.160 | −.136 |
| | FL | 2.733 | −1.425 | −.579 | −1.270 | .423 | .511 |
| | IL | .947 | .046 | .662 | .142 | −.898 | −.593 |
| | MI | −.563 | −.097 | .359 | .095 | −.506 | −.494 |
| | NY | 1.088 | .358 | .006 | −.125 | .012 | .012 |
| | OH | −.136 | −.733 | −.067 | −.179 | −.025 | −.018 |
| | PA | −.010 | −.370 | .103 | .011 | −.557 | −.491 |
| | TX | −.751 | −5.132 | 1.069 | 2.198 | −.843 | −2.104 |
| *Shrinkage* | | | | | | | |
| | CA | .240 | −.322 | −.128 | −.513 | .052 | .094 |
| | FL | .225 | −.368 | −.135 | −.500 | .018 | .037 |
| | IL | .299 | .008 | −.078 | −.197 | .003 | .007 |
| | MI | .322 | .178 | −.067 | −.077 | −.027 | −.056 |
| | NY | .324 | .199 | −.074 | −.073 | −.045 | −.095 |
| | OH | .270 | −.153 | −.099 | −.319 | .030 | .055 |
| | PA | .290 | −.025 | −.090 | −.216 | −.008 | −.015 |
| | TX | .268 | −.176 | −.106 | −.383 | .033 | .063 |

Copyright © 2001 All Rights Reserved

The article discusses the classical prediction approach as well as the empirical Bayes and Bayes approaches to this problem. It discusses two-step versus iterative estimation methods. It is argued that the latter methods should be preferred in the presence of lagged dependent variables.

The article applies these procedures to the problem of estimating short-run and long-run elasticities of residential demand for electricity and natural gas in the United States for each of 49 states. The separate estimates were hard to interpret and had several wrong signs. These are not presented here to conserve space but are available from us. The pooled estimator gave a very high coefficient of the lagged dependent variable implying long lags in adjustment. This estimator was rejected because it rests on the hypothesis of homogeneity of the coefficients, which was easily rejected by an $F$ test. The shrinkage estimator gave much more reasonable parameter values. Because the model was dynamic, iterative estimation methods were used.

If our interest lies in obtaining the elasticity estimates for each state, as in this study, then there are three choices open:

1. Use the individual state data only—but this gave bad results.
2. Pool the data and use the estimates from the pooled estimates—but this is not valid because the hypothesis of homogeneity is convincingly rejected.
3. Use the procedure presented here of allowing some (but not complete) heterogeneity (or homogeneity), which is what the random-coefficient model implies.

In many applications, the experience of researchers will be similar to ours in this case. The comparative performance of the different procedures in the context of dynamic panel-data models is being studied by Monte Carlo experiments.

## ACKNOWLEDGMENTS

This research was partially supported by the U.S. Energy Information Administration (EIA). All statements are our own and do not reflect the views of the EIA. Helpful comments of an anonymous referee, an associate editor, and the editor, George Tauchen, are gratefully acknowledged. Responsibility for any remaining errors is ours.

*[Received May 1994. Revised January 1996.]*

## REFERENCES

Alogoskoufis, G., and Smith, R. (1991), "On Error Correction Models: Specification, Interpretation, Estimation," *Journal of Economic Surveys*, 5, 97–128.

Al-Sahlawi, M. A. (1989), "The Demand For Natural Gas: A Survey Of Price And Income Elasticities," *The Energy Journal*, 10, 77–87.

Amemiya, T., and Fuller, W. (1967), "A Comparative Study of Alternative Estimators in a Distributed Lag Model," *Econometrica*, 35, 509–529.

Berndt, E. R. (1991), *The Practice of Econometrics: Classic and Contemporary*, Reading, MA: Addison-Wesley.

Bohi, D. R. (1981), *Analyzing Demand Behavior: A Study of Energy Elasticities*, Baltimore: Johns Hopkins University Press for Resources for the Future.

Bohi, D. R., and Zimmerman, M. B. (1984), "An Update On Econometric Studies Of Energy Demand Behavior," *Annual Review of Energy*, 9, 105–154.

Copas, J. B. (1983), "Regression, Prediction, and Shrinkage" (with discussion), *Journal of the Royal Statistical Society*, Ser. B, 45, 311–354.

Edwards, A. W. F. (1969), "Statistical Methods in Scientific Inference," *Nature, Land*, 222, 1233–1237.

Hsiao, C. (1986), *Analysis of Panel Data*, Cambridge, U.K.: Cambridge University Press.

Hu, W., and Maddala, G. S. (1994), "Estimation and Prediction Problems in Dynamic Heterogeneous Panel Data Models," working paper, Ohio State University, Dept. of Economics.

Judge, G. G., and Bock, M. E. (1978), *The Statistical Implications of Pre-Test and Stein-Rule Estimators in Econometrics*, Amsterdam: North-Holland.

Kadiyala, K. R., and Oberhelman, D. (1986), "Estimation of Actual Realizations in Stochastic Parameter Models," in *Bayesian Inference and Decision Techniques*, eds. P. Goel and A. Zellner, Amsterdam: Elsevier, pp. 363–373.

Lee, L.-F., and Griffiths, W. E. (1978), "The Prior Likelihood and Best Linear Unbiased Prediction in Stochastic Coefficient Linear Models," unpublished manuscript, University of Minnesota, Dept. of Economics.

Maddala, G. S. (1971), "Generalized Least Squares With an Estimated Variance Covariance Matrix," *Econometrica*, 39, 23–33.

——— (1991), "To Pool or Not To Pool: That Is the Question," *Journal of Quantitative Economics*, 7, 255–264.

Mairesse, J., and Griliches, Z. (1990), "Heterogeneity in Panel Data: Are There Stable Production Functions?" in *Essays in Honor of Edmond Malinvaud* (Vol. 3), Cambridge, MA: MIT Press.

Nickell, S. (1985), "Error Correction, Partial Adjustment And All That: An Expository Note," *Oxford Bulletin of Economics and Statistics*, 47, 119–129.

Pagan, A. (1986), "Two Stage and Related Estimators and Their Application," *Review of Economics Studies*, 53, 517–538.

Pesaran, M. H., and Smith, R. (1995), "Estimating Long-Run Relationships From Dynamic Heterogeneous Panels," *Journal of Applied Econometrics*, 68, 79–113.

Rao, C. R. (1973), *Linear Statistical Inference and Its Applications* (2nd ed.), New York: John Wiley.

——— (1975), "Simultaneous Estimation of Parameters in Different Linear Models and Applications to Biometric Problems," *Biometrics*, 31, 545–554.

——— (1987), "Prediction of Future Observations in Growth Curve Models" (with discussion), *Statistical Science*, 2, 434–471.

Robertson, D., and Symons, J. (1992), "Some Strange Properties of Panel Data Estimators," *Journal of Applied Econometrics*, 7, 175–189.

Rubin, D. B. (1980), "Using Empirical Bayes Techniques in the Law School Validity Studies," *Journal of the American Statistical Association*, 75, 801–827.

Scott, E. L. (1980), Comment on "Using Empirical Bayes Techniques in the Law School Validity Studies," by D. B. Rubin, *Journal of the American Statistical Association*, 75, 821–823.

Smith, A. F. M. (1973), "A General Bayesian Linear Model," *Journal of the Royal Statistical Society*, Ser. B, 35, 67–75.

Swamy, P. A. V. B. (1970), "Efficient Inference in a Random Coefficient Regression Model," *Econometrica*, 38, 311–323.

Taylor, L. D. (1975), "The Demand For Electricity: A Survey," *Bell Journal of Economics*, 6, 74–110.

U.S. Energy Information Administration (1993a), *The State Energy Price and Expenditure System*, Washington, DC: Author.

——— (1993b), *State Energy Data System*, Washington, DC: Author.

Zeimer, R. F., and Wetzstein, M. E. (1983), "A Stein-rule Method for Pooling Data," *Economics Letters*, 11, 137–143.

Copyright © 2001 All Rights Reserved