*Journal of Agricultural and Resource Economics* 35(3):406–423
Copyright 2010 Western Agricultural Economics Association

# The Price of Happy Hens: A Hedonic Analysis of Retail Egg Prices

**Jae Bong Chang, Jayson L. Lusk, and F. Bailey Norwood**

This paper analyzes price differentials among conventional, cage-free, organic, and Omega-3 eggs using retail scanner data from two regional markets and the United States as a whole. Results reveal significant premiums attributable to cage-free (a 57% premium on average) and organic (an 85% premium on average). However, significant variation exists among geographic locations; price premiums for organic over conventional eggs in Dallas are almost twice as high as those in San Francisco. Estimates indicate that about 42% of the typically observed premium for cage-free eggs over conventional eggs (and 36% of the premium for organic eggs) can be attributed to egg color rather than differences in hens' living conditions. Despite the large implicit price premiums for cage-free and organic, our data reveal that most shoppers are not willing to pay such high prices for cage-free and organic attributes.

***Key Words:*** animal welfare, cage-free, eggs, free-range, hedonic, organic

## Introduction

The vast majority of commercial egg-producing hens in the United States live in battery cage systems. A typical egg farm contains anywhere from 100,000 to 1 million hens, with each hen housed in a metal wire cage with four or five other birds. These production systems have been criticized by animal advocacy groups for several reasons: the tight space requirements (about 67 square inches of space per hen) prohibit chickens from fully extending their wings, and hens are unable to exhibit natural behaviors such as dust bathing and laying eggs in nests. These concerns recently received widespread public attention when the Humane Society of the United States (HSUS), working with several other advocacy groups, introduced a ballot initiative to ban battery cage egg production in the state of California. The proposition, formally known as the Prevention of Farm Animal Cruelty Act, passed in November 2008, with 63.5% of Californians voting in favor. The effects of the ban in California have been intensely debated, and one of the key unanswered questions is the potential impact of the ban on egg prices.

In addition to policy initiatives, increasing consumer demand for animal welfare, human health, and variety has prompted producers to market a diversity of egg offerings. Demand for health attributes has resulted in the development of Omega-3 and vitamin-enriched eggs, and labeling programs facilitated by the U.S. Department of Agriculture, the United Egg Producers, and the Animal Welfare Institute have led to cage-free, organic, and free-range egg options. Although sales of generic eggs have decreased over the past decade, specialty egg sales have

---

Jae Bong Chang is a research fellow at the Korean Rural Economics Institute; Jayson L. Lusk is a professor and Willard Sparks Endowed Chair; and F. Bailey Norwood is an associate professor, all in the Department of Agricultural Economics, Oklahoma State University. The authors would like to thank three anonymous reviewers and the editor for helpful comments.
Review coordinated by Gary W. Brester.

steadily increased, accounting for approximately 16% of total egg sales in 2005. Organic eggs represent one of the fastest growing segments in this market; sales grew at an average annual rate of 19% from 2000 to 2005, reaching $161 million in 2005 (Oberholtzer, Green, and Lopez, 2006). As a result, the egg market is now highly differentiated, and most grocery stores currently offer eggs differentiated by production method, color, size, brand, and packaging.

Despite these changes, there is presently little publicly available information on price differences between various types of eggs or on consumers' willingness to pay for animal welfare and health attributes. To address this issue, we carry out a hedonic analysis using retail scanner data for two regional markets and for the United States as a whole.

## Background

Egg production is a large and highly concentrated business. Each year, more than 300 million laying hens produce over 90 billion eggs in the United States. In 2007, five states (Iowa, Ohio, Indiana, Pennsylvania, and Texas) produced 40% of eggs. The industry is moderately concentrated, with 205 egg-producing companies owning 95% of all layers in the United States (American Egg Board, 2009).

Egg consumption fell dramatically from the 1940s to the 1990s due to concerns about health and cholesterol; annual per capita egg consumption peaked at 403 in 1945, and reached a low of about 230 in the 1990s (Putnam and Allshouse, 1999). Per capita consumption of eggs has subsequently stabilized and was approximately 243 eggs per person per year in 2008 [USDA/Economic Research Service (ERS), 2009]. As consumer demand for eggs has changed and the market has become increasingly differentiated, several studies have investigated consumer preferences for egg characteristics. These studies relied on surveys to assess Canadian and UK consumer egg preferences. Fearne and Lavelle (1996) found that price and animal welfare were two key factors driving egg choice for consumers in the United Kingdom. Bennett (1997) used data collected from mail surveys to measure UK consumers' willingness to pay to support legislation to ban the use of battery cages in egg production; almost 80% of survey respondents supported the proposed legislation and were willing to pay, on average, £0.43 more per dozen given the ban. Asselin (2005) studied Canadian consumers' willingness to pay for Omega-3 and vitamin-enhanced eggs, and found people were willing to pay between $0 and $0.72 more per dozen for Omega-3 eggs, depending on their health consciousness.

A few studies have employed observed market data to evaluate consumer egg preferences. Baltzer (2004) used scanner data on weekly sales from a major retail chain in Denmark. He estimated an almost ideal demand system (AIDS) model to determine Danish consumers' marginal willingness to pay for five varieties of eggs—battery cage, barn, free-range, organic, and pasteurized eggs—and found consumers were willing to pay significant premiums for eggs that improved animal welfare and involved natural production methods. Karipidis et al. (2005) used data obtained from retail stores in two metropolitan areas in Greece during the summer of 2004. In their hedonic price modeling, 14 egg attributes were clustered into five groups: natural characteristics, poultry-feeding conditions, packaging, quality-control system, and vertical integration. The authors reported that eggs produced under organic and free-range feeding systems and Omega-3 enriched eggs have high hedonic prices, but other feeding conditions did not influence retail prices. Their study, however, included only 175 observations and a limited set of attribute types and levels.

## Methods

### *Data*

Our data consist of three sets of point-of-sale scanner data collected from a representative sample of retail outlets by Information Resources, Inc. (IRI).[1] Each set contains data on stock keeping units (SKUs), including information on size, color, package type, brand vs. private label, and the number of eggs per package. Moreover, the data set also indicates whether each SKU was advertised as cage-free, cage-free & Omega-3, cage-free & organic, fertile, free-range, free-range & organic, natural, Omega-3, organic, organic & Omega-3, pasteurized, vegan fed, or generic fresh eggs (i.e., battery cage eggs).[2] Color levels of eggs include white and brown, and size levels are small, medium, large, extra large, jumbo, and super jumbo. Packaging was categorized by IRI into eight types: carton, cardboard carton, plastic carton, styrofoam carton, paper carton, plastic wrapped carton, cardboard box, and other type.

The first data set consists of quarterly egg sales for over 1,985 SKUs across the entire United States over the 20 quarters from the beginning of 2004 to the end of 2008. In addition to the U.S. data, we also obtained weekly scanner data for two specific metropolitan areas: Dallas/Fort Worth, Texas, and San Francisco/Oakland, California. These data sets span from January 1, 2007 to January 25, 2009, and are in all respects identical to the overall U.S. data set except for data frequency (weekly rather than quarterly) and time period covered (two years starting in January 2007 vs. four years starting in January 2004). We chose these two specific locations for several reasons. First, we wanted a California location because of the debate over the recent California ballot initiative. Second, we wanted a location of a similar size that was some distance from California (and thus less likely to be susceptible to media exposure on the ballot initiative), and one that we perceived might be less interested in animal welfare issues.[3] In addition, Texas and California rank fifth and sixth among egg-producing states in number of eggs produced.

Table 1 reports the percentage of SKUs possessing the various attributes considered in this analysis. About 85% are generic fresh eggs (either conventional fresh or with no production method indicated), while the number of SKUs advertised as organic represents only 5.28% of the total. Another $1.22 + 0.05 + 0.58 = 1.85\%$ of SKUs advertised organic in addition to another attribute such as cage-free, free-range, or Omega-3. Approximately 70% of egg SKUs are white. Most SKUs are large-sized eggs (53%) and sold by the dozen (65%). A larger percentage of the SKUs in San Francisco are cage-free and organic than is the case in Dallas. Likewise, a larger percentage of SKUs are brown vs. white eggs in San Francisco as compared to Dallas. About 33% of the SKUs in Dallas are associated with package sizes including 13 or more eggs, but only about 20% of SKUs in San Francisco include this many eggs.

---

[1] IRI records weekly data from 34,000 supermarkets, drug stores, mass merchandisers, and convenience channels across the United States. The U.S. data set contains information on approximately 108 billion egg sales from 2004 to 2008. USDA/ERS (2009) data indicate that about 258 billion shell eggs were produced during this time period. Therefore, our data set covers approximately 42% of all U.S. shell egg production from 2004 to 2008.

[2] The data set also included sales of cooked, cultured, hard-boiled, and homogenized eggs. We excluded these types of eggs in our analysis. We also removed SKUs from the data set in which package sizes were only one egg per package because the per egg price of such SKUs was often an order of magnitude higher than the mean.

[3] See Lusk (2010) for an analysis of how demand for cage-free and organic eggs differed and changed over time in these two locations. Note also that the Humane Society of the United States (2010) recently released a comprehensive report, "Humane State Ranking," rating all 50 states on a wide range of animal protection laws dealing with pets, animal cruelty and fighting, wildlife, animals in research, and farm animals. California is listed at the top and Texas comes in at 33rd place.

**Table 1. Percentage of Fresh Egg SKUs Possessing Various Attributes by Market**

| | Percent of Total SKUs | | |
|---|---|---|---|
| Attribute | United States | San Francisco / Oakland | Dallas / Ft. Worth |
| **Production Method:** | | | |
| *Cage-Free* | 1.98 | 4.75 | 2.92 |
| *Cage-Free & Omega-3* | 0.11 | 0.60 | — |
| *Cage-Free & Organic* | 1.22 | 4.13 | 3.87 |
| *Fertile* | 0.22 | 2.39 | — |
| *Free-Range* | 0.45 | — | — |
| *Free-Range & Organic* | 0.05 | — | — |
| *Natural* | 1.25 | 1.19 | 0.97 |
| *Omega-3* | 1.99 | 1.09 | 3.85 |
| *Organic* | 5.28 | 10.02 | 2.93 |
| *Organic & Omega-3* | 0.58 | 1.31 | 0.02 |
| *Pasteurized* | 0.72 | 1.19 | 0.97 |
| *Vegan Fed* | 0.80 | 3.58 | 1.03 |
| *Conventional Fresh* | 74.42 | 61.48 | 72.46 |
| None Indicated | 10.92 | 8.26 | 10.98 |
| **Color:** | | | |
| *White* | 70.16 | 63.88 | 76.07 |
| *Brown* | 25.13 | 33.34 | 20.95 |
| None Indicated | 4.70 | 2.78 | 2.98 |
| **Size:** | | | |
| *Small* | 2.55 | 0.49 | 1.32 |
| *Medium* | 13.24 | 9.31 | 14.46 |
| *Large* | 52.92 | 59.74 | 60.38 |
| *Extra Large* | 17.61 | 22.38 | 14.85 |
| *Jumbo* | 12.11 | 8.09 | 8.00 |
| *Super Jumbo* | 0.47 | — | — |
| None Indicated | 1.09 | — | 0.97 |
| **Package:** | | | |
| *Carton* | 38.94 | 45.85 | 44.43 |
| *Cardboard Carton* | 23.07 | 38.08 | 13.69 |
| *Plastic Carton* | 5.65 | 3.41 | 6.70 |
| *Styrofoam Carton* | 23.72 | 9.42 | 25.43 |
| *Paper Carton* | 1.05 | 0.19 | 0.97 |
| *Plastic Wrapped Carton* | 1.08 | 1.19 | 1.64 |
| *Cardboard Box* | 1.10 | 0.80 | 0.65 |
| *Others* | 1.52 | — | 1.09 |
| None Indicated | 3.86 | 1.07 | 5.40 |
| **Brand Label:** | | | |
| *Private* | 18.57 | 31.30 | 56.29 |
| *Specific* | 81.43 | 68.70 | 42.71 |
| **Number of Eggs per Package:** | | | |
| 3–6 | 8.17 | 11.49 | 5.48 |
| 7–11 | 3.21 | 1.48 | 0.97 |
| 12 | 64.94 | 67.13 | 60.45 |
| 13–18 | 12.26 | 9.21 | 15.02 |
| > 18 | 11.42 | 10.69 | 18.08 |
| Number of Unique SKUs | 1,985 | 122 | 150 |

**Table 2. Percentage of Fresh Eggs Sold by Production Method and Market**

| | Percent of Total SKUs | | |
|---|---|---|---|
| Attribute | United States | San Francisco / Oakland | Dallas / Ft. Worth |
| **Production Method:** | | | |
| *Cage-Free* | 1.17 | 2.29 | 0.50 |
| *Cage-Free & Omega-3* | 0.04 | 0.07 | — |
| *Cage-Free & Organic* | 0.30 | 1.76 | 0.21 |
| *Fertile* | 0.06 | 2.70 | — |
| *Free-Range* | 0.04 | — | — |
| *Free-Range & Organic* | 0.00 | — | — |
| *Natural* | 0.49 | 0.45 | 0.06 |
| *Omega-3* | 0.52 | 0.36 | 0.54 |
| *Organic* | 1.02 | 4.43 | 0.41 |
| *Organic & Omega-3* | 0.13 | 0.12 | 0.00 |
| *Pasteurized* | 0.19 | 0.06 | 0.05 |
| *Vegan Fed* | 1.26 | 0.95 | 1.33 |
| *Conventional Fresh* | 87.35 | 84.47 | 79.40 |
| None Indicated | 7.43 | 2.34 | 17.50 |
| Number of Eggs Sold (billion) | 108.076 [a] | 0.7256 [b] | 0.9408 [b] |

[a] Total eggs sold over the 20 quarters from 2004 to 2008.
[b] Total eggs sold over the 108-week time period from January 1, 2007 to January 25, 2009.

Although our hedonic analysis uses the price of an SKU as the unit of measure, it is also instructive to note the volume of eggs actually sold; this information is relevant to discussions about consumer demand for different types of eggs. To provide a feel for differences in sales volume across different production systems, we used the scanner data to calculate the quantity-share of eggs sold using each production method by location (table 2). In the United States, almost 95% of eggs sold are conventional fresh or generic eggs (eggs with "none indicated" for production method are almost certainly cage eggs). While about 5.28% of SKUs are organic, only about 1% of egg sales are organic.

Table 2 also reveals regional differences. Of all eggs sold in San Francisco, 4.43% and 2.29% are organic and cage-free, respectively. Dallas consumers bought fewer organic and cage-free eggs—only 0.41% and 0.50%, respectively. Overall, "specialty" eggs account for about 30% of total SKUs in San Francisco and 17% of SKUs in Dallas, but only about 13% and 3% of total eggs sold in San Francisco and Dallas. The small market shares do not necessarily imply a small volume of egg sales. The last row of table 2 shows that almost a billion eggs were sold in the Dallas/Ft. Worth stores over the two-year time period, and the average weekly volume of "specialty" egg sales was about 886,000 eggs per week in San Francisco and 270,000 eggs per week in Dallas.

For each SKU, we calculate the average price paid in each time period (each quarter for the U.S. data and each week for the regional data sets). Egg prices are deflated by the Consumer Price Index (2008 = 100). Because SKUs differ in the number of eggs per package, we calculate prices on a per egg basis. Figure 1 illustrates the trend in U.S. egg prices ($/egg) for three different production methods: conventional, cage-free, and organic. The price premium for organic over conventional fresh eggs ranged from $0.16/egg in the first quarter of 2008 to $0.21/egg during 2005. The average price premium for organic eggs over the entire period was about $0.20/egg. The average price premium for cage-free over conventional eggs was

Case 2:08-md-02002-GEKP Document 1366-9 Filed 01/06/16 Page 6 of 9






**Figure 1. Average U.S. egg price ($/egg) over time by production method**

about $0.12/egg over the time period and reached a minimum of $0.08/egg during early 2008, when conventional egg prices rose sharply. The price trends shown in figure 1 are calculated based on the raw data (adjusted for inflation) and do not account for differences that are often correlated with organic eggs. For example, organic eggs tend to be brown and tend to be sold in smaller package sizes (although this is not exclusively true), whereas conventional fresh eggs tend to be white and sold by the dozen. Thus, the raw price premia for organic vs. conventional ($0.20/egg) is attributable to a variety of factors other than "organic," a fact highlighting the need for hedonic regression analysis to calculate ceteris paribus effects.

Table 3 reports descriptive statistics for egg prices. The data reveal that prices tend to be higher in San Francisco as compared to Dallas or the rest of the country as a whole. For example, the average price of conventional fresh eggs was $0.26/egg in San Francisco but only $0.14/egg in Dallas. Many conditions contribute to the price difference between the two locations. In particular, the overall cost of living and average wage rates are higher in San Francisco than in Dallas. Differences in the costs of egg production and transportation are also relevant. Somewhat surprisingly, the premiums for organic and cage-free eggs over conventional eggs were lower in San Francisco ($0.13/egg and $0.06/egg, respectively) compared to Dallas ($0.20/egg and $0.12/egg, respectively) or the rest of the country ($0.20/egg and $0.12/egg, respectively).

*The Hedonic Price Model*

The primary objective of this paper is to estimate a descriptive model of egg prices to determine how egg prices differ by product characteristics such as organic and cage-free. We used the standard hedonic modeling approach to accomplish this task. The hedonic method relies on observing differences in market prices to infer the value or implicit price of underlying characteristics. The method has been used at least since Waugh (1928), and was

Case 2:08-md-02002-GEKP Document 1366-9 Filed 01/06/16 Page 7 of 9



**Table 3. Egg Price ($/egg) by Location and Production Method**

| | United States | | | San Francisco / Oakland | | | Dallas / Fort Worth | | |
|---|---|---|---|---|---|---|---|---|---|
| Production Method | Mean (Std. Dev.) | Min. | Max. | Mean (Std. Dev.) | Min. | Max. | Mean (Std. Dev.) | Min. | Max. |
| *Cage-Free* | 0.26 (0.05) | 0.13 | 0.41 | 0.32 (0.04) | 0.17 | 0.40 | 0.26 (0.04) | 0.12 | 0.34 |
| *Cage-Free & Omega-3* | 0.22 (0.03) | 0.18 | 0.27 | 0.36 (0.01) | 0.34 | 0.38 | — | — | — |
| *Cage-Free & Organic* | 0.33 (0.10) | 0.13 | 0.61 | 0.41 (0.07) | 0.23 | 0.51 | 0.37 (0.05) | 0.31 | 0.47 |
| *Fertile* | 0.28 (0.03) | 0.22 | 0.35 | 0.29 (0.02) | 0.21 | 0.32 | — | — | — |
| *Free-Range* | 0.43 (0.36) | 0.16 | 1.23 | — | — | — | — | — | — |
| *Free-Range & Organic* | 0.30 (0.05) | 0.18 | 0.35 | — | — | — | — | — | — |
| *Natural* | 0.20 (0.05) | 0.07 | 0.35 | 0.26 (0.05) | 0.17 | 0.33 | 0.16 (0.03) | 0.13 | 0.21 |
| *Omega-3* | 0.27 (0.09) | 0.07 | 0.61 | 0.32 (0.05) | 0.17 | 0.40 | 0.22 (0.02) | 0.08 | 0.27 |
| *Organic* | 0.34 (0.10) | 0.03 | 0.72 | 0.39 (0.04) | 0.08 | 0.51 | 0.34 (0.02) | 0.26 | 0.57 |
| *Organic & Omega-3* | 0.38 (0.07) | 0.18 | 0.53 | 0.38 (0.04) | 0.23 | 0.49 | 0.47 (0.06) | 0.43 | 0.51 |
| *Pasteurized* | 0.19 (0.34) | 0.06 | 3.61 | 0.36 (0.02) | 0.33 | 0.40 | 0.29 (0.01) | 0.24 | 0.30 |
| *Vegan Fed* | 0.24 (0.03) | 0.13 | 0.33 | 0.33 (0.02) | 0.21 | 0.37 | 0.24 (0.01) | 0.21 | 0.26 |
| *Conventional Fresh* | 0.14 (0.07) | 0.01 | 2.09 | 0.26 (0.07) | 0.08 | 0.68 | 0.14 (0.05) | 0.03 | 0.45 |
| None Indicated | 0.15 (0.07) | 0.02 | 0.88 | 0.23 (0.06) | 0.08 | 0.33 | 0.16 (0.09) | 0.07 | 1.29 |

*Notes:* Egg prices in the U.S. are from the first quarter of 2004 to the fourth quarter of 2008, and egg prices in the San Francisco / Oakland and Dallas / Fort Worth areas are from January 1, 2007 to January 25, 2009. Prices are deflated by the consumer price index (2008 = 100).

formalized in Rosen's (1974) seminal study showing how the "1st stage" hedonic price function could be derived via the interaction of consumer demand for and producer supply of product characteristics. The "1st stage" hedonic price functions we estimate show how egg prices in equilibrium vary with egg characteristics, which relate to a point on the marginal willingness-to-pay schedule. However, implicit prices do not reveal a full willingness-to-pay or demand schedule because the marginal implicit price is also determined by the producers' offer curve, which varies with the costs of providing different characteristics. Differences in cost across location or difference in demand can therefore explain differences in estimated implicit prices. Recent studies (e.g., Bajari and Benkard, 2005) have questioned the appropriateness of some of the assumptions of Rosen's model—such as the assumption of perfect competition, separability of attributes, and continuous product space—insofar as they allow the analyst to identify consumers' preferences for the underlying product characteristics.

If we make the standard assumption that any unobservables are uncorrelated with the observed product characteristics, the empirical model can be written as:

$$(1)\quad \ln(Price_{it}) = \beta_0 + \sum_{j=1}^{13} \beta_1^j Production\,Method_{ij} + \sum_{j=1}^{2} \beta_2^j Color_{ij} + \sum_{j=1}^{6} \beta_3^j Size_{ij} + \beta_4 Private\,Label_i + \sum_{j=1}^{8} \beta_5^j Package_{ij} + \beta_6 (\#Eggs/Package)_i + \beta_7 (\#Eggs/Package)_i^2 + \sum_{j=1}^{11} \beta_8^j Month_{ij} + \varepsilon_{it},$$

where $Price_{it}$ is the average price (\$/egg) for SKU $i$ in time period $t$, the β's are parameters to be estimated, $\varepsilon_{it}$ is a stochastic error term, and the remaining variables are dummy variables identifying the attributes shown in table 1, except for the variable *#Eggs/Package*, which is a continuous variable indicating the number of eggs per package. As previously mentioned, the U.S. data set consists of quarterly observations, and the two regional markets consist of weekly observations, so monthly dummy variables in equation (1) are replaced with three quarterly dummy variables when analyzing the national data set.

Potential options for functional forms are restricted given the large number of dummy variables in our model (McConnell and Strand, 2000; Oczkowski, 1994). As shown in equation (1), we chose the semi-log model over the linear model based on the results from Box-Cox specification tests and based on previous literature arguing that errors in the semi-log model are relatively more homoskedastic compared to errors in the linear model (Diewert, 2003). When dummy variables are included in a semi-log model, the resulting coefficients are not equal to percentage changes (Halvorsen and Palmquist, 1980). For the estimated coefficient corresponding to a dummy variable, such as $\beta_1^1$, the percentage effect on price is $100(e^{\beta_1^1} - 1)$. Moreover, given the natural log of the dependent variable, the predicted price is not a simple sum of the variables multiplied by the coefficients. Equation (1) can be rewritten succinctly as $\ln(Price_{it}) = \boldsymbol{\beta}\mathbf{X}_{it} + \varepsilon_{it}$, where $\boldsymbol{\beta}$ is a vector of coefficients and $\mathbf{X}_{it}$ is a conformable vector of explanatory variables. The expected price is $E[Price] = e^{\boldsymbol{\beta}\mathbf{X}_{it} + 0.5\sigma^2}$, where $\sigma^2$ is the variance of the error term. Thus, the predicted implicit price for a product with characteristics $\mathbf{X}_1$ rather than $\mathbf{X}_0$ is: $e^{\boldsymbol{\beta}\mathbf{X}_1 + 0.5\sigma^2} - e^{\boldsymbol{\beta}\mathbf{X}_0 + 0.5\sigma^2}$.

## Results

Estimates of the semi-log hedonic price models are shown in table 4. Test results suggest the presence of heteroskedasticity; consequently, we report White's heteroskedasticity-consistent standard errors.[4] The models fit the data well, explaining 50%, 70%, and 66% of the egg price variation in the United States, San Francisco/Oakland, and Dallas/Fort Worth markets, respectively.

As a first step in the analysis, we sought to determine whether the implicit prices were identical across locations. To investigate this issue, a pooled model (or restricted model) was estimated; data from all locations were combined and parameters were constrained to

[4] Because of the nature of egg products, some variables are correlated. For example, production method and the color of eggs were highly collinear (but not perfectly so) due to the fact that different egg-laying breeds tend to be used for specialty egg production. To address this issue, we estimated the hedonic model sequentially, beginning with the simplest model with production method only, and then estimation of the more complicated model with additional attribute variables. *F*-tests were carried out to test for the significance of additional variables; results show all additional sets of variables are significant. Moreover, statistical tests do not support dropping the variables related to egg color from the regression, and the estimates related to production method are not particularly sensitive to inclusion of the color variables.

**Table 4. Semi-Log Hedonic Model Estimates**

| Variable | United States | San Francisco / Oakland | Dallas / Ft. Worth |
|---|---|---|---|
| Constant | −2.043*** | −0.095*** | −1.939*** |
| | (0.039) | (0.013) | (0.031) |
| **Production Method:** | | | |
| *Conventional Fresh* | Base | Base | Base |
| *Cage-Free* | 0.449*** | 0.195*** | 0.407*** |
| | (0.010) | (0.008) | (0.010) |
| *Cage-Free & Omega-3* | 0.209*** | 0.572*** | — |
| | (0.020) | (0.009) | |
| *Cage-Free & Organic* | 0.572*** | 0.379*** | 0.606*** |
| | (0.014) | (0.011) | (0.018) |
| *Fertile* | 0.524*** | −0.020** | — |
| | (0.015) | (0.006) | |
| *Free-Range* | 0.629*** | — | — |
| | (0.054) | | |
| *Free-Range & Organic* | 0.530*** | — | — |
| | (0.044) | | |
| *Natural* | 0.206*** | 0.013 | 0.065*** |
| | (0.014) | (0.018) | (0.011) |
| *Omega-3* | 0.493*** | 0.261*** | 0.357*** |
| | (0.013) | (0.016) | (0.011) |
| *Organic* | 0.614*** | 0.260*** | 0.590*** |
| | (0.009) | (0.006) | (0.019) |
| *Organic & Omega-3* | 0.709*** | 0.255*** | 0.903*** |
| | (0.016) | (0.012) | (0.011) |
| *Pasteurized* | 0.183*** | 0.414*** | 0.986*** |
| | (0.035) | (0.012) | (0.010) |
| *Vegan Fed* | 0.428*** | 0.186*** | 0.522*** |
| | (0.013) | (0.006) | (0.009) |
| None Indicated | −0.026*** | 0.025** | −0.030** |
| | (0.007) | (0.009) | (0.011) |
| **Color:** | | | |
| *White* | Base | Base | Base |
| *Brown* | 0.233*** | 0.150*** | 0.227*** |
| | (0.006) | (0.010) | (0.024) |
| None Indicated | 0.033*** | 0.045** | 0.024 |
| | (0.011) | (0.014) | (0.023) |
| **Size:** | | | |
| *Small* | Base | Base | Base |
| *Medium* | 0.167*** | −0.976*** | 0.174*** |
| | (0.019) | (0.014) | (0.027) |
| *Large* | 0.413*** | −0.838*** | 0.422*** |
| | (0.018) | (0.015) | (0.011) |
| *Extra Large* | 0.481*** | −0.768*** | 0.466*** |
| | (0.019) | (0.010) | (0.012) |
| *Jumbo* | 0.530*** | −0.679*** | 0.475*** |
| | (0.019) | (0.010) | (0.012) |
| *Super Jumbo* | 0.839*** | — | — |
| | (0.026) | | |
| None Indicated | 0.488*** | — | 0.478*** |
| | (0.031) | | (0.019) |

( continued . . . )