**Table 4. Continued**

| Variable | United States | San Francisco / Oakland | Dallas / Ft. Worth |
|---|---|---|---|
| **Package:** | | | |
| *Others* | Base | Base | Base |
| *Carton* | −0.032*** | −0.057 | −0.037** |
| | (0.011) | (0.053) | (0.019) |
| *Cardboard Carton* | −0.017 | −0.062** | 0.008 |
| | (0.012) | (0.021) | (0.016) |
| *Plastic Carton* | 0.005 | −0.072** | 0.018 |
| | (0.013) | (0.031) | (0.038) |
| *Styrofoam Carton* | −0.129*** | 0.044*** | −0.134*** |
| | (0.012) | (0.001) | (0.001) |
| *Paper Carton* | −0.052* | 0.008*** | −0.003*** |
| | (0.027) | (0.001) | (0.000) |
| *Plastic Wrapped Carton* | 0.017 | 0.028*** | −0.055*** |
| | (0.018) | (0.005) | (0.006) |
| *Cardboard Box* | −0.128*** | −0.066*** | 0.169*** |
| | (0.020) | (0.008) | (0.011) |
| None Indicated | −0.063*** | — | 0.614*** |
| | (0.022) | | (0.012) |
| **Brand Label:** | | | |
| *Specific* | Base | Base | Base |
| *Private* | −0.006 | −0.103*** | −0.072*** |
| | (0.005) | (0.009) | (0.011) |
| *#Eggs/Package* | −0.030*** | −0.035*** | −0.024** |
| | (0.003) | (0.009) | (0.012) |
| $(\#Eggs/Package)^2$ | 0.0004*** | 0.0004 | 0.0003 |
| | (0.0001) | (0.009) | (0.012) |
| **Quarterly Dummy:** | | | |
| *October–December* | Base | — | — |
| *January–March* | 0.040*** | — | — |
| | (0.006) | | |
| *April–June* | −0.033*** | — | — |
| | (0.006) | | |
| *July–September* | −0.057*** | — | — |
| | (0.006) | | |
| **Monthly Dummy:** | | | |
| *December* | — | Base | Base |
| *January* | — | −0.019** | −0.073*** |
| | | (0.009) | (0.011) |
| *February* | — | −0.025** | −0.043*** |
| | | (0.008) | (0.011) |
| *March* | — | −0.016** | −0.062*** |
| | | (0.008) | (0.011) |
| *April* | — | −0.040*** | −0.144*** |
| | | (0.008) | (0.011) |
| *May* | — | −0.041*** | −0.153*** |
| | | (0.008) | (0.011) |
| *June* | — | −0.056*** | −0.206*** |
| | | (0.008) | (0.011) |

( continued . . . )

**Table 4. Continued**

| Variable | United States | San Francisco / Oakland | Dallas / Ft. Worth |
|---|---|---|---|
| **Monthly Dummy (cont'd.):** | | | |
| *July* | — | −0.057*** | −0.165*** |
| | | (0.001) | (0.001) |
| *August* | — | −0.052*** | −0.152*** |
| | | (0.001) | (0.001) |
| *September* | — | −0.031*** | −0.100*** |
| | | (0.001) | (0.001) |
| *October* | — | −0.036*** | −0.087*** |
| | | (0.001) | (0.001) |
| *November* | — | −0.028*** | −0.054*** |
| | | (0.001) | (0.001) |
| $R^2$ | 0.503 | 0.704 | 0.664 |
| No. of Observations | 28,701 | 9,053 | 11,158 |

*Notes:* Single, double, and triple asterisks (*,**,***) denote statistical significance at the 10%, 5%, and 1% levels, respectively. Numbers in parentheses are White's heteroskedastic-consistent standard errors.

equal.[5] The hypothesis of equality of coefficients on the three data sets is strongly rejected according to a Chow test ($p < 0.01$). There are many valid reasons to suspect the estimates may differ by location, and this intuition is borne out by statistical tests.

Given the rejection of the hypothesis that data from San Francisco and Dallas can be pooled into a single hedonic price function, one might question the validity of the hedonic model fit to the aggregate U.S. data (i.e., the first column of results in table 4). We report a hedonic price function for the entire U.S. market because it is of interest to policy makers and producers. The U.S. hedonic price function provides information on, for example, the difference in average price of cage-free vs. cage eggs in the United States, which is a statistic of interest to many individuals. We interpret the U.S. model estimates as providing descriptive statistics on the average prices of different types of eggs. It is important to note that the hedonic estimates from a U.S. model will not necessarily equal egg price difference in any particular location or market; moreover, the U.S. hedonic coefficients are not equal to the average hedonic coefficients across all locations.

Looking first at the U.S. market results (based on $N = 28{,}701$ quarterly price observations from 1,985 SKUs observed over five years), table 4 shows that most estimated parameters are statistically significant at the 0.05 level or lower. The coefficient corresponding to cage-free is 0.449, which implies that the U.S. average price premium for cage-free eggs is $100 * [\exp(0.449) - 1] = 56.7\%$ as compared to conventional egg prices. The U.S. average price premium for cage-free eggs (56.7%) over conventional eggs is less than that for free-range eggs (87.57%). Hens laying eggs labeled as both cage-free and free-range are kept uncaged in barns, but typically only free-range hens have access to the outdoors. It should be noted that federal standards for organic labeling require that hens be given outdoor access, and thus organic could also be considered free-range.

The Omega-3 coefficient for the overall U.S. model is 0.493, indicating an average price premium of 63.7% for eggs advertised to have this health benefit. In the U.S. market, organic

[5] The Dallas and San Francisco data represent such a small fraction of the overall U.S. data that any "double counting" in the pooled model is quite minimal. In the first quarter of 2007, less than 4% of all U.S. egg sales in our data set are in the Dallas and San Francisco markets.

eggs receive about an 85% premium over conventional eggs. Bundling the attributes of Omega-3 and organic generates a price premium of approximately 103%.

The average U.S. price premium for brown eggs is about 26% compared to white eggs. Differences in egg color stem from differences in breeds of hens laying the eggs. Although shell color is unrelated to quality, nutrition, or taste, some people may perceive brown eggs as healthier or of better quality than white ones. Because most cage-free and organic eggs are brown, this suggests a significant portion of the observed price premium for these production methods over conventional eggs in the market is likely attributable to color. One of the reasons brown hens (and thus brown eggs) are used in cage-free and organic production systems is that they are genetically predisposed to act more amicably toward other hens in the open barn environment than the traditional breeds of white hens used in the cage system. However, they also tend to be less productive. These productivity differences result in higher production costs for brown eggs, which might also explain the higher price premium for brown eggs over white.

Results in table 4 also show how egg prices vary with other egg attributes such as egg size, packaging material, branding, and package size. The results indicate that larger eggs generally receive price premiums relative to smaller eggs. Prices are also influenced by packaging material; eggs packaged in the most common types such as carton and styrofoam cartons tend to be lower priced than those in other package types. The lowest-priced packaging materials are the styrofoam carton and the cardboard box. Private-labeled eggs are priced about the same as brand-labeled eggs, holding constant other egg characteristics. As the number of eggs per package increases, the results show that the SKU price falls at a decreasing rate, perhaps suggesting volume discounting.

The last two columns in table 4 report the hedonic estimate models for the San Francisco and Dallas regional egg markets. Results reveal that most explanatory variables are statistically significant. The magnitudes of coefficients suggest Dallas is more similar to the United States than it is to San Francisco. Surprisingly, all parameter estimates associated with production method are larger in Dallas than in San Francisco. For example, the implied price premium for organic eggs is about 80% in Dallas but only 30% in San Francisco. Likewise, the price premium for cage-free eggs is about 50% in Dallas but only about 21% in San Francisco. The lower *percentage* premiums in San Francisco vs. Dallas could be explained by the fact that overall retail egg prices are higher in San Francisco than in Dallas. However, as can be observed in table 3 (and as we show later in table 5), cage-free and organic price premiums are higher in Dallas than in San Francisco, not only on a percentage basis but also on an absolute dollar basis as well.

Differences in price premiums across location may result from differences in demand. For example, Dallas consumers may be willing to pay more for cage-free and organic eggs than San Francisco consumers. However, supply differences could also be a factor. Specifically, although consumers in San Francisco may have a higher willingness to pay for cage-free and organic eggs than their Dallas counterparts, a potentially greater supply of these types of eggs in California may result in a relatively lower market price. While it is plausible that supply differences could explain the observed price premiums, it seems unlikely. Eggs can be transported between California and Texas [the shelf life of an egg is around 3–5 weeks (USDA/Food Safety and Inspection Service, 2010)], and California is a net importer of eggs (Sumner et al., 2008).

The highest priced egg in Dallas is the pasteurized egg—commanding a 168% premium over conventional eggs. The implicit price for vegan fed (68.5% premium) is higher in Dallas

Case 2:08-md-02002-GEKP Document 1366-10 Filed 01/06/16 Page 4 of 9



than in San Francisco (20% premium). Implicit prices for "natural" eggs are close to zero in Dallas and San Francisco. The effect of egg size is quite different between these two regional markets. Whereas larger eggs enjoy a price premium in Dallas and in the rest of the United States, small eggs command a price premium in San Francisco. It is unclear why this result was obtained in San Francisco, but it stems from the sale of a single SKU that only appeared in the last 44 weeks of the data set. As such, not much can (or should) be inferred from this particular finding.

At this point, it is worth asking whether the price premiums observed for cage-free and free-range eggs can be attributed to consumers' animal welfare concerns. First, the scientific evidence clearly favors the notion that hen well-being is higher in cage-free production systems than in the typical cage system [see the LayWel Research Project (2004) report, De Mol et al. (2006), or Norwood and Lusk (2011)]. Consequently, there is a clear link between these production systems and animal welfare. Still, it is possible that there are other unobserved factors correlated with cage-free production. Might people buy cage-free eggs for other reasons than production method used? Perhaps, but our regressions control for many of these factors (color, package size, type of packaging, etc.).

One obvious unobserved factor is brand name. We have information on individual brand names for each SKU, but there are too many individual brands in our sample to separately identify the effect of brand name from the individual product attributes and production methods. We partially controlled for such factors with the *Private* vs. *Specific* brand variables shown in table 4. However, even if we expand on this analysis by creating dummy variables for each brand name and then omit any categorical variables that are subsequently unidentified, we continue to find significant price premiums for cage-free eggs. For example, applying this approach to the data from Dallas, we find that the coefficient on cage-free was very similar to the result reported in table 4 (0.43 vs. 0.407), which does not control for each individual brand name. We interpret such findings to imply that the estimated premium for cage-free vs. cage eggs is unlikely to be caused by the presence of unmeasured brand-specific characteristics. Of course, the cage-free label might carry additional connotations other than improved animal well-being, such as perceptions of better taste. Accordingly, the observed price premiums for "cage-free" include animal welfare characteristics in addition to issues like taste and quality that consumers might infer from a cage-free label.

Table 5 reports predicted price premiums for several types of eggs as compared to conventional eggs on a dollar per dozen basis.[6] The expected price for conventional white eggs was about $1.77/dozen in the United States and $1.90/dozen in Dallas; the expected price in San Francisco ($3.03/dozen) was substantially higher. The estimated price for a dozen cage-free, brown eggs was about $3.50/dozen in the United States, $3.57/dozen in Dallas, and $4.28/dozen in San Francisco. Thus, the price premiums for cage-free, brown eggs over conventional, white eggs were about $1.70/dozen in the United States and Dallas but only $1.25/dozen in San Francisco.

Because cage-free and organic eggs are typically brown, whereas most conventional eggs are typically white, it is of interest to ask how much of the premium for cage-free and organic eggs typically observed is a result of egg color. To address this issue, table 5 compares the predicted prices for both brown and white cage-free (and organic) eggs to the predicted price for conventional, white eggs. For example, holding egg color constant at white, the U.S. data

[6] Due to the nonlinear transformation of the regression error, the calculated price premiums are consistent but biased estimates of the sample price premiums.

**Table 5. Predicted Egg Prices and Premiums ($/dozen)**

| Egg Type | United States | San Francisco / Oakland | Dallas / Ft. Worth |
|---|---|---|---|
| Conventional, White | $1.77 | $3.03 | $1.90 |
| Cage-Free, White | $2.77 | $3.68 | $2.85 |
| Cage-Free, Brown | $3.50 | $4.28 | $3.57 |
| Organic, White | $3.27 | $3.93 | $4.68 |
| Organic, Brown | $4.12 | $4.57 | $5.87 |
| Cage-Free, White Premium [a] | $1.00 | $0.65 | $0.95 |
| Cage-Free, Brown Premium [a] | $1.73 | $1.25 | $1.68 |
| % Premium Attributable to Color [b] | 42.04% | 47.73% | 43.27% |
| Organic, White Premium [a] | $1.50 | $0.90 | $2.78 |
| Organic, Brown Premium [a] | $2.36 | $1.54 | $3.97 |
| % Premium Attributable to Color [b] | 36.37% | 41.41% | 30.01% |

*Note:* Estimated values are for one dozen large eggs in a carton container in the fourth quarter of 2008.
[a] Premium relative to conventional, white eggs.
[b] Calculated as: [1 – (*White Premium / Brown Premium*)] * 100.

set indicates cage-free eggs are predicted to command a premium of $1.00/dozen over conventional eggs; however, because most cage-free eggs are brown, the price premium that will typically be observed is instead $1.73/dozen. Based on these calculations, $0.73 of the premium typically observed in a grocery store can be attributable to color, whereas the remaining $1.00 is a result of production practice (cage-free). Thus, 42% of the total premium typically observed for cage-free eggs is linked to egg color, not the fact that hens were housed in cage-free systems. Similarly, about 36.4% of the "typical" organic premium can be attributed to egg color rather than organic production per se.

### *On the Demand for Cage-Free and Organic Eggs*

To this point, we have focused on the descriptive models explaining how egg prices vary with product characteristics. Table 4 provides estimates of the first-stage hedonic analysis and reports the implicit prices of several egg characteristics. While they relate to a point on the demand curve, they do not identify the demand curve as distinct from supply-side factors. Hence, it is worth asking whether and to what extent our data can be used to provide structural estimates of demand.

In classic demand theory, consumer utility is defined over the quantity of goods consumed. However, consumer utility can instead be written as a function of the characteristics or attributes of the goods (e.g., Lancaster, 1966; Rosen, 1974; Gorman, 1980). It is assumed a consumer will choose the good (which is defined by its underlying attributes or characteristics) that maximizes utility, given prices and a budget constraint. The first-order condition of this maximization problem indicates that the marginal price of an attribute (i.e., the derivative of the price of the composite good with respect to the underlying attribute of interest) will equal the consumer's marginal rate of substitution between the attribute and a numeraire (see Rosen, 1974; Taylor, 2003). As demonstrated by Rosen, one can rewrite the optimization problem to derive an optimal bid or willingness-to-pay function. The result of this optimization problem shows that the consumer's marginal willingness to pay for an attribute is

equal to the marginal rate of substitution between the attribute and the numeraire. Thus, from these two equalities, we find that the marginal price of an attribute equals the consumer's marginal willingness to pay for the attribute (see Rosen). This insight is often used to link implicit prices from a hedonic model like that shown in table 4 to consumers' willingness to pay at a point on the demand curve.

For discrete characteristics, however, equality between the marginal implicit price and marginal rate of substitution breaks down because one cannot differentiate the utility function with respect to the discrete variable. The "1st stage" coefficients associated with discrete characteristics provide an estimate of implicit prices, but are not technically marginal rates of substitution (or willingness to pay). Yet, Bajari and Benkard (2005) argued that the coefficients associated with discrete attributes provide information or bounds on willingness to pay given the existence of a price function and an assumption about the functional form for utility (see also Bajari and Kahn, 2005). They went on to show that for discrete characteristics, such as cage-free or organic, the implicit hedonic prices from the first-stage regression can be coupled with data on the choices actually made by consumers to infer willingness to pay.

In particular, the regression coefficients imply that consumers in Dallas faced an expected implicit price premium of \$0.95/dozen for cage-free eggs, holding color constant at white (see table 5). It stands to reason that consumers who bought cage-free eggs in Dallas must have been willing to pay at least \$0.95/dozen for cage-free eggs, and consumers who chose not to buy cage-free eggs must have had a willingness to pay of something less than \$0.95/dozen for this characteristic. Despite this high implicit price (or perhaps because of it), just 0.50% of eggs purchased in Dallas were cage-free only (see table 2). A Turnbull lower-bound estimate on willingness to pay for cage-free eggs in Dallas is $0.005 * 0.95 = \$0.01$/dozen (see Haab and McConnell, 2002, p. 76). Similar reasoning suggests lower-bound estimates of about one to three cents on cage-free and organic eggs in Dallas and San Francisco.

One could take this line of reasoning further and actually estimate the mean willingness to pay in the population using the approach outlined in Bajari and Kahn (2005). The approach requires estimating the implicit price premium for cage-free or organic eggs at each data point, and calculating the probability of purchasing cage-free at each SKU using an assumed parametric function for the distribution of willingness to pay. Coupling this probability statement with the actual quantity of each SKU sold in a likelihood function, one can arrive at an estimate of the mean willingness to pay.

When we apply this approach to our data, we find the estimated mean willingness-to-pay values for cage-free and organic that rationalize the consumption data are very small.[7] This finding might seem counterintuitive initially, but it is perfectly consistent with the underlying data. Although the implicit prices for organic or cage-free are quite high, there are few people actually willing to pay the implicit price for cage-free and organic eggs, as evidenced by the small market shares for these products (see table 2). While *some* people are willing to pay the implicit price for cage-free or organic, most are not. Thus, in a population of shoppers, the mean willingness to pay for cage-free (or organic) eggs is substantially less than the estimated implicit price premium for cage-free (or organic) despite the existence of a few shoppers who are willing to pay significant premiums for these products.

[7]The unconstrained means are in fact negative. One could force the estimated willingness to pay for cage-free or organic to be positive by picking a particular distribution such as a lognormal distribution or a uniform with a limit at zero; but in such cases, we find that the likelihood function simply converges at the boundary, \$0.

## Conclusions

The U.S. fresh egg market has recently witnessed an explosion in product differentiation. Using retail scanner data collected from a representative sample of grocery stores in the United States, this study investigated the value of several egg attributes using the hedonic method.

Specialty eggs commanded significant price premiums over conventional eggs. For example, the average U.S. percentage price premium for organic and Omega-3 eggs is over 100%. Other characteristics, such as egg color, package type, and egg size, were also significantly related to egg price. We also studied hedonic egg prices in two specific metropolitan areas—San Francisco/Oakland, California, and Dallas/Fort Worth, Texas—and found significant differences across locations. Somewhat surprisingly, estimated price premiums for cage-free and organic attributes appear lower in the state for which a ballot referendum to ban battery cage production recently passed than in a state many would think would be less open to animal welfare issues. Although egg prices were substantially higher in San Francisco, the price premiums for cage-free, organic, and other alternative production methods tended to be higher in Dallas.

Despite the high price premiums observed for cage-free and organic eggs, our data also reveal that the market shares for such products are very small. These data suggest average consumer willingness to pay in the population of egg shoppers is much less than the estimated price premiums. It should be noted that our data are not particularly informative in precisely articulating the average willingness-to-pay value, in part because cage-free and organic eggs are always so much higher priced than conventional eggs. One would need survey or experimental data to better project what choices people would make were prices more similar.

One interesting finding emerging from our analysis is that the retail price premiums observed for cage-free and free-range eggs appear much larger than the estimated cost differences at the farm level. For example, Sumner et al. (2008) estimate the costs of production to be about $0.31/dozen higher in cage-free vs. cage production systems at the farm level, but our estimates suggest the U.S. average retail price premium for cage-free eggs is $1.00/dozen. The data reported here are potentially revealing in what they have to say about retailers' pricing strategies. Although the market shares for cage-free and organic eggs are small, such products appear in almost every major grocery store chain, indicating the price premiums are probably not a result of the offerings of a particular kind of store. The price of any one egg characteristic is influenced by the cost and value of the good, but price could also be strategically set to encourage the patronage of certain consumers, allowing the food retailer to charge higher premiums on other goods. Whole turkeys at Thanksgiving are a prime example. Food retailers are suspected of selling turkeys at a loss on Thanksgiving, providing consumers with a large consumer surplus, which may increase the value of shopping at the store and increase consumers' willingness to pay for other items (DeGraba, 2006). It is possible that stores in some areas may sell cage-free eggs at lower prices than other areas as a strategy to influence store volume and price premiums for other goods. Just as turkey prices decline at precisely the same time demand rises, it is possible—though perhaps not probable—that higher demand for cage-free eggs in one location may translate into lower prices.

Also interesting is the mix of products offered in the market place. Apparently egg producers often bundle attributes and redundantly label attributes (e.g., an organic product is both cage-free and free-range, but some packages explicitly label all characteristics whereas

others do not). Two often bundled characteristics (due to the particulars of egg production) are egg color and cage-free production. Because our data set contains a few "unusual" SKUs which are either brown and cage-raised or are white and cage-free, we can estimate the portion of the "typical" price premium witnessed on cage-free eggs that results solely due to color rather than a change in production practice. Based on our estimates, approximately 42% of the typical cage-free premium and about 36% of the organic premium can be attributed to the fact that these products are typically brown.

The hedonic approach employed in this paper is useful for identifying the implicit prices of egg characteristics. Such information is valuable for producers to know whether it is profitable to undertake costly investments to change production systems, and it is also beneficial in judging the potential impacts on market prices which may result from state-wide ballot initiatives that ban certain production practices. Future research will focus on exploring approaches for estimating consumer demand (rather than implicit prices) for egg production characteristics, identifying the determinants of demand for more "animal-friendly" products, and exploring retailer pricing strategies.

[*Received September 2009; final revision received August 2010.*]

## References


American Egg Board. "Egg Industry Facts Sheet." Online. Available at http://www.aeb.org/egg_industry/industry_facts/fact_sheet.html. [Accessed August 10, 2009.]

Asselin, A. M. "Eggcentric Behavior-Consumer Characteristics that Demonstrate Greater Willingness to Pay for Functionality." *Amer. J. Agr. Econ.* 87(2005):1339–1344.

Bajari, P., and C. L. Benkard. "Demand Estimation with Heterogeneous Consumers and Unobserved Product Characteristics: A Hedonic Approach." *J. Polit. Econ.* 113(2005):1239–1276.

Bajari, P., and M. E. Kahn. "Estimating Housing Demand with and Application to Explaining Racial Segregation in Cities." *J. Bus. and Econ. Statis.* 23(2005):20–33.

Baltzer, K. "Consumers' Willingness to Pay for Food Quality—The Case of Eggs." *Food Econ.* 1(2004):78–90.

Bennett, R. M. "Farm Animal Welfare and Food Policy." *Food Policy* 22(1997):281–288.

DeGraba, P. "The Loss Leader Is a Turkey: Targeted Discounts from Multi-Product Competitors." *Internat. J. Indust. Org.* 24(2006):613–628.

De Mol, R. M., W. G. P. Schouten, E. Evers, H. Drost, H. W. J. Houwers, and A. C. Smits. "A Computer Model for Welfare Assessment of Poultry Production Systems for Laying Hens." *Netherlands J. Agr. Sci.* 54(2006):157–168.

Diewert, E. "Hedonic Regressions: A Review of Some Unsolved Issues." Paper presented at Conference on Research in Income and Wealth, National Bureau of Economic Research, Cambridge, MA, 2003. Online. Available at http://www.nber.org/CRIW/papers/diewert.pdf. [Last accessed May 1, 2010.]

Fearne, A., and D. Lavelle. "Perceptions of Food 'Quality' and the Power of Marketing Communication: Results of Consumer Research on a Branded-Egg Concept." *J. Product & Brand Mgmt.* 5(1996):29–42.

Gorman, W. M. "A Possible Procedure for Analyzing Quality Differentials in the Egg Market." *Rev. Econ. Stud.* 47(1980):843–856.

Haab, T. C., and K. E. McConnell. *Valuing Environmental and Natural Resources: The Econometrics of Non-Market Valuation.* Northampton, MA: Edward Elgar Publishing, 2002.

Halvorsen, R., and R. Palmquist. "The Interpretation of Dummy Variables in Semilogarithmic Equations." *Amer. Econ. Rev.* 70(1980):474–475.

Humane Society of the United States. "Humane State Ranking." Online. Available at http://www.humanesociety.org/news/press_releases/2010/02/humane_state_rankings_020810.html. [Accessed February 2010.]

Karipidis, P., E. Tsakiridou, N. Tabakis, and K. Mattas. "Hedonic Analysis of Retail Egg Prices." *J. Food Distrib. Res.* 36(2005):68–73.

Lancaster, K. "A New Approach to Consumer Theory." *J. Polit. Econ.* 74(1966):132–157.

LayWel Research Project. "Welfare Implications of Changes in Production Systems for Laying Hens." Pub. No. SSPE-CT-2004-502315, Specific Targeted Research Project (STReP), FP6 European Research Programme, 2004.

Lusk, J. L. "The Effect of Proposition 2 on the Demand for Eggs in California." *J. Agr. and Food Indust. Org.* 8(2010): Issue No. 1, Article 3.

McConnell, K., and I. E. Strand. "Hedonic Prices for Fish: Tuna Prices in Hawaii." *Amer. J. Agr. Econ.* 82(2000):133–144.

Norwood, F. B., and J. L. Lusk. *Compassion by the Pound: The Economics of Farm Animal Welfare*. Oxford, UK: Oxford University Press, 2011.

Oberholtzer, L., C. Greene, and E. Lopez. "Organic Poultry and Eggs Capture High Price Premiums and Growing Share of Specialty Markets." USDA/Economic Research Service Outlook Report No. LDP-M-150-01, Washington, DC, 2006. Online. Available at http://www.ers.usda.gov/Publications/LDP/2006/12Dec/LDPM15001/ldpm15001.pdf. [Last accessed May 1, 2010.]

Oczkowski, E. "A Hedonic Price Function for Australian Premium Table Wine." *Austral. J. Agr. Econ.* 38(1994):93–110.

Putnam, J. J., and J. E. Allshouse. "Food Consumption, Prices, and Expenditures, 1970–97." Statis. Bull. No. SB-965, USDA/Economic Research Service, Washington, DC, 1999.

Rosen, S. "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition." *J. Polit. Econ.* 82(1974):34–55.

Sumner, D. A., J. T. Rosen-Molina, W. A. Matthews, J. A. Mench, and K. R. Richter. "Economic Effects of Proposed Restrictions on Egg-Laying Hen Housing in California." University of California Agricultural Issues Center Report, July 2008.

Taylor, L. O. "The Hedonic Method." In *A Primer on Nonmarket Valuation*, eds., P. A. Champ, K. J. Boyle, and T. C. Brown, pp. 331–393. Norwell, MA: Kluwer Academic Publishers, 2003.

U.S. Department of Agriculture, Economic Research Service. "Food Availability: Spreadsheets, Eggs: Per-Capita Availability," 2009. Online. Available at http://www.ers.usda.gov/data/foodconsumption/Spreadsheets/eggs.xls. [Last accessed May 1, 2010.]

U.S. Department of Agriculture, Food Safety and Inspection Service. "Fact Sheets: Egg Products Preparation." Online. Available at http://www.fsis.usda.gov/Fact_Sheets/Focus_On_Shell_Eggs/index.asp. [Last accessed May 1, 2010.]

Waugh, F. V. "Quality Factors Influencing Vegetable Prices." *J. Farm Econ.* 19(1928):185–196.