# Introductory Econometrics

## A Modern Approach

4e

Jeffrey M. Wooldridge
Michigan State University

SOUTH-WESTERN
CENGAGE Learning

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

SOUTH-WESTERN
CENGAGE Learning

**Introductory Econometrics, Fourth Edition**
**Jeffrey M. Wooldridge**

Vice President of Editorial, Business: Jack W. Calhoun

Executive Editor: Mike Worls

Sr. Developmental Editor: Laura Bofinger

Sr. Content Project Manager: Martha Conway

Marketing Specialist: Betty Jung

Marketing Communications Manager: Sarah Greber

Media Editor: Deepak Kumar

Sr. Manufacturing Coordinator: Sandee Milewski

Production Service: Macmillan Publishing Solutions

Sr. Art Director: Michelle Kunkler

Internal Designer: c miller design

Cover Designer: c miller design

Cover Image: © John Foxx/Getty Images, Inc.

© 2009, 2006 South-Western, a part of Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, information storage and retrieval systems, or in any other manner—except as may be permitted by the license terms herein.

For product information and technology assistance, contact us at **Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product, submit all requests online at **cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

Library of Congress Control Number: 2008921832

Student Edition package ISBN-13: 978-0-324-58162-1

Student Edition package ISBN-10: 0-324-58162-9

Student Edition ISBN 13: 978-0-324-66054-8

Student Edition ISBN 10: 0-324-66054-5

**South-Western Cengage Learning**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

For your course and learning solutions, visit **academic.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.ichapters.com**

Printed in the United States of America
1 2 3 4 5 6 7 12 11 10 09 08

It is quite simple to compute a 95% confidence interval for $\theta_1 = \beta_1 - \beta_2$. Using the standard normal approximation, the CI is obtained as usual: $\hat{\theta}_1 \pm 1.96\ \mathrm{se}(\hat{\theta}_1)$, which in this case leads to $-.0102 \pm .0135$.

The strategy of rewriting the model so that it contains the parameter of interest works in all cases and is easy to implement. (See Computer Exercises C4.1 and C4.3 for other examples.)

# 4.5 Testing Multiple Linear Restrictions: The *F* Test

The *t* statistic associated with any OLS coefficient can be used to test whether the corresponding unknown parameter in the population is equal to any given constant (which is usually, but not always, zero). We have just shown how to test hypotheses about a single linear combination of the $\beta_j$ by rearranging the equation and running a regression using transformed variables. But so far, we have only covered hypotheses involving a *single* restriction. Frequently, we wish to test *multiple* hypotheses about the underlying parameters $\beta_0, \beta_1, \ldots, \beta_k$. We begin with the leading case of testing whether a set of independent variables has no partial effect on a dependent variable.

## Testing Exclusion Restrictions

We already know how to test whether a particular variable has no partial effect on the dependent variable: use the *t* statistic. Now, we want to test whether a *group* of variables has no effect on the dependent variable. More precisely, the null hypothesis is that a set of variables has no effect on *y*, once another set of variables has been controlled.

As an illustration of why testing significance of a group of variables is useful, we consider the following model that explains major league baseball players' salaries:

$$\log(salary) = \beta_0 + \beta_1 years + \beta_2 gamesyr + \beta_3 bavg + \beta_4 hrunsyr + \beta_5 rbisyr + u, \tag{4.28}$$

where *salary* is the 1993 total salary, *years* is years in the league, *gamesyr* is average games played per year, *bavg* is career batting average (for example, *bavg* = 250), *hrunsyr* is home runs per year, and *rbisyr* is runs batted in per year. Suppose we want to test the null hypothesis that, once years in the league and games per year have been controlled for, the statistics measuring performance—*bavg*, *hrunsyr*, and *rbisyr*—have no effect on salary. Essentially, the null hypothesis states that productivity as measured by baseball statistics has no effect on salary.

In terms of the parameters of the model, the null hypothesis is stated as

$$\mathrm{H}_0\colon \beta_3 = 0, \beta_4 = 0, \beta_5 = 0. \tag{4.29}$$

The null (4.29) constitutes three **exclusion restrictions**: If (4.29) is true, then *bavg*, *hrunsyr*, and *rbisyr* have no effect on log(*salary*) after *years* and *gamesyr* have been controlled for and therefore should be excluded from the model. This is an example of a set of **multiple restrictions** because we are putting more than one restriction on the parameters in (4.28); we will see more general examples of multiple restrictions later. A test of multiple restrictions is called a **multiple hypotheses test** or a **joint hypotheses test**.

Case 2:08-md-02002-GEKP Document 1366-11 Filed 01/06/16 Page 4 of 8



What should be the alternative to (4.29)? If what we have in mind is that "performance statistics matter, even after controlling for years in the league and games per year," then the appropriate alternative is simply

$$H_1\text{: } H_0 \text{ is not true.} \tag{4.30}$$

The alternative (4.30) holds if at least one of $\beta_3$, $\beta_4$, or $\beta_5$ is different from zero. (Any or all could be different from zero.) The test we study here is constructed to detect any violation of $H_0$. It is also valid when the alternative is something like $H_1$: $\beta_3 > 0$, or $\beta_4 > 0$, or $\beta_5 > 0$, but it will not be the best possible test under such alternatives. We do not have the space or statistical background necessary to cover tests that have more power under multiple one-sided alternatives.

How should we proceed in testing (4.29) against (4.30)? It is tempting to test (4.29) by using the $t$ statistics on the variables *bavg*, *hrunsyr*, and *rbisyr* to determine whether each variable is *individually* significant. This option is not appropriate. A particular $t$ statistic tests a hypothesis that puts no restrictions on the other parameters. Besides, we would have three outcomes to contend with—one for each $t$ statistic. What would constitute rejection of (4.29) at, say, the 5% level? Should all three or only one of the three $t$ statistics be required to be significant at the 5% level? These are hard questions, and fortunately we do not have to answer them. Furthermore, using separate $t$ statistics to test a multiple hypothesis like (4.29) can be very misleading. We need a way to test the exclusion restrictions *jointly*.

To illustrate these issues, we estimate equation (4.28) using the data in MLB1.RAW. This gives

$$\begin{aligned}\widehat{\log(salary)} = {} & \underset{(0.29)}{11.19} + \underset{(.0121)}{.0689}\, years + \underset{(.0026)}{.0126}\, gamesyr \\ & + \underset{(.00110)}{.00098}\, bavg + \underset{(.0161)}{.0144}\, hrunsyr + \underset{(.0072)}{.0108}\, rbisyr \\ & n = 353,\ \text{SSR} = 183.186,\ R^2 = .6278,\end{aligned} \tag{4.31}$$

where SSR is the sum of squared residuals. (We will use this later.) We have left several terms after the decimal in SSR and $R$-squared to facilitate future comparisons. Equation (4.31) reveals that, whereas *years* and *gamesyr* are statistically significant, none of the variables *bavg*, *hrunsyr*, and *rbisyr* has a statistically significant $t$ statistic against a two-sided alternative, at the 5% significance level. (The $t$ statistic on *rbisyr* is the closest to being significant; its two-sided $p$-value is .134.) Thus, based on the three $t$ statistics, it appears that we cannot reject $H_0$.

This conclusion turns out to be wrong. To see this, we must derive a test of multiple restrictions whose distribution is known and tabulated. The sum of squared residuals now turns out to provide a very convenient basis for testing multiple hypotheses. We will also show how the $R$-squared can be used in the special case of testing for exclusion restrictions.

Knowing the sum of squared residuals in (4.31) tells us nothing about the truth of the hypothesis in (4.29). However, the factor that will tell us something is how much the SSR increases when we drop the variables *bavg*, *hrunsyr*, and *rbisyr* from the model. Remember that, because the OLS estimates are chosen to minimize the sum of squared residuals, the SSR *always* increases when variables are dropped from the model; this is an

algebraic fact. The question is whether this increase is large enough, *relative* to the SSR in the model with all of the variables, to warrant rejecting the null hypothesis.

The model without the three variables in question is simply

$$\log(salary) = \beta_0 + \beta_1 years + \beta_2 gamesyr + u. \tag{4.32}$$

In the context of hypothesis testing, equation (4.32) is the **restricted model** for testing (4.29); model (4.28) is called the **unrestricted model**. The restricted model always has fewer parameters than the unrestricted model.

When we estimate the restricted model using the data in MLB1.RAW, we obtain

$$\begin{aligned} \widehat{\log(salary)} &= \underset{(.11)}{11.22} + \underset{(.0125)}{.0713}\, years + \underset{(.0013)}{.0202}\, gamesyr \\ n &= 353,\ \text{SSR} = 198.311,\ R^2 = .5971. \end{aligned} \tag{4.33}$$

As we surmised, the SSR from (4.33) is greater than the SSR from (4.31), and the $R$-squared from the restricted model is less than the $R$-squared from the unrestricted model. What we need to decide is whether the increase in the SSR in going from the unrestricted model to the restricted model (183.186 to 198.311) is large enough to warrant rejection of (4.29). As with all testing, the answer depends on the significance level of the test. But we cannot carry out the test at a chosen significance level until we have a statistic whose distribution is known, and can be tabulated, under $H_0$. Thus, we need a way to combine the information in the two SSRs to obtain a test statistic with a known distribution under $H_0$.

Because it is no more difficult, we might as well derive the test for the general case. Write the *unrestricted* model with $k$ independent variables as

$$y = \beta_0 + \beta_1 x_1 + \ldots + \beta_k x_k + u; \tag{4.34}$$

the number of parameters in the unrestricted model is $k + 1$. (Remember to add one for the intercept.) Suppose that we have $q$ exclusion restrictions to test: that is, the null hypothesis states that $q$ of the variables in (4.34) have zero coefficients. For notational simplicity, assume that it is the last $q$ variables in the list of independent variables: $x_{k-q+1}, \ldots, x_k$. (The order of the variables, of course, is arbitrary and unimportant.) The null hypothesis is stated as

$$H_0\colon \beta_{k-q+1} = 0, \ldots, \beta_k = 0, \tag{4.35}$$

which puts $q$ exclusion restrictions on the model (4.34). The alternative to (4.35) is simply that it is false; this means that at least one of the parameters listed in (4.35) is different from zero. When we impose the restrictions under $H_0$, we are left with the restricted model:

$$y = \beta_0 + \beta_1 x_1 + \ldots + \beta_{k-q} x_{k-q} + u. \tag{4.36}$$

In this subsection, we assume that both the unrestricted and restricted models contain an intercept, since that is the case most widely encountered in practice.

Now, for the test statistic itself. Earlier, we suggested that looking at the relative increase in the SSR when moving from the unrestricted to the restricted model should be informative for testing the hypothesis (4.35). The ***F* statistic** (or *F ratio*) is defined by

$$F \equiv \frac{(\text{SSR}_r - \text{SSR}_{ur})/q}{\text{SSR}_{ur}/(n - k - 1)}, \tag{4.37}$$

Case 2:08-md-02002-GEKP Document 1366-11 Filed 01/06/16 Page 6 of 8



where $SSR_r$ is the sum of squared residuals from the restricted model and $SSR_{ur}$ is the sum of squared residuals from the unrestricted model.

**Question 4.4**

Consider relating individual performance on a standardized test, *score*, to a variety of other variables. School factors include average class size, per student expenditures, average teacher compensation, and total school enrollment. Other variables specific to the student are family income, mother's education, father's education, and number of siblings. The model is

$$score = \beta_0 + \beta_1 classize + \beta_2 expend + \beta_3 tchcomp + \beta_4 enroll + \beta_5 faminc + \beta_6 motheduc + \beta_7 fatheduc + \beta_8 siblings + u.$$

State the null hypothesis that student-specific variables have no effect on standardized test performance, once school-related factors have been controlled for. What are $k$ and $q$ for this example? Write down the restricted version of the model.

You should immediately notice that, since $SSR_r$ can be no smaller than $SSR_{ur}$, the $F$ statistic is *always* nonnegative (and almost always strictly positive). Thus, if you compute a negative $F$ statistic, then something is wrong; the order of the SSRs in the numerator of $F$ has usually been reversed. Also, the SSR in the denominator of $F$ is the SSR from the *unrestricted* model. The easiest way to remember where the SSRs appear is to think of $F$ as measuring the relative increase in SSR when moving from the unrestricted to the restricted model.

The difference in SSRs in the numerator of $F$ is divided by $q$, which is the number of restrictions imposed in moving from the unrestricted to the restricted model ($q$ independent variables are dropped). Therefore, we can write

$$q = \textbf{numerator degrees of freedom} = df_r - df_{ur}, \qquad (4.38)$$

which also shows that $q$ is the difference in degrees of freedom between the restricted and unrestricted models. (Recall that $df$ = number of observations − number of estimated parameters.) Since the restricted model has fewer parameters—and each model is estimated using the same $n$ observations—$df_r$ is always greater than $df_{ur}$.

The SSR in the denominator of $F$ is divided by the degrees of freedom in the unrestricted model:

$$n - k - 1 = \textbf{denominator degrees of freedom} = df_{ur}. \qquad (4.39)$$

In fact, the denominator of $F$ is just the unbiased estimator of $\sigma^2 = \text{Var}(u)$ in the unrestricted model.

In a particular application, computing the $F$ statistic is easier than wading through the somewhat cumbersome notation used to describe the general case. We first obtain the degrees of freedom in the unrestricted model, $df_{ur}$. Then, we count how many variables are excluded in the restricted model; this is $q$. The SSRs are reported with every OLS regression, and so forming the $F$ statistic is simple.

In the major league baseball salary regression, $n = 353$, and the full model (4.28) contains six parameters. Thus, $n - k - 1 = df_{ur} = 353 - 6 = 347$. The restricted model (4.32) contains three fewer independent variables than (4.28), and so $q = 3$. Thus, we have all of the ingredients to compute the $F$ statistic; we hold off doing so until we know what to do with it.

To use the $F$ statistic, we must know its sampling distribution under the null in order to choose critical values and rejection rules. It can be shown that, under $H_0$ (and assuming the CLM assumptions hold), $F$ is distributed as an $F$ random variable with $(q,n - k - 1)$ degrees of freedom. We write this as

$$F \sim F_{q,n-k-1}.$$

very strongly. Thus, we conclude that the variables in the *bwght* equation *do* explain some variation in *bwght*. The amount explained is not large: only 3.87%. But the seemingly small *R*-squared results in a highly significant *F* statistic. That is why we must compute the *F* statistic to test for joint significance and not just look at the size of the *R*-squared.

Occasionally, the *F* statistic for the hypothesis that all independent variables are jointly insignificant is the focus of a study. Problem 4.10 asks you to use stock return data to test whether stock returns over a four-year horizon are predictable based on information known only at the beginning of the period. Under the *efficient markets hypothesis*, the returns should not be predictable; the null hypothesis is precisely (4.44).

## Testing General Linear Restrictions

Testing exclusion restrictions is by far the most important application of *F* statistics. Sometimes, however, the restrictions implied by a theory are more complicated than just excluding some independent variables. It is still straightforward to use the *F* statistic for testing.

As an example, consider the following equation:

$$\log(price) = \beta_0 + \beta_1\log(assess) + \beta_2\log(lotsize) + \beta_3\log(sqrft) + \beta_4 bdrms + u, \tag{4.47}$$

where

*price* = house price.
*assess* = the assessed housing value (before the house was sold).
*lotsize* = size of the lot, in feet.
*sqrft* = square footage.
*bdrms* = number of bedrooms.

Now, suppose we would like to test whether the assessed housing price is a rational valuation. If this is the case, then a 1% change in *assess* should be associated with a 1% change in *price*; that is, $\beta_1 = 1$. In addition, *lotsize*, *sqrft*, and *bdrms* should not help to explain log(*price*), once the assessed value has been controlled for. Together, these hypotheses can be stated as

$$\text{H}_0\text{: } \beta_1 = 1, \beta_2 = 0, \beta_3 = 0, \beta_4 = 0. \tag{4.48}$$

Four restrictions have to be tested; three are exclusion restrictions, but $\beta_1 = 1$ is not. How can we test this hypothesis using the *F* statistic?

As in the exclusion restriction case, we estimate the unrestricted model, (4.47) in this case, and then impose the restrictions in (4.48) to obtain the restricted model. It is the second step that can be a little tricky. But all we do is plug in the restrictions. If we write (4.47) as

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + \beta_3 x_3 + \beta_4 x_4 + u, \tag{4.49}$$

then the restricted model is $y = \beta_0 + x_1 + u$. Now, to impose the restriction that the coefficient on $x_1$ is unity, we must estimate the following model:

$$y - x_1 = \beta_0 + u. \tag{4.50}$$

This is just a model with an intercept ($\beta_0$) but with a different dependent variable than in (4.49). The procedure for computing the *F* statistic is the same: estimate (4.50), obtain the

The return to education in 1978 is estimated to be about 7.5%; the return to education in 1985 is about 1.85 percentage points *higher*, or about 9.35%. Because the $t$ statistic on the interaction term is $.0185/.0094 \approx 1.97$, the difference in the return to education is statistically significant at the 5% level against a two-sided alternative.

What about the gender gap? In 1978, other things being equal, a woman earned about 31.7% less than a man (27.2% is the more accurate estimate). In 1985, the gap in log(*wage*) is $-.317 + .085 = -.232$. Therefore, the gender gap appears to have fallen from 1978 to 1985 by about 8.5 percentage points. The $t$ statistic on the interaction term is about 1.67, which means it is significant at the 5% level against the positive one-sided alternative.

What happens if we interact *all* independent variables with *y85* in equation (13.2)? This is identical to estimating two separate equations, one for 1978 and one for 1985. Sometimes, this is desirable. For example, in Chapter 7, we discussed a study by Krueger (1993) in which he estimated the return to using a computer on the job. Krueger estimates two separate equations, one using the 1984 CPS and the other using the 1989 CPS. By comparing how the return to education changes across time and whether or not computer usage is controlled for, he estimates that one-third to one-half of the observed increase in the return to education over the five-year period can be attributed to increased computer usage. [See Tables VIII and IX in Krueger (1993).]

## The Chow Test for Structural Change across Time

In Chapter 7, we discussed how the Chow test—which is simply an $F$ test—can be used to determine whether a multiple regression function differs across two groups. We can apply that test to two different time periods as well. One form of the test obtains the sum of squared residuals from the pooled estimation as the restricted SSR. The unrestricted SSR is the sum of the SSRs for the two separately estimated time periods. The mechanics of computing the statistic are exactly as they were in Section 7.4. A heteroskedasticity-robust version is also available (see Section 8.2).

Example 13.2 suggests another way to compute the Chow test for two time periods by interacting each variable with a year dummy for one of the two years and testing for joint significance of the year dummy and all of the interaction terms. Since the intercept in a regression model often changes over time (due to, say, inflation in the housing price example), this full-blown Chow test can detect such changes. It is usually more interesting to allow for an intercept difference and then to test whether certain slope coefficients change over time (as we did in Example 13.2).

A Chow test can also be computed for more than two time periods. Just as in the two-period case, it is usually more interesting to allow the intercepts to change over time and then test whether the slope coefficients have changed over time. We can test the constancy of slope coefficients generally by interacting all of the time period dummies (except that defining the base group) with one, several, or all of the explanatory variables and test the joint significance of the interaction terms. Computer Exercises C13.1 and C13.2 are examples. For many time periods and explanatory variables, constructing a full set of interactions can be tedious. Alternatively, we can adapt the approach described in part (vi) of Computer Exercise C7.11. First, estimate the restricted model by doing a pooled regression allowing for different time intercepts; this gives $SSR_r$. Then, run a regression for each of the, say, $T$ time periods and obtain the sum of squared residuals for each time