IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : : | MULTIDISTRICT LITIGATION No. 08-md-2002 |
| *THIS DOCUMENT APPLIES TO* *DIRECT PURCHASER ACTIONS* | : : | |

## ORDER

**AND NOW**, this 2nd day of February, 2016, upon consideration of Direct Purchaser Plaintiffs' Motion for Class Certification (Doc. No. 978), the Court's Memorandum and Order Granting the Motion for Class Certification in Part and Denying the Motion in Part and directing the parties to submit supplemental briefing addressing the appropriate length of the shell egg class (Doc. Nos. 1324 & 1325), as well as the supplemental briefing submitted by the parties (Doc. Nos. 1333 & 1334), it is **hereby ORDERED** that:

1. The following class of shell egg purchasers is hereby certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

    All individuals and entities that purchased shell eggs produced from caged birds in the United States directly from Defendants during the Class Period from September 24, 2004 through December 31, 2008.

    Excluded from the Class are the Defendants, their co–conspirators, and their respective parents, subsidiaries, and affiliates, as well as any government entities. Also excluded from the Class are purchasers of "specialty" shell eggs (such as "organic," "certified organic," "free range," "cage free", "nutritionally enhanced," or "vegetarian fed") and purchasers of hatching eggs, which are used by poultry breeders to produce breeder stock or growing stock for laying hens or meat.

2. The following entities are hereby appointed as class representatives:

    T.K. Ribbing's Family Restaurant, LLC;

    John A. Lisciandro d/b/a/Lisciandro's Restaurant;

Eby-Brown Company LLC; and

Karetas Foods, Inc.

3. The following individuals are appointed as class counsel to the shell egg class:

Mindee J. Reuben, Lite DePalma Greenberg, LLC;

Michael D. Hausfeld, Hausfeld LLP;

Stanley D. Bernstein, Bernstein Liebhard LLP; and

Stephen D. Susman, Susman Godfrey LLP.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge