IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : : : |
| *THIS DOCUMENT APPLIES TO:* **All Indirect Purchaser Actions** | : No. 08-md-2002 : |

## ORDER

**AND NOW**, this 10th day of May 2016, after consideration of Indirect Purchaser Plaintiffs' Motion to Stay the Named Plaintiffs' Individual Damages Claims (Doc. No. 1347), and in further consideration of the Defendants' response indicating that they take no position on the plaintiffs' motion (Doc. No. 1376), it is hereby **ORDERED** that Indirect Purchaser Plaintiffs' Motion is **GRANTED** and consideration of the following Motions for Summary Judgment are stayed until the Indirect Purchaser Plaintiffs' 23(f) petition of this Court's September 18, 2015 Order denying certification to state law damages classes under Rule 23(b)(3) is resolved: (1) Certain Defendants' Motion for Summary Judgment against Indirect Purchaser Plaintiffs on Damages (Doc. Nos. 1241, 1266, 1285, 1286, 1287, 1307); (2) Indirect Purchaser Plaintiffs' Motion for Partial Summary Judgment on Defendants' Cooperative and Agricultural Marketing Affirmative Defenses Pled Under State Law (Doc. Nos. 1240, 1247, 1248, 1259, 1311); (3) Defendants' Motion for Summary Judgment on Count XIV of the Fifth Amended Complaint (Claims under New York Law) (Doc. Nos. 1237, 1261, 1297); (4) Defendants' Motion for Summary Judgment on Count III of the Fifth Amended Complaint (Claims under California Law) (Doc. Nos. 1235, 1260, 1296); and (5) the Moark Massachusetts Motion (no pre-suit notice) (Doc. Nos. 1236, 1264, 1298) (collectively, the "State Law Motions").

This Order will not stay or otherwise affect Indirect Purchasers' claims for injunctive relief under the Sherman Act.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge