IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES ALL INDIRECT PURCHASER CASES | : : : | No. 08-md-2002 |

## O R D E R

**AND NOW**, this 18th day of July, 2016, upon consideration of Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Jesse David (Doc. No. 1193), Defendant Rose Acre, Inc.'s, Response in Opposition (Doc. No. 1203), Plaintiffs' Reply Memorandum in Further Support of the Motion (Doc. No. 1218), the Rose Acre's post-hearing briefing (Doc. No. 1365), as well as the oral argument of counsel and the live testimony of Dr. David, it is **hereby ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

__s/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge