IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL ACTIONS | : : | No. 08-md-2002 |

## ORDER

AND NOW, this 11th day of August, 2016, upon consideration of Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Michelle Burtis (Doc. No. 1194), which the Direct Purchaser Plaintiffs have joined in part (Doc. No. 1195), Defendant Michael Foods's Response in Opposition (Doc. No. 1201), Plaintiffs' Reply Memorandum in Further Support of the Motion (Doc. No. 1217) which the Direct Purchaser Plaintiffs have joined in part (Doc. No. 1216), it is **hereby ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge

1