IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL ACTIONS | | No. 08-md-2002 |

## ORDER

AND NOW, this 30th day of August, 2016, upon consideration of All Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Michael Darre (Doc. No. 1197), Certain Defendants' Response in Opposition (Doc. No. 1204), and Plaintiffs' Reply Memorandum in Further Support of the Motion (Doc. No. 1215), it is **hereby ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1