IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : No. 08-md-2002 : |

## ORDER

**AND NOW**, this 1st day of September, 2016, upon consideration of Plaintiffs' Motion to Exclude the Opinions and Testimony of Dr. Jonathan Walker (Doc. No. 1196), Certain Defendants' Response in Opposition (Doc. No. 1207), Plaintiffs' Reply Memorandum (Doc. No. 1225), the parties' post-hearing briefing (Doc. Nos. 1363 and 1366), as well as the oral argument of counsel and the live testimony of Dr. Walker, it is **hereby ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

1