IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : : |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES ALL DIRECT PURCHASER CASES | : No. 08-md-2002 : : |

# O R D E R

**AND NOW**, this 6th day of September, 2016, upon consideration of Certain Defendants' Motion for Summary Judgment Dismissing All Claims Based on Purchases of Egg Products (Doc. No. 1233), Direct Action Plaintiffs' Opposition (Doc. Nos. 1268-71), Direct Purchaser Plaintiffs' Opposition (Doc. No. 1281), Certain Defendants' Reply (Doc. No. 1312), and the parties' supplemental filings (Doc. Nos. 1380, 1389, 1390), and following oral argument on February 23, 2016, it is **hereby ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum. All claims based on purchases of egg products are **DISMISSED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge