IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES ALL DIRECT PURCHASER CASES | : : : | No. 08-md-2002 |

## ORDER

AND NOW, this 12th day of September, 2016, upon consideration of Certain Defendants' Motion for Partial Summary Judgment against Direct Action Plaintiffs (DAPs) and Direct Purchaser Plaintiffs (DPPs) on Damages (Doc. No 1244), the DAPs and DPPs responses thereto (Doc. Nos. 1281, 1273), the defendants' reply in further support of their motion (Doc. No 1305), oral argument on the motion and post-hearing briefing submitted by the parties (Doc. Nos. 1377, 1388), it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. As to the inclusion of non-defendant producers in the DAPs damages calculation, the Motion is GRANTED as unopposed;

2. As to the DAPs and DPPs claims for damages after September 25, 2008 and DAPs claims for injunctive relief, the Motion is DENIED;

3. As to the DAPs and DPPs claims for damages or injunctive relief based upon eggs and egg products produced or sold in Arizona after October 1, 2009; the Motion is GRANTED.

It is further ORDERED that by October 17, 2016, the DPPs and DAPs shall produce and exchange with opposing counsel, supplemental damages calculations that incorporate the holdings in this Order.

BY THE COURT

GENE E.K. PRATTER
United States District Judge