## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS | : | **MULTIDISTRICT** |
| ANTITRUST LITIGATION | : | **LITIGATION** |
| | : | |
| | : | |
| | : | |
| *THIS DOCUMENT APPLIES TO:* | : | **No. 08-md-2002** |
| **ALL ACTIONS** | : | |

## O R D E R

**AND NOW**, this 13th day of September, 2016, upon consideration of plaintiffs' Motion

for Summary Judgment Related to Agricultural Cooperative Antitrust Exemptions (Doc. No

1239), the defendants' opposition briefing (Doc. Nos. 1276, 1278), the plaintiffs' reply in further

support of the Motion (Doc. No. 1311), as well as oral argument on the motion and post-hearing

briefing submitted by the parties, it is hereby ORDERED that the motion is GRANTED IN

PART as to the defendants' affirmative defenses regarding agricultural cooperative antitrust

exemptions for UEP and DENIED IN PART as to the defendants' affirmative defenses regarding

agricultural cooperative antitrust exemptions for USEM.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge