IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : : : |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES ALL INDIRECT PURCHASER CASES | : No. 08-md-2002 : : |

## ORDER

**AND NOW**, this 28th day of September, 2016, upon consideration of Ohio Fresh Eggs, LLC's Motion for Summary Judgment (Doc. Nos. 1227, 1232), Michael Foods Inc.'s Motion for Summary Judgment (Doc. Nos. 1228, 1234), R.W. Sauder, Inc.'s Motion for Summary Judgment, (Doc. Nos. 1230, 1231), Rose Acre Farms, Inc.'s Motion for Summary Judgment (Doc. Nos. 1238, 1242), and the parties' responses and replies thereto (Doc. Nos. 1279, 1281, 1282, 1295, 1302, 1304, 1309, 1313), and following oral argument on the motions, as well as post-hearing briefing (Doc. Nos. 1379, 1382, 1383, 1385, 1387, 1393,-96), it is hereby **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge