UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MDL No. 2002 <br> : Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO DIRECT ACTION PLAINTIFFS' CASES | : <br> : <br> : |

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT MICHAEL FOODS, INC.**

This cause is before the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure on the Stipulation of The Kroger Co.; Safeway, Inc.; Walgreen Co.; Hy-Vee, Inc.; Albertsons LLC; The Great Atlantic & Pacific Tea Company; H.E. Butt Grocery Company; Winn-Dixie Stores, Inc.; Roundy's Supermarkets, Inc.; Publix Super Markets, Inc.; SUPERVALU INC.; and Giant Eagle, Inc. (collectively, "Plaintiffs") and Defendant Michael Foods, Inc. ("Michael Foods") to dismiss, with prejudice, Plaintiffs' claims against Michael Foods in the above-captioned case with each side bearing its own attorneys' fees and costs. The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is

ORDERED and ADJUDGED that the Stipulation for the dismissal, with prejudice, of Plaintiffs' claims against Michael Foods in the above-captioned case with each side bearing its own attorneys' fees and costs be and the same is Accepted. Accordingly it is

ORDERED and ADJUDGED that the claims in the above-captioned case of The Kroger Co.; Safeway, Inc.; Walgreen Co.; Hy-Vee, Inc.; Albertsons LLC; The Great Atlantic & Pacific Tea Company; H.E. Butt Grocery Company; Winn-Dixie Stores, Inc.; Roundy's Supermarkets,

Inc.; Publix Super Markets, Inc.; SUPERVALU INC.; and Giant Eagle, Inc. against Defendant Michael Foods, Inc. be and the same are dismissed, with prejudice, with each side bearing its own attorneys' fees and costs. This Order of Dismissal, with prejudice, is without prejudice to Plaintiffs' claims against any other Defendant or alleged co-conspirator in the above-captioned case.

DONE and ORDERED in Chambers in Philadelphia, Pennsylvania this 3rd day of March, 2017.

_____
Hon. Gene E.K. Pratter
United States District Judge