IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL INDIRECT PURCHASER CASES | : : | No. 08-md-2002 |

# O R D E R

**AND NOW**, this 27th day of June, 2017, upon consideration of Indirect Purchaser Plaintiffs' Renewed Motion to Certify Class (Docket Nos. 1335, 1336), Defendants' Opposition (Docket No. 1355), Indirect Purchaser Plaintiffs' Reply (Docket No. 1359), the parties' supplemental briefing (Docket Nos. 1508, 1509), and following oral argument on March 7, 2017, it is **hereby ORDERED** that the Motion (Docket No. 1335) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge