IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | : No. 08-md-2002 : |

## ORDER

**AND NOW**, this 14th day of August, 2017, upon consideration of Defendants' Motion to Decertify the Direct Purchaser Plaintiffs' Class (Doc. No. 1433), response thereto, and oral argument, it is **hereby ORDERED** that the Motion to Decertify is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge