UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | Docket No: 08-md-02002<br>MDL No. 2002 |
| THIS DOCUMENT APPLIES TO:<br><br>ALL DIRECT ACTION PLAINTIFFS' CASES | |

### DAPS' MOTION TO STRIKE DEFENDANTS' UNTIMELY *DAUBERT* MOTION AND UNTIMELY EXPERT REPORT

Pursuant to the Court's Case Management Orders and the Federal Rules of Civil Procedure, the Direct Action Plaintiffs ("DAPs"), through counsel, move for an Order from this Court striking Certain Defendants' Motion *in Limine* To Exclude Dr. Baye's Damages Calculations (the "*Daubert* Motion") and the Declaration of Dr. Walker (the "Walker Surrebuttal"), Dkts. 1529 & 1530, because both filings violate the Court's deadlines by more than two years.

The grounds and reasons for granting this relief are explained in detail in the accompanying memorandum of law (including the supporting exhibits), which have been filed under seal as required by the Court's Protective Order, Dkt. 50.

Dated:  August 25, 2017                                              Respectfully submitted,

| | |
|---|---|
| Richard Alan Arnold, Esquire<br>William J. Blechman, Esquire<br>Douglas H. Patton, Esquire<br>James Almon, Esquire<br>KENNY NACHWALTER, P.A.<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, Florida 33131<br>Tel:    (305) 373-1000<br>Fax:   (305) 372-1861<br>E-mail: wblechman@knpa.com<br><br>By: */s/ William Blechman*<br><br>**Counsel for Plaintiffs The Kroger Co., Safeway Inc., Roundy's Supermarkets, Inc., Walgreen Co., Hy-Vee, Inc., Albertsons LLC, The Great Atlantic & Pacific Tea Company, Inc., H.E. Butt Grocery Company, and Conopco, Inc.** | Joseph M. Vanek, Esquire<br>David P. Germaine, Esquire<br>Vanek, Vickers & Masini P.C.<br>55 West Monroe Street, Suite 3500<br>Chicago, Illinois  60603<br>Tel:    (312) 224-1500<br>Fax:   (312) 224-1510<br>E-mail: jvanek@vaneklaw.com<br><br>By: */s/ David Germaine*<br><br>**Counsel for Plaintiffs Supervalu Inc. and Publix Super Markets, Inc.** |
| Bernard D. Marcus, Esquire<br>Moira Cain-Mannix, Esquire<br>Brian C. Hill, Esquire<br>MARCUS & SHAPIRA LLP<br>One Oxford Center<br>301 Grant Street, 35th Floor<br>Pittsburgh, PA  15219<br>Tel:    (412) 338-5200<br>Fax:   (412) 391-8758<br>E-mail: marcus@marcus-shapira.com<br><br>By: */s/ Moira Cain-Mannix*<br><br>**Counsel for Plaintiff Giant Eagle, Inc.** | Patrick J. Ahern, Esquire<br>Ahern and Associates, P.C.<br>Three First National Plaza<br>70 West Madison Street, Suite 1400<br>Chicago, Illinois  60602<br>Tel:    (312) 214-3784<br>Fax:   (312) 214-3110<br>E-mail: patrick60045@gmail.com<br><br>By: */s/ Patrick Ahern*<br><br>**Counsel for Plaintiffs Winn-Dixie Stores, Inc., H.J. Heinz Company, L.P., C&S Wholesale Grocers, Inc.** |

2

## CERTIFICATE OF SERVICE

I certify that on August 25, 2017, I caused a true and correct copy of the foregoing document to be filed on CM/ECF.

By: */s/ Samuel J. Randall*
Samuel J. Randall

565528.1