IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MULTIDISTRICT LITIGATION |
| | No. 08-md-2002 |
| *THIS DOCUMENT APPLIES TO ALL ACTIONS* | |

## ORDER

**AND NOW**, this 28th day of September, 2017, upon consideration of Defendants' Motions to Certify the Court's September 28, 2016 Order for Interlocutory Appeal (Doc. Nos. 1449, 1450, 1451, 1452), the Plaintiffs' Response in Opposition to the Motions to Certify the Order for Interlocutory Appeal (Doc. No. 1454), and the Reply Memoranda in Response (Doc. Nos. 1457, 1458, 1464, 1465) it is **hereby ordered** that the motions (Doc. Nos. 1449, 1450, 1451, 1452) are **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge