IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES | : : | No. 08-md-2002 |

## O R D E R

**AND NOW**, this 7th day of November 2017, upon consideration of the Motion *in limine* to Exclude Dr. Baye's Damage Calculations (Doc. No. 1529), the Memorandum of Law in Support (Doc. No. 1530), the Motion to Strike the Motion *in limine* (Doc. No. 1534), the Memorandum of Law in Support (Doc. No. 1536), the Response in Opposition to the Motion to Strike (Doc. No. 1538), the Reply to the Response in Opposition (Doc. No. 1545), and oral argument held on October 25, 2017, it is hereby **ORDERED** that:

1) The Motion *in limine* to Exclude Dr. Baye's Damage Calculations (Doc. No. 1529) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's November 7, 2017 Memorandum.

2) The Motion to Strike the Motion *in limine* (Doc. No. 1534) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's November 7, 2017 Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE