IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | No. 08-md-2002 |

# ORDER

**AND NOW**, on this 9th day of February, 2018, upon consideration of the Motion for Confirmation of the *Per Se* Rule (Doc. No. 1574), the Response in Opposition (Doc. No. 1581), the Reply in Support (Doc. No. 1583), and oral argument held on February 2, 2018, it is **hereby ORDERED** that the Motion for Confirmation (Doc. No. 1574) is **DENIED** as outlined in this Court's February 9, 2018 memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE