UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO :<br>*ALL DIRECT PURCHASER ACTIONS* | |

### [PROPOSED] STIPULATION MODIFYING CASE MANAGEMENT ORDER NO. 24 (ECF NO. 1560)

**WHEREAS**, on October 18, 2017, the Court entered Case Management Order ("CMO") No. 24 (ECF No. 1560), setting forth a pretrial schedule and dates for trial of the Direct Purchaser Actions;

**WHEREAS**, Paragraph I.B.1. of CMO 24 provides:

> Counsel shall work together to develop and agree to a schedule for exchanging, *inter alia*, proposed witness and exhibit lists, deposition designations, proposed stipulations and uncontested facts. These must all be exchanged on or before February 15, 2018. If the parties wish, they may submit a stipulation, agreed to by all parties, detailing a schedule for exchanges among the parties in advance of this deadline[;]

**WHEREAS**, the parties have met and conferred and would like to make two minor modifications to CMO 24: (i) for all materials listed in Paragraph I.B.1. except exhibit summaries pursuant to Federal Rule of Evidence 1006, extend the deadline from February 15, 2018 to February 22, 2018; and (ii) for exhibit summaries pursuant to Federal Rule of Evidence 1006, extend the February 15 deadline to March 20, 2018. The March 30, 2018 deadline for objections, set forth in Paragraph I.C.2., remains.

**IT IS HEREBY STIPULATED AND AGREED:**

Paragraph 1.B.1 of Case Management Order No. 24 is amended as follows:

1. Proposed witness lists, exhibit lists (except for identification of summaries pursuant to F.R.E. 1006), deposition designations, proposed stipulations and uncontested facts are to be exchanged on or before February 22, 2018.

2. Exhibit summaries pursuant to F.R.E. 1006 are to be exchanged on or before March 20, 2018.

Date: February 13, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Christine C. Levin<br>Christine C. Levin<br>**DECHERT LLP**<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: 215-994-4000<br>christine.levin@dechert.com<br><br>*Counsel for Defendant R.W. Sauder, Inc.* | /s/ Mindee J. Reuben<br>Mindee J. Reuben<br>**LITE DEPALMA GREENBERG, LLC**<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103<br>Direct Dial: 267-314-7980<br>mreuben@litedepalma.com<br><br>*Co-Lead Counsel and Liaison Counsel for Direct Purchaser Plaintiffs* |
| /s/ Jay L. Levine<br>Donald M. Barnes<br>Jay L. Levine<br>**PORTER, WRIGHT, MORRIS & ARTHUR, LLP**<br>1900 K Street, NW, Suite 1110<br>Washington, D.C. 20006-1110<br>Tel: 202-778-3056<br>Fax: 202-778-3063<br>dbarnes@porterwright.com<br>jlevine@porterwright.com<br><br>*Counsel for Defendant Rose Acre Farms, Inc.* | /s/ Joseph M. Callow, Jr.<br>Joseph M. Callow, Jr.<br>**KEATING MUETHING & KLEKAMP LLP**<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>Phone: (513) 579-6419<br>Fax: (513) 579-6457<br>jcallow@kmklaw.com<br><br>*Counsel for Defendant Ohio Fresh Eggs, LLC* |

Approved

_(signature)_ 2/13/18
PRATTER, J.

2