UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO :<br>*ALL DIRECT PURCHASER ACTIONS* | |

### [PROPOSED] SECOND STIPULATION MODIFYING CASE MANAGEMENT ORDER NO. 24 (ECF NO. 1560)

**WHEREAS**, on October 18, 2017, the Court entered Case Management Order ("CMO") No. 24 (ECF No. 1560), setting forth a pretrial schedule and dates for trial of the Direct Purchaser Actions;

**WHEREAS**, on February 14, 2018, the Court granted the parties' Stipulation Modifying Case Management Order No. 24 (ECF 1588), providing that: (1) proposed witness lists, exhibit lists (except for identification of summaries pursuant to F.R.E. 1006), deposition designations, proposed stipulations and uncontested facts are to be exchanged on or before February 22, 2018; and (2) exhibit summaries pursuant to F.R.E. 1006 are to be exchanged on or before March 20, 2018;

**WHEREAS**, the parties have met and conferred and respectfully request an additional modification to CMO 24, *i.e.*, to modify the date for exchanging proposed stipulations and uncontested facts from on or before February 15, 2018 to on or before April 11, 2018, to permit the parties additional time for discussion of such matters.

**IT IS HEREBY STIPULATED AND AGREED:**

Paragraph I.B.1. of Case Management Order No. 24, as amended by Stipulation No. 1588, is further amended as follows:

The parties shall exchange proposed stipulations and uncontested facts on or before April 11, 2018.

| Date: February 21, 2018 | Respectfully submitted, |
|---|---|
| /s/ Christine C. Levin<br>Christine C. Levin<br>**DECHERT LLP**<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: 215-994-4000<br>christine.levin@dechert.com<br><br>***Counsel for Defendant R.W. Sauder, Inc.*** | /s/ Mindee J. Reuben<br>Mindee J. Reuben<br>**LITE DEPALMA GREENBERG, LLC**<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103<br>Direct Dial: 267-314-7980<br>mreuben@litedepalma.com<br><br>***Co-Lead Counsel and Liaison Counsel for Direct Purchaser Plaintiffs*** |
| /s/ Jay L. Levine<br>Donald M. Barnes<br>Jay L. Levine<br>**PORTER, WRIGHT, MORRIS & ARTHUR, LLP**<br>1900 K Street, NW, Suite 1110<br>Washington, D.C. 20006-1110<br>Tel: 202-778-3056<br>Fax: 202-778-3063<br>dbarnes@porterwright.com<br>jlevine@porterwright.com<br><br>***Counsel for Defendant Rose Acre Farms, Inc.*** | /s/ Joseph M. Callow, Jr.<br>Joseph M. Callow, Jr.<br>**KEATING MUETHING & KLEKAMP LLP**<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>Phone: (513) 579-6419<br>Fax: (513) 579-6457<br>jcallow@kmklaw.com<br><br>***Counsel for Defendant Ohio Fresh Eggs, LLC*** |

IT IS SO ORDERED:

*[signature]*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

DATE: *March 1, 2018*

2