UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION** | **MDL No. 2002**<br>**Case No: 08-md-02002** |
| **THIS DOCUMENT APPLIES TO:**<br>All Direct Purchaser Actions | |

**THE DIRECT PURCHASER CLASS' MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN
EVIDENCE REGARDING DONALD D. BELL**

**FILED UNDER SEAL PURSUANT TO CASE MANAGEMENT ORDER NO. 10
DOCKET NO. 50**