**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION** | : | **MULTIDISTRICT LITIGATION** |
| | : | |
| ***THIS DOCUMENT APPLIES TO:*** **ALL DIRECT PURCHASER ACTIONS** | : | **No. 08-md-2002** |

**ORDER**

**AND NOW**, on this 22nd day of March, 2018, upon consideration of the Motion *in Limine* to Preclude Reference to the Parties' Financial Conditions (Doc. No. 1596), the Response in Opposition (Doc. No. 1632), and oral argument held on March 13, 2018, it is **hereby ORDERED** that the Motion *in Limine* (Doc. No. 1596) is **GRANTED IN PART** and **DENIED IN PART**.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

[1] The DPPs move to exclude the financial conditions of all parties involved as irrelevant. This overall argument is denied.

The defendants' financial conditions here are relevant to show whether they needed to fix prices. For example, if egg producers had extremely high margins, they would have less incentive to create a price-fixing cartel. If their margins were razor-thin, they may have had an incentive to decrease supply to increase profits. Financial conditions are also relevant to whether the defendants had market share sufficient to change prices.

The DPPs' financial conditions are also relevant to show their bargaining power relative to the defendants. A central theme of the defense is that they were pushed into these animal husbandry programs by clients, some of whom were the DPPs. This defense depends entirely on the bargaining power of those buyers, which requires an analysis of their financial conditions. Dr. Rausser even discussed how the DPPs' financial information impacts damages calculations. For example, the size and negotiating power of companies has an impact on the amount of damage they suffer. Therefore, the financial conditions of all parties are essential to the analysis of this case.

However, this request is granted on two fronts. Any reference to the facts that (1) the defendants can or cannot withstand a judgment against them or (2) that the DPPs should or should not receive a judgment because of their financial status, are excluded as irrelevant. These items have no bearing on the validity of the claims.