# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | : : | No. 08-md-2002 |

## ORDER

**AND NOW**, on this 5th day of April, 2018, upon consideration of the Motion *in Limine* to Preclude Reference to Capper-Volstead (Doc. No. 1589) and the Response in Opposition (Doc. No. 1630), the Motion *in Limine* to Preclude Arguing Limited Liability (Doc. No. 1592) and the Response in Opposition (Doc. No. 1633), the Motion *in Limine* to Preclude Plaintiffs' Expert From Offering Opinions Outside His Expertise (Doc. No. 1597) and the Response in Opposition (Doc. No. 1616), oral argument held on March 13, 2018, and supplemental briefing submitted on March 21, 2018 (Doc. Nos. 1655 and 1664), it is **hereby ORDERED** that:

1) The Motion *in Limine* to Preclude Reference to Capper-Volstead (Doc. No. 1589) is **GRANTED in part** and **DENIED in part** as outlined in this Court's April 5, 2018 memorandum opinion.

2) The Motion *in Limine* to Preclude Arguing Limited Liability (Doc. No. 1592) is **GRANTED in part** as unopposed and **DENIED in part** as outlined in this Court's April 5, 2018 memorandum opinion.

3) The Motion *in Limine* to Preclude Plaintiffs' Expert From Offering Opinions Outside His Expertise (Doc. No. 1597) is **DENIED** as outlined in this Court's April 5, 2018 memorandum opinion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE