## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | No. 08-md-2002 |

## ORDER

**AND NOW**, on this 6th day of April, 2018, upon consideration of the Motion *in Limine* to Exclude Documents of Settling Defendants (Doc. No. 1608) and the Response in Opposition (Doc. No. 1621), the Motion *in Limine* to Exclude Certain Evidence Regarding Donald Bell (Doc. No. 1609) and the Response in Opposition (Doc. No. 1622), the Motion *in Limine* to Exclude Complaints by Compassion Over Killing and Related Proceedings (Doc. No. 1610) and the Response in Opposition (Doc. No. 1623), and oral argument held on March 13, 2018, it is **hereby ORDERED** that:

1) The Motion *in Limine* to Exclude Documents of Settling Defendants (Doc. No. 1608) is **GRANTED** as outlined in this Court's April 6, 2018 memorandum opinion.

    a. The parties must meet and confer regarding redactions of Exhibits B, C and D, and submit proposed redacted versions of the documents (if a party still wishes to offer the redacted documents at trial) to the Court no later than April 17, 2018. Such redactions shall be in accordance with the accompanying memorandum opinion.

2) The Motion *in Limine* to Exclude Certain Evidence Regarding Donald Bell (Doc. No. 1609) is **DENIED** as outlined in this Court's April 6, 2018 memorandum opinion.

3) The Motion *in Limine* to Exclude Complaints by Compassion Over Killing and Related Proceedings (Doc. No. 1610) is **GRANTED IN PART** and **DENIED IN PART** as outlined in this Court's April 6, 2018 memorandum opinion.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE