UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO :<br>*ALL DIRECT PURCHASER ACTIONS* | |

### [PROPOSED] FOURTH STIPULATION MODIFYING CASE MANAGEMENT ORDER NO. 24 (ECF NO. 1560)

**WHEREAS,** on October 19, 2017, the Court entered Case Management Order No. 24 (ECF No. 1560) ("CMO 24") setting forth a pretrial schedule and dates for trial of Direct Purchaser Actions;

**WHEREAS,** the Court entered a Stipulation and Order Modifying Case Management Order No. 24 on March 16, 2018 (ECF No. 1651), permitting the parties to exchange summary exhibits pursuant to F.R.E. 1006 on or before April 16, 2018;

**WHEREAS,** the parties have met and conferred and respectfully request additional modifications to the foregoing deadline:

(i) The parties will exchange summary exhibits pursuant to F.R.E. 1006 by Wednesday, April 18, 2018 at 3:00 p.m. E.T.;

(ii) The parties will meet and confer on Friday, April 20, 2018;

(iii) All summary exhibits will provide the documentary sources thereon (footnote, endnotes, or similar-type designations);

(iv) Any citations to transactional material or a similar database must be reasonably specific (so as to permit the opposing part to locate the information cited) if that summary exhibit was not previously disclosed in association with an expert report in this case.

**IT IS HEREBY STIPULATED AND AGREED:**

1. The parties will exchange summary exhibits pursuant to F.R.E. 1006 by Wednesday, April 18, 2018 at 3:00 p.m. E.T.;

2. The parties will meet and confer on Friday, April 20, 2018;

3. All summary exhibits will provide the documentary sources thereon (footnote, endnotes, or similar-type designations);

4. Any citations to transactional material or a similar database must be specific if that summary exhibit was not previously disclosed in association with an expert report in this case.

Date: April 17, 2018                          Respectfully submitted,

| /s/ Christine C. Levin<br>Christine C. Levin<br>**DECHERT LLP**<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: 215-994-4000<br>christine.levin@dechert.com<br><br>*Counsel for Defendant R.W. Sauder, Inc.* | /s/ Mindee J. Reuben<br>Mindee J. Reuben<br>**LITE DEPALMA GREENBERG, LLC**<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103<br>Direct Dial: 267-314-7980<br>mreuben@litedepalma.com<br><br>*Co-Lead Counsel and Liaison Counsel for Direct Purchaser Plaintiffs* |
|---|---|
| /s/ Donald M. Barnes<br>Donald M. Barnes<br>Jay L. Levine<br>**PORTER, WRIGHT, MORRIS & ARTHUR, LLP**<br>1900 K Street, NW, Suite 1110<br>Washington, D.C. 20006-1110<br>Tel: 202-778-3056<br>Fax: 202-778-3063 | /s/ Joseph M. Callow<br>Joseph M. Callow, Jr.<br>**KEATING MUETHING & KLEKAMP LLP**<br>One East Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>Phone: (513) 579-6419<br>Fax: (513) 579-6457<br>jcallow@kmklaw.com |

2

dbarnes@porterwright.com
jlevine@porterwright.com

*Counsel for Defendant Rose Acre Farms, Inc.*

*Counsel for Defendant Ohio Fresh Eggs, LLC*

IT IS SO ORDERED:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

DATE: 4/17/18

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the [PROPOSED] FOURTH STIPULATION MODIFYING CASE MANAGEMENT ORDER NO. 24 (ECF NO. 1560) was today served on Liaison Counsel and signatories to the Stipulation via electronic mail.

**Liaison Counsel**

Jan P. Levine, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
levinej@pepperlaw.com

*Defendants' Liaison Counsel*

Krishna B. Narine, Esquire
LAULETTA BIRNBAUM LLC
100 S. Broad St.
Suite 905
Philadelphia, PA 19110
knarine@lauletta.com

*Indirect Purchaser Plaintiffs' Liaison Counsel*

William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
wblechman@kennynachwalter.com

*Direct Action Plaintiffs' Liaison Counsel*

Date: April 17, 2008

BY: /s/ Mindee J. Reuben
     Mindee J. Reuben