IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | No. 08-md-2002 |

## ORDER

**AND NOW**, on this 1st day of June, 2018, upon consideration of the Direct Purchaser Plaintiffs' Motion for Judgment as a Matter of Law regarding Defendants' Capper-Volstead Affirmative Defense (Doc. No. 1733), the Defendants' Motion for Judgment as a Matter of Law (Doc. No. 1737), multiple submissions to the Court relating thereto, and oral argument held on the question, it is **ORDERED** that the Motions (Doc. Nos. 1733 & 1737) are **DENIED** as outlined in this Court's June 1, 2018 memorandum opinion.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE