UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : : : | MDL No. 2002 Case No. 08-md-02002 |
| THIS DOCUMENT APPLIES TO: All Direct Purchaser Actions | : : : | |

**DIRECT PURCHASER CLASS PLAINTIFFS'
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
THAT THE UNITED STATES EGG MARKETERS AND DEFENDANTS
ARE NOT PROTECTED FROM ANTITRUST LIABILITY
BY THE CAPPER-VOLSTEAD ACT**

Direct Purchaser Class Plaintiffs ("Plaintiffs") respectfully submit this Renewed Motion for Judgment as a Matter of Law that the United States Egg Marketers ("USEM") and Defendants are not protected from antitrust liability by the Capper-Volstead Act, pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. In support thereof, Plaintiffs incorporate a supporting Memorandum as well as their May 29, 2018 Motion for Judgment as a Matter of Law that USEM and Defendants Are Not Protected from Antitrust Liability by the Capper-Volstead Act and supporting Memoranda (ECF Nos. 1733, 1733-1). A proposed Order is attached.

Dated: June 3, 2018

Stephen R. Neuwirth
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: 212-849-7165
stephenneuwirth@quinnemanuel.com
*Counsel for the Direct Purchaser Plaintiffs*

Respectfully submitted,

/s/ Mindee J. Reuben
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Phone: 267-324-7980
mreuben@litedepalma.com
*Co-Lead and Liaison Counsel for the Direct Purchaser Plaintiffs*

Ronald J. Aranoff
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue - 12th Floor
New York, New York 10110
212 382-3300
212 382-0050
raranoff@wmd-law.com
*Counsel for the Direct Purchaser Plaintiffs*

Stephen D. Susman
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
ssusman@susmangodfrey.com
*Co-Lead Counsel for the Direct Purchaser Plaintiffs*

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeldllp.com
*Co-Lead Counsel for Direct Purchaser Plaintiffs*

Stanley D. Bernstein
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414
bernstein@bernlieb.com
*Co-Lead Counsel for the Direct Purchaser Plaintiffs*