## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: PROCESSED EGG PRODUCTS** | : | **MULTIDISTRICT** |
| **ANTITRUST LITIGATION** | : | **LITIGATION** |
| | : | |
| | : | |
| | : | |
| ***THIS DOCUMENT APPLIES TO:*** | : | **No. 08-md-2002** FILED |
| **ALL DIRECT PURCHASER ACTIONS** | : | |

JUN 0 4 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 4th day of June, 2018, upon consideration of the Renewed Motion for a

Directed Verdict (Doc. No. 1745), the Response in Opposition (Doc. No. 1746) and the Court's

June 1, 2018 memorandum opinion outlining the relevant issue in detail, it is **ORDERED** that

the Renewed Motion for a Directed Verdict (Doc. No. 1745) is **GRANTED**.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Given that the defendants have now rested their case, the Court finds that the evidence on the record is insufficient for a reasonable jury to find the requirements for Capper-Volstead immunity have been met. Namely, there is no evidence that 50% of the value of the cooperative is derived from members. There is only evidence about the volume of the transactions. Therefore, the Court grants the motion and enters a judgment as a matter of law on the defendants' affirmative defense of Capper-Volstead immunity.