IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT<br>: LITIGATION<br>:<br>:<br>: |
| *THIS DOCUMENT APPLIES TO:*<br>**ALL DIRECT PURCHASER ACTIONS** | : No. 08-md-2002<br>: |

## ORDER

**AND NOW**, this 15th day of June, 2018, upon consideration of Defendant Rose Acre Farms' Motion for Judgment as a Matter of Law (Doc. No. 1719), Defendant R.W. Sauder's Motion for Judgment as a Matter of Law (Doc. No. 1721), Defendant Ohio Fresh Eggs' Motion for Judgment as a Matter of Law and Motion to Strike (Doc. No. 1724), and the fact that a jury verdict was rendered on June 14, 2018 in favor of these three defendants, it is **ORDERED** that the Motions for Judgment as a Matter of Law (Doc. Nos. 1719, 1721, & 1724) are **DENIED** as **MOOT**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE