IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | : : | No. 08-md-2002 |

## CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

    **AND NOW**, this 14th day of June, 2018, in accordance with the Jurors' Answers to the Court's Interrogatories,

    **IT IS ORDERED** that Judgment be and the same is hereby entered in favor of defendants Ohio Fresh Eggs, Rose Acre Farms, and R.W. Sauder and against Direct Purchaser Plaintiffs.

BY THE COURT
ATTEST:

*[signature]*
Michael Coyle, Deputy Clerk