UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>2:08-md-02002 |

THIS DOCUMENT RELATES TO:
ALL DIRECT PURCHASER ACTIONS

THE DIRECT PURCHASER PLAINTIFFS' MOTION
TO ALTER OR AMEND THE JUDGMENT

The Direct Purchaser Plaintiffs, by and through their undersigned counsel, and for the reasons set forth in the accompanying Memorandum of Law, respectfully request that this Honorable Court grant the within Motion to Alter or Amend the Judgment.

A proposed form of Order is attached.

Dated: July 12, 2018

Respectfully submitted,

| | |
|---|---|
| s/ Mindee J. Reuben | /s/ Stephen R. Neuwirth |
| Mindee J. Reuben | Stephen R. Neuwirth |
| LITE DEPALMA GREENBERG, LLC | David M. Cooper |
| 1835 Market Street, Suite 2700 | QUINN EMANUEL URQUHART |
| Philadelphia, PA 19103 | & SULLIVAN, LLP |
| Phone: 267-314-7980 | 51 Madison Avenue, 22nd Floor |
| mreuben@litedepalma.com | New York, NY 10010 |
| *Co-Lead and Liaison Counsel for Direct Purchaser Plaintiffs* | Phone: 212-849-7165 |
| | stephenneuwirth@quinnemanuel.com |
| | *Counsel for Direct Purchaser Plaintiffs* |

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ Ronald J. Aranoff |
| Michael D. Hausfeld | Ronald J. Aranoff |
| HAUSFELD LLP | WOLLMUTH MAHER & DEUTSCH LLP |

1700 K Street NW, Suite 650
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeldllp.com
*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/   Stephen D. Susman
Stephen D. Susman
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
ssusman@susmangodfrey.com
*Co-Lead Counsel for Direct Purchaser Plaintiffs*

500 Fifth Avenue - 12th Floor
New York, New York 10110
(212) 382-3300
raranoff@wmd-law.com
*Counsel for Direct Purchaser Plaintiffs*

/s/   Stanley D. Bernstein
Stanley D. Bernstein
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414
bernstein@bernlieb.com
*Co-Lead Counsel for the Direct Purchaser Plaintiffs*