**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: PROCESSED EGG PRODUCTS** | : | **MULTIDISTRICT** |
| **ANTITRUST LITIGATION** | : | **LITIGATION** |
| | : | |
| | : | |
| | : | |
| ***THIS DOCUMENT APPLIES TO:*** | : | **No. 08-md-2002** |
| **ALL INDIRECT PURCHASER ACTIONS** | : | |

## ORDER

     **AND NOW**, this 17th day of July, 2018, upon consideration of the stipulation of dismissal filed by Nathan Levi Esquerra, Scott Friedson, John Ryan, Morris Clement, Jessica Swift, Pilar M. De Castro & Co. Inc., Jeanne Rice, Joan Gibbons, Julia McGuire, Donn Camlin, Thomas Williams, Patricia Flynn, Elizabeth Priest, Martin Gojcaj, Thomas Roth, Sharon Defren, Leanne Hardin, John Anthony Spracklin, Dustin Crenshaw, Rachelle L. Hagendorf, Charles Shoten, Trudy Solo, Thomas McManus, Mark Moynahan, Lynsey Allen, Amy Fairchild, Rhonda McGrath, James Anderson, Glenna Sue King, Michael Dobson, Sandra Drown, Lester Skinner, Robert Nelson, and Jason Oldenbur, (Doc. No. 1772) it is **ORDERED** that these claims are dismissed against the defendants identified below pursuant to Rule 41 of the Federal Rules of Civil Procedure with each side bearing its own costs.

     This order applies to Plaintiffs' claims against Defendants United Egg Producers, Inc., United States Egg Marketers, Inc., Michael Foods, Inc., Moark LLC, Norco Ranch, Inc., Rose Acre Farms, Inc., Cal-Maine Foods, Inc., Ohio Fresh Eggs, LLC, R.W. Sauder, Inc., Hillandale Farms of Pa., Inc., Hillandale-Gettysburg, L.P., Midwest Poultry Services, L.P., and NuCal Foods, Inc.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE