# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION : | MDL No. 2002 <br> Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO: : <br> ALL DIRECT ACTION PLAINTIFFS : | |

**STIPULATION AND [PROPOSED] ORDER
REGARDING THE SCHEDULE FOR BRIEFING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT AS TO EGG PRODUCTS CLAIMS**

WHEREAS, on August 17, 2018, Defendants Cal-Maine Foods, Inc., Michael Foods, Inc., Ohio Fresh Eggs, LLC, R.W. Sauder, Inc., Rose Acre Farms, Inc., United Egg Producers, Inc. and United States Egg Marketers, Inc. filed motions for summary judgment as to claims based on purchases of egg products ("Defendants' Summary Judgment Motions") (Dkt. Nos. 1808, 1810-13); and

WHEREAS, the Direct Action Plaintiffs and Defendants desire to amend the briefing schedule for Defendants' Summary Judgment Motions as set forth more fully below;

It is hereby STIPULATED AND AGREED, by and between counsel for Direct Action Plaintiffs and Defendants, as follows:

1. On or before September 21, 2018, Direct Action Plaintiffs will file a response to Defendants' Summary Judgment Motions.

2. On or before October 12, 2018, Defendants will file reply briefs.

Dated:  September 4, 2018

By: s/ *Jan P. Levine*
    Jan P. Levine, Esquire
    PEPPER HAMILTON LLP
    3000 Two Logan Square
    Eighteenth & Arch Streets
    Philadelphia, PA  19103-2799
    Tel:  (215) 981-4714
    Fax:  (215) 981-4750
    E-mail:  levinej@pepperlaw.com

*Liaison Counsel for Defendants*

STIPULATED BY:

By: s/ *William J. Blechman*
    William J. Blechman, Esquire
    KENNY NACHWALTER, P.A.
    1441 Brickell Avenue
    Suite 1100
    Miami, Florida  33131
    Tel:  (305) 373-1000
    Fax:  (305) 372-1861
    E-mail:  wblechman@knpa.com

*Liaison Counsel for Direct Action Plaintiffs*

SO ORDERED BY THE COURT:

Dated:  _____

_____
GENE E.K. PRATTER
United States District Judge

584976.1