

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO: | |
| *The Kroger Co., Safeway Inc., Walgreen Co., Hy-Vee, Inc., Albertsons LLC, The Great Atlantic & Pacific Tea Co., Inc., H.E. Butt Grocery Co., and Conopco, Inc. v. United Egg Producers, Inc., et al et al.*, Case No. 2:10-cv-06705-GEKP | |

## ORDER OF DISMISSAL WITH PREJUDICE OF CONOPCO, INC.'S CLAIMS AGAINST DEFENDANT CAL-MAINE FOODS, INC.

This cause is before the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure on the Stipulation of Plaintiff Conopco, Inc. ("Conopco") and Defendant Cal-Maine Foods, Inc. ("Cal-Maine"), to dismiss, with prejudice, Conopco's claims against Cal-Maine in the above-captioned case, with each side bearing its own attorneys' fees and costs. The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is

ORDERED and ADJUDGED that the Stipulation for the dismissal, with prejudice, of Conopco's claims against Cal-Maine in the above-captioned case, with each side bearing its own attorneys' fees and costs, be and the same is Accepted. Accordingly it is

ORDERED and ADJUDGED that the claims in the above-captioned case of Plaintiff Conopco, Inc. against Defendant Cal-Maine Foods, Inc. be and the same are dismissed, with prejudice, with each side bearing its own attorneys' fees and costs. This Order of Dismissal, with

prejudice, is without prejudice to Conopco's claims against any other Defendant or alleged co-conspirator in the above-captioned case.

DONE and ORDERED in Chambers in Philadelphia, Pennsylvania this 21st day of November, 2018.

Hon. Gene E.K. Pratter
United States District Judge