IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : : : : : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | : : | No. 08-md-2002 |

**O R D E R**

**AND NOW**, on this 13th day of December, 2018, upon consideration of the Motion to Alter Judgment (Doc. No. 1788), the Response in Opposition (Doc. No. 1792), the Reply in Support (Doc. No. 1794), and oral argument held on October 26, 2018, it is **ORDERED** that the Motion to Alter Judgment (Doc. No. 1788) is **DENIED**.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE