UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  PROCESSED EGG PRODUCTS<br>ANTITRUST LITIGATION | MDL No. 2002<br>2:08-md-02002 |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | |

## NOTICE OF APPEAL

To the Clerk of the Court and All Parties of Record:

NOTICE IS HEREBY GIVEN that class representatives T.K. Ribbing's Family Restaurant, LLC, John A. Lisciandro d/b/a Lisciandro's Restaurant, Eby-Brown Company LLC, and Karetas Foods, Inc., on behalf of the certified class of Direct Purchaser Plaintiffs, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on June 19, 2018 (Dkt. No. 1767, attached hereto as Exhibit A), and each and every part thereof, and from the Order denying the Direct Purchaser Plaintiffs' Motion to Alter or Amend the Judgment entered in this action on December 14, 2018 (Dkt. No. 1836, attached hereto as Exhibit B), and each and every part thereof.

January 8, 2019

s/   Mindee J. Reuben
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Phone: 267-314-7980
mreuben@litedepalma.com
*Co-Lead and Liaison Counsel for Direct Purchaser Plaintiffs*

/s/   Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeldllp.com
*Co-Lead Counsel for Direct Purchaser Plaintiffs*

/s/   Stephen D. Susman
Stephen D. Susman
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
ssusman@susmangodfrey.com
*Co-Lead Counsel for Direct Purchaser Plaintiffs*

Respectfully submitted,

/s/   Stephen R. Neuwirth
Stephen R. Neuwirth
David M. Cooper
QUINN EMANUEL URQUHART
         & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Phone:  212-849-7165
stephenneuwirth@quinnemanuel.com
*Counsel for Direct Purchaser Plaintiffs*

/s/   Ronald J. Aranoff
Ronald J. Aranoff
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue - 12th Floor
New York, New York 10110
(212) 382-3300
raranoff@wmd-law.com
*Counsel for Direct Purchaser Plaintiffs*

/s/   Stanley D. Bernstein
Stanley D. Bernstein
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414
bernstein@bernlieb.com
*Co-Lead Counsel for the Direct Purchaser Plaintiffs*