UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO:<br>ALL DIRECT ACTION PLAINTIFFS | |

[PROPOSED] STIPULATION MODIFYING
CASE MANAGEMENT ORDER NO. 25 (ECF NO. 1852)

**WHEREAS**, on March 5, 2019 the Court entered Amended Case Management Order ("CMO") No. 25 (ECF No. 1852), setting forth a pretrial schedule and deadlines for trial of the Direct Action Plaintiffs;

**WHEREAS**, Paragraph I.B.1. of CMO 25 directs the Parties to develop and agree upon a schedule for, among other things, additional pretrial milestones, including proposed witness and exhibit lists, deposition designations, proposed stipulations and uncontested facts.

**WHEREAS**, the parties have met and conferred in accord with Paragraph I.B.1 of CMO 25 and have agreed, subject to the Court's approval, to make certain additions and modifications to CMO 25. The parties agree that the following additions and modifications to CMO 25 will aid them in preparing their cases for an efficient and orderly trial.  These proposed additions and modifications are: (i) the time to exchange objections to exhibit lists and witness lists shall be extended from July 26 to August 23, 2019; (ii) the Parties shall exchange lists of documents which they consider to meet the criteria of a "business record" pursuant to Fed R. Evid. 803(6) on or before August 23, 2019; (iii) the Parties shall respond to the proposed lists of "business records" by September 6, 2019; (iv) the parties shall submit to the Court disputed designations of "business records" by September 13, 2019; (v) the exchange of proposed stipulation and uncontested facts

shall be extended from June 14 to September 13, 2019; (vi) the parties shall exchange counter-stipulations and responses to proposed stipulations on or before September 20, 2019; and (vii) the submission of voir dire questions, jury instructions, verdict forms, and joint statement of the case shall be extended from September 20 to September 27, 2019.

**WHEREAS**, all other deadlines set forth in CMO 25 shall remain; the following chart sets forth the milestones and associated deadlines from CMO 25 as supplemented and modified by this stipulation and proposed order.

### Pretrial Schedule

| PRE-TRIAL EVENTS | DATES |
|---|---|
| Parties exchange proposed witness & exhibit lists and deposition designations | Friday, June 14 |
| Parties file Motions *in limine* on or before | Friday, July 12 |
| Parties exchange objections to designations and Counter-designations | Friday, July 26 |
| Parties exchange objections to witness and exhibit lists | Friday, August 23 |
| Parties shall file responses to motions *in limine*, if any, on or before | Friday, August 9 |
| Parties exchange list of documents which they consider to meet the criteria of a "business record" | Friday, August 23 |
| Oral argument on the motions *in limine* at 10:00 a.m. | Thursday, September 5 |
| Parties exchange response to list of documents seeking designation as a "business record" | Friday, September 6 |
| Proposed stipulations and uncontested facts | Friday, September 13 |
| Parties submit disputed "business records" | Friday, September 13 |
| Parties exchange counter-stipulations/responses to proposed stipulations | Friday, September 20 |
| Parties exchange drafts of Pre-trial Order | Friday, September 27 |
| Parties file proposed: (a) voir dire questions; (b) jury instructions; | Friday, September 27 |

| PRE-TRIAL EVENTS | DATES |
|---|---|
| (c) verdict forms and; and (d) a joint statement of case | |
| Parties submit a Final Pretrial Order in accord with Local Rule 16.1(d)(2) | Friday, October 11 |
| Final pre-trial conference at 10:00 a.m. | Thursday, October 17 |
| Liability trial begins at 9:30 a.m. | Monday, October 31 |
| Damages trial begins at 9:30 a.m. | Monday, December 9 |

**IT IS HEREBY STIPULATED AND AGREED:**

Date:  April 9, 2019                                                  Respectfully submitted,

| */s/ Jay L. Levine*<br>Donald M. Barnes<br>Jay L. Levine<br>PORTER, WRIGHT, MORRIS & ARTHUR, LLP<br>1900 K Street, NW, Suite 1110<br>Washington, D.C. 20006-1110<br>Tel:  (202) 778-3056<br>Fax:  (202) 778-3063<br>Email:  dbarnes@porterwright.com<br>            jlevine@porterwright.com<br><br>***Counsel for Rose Acre Farms, Inc.*** | */s/ Jan Levine*<br>Jan P. Levine<br>Robin P. Sumner<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103-2799<br>Tel:  (215) 981-4000<br>Fax:  (215) 981-4750<br>Email:  levinej@pepperlaw.com<br>            sumnerr@pepperlaw.com<br><br>***Counsel for UEP and USEM*** |
|---|---|

| | |
|---|---|
| */s/ Steven Bizar*<br>Steven Bizar<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>Tel.:  (215) 994-2205<br>Fax:  (215) 655-2205<br>Email:  steven.bizar@dechert.com<br><br>*Counsel for R.W. Sauder* | */s/ William J. Blechman*<br>William J. Blechman, Esquire<br>KENNY NACHWALTER, P.A.<br>1441 Brickell Avenue<br>Suite 1100<br>Miami, Florida  33131<br>Tel:     (305) 373-1000<br>Fax:    (305) 372-1861<br>E-mail:     wblechman@knpa.com<br><br>*Liaison Counsel for Direct Action Plaintiffs* |
| */s/ William Greene*<br>William Greene, Esquire<br>STINSON LEONARD STREET LLP<br>150 South Fifth Street<br>Suite 2300<br>Minneapolis, MN  55402<br>Tel.:  (612) 335-1568<br>Fax:  (612) 335-1657<br>Email:  William.greene@stinson.com<br><br>Carrie C. Mahan<br>WEIL, GOTSHAL & MANGES LLP.<br>2001 M Street NW, Suite 600<br>Washington, D.C. 20036<br>Tel:     (202) 682-7231<br>Fax:    (202) 669-9179<br>E-mail:     wblechman@knpa.com<br><br>*Counsel for Michael Foods* | |

                          **IT IS SO ORDERED:**

                          GENE E.K. PRATTER
                          UNITED STATES DISTRICT JUDGE

DATE:_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the [PROPOSED] STIPULATION MODIFYING CASE MANAGEMENT ORDER NO. 25 (ECF NO. 1852) was served via ECF on Counsel of record.

Date:   April 9, 2019                         Kenny Nachwalter, P.A.
                                              1441 Brickell Avenue
                                              Suite 1100
                                              Miami, Florida  33131
                                              Tel:    (305) 373-1000
                                              Fax:    (305) 372-1861
                                              E-mail: dpatton@knpa.com


                                              /s/ *Douglas H. Patton*
                                              Douglas H. Patton

598578.1