UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | Docket No.: 2:08-md-02002-GEKP<br>MDL No. 2002 |
| *THIS DOCUMENT APPLIES TO:*<br><br>ALL DIRECT ACTION PLAINTIFFS | |

### DIRECT ACTION PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF A PRETRIAL HEARING REGARDING THE ADMISSIBILITY OF COCONSPIRATOR STATEMENTS

Direct Action Plaintiffs ("DAPs"), submit this Reply Memorandum in Support of their Motion for a Pretrial Hearing regarding the Admissibility of Coconspirator Statements.

In their Response, the Defendants acknowledge that: "[t]wo basic procedural options exist for deciding whether the foundation requirements of Rule 801(d)(2)(E) have been satisfied." (Response at p. 2.) Although they specifically recognize that the options are *either* a pretrial "James" hearing or the conditional admission of the coconspirator evidence subject to that evidence being "connected up" with later proof at trial, the Defendants apparently oppose either approach here. *Id.* Instead, the Defendants merely submit that coconspirator statements should be ruled on in context during trial.

DAPs have argued that a James hearing would actually provide clarity in advance of trial and improve efficiency at trial. The Defendants oppose that pretrial hearing but still do not appear to endorse the Court conditionally admitting this coconspirator evidence, which would be the alternative procedural approach.

If the Court ultimately decides not to determine these issues in advance of trial through a James hearing, the DAPs respectfully request the Court order the conditional admission of this coconspirator evidence.

Date: April 26, 2019

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com

By: */s/Douglas H. Patton*

*Counsel for Plaintiffs The Kroger Co., Safeway Inc., Roundy's Supermarkets, Inc., Walgreen Co., Hy-Vee, Inc., Albertsons LLC, The Great Atlantic & Pacific Tea Company, Inc., H.E. Butt Grocery Company, and Conopco, Inc.*

Bernard D. Marcus, Esquire
Moira Cain-Mannix, Esquire
Brian C. Hill, Esquire
MARCUS & SHAPIRA LLP
One Oxford Center
301 Grant Street, 35th Floor
Pittsburg, PA 15219
Tel: (412) 338-5200
Fax: (412) 391-8758
E-mail: marcus@marcus-shapira.com

By: */s/Moira Cain-Mannix*

*Counsel for Plaintiff Giant Eagle, Inc.*

Respectfully submitted,

Paul Slater, Esquire
Joseph M. Vanek, Esquire
David P. Germaine, Esquire
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
E-mail: jvanek@sperling-law.com

By: */s/David Germaine*

*Counsel for Plaintiffs Supervalu Inc. and Publix Super Markets, Inc.*

Patrick J. Ahern, Esquire
Ahern and Associates, P.C.
8 South Michigan Avenue Suite 3600
Chicago, Illinois 60603
Tel: (312)-404-3760
patrick.ahern@ahernandassociatespc.com

By: */s/Patrick Ahern*

*Counsel for Plaintiff Winn-Dixie Stores, Inc., H.J. Heinz Company, L.P., C&S Wholesale Grocers, Inc.*

**CERTIFICATE OF SERVICE**

    I certify that on April 26, 2019, I caused a true and correct copy of the foregoing document to be filed and served via ECF on counsel for the parties.

By: */s/Douglas H. Patton*