IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES | No. 08-md-2002 |

## ORDER

**AND NOW**, this 11th day of June, 2019, upon consideration of Defendants' Joint Motion for Summary Judgment (Doc. No. 1812), the responses and replies thereto (Doc. Nos. 1817, 1824, 1825, and 1826), certain individual Defendants' Motions for Summary Judgment (Doc. Nos. 1808,[1] 1811, and 1813), the responses and replies thereto (Doc. Nos. 1818, 1823, and 1827), and following oral argument on December 19, 2018, it is **ORDERED** that the Motions (Doc. Nos. 1808, 1811, 1812, and 1813) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] United Egg Producers, Inc. and United States Egg Marketers, Inc. joined this motion by notice filed at Doc. No. 1810.