# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | Docket No.: 08-md-02002<br>MDL No. 2002 |
| THIS DOCUMENT APPLIES TO:<br><br>KRAFT FOODS GLOBAL, INC., ET AL. v. UNITED EGG PRODUCERS, INC., ET AL.<br>NO. 2:12-cv-00088 | |

## [PROPOSED] SUGGESTION OF REMAND

Pursuant to Rule 7.6 (c)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned transferee judge suggests that the matter captioned *Kraft Foods Global, Inc. et al. v. United Egg Producers, Inc., et al.*, N.D. Ill. Case No. 11-08808; E.D. Pa Case No. 2:12-cv-00088 (the "Kraft Action"), be remanded to the Northern District of Illinois, the district in which it was commenced.

The Kraft Action was transferred by the Panel, by order filed January 3, 2012, for coordinated or consolidated pretrial proceedings before the undersigned. This case has, since its transfer by the Panel, been handled by the undersigned in conjunction with certain cases pending in this district at the time transfer was ordered.

Pretrial proceedings in this case have been completed, and this case is ready for trial in the transferor district.

For these reasons, the just and efficient handling of this matter will best be served by the remand of this action to the Northern District of Illinois, the district in which it was commenced.

The Clerk of the Court is instructed to forward a certified copy of this Suggestion of Remand to the United States Judicial Panel on Multidistrict Litigation.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I provided service of the foregoing [Proposed] Suggestion of Remand upon all counsel of record via the District Court of the Eastern District of Pennsylvania's CM/ECF System.

/s/ Amy M. Gallegos
Amy M. Gallegos