# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No: 08-md-02002 |
| *THIS DOCUMENT APPLIES TO* <br> ALL DIRECT PURCHASER ACTIONS | |

## [PROPOSED] GEKP
## ENTRY OF JUDGMENT
## IN FAVOR OF MICHAEL FOODS, INC.

By Order dated November 20, 2017, the Court granted final approval of the class action settlement between the Direct Purchaser Plaintiffs ("DPPs") and Michael Foods, Inc. and directed the parties to "consummate the settlement agreement in accordance with its terms." Order Granting Final Approval of the Class Action Settlement Between Direct Purchaser Plaintiffs and Defendant Michael Foods, Inc. ("Order Granting Final Approval") [Dkt. 1572.] No objections were made to the settlement and no appeals from the Order Granting Final Approval were filed.

In accordance with the Order Granting Final Approval, the parties did consummate the settlement agreement, and the settlement became effective. Without limitation, following the Order Granting Final Approval, payment of the settlement amount was paid to the Class, the claims belonging to the Direct Purchaser Plaintiffs and Class Members that did not file a timely request for exclusion were released, and Michael Foods was no longer a party to the Direct Purchaser class action.

This order confirms, as contemplated in the Settlement Agreement, that (a) the DPP Complaint had been dismissed with prejudice as to Michael Foods and (b) final judgment of dismissal as to Michael Foods was being entered. To conform the record in accordance with the terms of the consummated Settlement Agreement as approved by the Court, the Court hereby confirms:

1. The claims alleged and sought in this matter by Direct Purchaser Plaintiffs against Michael Foods, having been settled, are dismissed with prejudice.

2. Insofar as there is no just reason for delay, pursuant to Fed.R.Civ. P. 54(b):

    a. Final judgment as to the DPP action is entered in favor of Michael Foods.

    b. Final judgment is granted in favor of Michael Foods on any claim of a Class Member that did not file a timely notice for exclusion.

3. Each party shall bear its own costs and attorneys' fees.

Nothing herein affects when the settlement became effective, as set forth above.

BY THE COURT:

*[signature]*

Honorable Gene E.K. Pratter
United States District Judge