UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                              :
**IN RE: PROCESSED EGG PRODUCTS**    :        **MDL No. 2002**
**ANTITRUST LITIGATION**                    :        **Case No: 08-md-02002**
_____    :
                                              :
**THIS DOCUMENT APPLIES ONLY TO**  :
*Winn-Dixie Stores, Inc. et al., v. Michael Foods*  :
*Inc., et al.,* **Civil Action No. 2:11-cv-00510**    :
_____    :

**CERTIFICATE OF SERVICE**

       I hereby certify that on this date I caused to be electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Eastern District of Pennsylvania by using the ECF filing system. Counsel of record who are registered ECF users will be served electronically by the ECF system.


Dated: September 18, 2019                       s/ Patrick J. Ahern_____
                                                       Patrick J. Ahern,
                                                         Attorney for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC


Patrick J. Ahern
Theodore Bell
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
(312) 404-3760
patrick.j.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com