# EXHIBIT 1

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | MDL No. 2002<br>Case No: 08-md-02002 |
| THIS DOCUMENT APPLIES TO DIRECT ACTION PLAINTIFFS' CASES | |

### ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF H.J. HEINZ COMPANY, L.P.'s SHELL EGG CLAIMS AGAINST DEFENDANT MICHAEL FOODS, INC.

This cause is before the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure on the Stipulation of Plaintiff H.J. Heinz Company, L.P. ("Heinz") and Defendant Michael Foods, Inc. ("Michael Foods") to dismiss, with prejudice, Heinz's claims against Michael Foods in the above-captioned case arising from Heinz's purchase of shell eggs, with each side bearing its own attorneys' fees and costs. The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is

ORDERED and ADJUDGED that the Stipulation for the dismissal, with prejudice, of Heinz's' claims against Michael Foods in the above-captioned case arising from Heinz's purchase of shell eggs, with each side bearing its own attorneys' fees and costs be and the same is Accepted. This Stipulation and Order does not affect Heinz's claims arising from the purchase of egg products, which previously were dismissed pursuant to the Court's Order dated September 6, 2016, Dkt. No. 1436. ("All claims based on purchases of egg products are **DISMISSED**"). Accordingly it is

1

ORDERED and ADJUDGED that, in the above-captioned case, the claims of Heinz against Defendant Michael Foods, Inc. arising from Heinz's purchase of shell eggs be and the same are dismissed, with prejudice, with each side bearing its own attorneys' fees and costs. This Order of Dismissal, with prejudice, is without prejudice to Plaintiffs' claims against any other Defendant or alleged co-conspirator in the above-captioned case.

DONE and ORDERED in Chambers in Philadelphia, Pennsylvania this 3rd day of March, 2017.

_____
Hon. Gene E.K. Pratter
United States District Judge