IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION : | MULTIDISTRICT LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES : | No. 08-md-2002 |

## ORDER

**AND NOW**, on this ___ day of October, 2019, upon consideration of Plaintiff H.J. Heinz Company, L.P.'s Motion to Sever and to Transfer its Claim (Doc. No. 1970), the Response in Opposition (Doc. No. 1994), and the Reply in Support (Doc. No. 1999), it is **ORDERED** that Heinz' Motion (Doc. No. 1970) is **DENIED** as outlined in this Court's accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE