# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFF CASES | : No. 08-md-2002 : |

## ORDER

AND NOW, on this 22nd day of October, 2019, upon consideration of the Direct Action Plaintiffs' Motion *in Limine* to Preclude Reference to a Deposition Taken Without Their Participation in a Separate Action (Doc. No. 1895) and the Response in Opposition (Doc. No. 1939), and the Defendants' Motion *in Limine* to Exclude Complaints Filed by Compassion Over Killing and Related Proceedings (Doc. No. 1903) and the Response in Opposition (Doc. No. 1922), it is **ORDERED** that:

1. The Direct Action Plaintiffs' Motion *in Limine* to Preclude Reference to a Deposition Taken Without Their Participation in a Separate Action (Doc. No. 1895) is **DENIED** as outlined in this Court's accompanying Memorandum.

2. The Defendants' Motion *in Limine* to Exclude Complaints Filed by Compassion Over Killing and Related Proceedings (Doc. No. 1903) is **GRANTED IN PART and DENIED IN PART** as outlined in this Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE