IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : : : |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT PURCHASER ACTIONS | : No. 08-md-2002 : |

## CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

**AND NOW**, this 12th day of December, 2019, in accordance with the Jurors' Answer to the Court's Interrogatories,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of defendants Rose Acre Farms, United Egg Producers, and United States Egg Marketers and against Plaintiffs The Kroger Company, Safeway, Inc., Walgreen Co., Hy-Vee, Inc., Albertsons LLC, The Great Atlantic & Pacific Tea Company, H.E. Butt Grocery Company, Publix Super Markets, Inc., Supervalu Inc., Giant Eagle, Inc., Winn Dixie Stores, Inc., and Roundy's Inc.

BY THE COURT
ATTEST:

*Michael Coyle*
Michael Coyle, Deputy Clerk