# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PROCESSED EGG PRODUCTS** | : | **MULTIDISTRICT LITGATION** |
| **ANTITRUST LITIGATION** | : | |
| | : | |
| *THIS DOCUMENT APPLIES TO:* | : | NO.   08-MD-2002 |
| **ALL DIRECT ACTION PLAINTIFF CASE** | : | |

## NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **June 1, 2022** at 3**:00 p.m.** with the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Parties are instructed to telephone 888-684-8852, then enter 3051753# to be connected with the Judge.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: May 16, 2022**
**Copies sent via ECF notification**