IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : : |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFFS | : No. 08-md-2002 : |

## ORDER

**AND NOW**, this 6th day of July, 2022, upon consideration of Rose Acre Farms, Inc.'s Bill of Costs (Doc. No. 2158), Direct Action Plaintiffs' Objections (Doc. No. 2160), Rose Acre's Supplemental Memorandum (Doc. No. 2166), and Direct Action Plaintiffs' Supplemental Memorandum (Doc. No. 2167), it is hereby **ORDERED** for the reasons in the accompanying memorandum that Rose Acre Farm, Inc.'s $137,693.15 demand for "exemplification" costs is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1