IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION | : MULTIDISTRICT : LITIGATION : : : |
| *THIS DOCUMENT APPLIES TO:* ALL DIRECT ACTION PLAINTIFFS | : No. 08-md-2002 : |

## ORDER

**AND NOW**, this 29th day of July, 2022, upon consideration of Rose Acre Farms, Inc.'s Bill of Costs (Doc. No. 2158), Direct Action Plaintiffs' Objections (Doc. No. 2160), Rose Acre's Supplemental Memorandum (Doc. No. 2166), and Direct Action Plaintiffs' Supplemental Memorandum (Doc. No. 2167), for the reasons stated in the accompany memorandum, it is **ORDERED** that:

1. Rose Acre's **$103,460.22** demand for the cost of deposition transcripts is **GRANTED**;

2. Rose Acre's $51,673.74 demand for the cost of trial transcripts is **GRANTED IN PART** in the amount of **$38,383.74**;

3. Rose Acre's $40,413.32 demand for printing costs is **GRANTED IN PART** in the amount of **$24,765.54**; and

4. Rose Acre's $22,204.08 demand for certain witness fees is **GRANTED IN PART** in the amount of **$14,820.01**.

1

It is **FURTHER ORDERED** that the Direct Action Plaintiffs must **PAY** Rose Acre Farms, Inc. a total of **$182,691.34** in costs within **30 days** of this Order.[1]

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] This comprises $1,261.83 for the costs of hearing transcripts, Doc. No. 2168, at 3, $103,460.22 for the costs of deposition transcripts, $38,383.74 for the costs of trial transcripts, $24,765.54 for printing costs, and $14,820.01 for witness fees.